IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>J. WALTER, INC., AND J. WALTER COMPANY, LTD.<br><br>  Defendants. | Civil Action No.  04-3711-JTC |

## NOTICE OF APPEARANCE

Notice is hereby given that James J. Thomas II and Amir Farokhi of the law firm of McKenna Long & Aldridge LLP hereby enter an appearance on behalf of DEFENDANTS J. WALTER, INC. AND J. WALTER COMPANY, LTD.

This 31st day of May, 2005.

/s/ Amir Farokhi
Amir Farokhi
Georgia Bar No. 141262
James J. Thomas II
Georgia Bar No. 705425

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198     (facsimile)
jthomas@mckennalong.com
afarokhi@mckennalong.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the within and foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

**Marcy Lane Sperry**
**William Arthur Capp**

This 31st day of May, 2005.

/s/ Amir Farokhi
Amir Farokhi
Georgia Bar No. 141262
James J. Thomas II
Georgia Bar No. 705425
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198     (facsimile)
jthomas@mckennalong.com
afarokhi@mckennalong.com

Attorneys for Defendants