IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 1:04-CV-3711 JTC |
| J. WALTER, INC., and | ) |
| J. WALTER COMPANY, LTD. | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE OF PLAINTIFF'S FIFTH DISCOVERY REQUEST**

I hereby certified that I have deposited a copy of **PLAINTIFF'S FIFTH DISCOVERY REQUEST** in the United States Postal Mail with the proper postage affixed thereto to the following counsel of record:

>   James J. Thomas, II, Esq.
>   MCKENNA LONG & ALDRIDGE LLP
>   303 Peachtree Street, Suite 5300
>   Atlanta, Georgia   30308

Respectfully submitted, this 30th day of September, 2005.

>   WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
>
>   /s/
>   _____
>   William A. Capp
>   Georgia Bar No. 108823

3500 One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia   30309
Telephone:   (404) 888-7411
Facsimile:   (404) 870-4837
e-mail:   *bcapp@wcsr.com*

Counsel for Plaintiff
  ChemFree Corporation