FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J. WALTER, INC., and ) <br> J. WALTER COMPANY, LTD. ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:04-CV-3711 (JTC) |

## MEMORANDUM OF LAW IN SUPPORT OF J. WALTER, INC. AND J. WALTER COMPANY, LTD.'S MOTION TO EXCEED PAGE LIMIT

Defendants J. Walter, Inc. and J. Walter Company, Ltd. ("Walter") hereby submit this Memorandum of Law in Support of its Motion to Exceed Page Limit.

### ARGUMENT AND CITATION OF AUTHORITY

Northern District of Georgia Local Rule 7.1D provides that:

> Absent prior permission of the court, briefs filed in support of a motion or in response to a motion are limited in length to twenty-five (25) pages....

Walter seeks permission of the Court to exceed the twenty-five page limit in filing its Memorandum in Support of Its Proposed Claim Constructions because this case involves the construction of claims from five separate patents, and because diagrams and non-textual pictorial representations will be incorporated into the

DC:50390003.1

briefs to assist the Court with its task of construing the numerous claim terms and phrases.

Because five patents are being construed, the claim construction analysis necessarily involves the review of five sets of patent specifications. Moreover, to understand the proper meaning of the disputed terms, consideration of the prosecution history file wrappers for more than the five patents at issue is necessary, as well as consideration of various other foreign and domestically filed patent applications. In addition, the subject matter of the patents in suit involves bioremediation of hydrocarbons. Therefore, a full understanding of all these topics is essential to properly understanding the claim terms.

In order to adequately and coherently present its arguments in support of its proposed claim constructions, Walter will employ diagrams and pictorial representations relating to the device used to perform bioremediation. Walter will thus need to incorporate explanations of such non-textual illustrations into its brief to assist the Court in evaluating the proposed claim terms.

Walter has made every effort to keep its Memorandum in Support of Its Proposed Claim Constructions as concise as possible, while adequately framing the factual and legal issues for the Court. Given the numerous disputed claim terms and the technology involved in this case, Walter's Memorandum in **Support of Its**

Proposed Claim Constructions is 72 pages in length. Walter accordingly requests that the Court extend the page limitation from twenty-five pages to permit Walter to file a brief in the length of 72 pages in support of its proposed claim constructions. Walter respectfully submits that the interests of justice would be served by permitting the parties to fully brief these issues in order to aid the Court in its claim construction.

Dated: January 31, 2006    MCKENNA LONG & ALDRIDGE LLP

s/ *Amir R. Farokhi*
James J. Thomas II (Georgia SBN 705425)
Gregory S. Brow (Georgia SBN 086422)
Amir R. Farokhi (Georgia SBN 141262)
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
jthomas@mckennalong.com
gbrow@mckennalong.com
afarokhi@mckennalong.com

*Attorneys for Defendants,*
*J. Walter Inc. and J. Walter Company Ltd.*

*Of Counsel:*
Matthew T. Bailey
Rel S. Ambrozy (admitted *Pro Hac Vice*)
Laurence E. Stein (admitted *Pro Hac Vice*)
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006-1108
Telephone:  (202) 496-7500
Facsimile:   (202) 496-7756
mbailey@mckennalong.com
rambrozy@mckennalong.com
lestein@mckennalong.com

## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION,     ) | |
| )  | |
| Plaintiff,         ) | |
| )  | Civil Action No. |
| v.                            ) | 1:04-CV-3711 (JTC) |
| )  | |
| J. WALTER, INC., and         ) | |
| J. WALTER COMPANY, LTD.  ) | |
| )  | |
| Defendants.        ) | |

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

In accordance with Local Rule 7.1D, I certify that the foregoing **Memorandum of Law in Support of Defendants J. Walter, Inc. and J. Walter Company, Ltd.'s Motion to Exceed Page Limit** has been prepared with Times New Roman 14 point font, which is one of the font and point selections approved by Local Rule 5.1.

DC:50390003.1

Dated: January 31, 2006                MCKENNA LONG & ALDRIDGE LLP


                                       s/ *Amir R. Farokhi*
                                       James J. Thomas II (Georgia SBN 705425)
                                       Gregory S. Brow (Georgia SBN 086422)
                                       Amir R. Farokhi (Georgia SBN 141262)
                                       McKenna Long & Aldridge LLP
                                       303 Peachtree Street, Suite 5300
                                       Atlanta, Georgia  30308
                                       Telephone:  (404) 527-4000
                                       Facsimile:   (404) 527-4198
                                       jthomas@mckennalong.com
                                       gbrow@mckennalong.com
                                       afarokhi@mckennalong.com

                                       *Attorneys for Defendants,*
                                       *J. Walter Inc. and J. Walter Company Ltd.*


*Of Counsel:*
Matthew T. Bailey
Rel S. Ambrozy (admitted *Pro Hac Vice*)
Laurence E. Stein (admitted *Pro Hac Vice*)
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006-1108
Telephone:  (202) 496-7500
Facsimile:   (202) 496-7756
mbailey@mckennalong.com
rambrozy@mckennalong.com
lestein@mckennalong.com

## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:04-CV-3711 (JTC) |
| J. WALTER, INC., and ) | |
| J. WALTER COMPANY, LTD. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that on 31st day of January, 2006, a true and correct copy of the foregoing **Memorandum of Law in Support of Defendants J. Walter, Inc. and J. Walter Company, Ltd.'s Motion to Exceed Page Limit** was served via first class mail on the following counsel of record:

> William A. Capp, Esq.
> Marcy L. Sperry, Esq.
> Womble Carlyle Sandridge & Rice, PLLC
> 3500 One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, Georgia 30309
> Telephone: (404) 872-7000
>
> *Attorneys for Plaintiff,*
> *ChemFree Corporation*

DC:50390003.1

Dated: January 31, 2006    MCKENNA LONG & ALDRIDGE LLP


s/ *Amir R. Farokhi*
James J. Thomas II (Georgia SBN 705425)
Gregory S. Brow (Georgia SBN 086422)
Amir R. Farokhi (Georgia SBN 141262)
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
Facsimile:  (404) 527-4198
jthomas@mckennalong.com
gbrow@mckennalong.com
afarokhi@mckennalong.com

*Attorneys for Defendants,*
*J. Walter Inc. and J. Walter Company Ltd.*


*Of Counsel:*
Matthew T. Bailey
Rel S. Ambrozy (admitted *Pro Hac Vice*)
Laurence E. Stein (admitted *Pro Hac Vice*)
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006-1108
Telephone: (202) 496-7500
Facsimile:  (202) 496-7756
mbailey@mckennalong.com
rambrozy@mckennalong.com
lestein@mckennalong.com

FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:04-CV-3711 (JTC) |
| J. WALTER, INC., and ) | |
| J. WALTER COMPANY, LTD. ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon consideration of Defendants J. Walter, Inc. and J. Walter Company, Ltd.'s Motion to Exceed Page Limit, and in accordance with Local Rule 7.1D, the Court hereby ORDERS that Walter shall be permitted to file a memorandum in support of its proposed claim constructions not to exceed 72 pages in length.

SO ORDERED, this __ day of February, 2006.

_____
Honorable Jack T. Camp
United States District Court Judge

DC:50390003.1