# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

```
CHEMFREE CORPORATION,           )
                                )
     Plaintiff,                 )
                                )
vs.                             )    Civil Action No.
                                )    1:05-CV-3711(JTC)
J. WALTER, INC., and            )
J. WALTER COMPANY, LTD.,        )
                                )
     Defendants.                )
```

**NOTICE OF NO OPPOSITION TO J. WALTER, INC. AND
J. WALTER COMPANY, LTD'S MOTION TO EXCEED PAGE LIMIT**

ChemFree Corporation ("ChemFree") herein gives notice that is has no objection to Defendants' motion [Docket No. 117] to exceed the page limit with respect to its initial claim construction brief.

Defendants' motion appears to express concern that the page limit for motion proceeding briefs imposed by Local Rule 7.1D N.D.Ga. applies to patent claim construction briefs submitted pursuant to Patent Local Rule 6.5 N.D.Ga. It is ChemFree's understanding that Local Rule 7.1D applies to motion proceedings initiated pursuant Fed.R.Civ.P. 7(b). It is further ChemFree's understanding that patent construction briefing that is submitted pursuant to Patent Local Rule 6.5 N.D.Ga. and in accordance with the Supreme Court's ruling in *Markman v. Westview Instruments, Inc.*, 517 U.S. 370, 116 S.Ct. 1384, 134 L.Ed.2d 577, 38 U.S.P.Q.2d 1461

(1996) does not fall within the ambit of Fed.R.Civ.P. 7(b) as a "motion" and, therefore, the page limits of Local Rule 7.1D N.D.Ga. do not apply.

Counsel for ChemFree notes that this question appears to arise in almost every patent case. ChemFree respectfully suggests that the Court could benefit the local patent litigation bar by providing guidance in this area, either in the form of amending the Patent Local Rules or by publishing a reported decision.

Like Defendants, ChemFree also submitted an initial claim construction brief that exceeded 25 pages in length. [Docket No. 115 - 55 pages]. ChemFree prays that the Court will receive, accept, and consider the briefs submitted by both parties.

Respectfully submitted, this 7th day of February, 2006.

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

/s/ *William A. Capp*

William A. Capp *(signed electronically)*
Georgia Bar No. 108823
*bcapp@wcsr.com*
Marcy L. Sperry
Georgia Bar No. 455561
*msperry@wcsr.com*

3500 One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia   30309
Telephone:  (404) 888-7411
Facsimile:  (404) 870-4837

Counsel for Plaintiff
  ChemFree Corporation

> In accordance with Local Rule 7.1D, counsel for Plaintiff certifies that the foregoing has been prepared using the font Courier New 12 point.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February, 2006, I electronically filed **NOTICE OF NO OPPOSITION TO J. WALTER, INC. AND J. WALTER COMPANY, LTD'S MOTION TO EXCEED PAGE LIMIT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| MCKENNA, LONG & ALDRIDGE, LLP | HAWKINS & PARNELL, LLP |
| James J. Thomas, II | Jack N. Sibley |
| *jthomas@mckennalong.com* | *jsibley@hplegal.com* |
| Rel S. Ambrozy | |
| *rambrozy@mckennalong.com* | |

　　　　　　　　　　　　　　　　　　　/s/ *William A. Capp*

WCSR 479892v1