# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CHEMFREE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| J. WALTER, INC., and | ) | Civil Action No. |
| J. WALTER COMPANY, LTD., | ) | 1:04-CV-3711(JTC) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ZYMO INTERNATIONAL, INC. | ) | |
| | ) | |
| Intervention Movant. | ) | |

### NOTICE OF APPEARANCE OF COUNSEL

### NOTICE OF SUBSTITUTION OF COUNSEL

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL

NOTICE IS GIVEN that William A. Capp and the law firm of Merchant & Gould PC hereby enter an appearance as counsel for the Plaintiff, ChemFree Corporation ("ChemFree"), in the above captioned civil action.

Notice is further given that the law firm of Merchant & Gould PC is hereby substituted as counsel for the Plaintiff in lieu of previous counsel, Womble Carlyle Sandridge and Rice, PLLC.

Finally, notice is hereby given regarding a change of address for lead counsel for the Plaintiff, William A. Capp. Service of materials under Fed.R.Civ.P. 5 and service of other

notices should be sent to the following mailing address, fax number, and/or email addresses:

>William A. Capp
>Merchant & Gould PC
>133 Peachtree Street, NE
>Suite 4900
>Atlanta, GA  30303-1821
>
>Fax:   (404) 954-5099
>Tel:   (404) 954-5100
>Email:  *bcapp@merchantgould.com*

The clerk is hereby requested to update the undersigned counsel's email address in the Court's ECF system for purposes of receiving notices under the ECF system.

Respectfully submitted, this 4th day of April, 2007.

>MERCHANT & GOULD PC
>
>/s **William A. Capp**
>
>William A. Capp
>Georgia Bar No. 108823
>
>133 Peachtree Street, NE
>Suite 4900
>Atlanta, GA  30303-1821
>
>Fax:   (404) 954-5099
>Tel:   (404) 954-5100
>Email:  *bcapp@merchantgould.com*
>
>Counsel for ChemFree Corporation

> In accordance with Local Rule 7.1D, counsel for Plaintiff certifies that the foregoing has been prepared using the font Courier New 12 point.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2007, I electronically filed NOTICE OF APPEARANCE OF COUNSEL, NOTICE OF SUBSTITUTION OF COUNSEL, and NOTICE OF CHANGE OF ADDRESS OF COUNSEL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| McKenna, Long & Aldridge, LLP<br>Rel S. Ambrozy<br>*rambrozy@mckennalong.com* | Hawkins & Parnell, LLP<br>Jack N. Sibley<br>*jsibley@hplegal.com* |

/s William A. Capp
*bcapp@merchantgould.com*

-3-