# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 1:04-CV-3711(JTC) |
| | ) |
| J. WALTER, INC., and | ) |
| J. WALTER COMPANY, LTD. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF CHANGE OF ADDRESS**

Counsel for Plaintiff hereby gives notice of a change of address. Effective immediately, service under Rule 5 and through the Court's ECF System should be sent to:

> Luke Anderson
> *Landerson@duanemorris.com*
>
> DUANE MORRIS LLP
> Atlantic Center Plaza
> 1180 West Peachtree Street NW, Suite 700
> Atlanta, Georgia  30309-3448
> Tel:  404-253-6900
> Fax:  404-393-8954

Respectfully submitted, this 21st day of November, 2007.

DUANE MORRIS LLP

Atlantic Center Plaza
1180 West Peachtree Street NW
Suite 700
Atlanta, Georgia  30309-3448
Tel:  404-253-6900
Fax:  404-393-5183

_/s_ *Luke Anderson*
Luke Anderson
Georgia Bar No. 018330
*Landerson@duanemorris.com*

Counsel for Plaintiff,
  ChemFree Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, I electronically filed **NOTICE OF CHANGE OF ADDRESS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Bruce P. Brown
>MCKENNA LONG & ALDRIDGE, LLP
>*bbrown@mckennalong.com*
>
>Matthew T. Bailey
>MCKENNA, LONG & ALDRIDGE, LLP
>*mbailey@mckennalong.com*

/s *Luke Anderson*
Luke Anderson

> In accordance with Local Rule 7.1D, counsel for Plaintiff certifies that the foregoing has been prepared using the font Courier New 12 point.