# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 1:04-CV-3711(JTC) |
| | ) |
| J. WALTER, INC., and | ) |
| J. WALTER COMPANY, LTD. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF CHANGE OF ADDRESS**

Counsel for Plaintiff hereby gives notice of a change of address. Effective immediately, service under Rule 5 and through the Court's ECF System should be sent to:

> William A. Capp
> *bcapp@duanemorris.com*
>
> DUANE MORRIS LLP
> Atlantic Center Plaza
> 1180 West Peachtree Street NW, Suite 700
> Atlanta, Georgia  30309-3448
> Tel:  404-253-6900
> Fax:  404-393-5183

Respectfully submitted, this 21st day of November, 2007.

DUANE MORRIS LLP

Atlantic Center Plaza
1180 West Peachtree Street NW
Suite 700
Atlanta, Georgia  30309-3448
Tel:  404-253-6900
Fax:  404-393-5183

/s *William A. Capp*
William A. Capp
Georgia Bar No. 108823
*bcapp@duanemorris.com*

Counsel for Plaintiff,
  ChemFree Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, I electronically filed **NOTICE OF CHANGE OF ADDRESS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>   Bruce P. Brown
>   MCKENNA LONG & ALDRIDGE, LLP
>   *bbrown@mckennalong.com*
>
>   Matthew T. Bailey
>   MCKENNA, LONG & ALDRIDGE, LLP
>   *mbailey@mckennalong.com*

                        /s *William A. Capp*
                        William A. Capp

> In accordance with Local Rule 7.1D, counsel for Plaintiff certifies that the foregoing has been prepared using the font Courier New 12 point.

- 2 -