# Exhibit 1

Declaration of Peter Adriaens, PhD, P.E.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:04-CV-3711(JTC) |
| J. WALTER, INC. and ) | |
| J. WALTER COMPANY, LTD. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF PETER ADRIAENS, PH.D., P.E.

I, Peter Adriaens, declare and state as follows.

1. I am over the age of eighteen and have personal knowledge of the facts stated in this declaration.

2. On February 28, 2008, I submitted an initial Expert Report in this case. In preparing that report, I considered both Hakansson (EP 0 309 432) and Hakansson (WO 92/16314). However, following discussions with counsel for Walter, I believed that I should not rely on Hakansson (WO 92/16314) because it had been excluded by the court.

3. Hakansson (E.P 0 309 432) and Hakansson (WO 92/16314) are equivalent in terms of their disclosure of the teaching on which I relied in forming my opinions. For example, Hakansson (EP 0 309 432) discloses, among other

things, a parts washer, including, among other things, a basin; a tank; a pump; a recirculating conduit assembly; a heater; a thermostat for controlling the heater; a flowpath between the basin and the tank; a biodegradable, non-toxic, non-caustic, non-flammable oil dispersant cleaner and degreaser; and hydrocarbon degrading microorganisms within that cleaning fluid and tank for degrading hydrocarbons cleaned from parts cleaned in the basin. These same teachings are disclosed in Hakansson (WO 92/16314).

4. During the week of March 24, I had discussions with counsel for Walter regarding the Initial Expert of John B. Durkee, PhD. P.E. During one of these conversations, I learned that I could have relied on Hakansson (WO 92/16314). Had I realized that, I would have relied on Hakansson (WO 92/16314 as disclosing the same teachings as Hakansson (EP 0 309 432) for the same claims and claim elements of the ChemFree patents. I wish to amend my initial Expert Report accordingly, as shown by the example chart in my Amendment to Expert Report, dated April 1, 2008. This does not alter or amend my opinions regarding the cited claim elements of the patents in suit.

5. Also, in the preparation of my initial report, I considered and referenced Minkin '128 (U.S. Patent 5,427,128). That patent is substantially identical to Minkin '080 (U.S. Patent No. 5,529,080). However, it appears that Minkin '080 was inadvertently omitted from the materials I was provided to

review. Minkin '128 and Minkin '080 are identical disclosures with respect to the teachings on which I rely in my Expert Report. I wish to amend my initial Expert Report to apply Minkin '080 in the same manner that I apply Minkin '128. This does not alter or amend my opinions regarding the cited claim elements of the ChemFree patents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 2, 2008

Peter Adriaens