# Exhibit 1

## Defendants' Reply Brief in Support of Its Motion for Leave to Amend Invalidity Contentions

# EXHIBIT R

# LIMITATION-BY-LIMITATION CLAIM CHART

The claim chart uses the following labeling and notation convention.

<u>Column headings</u>:  References are identified by the three digit identifier.  E.g., "Hk1" refers to the "Hakansson-1" reference; "Gui" refers to Guinn, etc.

<u>Column designations</u>:

"X" – indicates that this is a limitation that Professor Adriaens indicated on his claim chart is met by the associated reference – AND – the author either agrees that it is met or chose not to challenge Professor Adriaens' conclusion.

"O" – indicates that this is a limitation that Professor Adriaens indicated on his claim chart is met by the associated reference – BUT – the author concludes that the limitation is not fully met.  For "O" designations, an explanatory footnote is provided giving an abbreviated reason why this limitation is not met, whether in whole or in part.  The footnote is not intended to be an exhaustive treatment on the matter and the reader is directed to the body of the full report for additional discussion, opinions, and conclusions.

 "-" –  this designation indicates that this is a limitation that Professor Adriaens did not assert as being met by the associated reference.  For "-" designations, the author does not offer any independent opinion or conclusion on whether or not the limitation may be met with respect that particular reference vis-à-vis that particular claim limitation.  The subject matter related thereto, however, may be otherwise discussed in the body of the full report.

<u>Claim Preambles</u>:  Professor Adriaens did not include claim preambles in his claim chart.  The issue of whether preambles are limiting was not raised in the claim construction proceeding.  A notation of "–" appears adjacent to the preamble of each and every claim to reflect Professor Adriaens' omission thereof.  Finally, with respect to preambles of dependent claims, it should be noted that "–" further indicates that all of the limitations of the related independent claim are <u>not met</u> by the reference.

| United States Patent No. 6,019,110 – Claim 1 | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A system for cleaning hydrocarbons from a part, comprising | - | - | - | - | - | - | - | - | - | - | - |
| a biodegradable, non-toxic, non-caustic, nonflammable oil dispersant cleaner and degreaser fluid | O[1] | O[2] | O[3] | O[4] | O[5] | - | - | - | - | - | - |
| a parts washer including | X | - | X | - | X | X | X | X | X | X | - |
| a tank for containing the fluid and | X | - | X | - | X | X | X | X | X | X | - |
| a basin for receiving the part | X | - | O[6] | - | X | O[7] | X | X | O[8] | X | - |
| a pump and conduit assembly for pumping the fluid from the tank into contact with the part within the basin, | X | - | O[9] | - | X | X | X | X | O[10] | X | - |
| a flowpath defined between the basin and the tank through which the fluid flows from the basin back to the tank, and | X | - | O[11] | - | X | O[12] | X | X | X | X | - |
| microorganisms within the parts washer for biodegrading the hydrocarbons | X | O[13] | O[14] | - | - | - | - | - | - | - | - |
| the microorganisms substantially sustained within and flowing with the fluid | X | O[15] | X | - | - | - | - | - | - | - | - |
| the parts washer further includes a heater for heating the fluid; and | X | - | X | - | X | - | - | X | X | X | X |
| means for controlling said heater to maintain the fluid approximately at a desired temperature and for disabling said heater as the fluid drops to below a desired level in the tank. | - | - | - | - | - | - | - | - | O[16] | - | X |

---

[1] Examiner Stinson noted that *Hakansson-1* fails to disclose a fluid that is a "biodegradable, non-toxic, non-caustic, nonflammable oil dispersant cleaner and degreaser". ['305 Application, Interview Summary].
[2] There is no express teaching that Guinn would remain non-toxic to microorganisms or non-caustic to human tissue if used in a continuous process in a parts washer over time. Someone of ordinary skill would not recognize these characteristics as being inherently present.
[3] Lashmett's fluid contains 16 percent alcohol. Subject to further claim construction by the Court, this concentration cannot reasonably be considered "non-flammable."
[4] There is no express teaching that Kaiser is non-caustic to human tissue. Someone of ordinary skill would not recognize this characteristic as being inherently present. There is no express teaching that Kaiser would remain non-toxic to microorganisms if used in a continuous process in a parts washer over time.
[5] Knowlton teaches an alkaline cleaning fluid that persons of skill in the art would recognize as caustic.
[6] Lashmett is a single chamber parts washer and thus does not have a separate tank and basin. Instead, dirty parts are lowered into the tank in a basket.
[7] Sims does not teach a separate basin and tank. Instead, trays or grids are situated above the tank for supporting parts during washing. Column 2, lines 59-62.
[8] Minkin is a closed cabinet washer for high temperature / high pressure spray washing. It does not have an open basin for washing operations.
[9] Lashmett is a single chamber parts washer and thus does not pump fluid from a tank to a separate basin.
[10] Minkin is a closed cabinet washer for high temperature / high pressure spray washing. It has a conduit and pump, but for pumping fluid under high pressure to the enclosed cabinet.
[11] Lashmett is a single chamber parts washer and thus does not have a flowpath that transports fluid between two separate chambers.
[12] Sims supports parts for washing above the tank on a "tray or grid." There is no basin, *per se*, so there is no "flowpath" between a basin and a tank.. Professor Adriaens misidentified the tank (box) as a basin.
[13] Guinn merely makes passing mention of use of microorganisms in a parts washer. There is no enabling disclosure of an apparatus that would serve as an acceptable host environment for the microorganisms.
[14] The microorganisms in Lashmett assist in loosening hydrocarbons from dirty parts so that the hydrocarbons will float to the top of the tank where they are removed in a skimming step.
[15] Guinn merely makes passing mention of use of microorganisms in a parts washer. There is no enabling disclosure of an apparatus that would serve as an acceptable host environment for the microorganisms.
[16] Minkin teaches level control cut-off of the heater, but not thermostatic control.

| **'110 Patent – Claim 2** | **Hk1** | **Gui** | **Las** | **Kai** | **Kno** | **Sim** | **Ols** | **Tut** | **Min** | **His** | **Ath** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The combination of claim 1, wherein | - | - | - | - | - | - | - | - | - | - | - |
| the fluid defines a fluid surface in the tank,[17] and | - | - | - | - | - | - | - | - | - | - | - |
| wherein substantial portion of the microorganisms live in the fluid proximate to said fluid surface | O[18] | - | O[19] | - | - | - | - | - | - | - | - |

| **'110 Patent – Claim 3** | **Hk1** | **Gui** | **Las** | **Kai** | **Kno** | **Sim** | **Ols** | **Tut** | **Min** | **His** | **Ath** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The combination of claim 2 wherein | - | - | - | - | - | - | - | - | - | - | - |
| a substantial portion of the microorganisms and hydrocarbons accumulate proximate to said fluid surface such that a substantial amount of biodegradation takes place proximate to said fluid surface. | O[20] | O[21] | O[22] | - | - | - | - | - | - | - | - |

| **'110 Patent – Claim 4** | **Hk1** | **Gui** | **Las** | **Kai** | **Kno** | **Sim** | **Ols** | **Tut** | **Min** | **His** | **Ath** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The combination of claim 1, wherein | - | - | - | - | - | - | - | - | - | - | - |
| the heater is at least partially immersed in the fluid. | X | - | - | - | X | - | - | - | X | - | X |

| **'110 Patent – Claim 5** | **Hk1** | **Gui** | **Las** | **Kai** | **Kno** | **Sim** | **Ols** | **Tut** | **Min** | **His** | **Ath** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The combination of claim 1, wherein | - | - | - | - | - | - | - | - | - | - | - |
| the heater is constructed and arranged to add heat to the fluid while the fluid is disposed within the tank. | X | - | - | - | X | - | - | - | X | - | X |

---

[17] Professor Adriaens altogether failed to address this claim limitation in his report and claim chart. It is self-evident that references with no "tank" necessary cannot have a fluid surface in "the tank."
[18] There is no express teaching as to fluid depth where the microbes live. In light of Walter's allegations that microbes can be dispersed throughout all depths by various means, it is not inherently met.
[19] Lashmett is devoid of any teaching that the microorganisms live proximate the fluid surface. In contrast, Column 4 teaches that microorganisms are circulated and directed toward soiled parts in the basket. As the removed soils float to the surface, they are removed from the surface of the tank by a mechanical skimming process. See column 2.
[20] There is no express teaching as to fluid depth where the microbes live. In light of Walter's allegations that microbes can be dispersed throughout all depths by various means, it is not inherently met.
[21] Professor Adriaens ignores that "said surface" refers to a fluid surface in a parts washer tank. Guinn does not teach biodegrading hydrocarbons proximate to a fluid surface in a parts washer tank.
[22] Lashmett removes most hydrocarbons from the tank by a mechanical skimming process. See column 2. Skimming, not biodegradation, occurs proximate to the fluid surface.

| '110 Patent - Claim 6 | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The combination of claim 1, wherein | - | - | - | - | - | - | - | - | - | - | - |
| said means for controlling said heater includes a level sensor cooperating with the fluid in the tank and said heater for deactivating said heater. | - | - | - | - | - | - | - | - | X | - | X |

| '110 Patent - Claim 7 | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The combination of claim 1, wherein | - | - | - | - | - | - | - | - | - | - | - |
| said means for controlling said heater includes a thermostat cooperating with the fluid and said heater for activating and deactivating said heater. | X | - | - | - | - | - | - | - | O[23] | - | X |

| '110 Patent - Claim 8 | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The combination of claim 7, wherein | - | - | - | - | - | - | - | - | - | - | - |
| said means for controlling said heater further includes a level sensor cooperating with the fluid in the tank and said heater for deactivating said heater. | - | - | - | - | - | - | - | - | X | - | X |

---

[23] Minkin does not expressly disclose a thermostat.  One of ordinary skill would not recognize that a thermostat is inherently present.

**United States Patent No. 6,074,491**

| '491 Patent - Claim 1 | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A method of cleaning hydrocarbons from a part in a parts washer, the method including steps of | - | - | - | - | - | - | - | - | - | - | - |
| exposing the part to a biodegradable, non-toxic, non-caustic, nonflammable oil dispersant cleaner and degreaser fluid **within a basin**[24] and | $O^{25}$ | $O^{26}$ | $O^{27}$ | $O^{28}$ | $O^{29}$ | - | - | - | - | - | - |
| providing a flowpath for the fluid between the basin and a tank | X | - | $O^{30}$ | - | X | $O^{31}$ | X | X | - | X | - |
| wherein microorganisms are disposed within the parts washer for biodegrading hydrocarbons associated with the part, comprising: | X | $O^{32}$ | X | - | - | - | - | - | - | - | - |
| heating the fluid | X | -- | - | - | X | - | - | - | X | - | X |
| accumulating the microorganisms and the hydrocarbons adjacent a fluid surface defined by the fluid in the tank; and | $O^{33}$ | - | $O^{34}$ | - | - | - | - | - | - | - | - |
| biodegrading the hydrocarbons proximate to the fluid surface | - | $O^{35}$ | $O^{36}$ | - | - | - | - | - | - | - | - |

---

[24] Professor Adriaens omitted the phrase "*within a basin*" for his claim chart element. Several references, including Guinn, Lashmett, Kaiser, Sims, and Minkin do not teach parts washers with open basins.
[25] Examiner Stinson noted that *Hakansson-1* fails to disclose a fluid that is a "biodegradable, non-toxic, non-caustic, nonflammable oil dispersant cleaner and degreaser". ['305 Application, Interview Summary].
[26] There is no express teaching that Guinn would remain non-toxic to microorganisms or non-caustic to human tissue if used in a continuous process in a parts washer over time. Someone of ordinary skill would not recognize these characteristics as being inherently present. Guinn does not teach parts washing in a basin.
[27] Lashmett's fluid contains 16 percent alcohol and cannot reasonably be considered "non-flammable." Lashmett does not teach parts washing in a basin. Dirty parts are lowered into the tank in a basket.
[28] There is no express teaching that Kaiser is non-caustic to human tissue. Someone of ordinary skill would not recognize this characteristic as being inherently present. There is no express teaching that Kaiser would remain non-toxic to microorganisms if used in a continuous process in a parts washer over time. Kaiser does not teach parts washing in a basin.
[29] Knowlton teaches an alkaline cleaning fluid that persons of skill in the art would recognize as caustic.
[30] Lashmett is a single chamber parts washer and thus does not have a flowpath that transports fluid between two separate chambers.
[31] Sims supports parts for washing above the tank on a "tray or grid." There is no basin, *per se*, so there is no "flowpath" between a basin and a tank.. Professor Adriaens misidentified the tank (box) as a basin.
[32] Guinn merely makes passing mention of use of microorganisms in a parts washer. There is no enabling disclosure of an apparatus that would serve as an acceptable host environment for the microorganisms.
[33] There is no express teaching as to fluid depth where the microbes live. In light of Walter's allegations that microbes can be dispersed throughout all depths by various means, it is not inherently met.
[34] Lashmett skims the fluid surface of the tank and removes skimmed material to a skimming chamber 34. Column 2.
[35] Professor Adriaens ignores that "*the fluid surface*" in this limitation refers to the preceding limitation of a surface defined by the fluid in the tank. Guinn has no tank and, therefore, has no fluid surface in a tank.
[36] Lashmett removes hydrocarbons from the tank by a mechanical skimming process. See column 2. Skimming, not biodegradation, occurs proximate to the fluid surface.

| '491 Patent - Claim 4 | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 1, wherein | - | - | - | - | - | - | - | - | - | - | - |
| the heating step includes a step of heating fluid within the tank | X | - | - | - | X | - | - | - | X | - | X |

| '491 Patent - Claim 5 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 1, further comprising a step of | - | - | - | - | - | - | - | - | - | - | - |
| measuring the level of the fluid, wherein the heating step is responsive to the step of measuring the level. | - | - | - | - | - | - | - | - | X | - | X |

| '491 Patent - Claim 6 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 1, further comprising a step of | - | - | - | - | - | - | - | - | - | - | - |
| measuring the temperature of the fluid, wherein the heating step is responsive to the step of measuring the temperature. | X | - | - | - | - | - | - | - | O[37] | X | X |

| '491 Patent - Claim 7 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 6, further comprising a step of | - | - | - | - | - | - | - | - | - | - | - |
| measuring the level of the fluid, wherein the heating step is responsive to the step of measuring the level. | - | - | - | - | - | - | - | - | X | - | X |

---

[37] Minkin does not expressly disclose a means for measuring the temperature of the fluid. One of ordinary skill would not recognize that such a means is inherently present.

| United States Patent No. 6,374,835 - Claim 5 [NON-ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A system for cleaning hydrocarbons from a part, the system comprising | - | - | - | - | - | - | - | - | - | - | - |
| a biodegradable, non-toxic, non-caustic, nonflammable, oil dispersant cleaning and degreasing fluid | O$^{38}$ | O$^{39}$ | O$^{40}$ | O$^{41}$ | O$^{42}$ | - | - | - | - | - | - |
| a parts washer including a tank for containing said fluid and | X | - | X | - | X | X | X | X | X | X | - |
| a basin for receiving the part | X | - | O$^{43}$ | - | X | O$^{44}$ | X | X | O$^{45}$ | X | - |
| a conduit assembly, | X | - | X | - | X | X | X | X | X | X | - |
| a pump for pumping said fluid from said tank through said conduit assembly and into contact with the part within said basin | X | - | O$^{46}$ | - | X | O$^{47}$ | X | X | O$^{48}$ | X | - |
| a flowpath defined between said basin and said tank through which said fluid flows between said basin and said tank,$^{49}$ and | X | - | O$^{50}$ | - | X | O$^{51}$ | X | X | X | X | - |
| microorganisms within said parts washer | X | O$^{52}$ | X | - | - | - | - | - | - | - | - |
| said microorganisms at least partially flowing with and substantially sustained within said fluid, | O$^{53}$ | O$^{54}$ | X | - | - | - | - | - | - | - | - |
| said fluid being non-toxic to said microorganisms, | O$^{55}$ | O$^{56}$ | X | - | - | - | - | - | - | - | - |
| whereby the microorganisms biodegrade the hydrocarbons while retained within said tank. | X | - | O$^{57}$ | - | - | - | - | - | - | - | - |

---

[38] *Hakansson-1* fails to disclose a fluid that is a "biodegradable, non-toxic, non-caustic, nonflammable oil dispersant cleaner and degreaser. ['305 Application, Interview Summary].
[39] There is no express or inherent teaching that Guinn would remain non-toxic to microorganisms or non-caustic to human tissue if used in a continuous process in a parts washer over time.
[40] Lashmett's fluid contains 16 percent alcohol. Subject to further claim construction by the Court, this concentration cannot reasonably be considered "non-flammable."
[41] There is no express or inherent teaching that Kaiser is non-caustic to human tissue. No express or inherent teaching of non-toxic to microorganisms if used in a continuous process in a parts washer over time.
[42] Knowlton teaches an alkaline cleaning fluid that persons of skill in the art would recognize as caustic.
[43] Lashmett is a single chamber parts washer that does not teach a separate tank and basin. Lashmett places dirty parts in a basket and then lower the basket into the tank for cleaning.
[44] Sims does not teach a separate basin and tank. Instead, trays or grids are situated above the tank for supporting parts during washing. Column 2, lines 59-62.
[45] Minkin is a closed cabinet washer for high temperature / high pressure spray washing. It does not have an open basin for washing operations.
[46] Lashmett is a single chamber parts washer that does not teach a separate tank and basin. Lashmett places dirty parts in a basket and then lower the basket into the tank for cleaning.
[47] Sims does not teach a separate basin and tank. Instead, trays or grids are situated above the tank for supporting parts during washing. Column 2, lines 59-62.
[48] Minkin is a closed cabinet washer for high temperature / high pressure spray washing. It does not have an open basin for washing operations.
[49] Professor Adriaens claim chart omits the language ". . . *through which said fluid flows between said basin and said tank*."
[50] Lashmett is a single chamber parts washer that does not teach a separate tank and basin. There is no flowpath between two chambers because there is only one chamber.
[51] Sims does not teach a separate basin and tank. Instead, trays or grids are situated above the tank for supporting parts during washing. Column 2, lines 59-62. So there is no flowbath between a basin and tank.
[52] Guinn does not disclose a parts washer with a basin, tank, etc. and so does not disclose the "*said parts washer*" part of this limitation.
[53] Hakansson's microorganisms and cleaning solution require constant monitoring and metering of nutrients and tensides in order to sustain the microorganisms.
[54] Guinn does not disclose fluid flowing through a conduit from a tank to a basin or returning to the tank through a flowpath and so does not disclose the "*flowing with*" part of this limitation.
[55] Hakansson's fluid becomes toxic to the microorganisms during operation of the parts washer, requiring continuous monitoring and metering of nutrients and tensides.
[56] Guinn does not expressly disclose a fluid that is non-toxic to microorganisms in a parts washer application and someone of ordinary skill would not recognize that such is disclosed inherently.
[57] Lashmett does not retain the hydrocarbons in the tank and then biodegrade to hydrocarbons in the tank. Instead, Lashmett removes the hydrocarbons from the tank via a skimming step.

| '835 Patent – Claim 8 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The system of claim 5, and | - | - | - | - | - | - | - | - | - | - | - |
| said parts washer further including a filter interposed within said flowpath. | - | - | $O^{58}$ | - | X | $O^{59}$ | X | $O^{60}$ | $O^{61}$ | X | - |

| '835 Patent – Claim 10 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The system of claim 5, and | - | - | - | - | - | - | - | - | - | - | - |
| said flowpath being the sole flowpath for fluid flowing from said basin to said tank, | - | - | - | - | X | $O^{62}$ | X | $O^{63}$ | - | - | - |
| said parts washer further including a filter interposed within said flowpath | - | - | $O^{64}$ | - | X | $O^{65}$ | X | - | - | - | - |

| '835 Patent – Claim 11 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The system of claim 10, and | - | - | - | - | - | - | - | - | - | - | - |
| **substantially all hydrocarbons cleaned from a part in the basin**[66] and substantially all fluid flowing from the basin encounter said filter in route to said tank | - | - | - | - | X | - | X | - | - | - | - |

| '835 Patent – Claim 12 | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The system of claim 11, | - | - | - | - | - | - | - | - | - | - | - |
| wherein hydrocarbons and fluid pass through said filter, while particulate matter is trapped by said filter. | - | - | $O^{67}$ | - | X | - | X | - | - | - | - |

---

[58] Lashmett is a single chamber parts washer and thus does not have conduits and/or flowpaths that transport fluid between two separate chambers. There is no flowpath to place a filter into.
[59] Sims is a single chamber parts washer that has parts supported on a tray or grid above single chamber tank. There is no flowpath between two chambers to put a filter in.
[60] Tuttle's filter is located in the up-stream conduit assembly, not in any downstream, draining flowpath.
[61] Minkin's filter is situated in the cleaning fluid holding space. Column 4. It is not in the drainage flowpath between the cleaning chamber and the tank.
[62] Sims is a single chamber parts washer that has parts supported on a tray or grid above single chamber tank. There is no flowpath between two chambers to place a filter in.
[63] Tuttle drains from the submergent tank by spilling over a weir. There is no facility for accommodating a filter.
[64] Lashmett is a single chamber parts washer and thus does not have a flowpath that transports fluid between two separate chambers. There is no flowpath to place a filter into, much less a sole-flowpath.
[65] Sims is a single chamber parts washer that has parts supported on a tray or grid above single chamber tank. There is no flowpath between two chambers to place a filter in.
[66] Professor Adriaens omitted the bolded underlined portion of this claim from his claim chart.
[67] Lashmett is a single chamber parts washer. Lashmett's filter does not conform to the "said" filter of claim 11, so there is no "said filter" for hydrocarbons and fluid to pass through while particles are trapped.

Page 8 of 15

**United States Patent No. 6,440,226**

| '226 Patent – Claim 1 | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of washing parts comprising the steps of: | - | - | - | - | - | - | - | - | - | - | - |
| a. placing at least one part in a first chamber;[68] | - | - | - | - | - | - | - | - | - | - | - |
| b. circulating a cleaning fluid from a second chamber to the first chamber to wash the surfaces of the part in contact with the fluid, said cleaning fluid removing organic matter; | X | - | O[69] | - | X | O[70] | X | X | X | X | - |
| c. passing the cleaning fluid that had contacted the part through a porous medium; | - | - | X | - | X | - | X | X | - | - | - |
| d. draining the cleaning liquid from the first chamber into the second chamber; | X | - | O[71] | - | X | O[72] | X | X | - | X | - |
| e. removing organic matter in the cleaning fluid in the second chamber wherein the step of removing the organic matter from the fluid comprises biologically degrading the organic matter; and | X | O[73] | O[74] | - | - | - | - | - | - | - | - |
| f. re-circulating the cleaning liquid from the second chamber to the first chamber to be available for washing parts | X | - | O[75] | - | X | O[76] | X | X | X | X | - |

| '226 Patent – Claim 3 | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 1, wherein | - | - | - | - | - | - | - | - | - | - | - |
| the cleaning liquid is surfactant-based. | X | X | X | X | X | - | - | - | - | X | - |

| '226 Patent – Claim 4 | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 3, wherein | - | - | - | - | - | - | - | - | - | - | - |
| the cleaning liquid is water-based | X | X | X | X | X | - | - | X | - | X | - |

---

[68] Professor Adraiens omitted this claim limitation from his claim chart, in its entirety.
[69] Lashmett is a single chamber parts washer. It circulates fluid within this single chamber, but does not circulate fluid from a second chamber to a first chamber.
[70] Sims is a single chamber parts washer that has parts supported on a tray or grid above single chamber tank. It does not circulate a cleaning fluid from a second chamber to a first chamber.
[71] Lashmett is a single chamber parts washer. "... *Apparatus 10 includes a tank 12 having a cleaning chamber 13 therein. A basket 14 is adapted to be **placed within the cleaning chamber 13** ...* " [Column 2].
[72] Sims is a single chamber parts washer that has parts supported on a tray or grid above single chamber tank. It does not drain a cleaning fluid from a first chamber to a second chamber .
[73] Guinn does not teach a multi-chamber parts washer apparatus, thus there is no "second chamber" to perform biological degradation in.
[74] Lashmett removes organic matter in the cleaning fluid by skimming it off through skimming slot 32. Lashmett does not biologically degrade the organic matter within the tank.
[75] Lashmett is a single chamber parts washer. Thus it neither circulates, nor re-circulates, fluid between two chambers.
[76] Sims is a single chamber parts washer that has parts supported on a tray or grid above single chamber tank. It does not re-circulate a cleaning fluid from a second chamber to a first chamber.

**United States Patent No. 6,451,125**

| '125 Patent – Claim 1 [NON-ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A method of removing hydrocarbons from a part and disposing of the hydrocarbons, the method comprising the steps of: | - | - | - | - | - | - | - | - | - | - | - |
| suspending, in a biodegradable, non-caustic, non-flammable, oil dispersant, cleaning and degreasing fluid, microorganisms to which the fluid is non-toxic; | $O^{77}$ | $O^{78}$ | $O^{79}$ | $O^{80}$ | $O^{81}$ | - | - | - | - | - | - |
| providing a parts washer having at least a basin for receiving the part and a tank below the basin for containing the fluid; | X | - | - | - | X | - | X | - | $O^{82}$ | X | - |
| bringing the part into contact with the fluid containing the microorganisms; | X | $O^{83}$ | X | - | - | - | - | - | - | - | - |
| allowing the fluid to remove the hydrocarbons from the part and flow into the tank;[84] and | - | - | - | - | - | - | - | - | - | - | - |
| allowing the microorganisms within the fluid to biodegrade the hydrocarbons. | X | $O^{85}$ | $O^{86}$ | - | - | - | - | - | - | - | - |

---

[77] Examiner Stinson noted that *Hakansson-1* fails to disclose a fluid that is a "biodegradable, non-toxic, non-caustic, nonflammable oil dispersant cleaner and degreaser". ['305 Application, Interview Summary].
[78] There is no express teaching that Guinn would remain non-toxic to microorganisms or non-caustic to human tissue if used in a continuous process in a parts washer over time. Someone of ordinary skill would not recognize these characteristics as being inherently present.
[79] Lashmett's fluid contains 16 percent alcohol. Subject to further claim construction by the Court, this concentration cannot reasonably be considered "non-flammable."
[80] There is no express teaching that Kaiser is non-caustic to human tissue. Someone of ordinary skill would not recognize this characteristic as being inherently present. There is no express teaching that Kaiser would remain non-toxic to microorganisms if used in a continuous process in a parts washer over time.
[81] Knowlton teaches an alkaline cleaning fluid that persons of skill in the art would recognize as caustic.
[82] Minkin is a closed cabinet washer for high temperature / high pressure spray washing. It does not have an open basin for washing operations.
[83] Guinn merely makes passing mention of use of microorganisms in a parts washer. There is no enabling disclosure of an apparatus that would serve as an acceptable host environment for the microorganisms.
[84] Professor Adriaens claim chart does not direct this claim limitation to any particular reference.
[85] Guinn merely makes passing mention of use of microorganisms in a parts washer. There is no enabling disclosure of an apparatus that would serve as an acceptable host environment for the microorganisms.
[86] Lashmett does not retain the hydrocarbons in the tank and then biodegrade to hydrocarbons in the tank. Instead, Lashmett removes the hydrocarbons from the tank via a skimming step.

| **'125 Patent – Claim 4 [ASSERTED]** | **Hk1** | **Gui** | **Las** | **Kai** | **Kno** | **Sim** | **Ols** | **Tut** | **Min** | **His** | **Ath** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Method of claim 1, further comprising the step of | - | - | - | - | - | - | - | - | - | - | - |
| maintaining the fluid at a desired temperature, wherein | X | - | - | - | X | - | - | - | O[87] | X | X |
| a heater heats the reservoir. | X | - | - | - | X | - | - | - | X | X | X |

| **'125 Patent – Claim 5 [ASSERTED]** | **Hk1** | **Gui** | **Las** | **Kai** | **Kno** | **Sim** | **Ols** | **Tut** | **Min** | **His** | **Ath** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Method of claim 1, further comprising the step of | - | - | - | - | - | - | - | - | - | - | - |
| filtering the fluid after the bringing step. | - | - | O[88] | - | X | O[89] | X | - | - | X | - |

---

[87] There is no express disclosure in Minkin of any means for maintaining the fluid at a desired temperature. Given the high operating temperatures of Minkin, one would not be present inherently.
[88] Lashmett is a single chamber parts washer. The filter passes fluid drawn from the single chamber and returns it to the single chamber. Filtering is independent of any sequencing with the bringing step.
[89] Sims does not filter until after the contaminants have dropped down in the tank as part of cleaning step. Sims filters while pumping the fluid back up to the faucet for additional cleaning operations.

| '125 Patent – Claim 6 [NON-ASSERTED]  - - - *see footnote below*[90] | **Hk1** | **Gui** | **Las** | **Kai** | **Kno** | **Sim** | **Ols** | **Tut** | **Min** | **His** | **Ath** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A method of cleaning hydrocarbons from an object, said method comprising the steps of | - | - | - | - | - | - | - | - | - | - | - |
| introducing hydrocarbon biodegrading microorganisms into a biodegradable, non-caustic, non-flammable, oil dispersant cleaning and degreasing fluid that is non-toxic to the microorganisms, | O[91] | O[92] | O[93] | O[94] | O[95] | - | - | - | - | - | - |
| wherein the fluid is contained within a washing apparatus including | X | O[96] | X | - | X | - | X | - | X | X | - |
| a tank, | X | - | X | - | X | - | X | - | X | X | - |
| a basin, | X | - | O[97] | - | X | - | X | - | O[98] | X | - |
| a pump and conduit assembly, and | X | - | X | - | X | X | X | X | X | X | - |
| a flowpath defined between the basin and the tank through which the fluid flows from the basin into the tank, | X | - | O[99] | - | X | O[100] | X | X | - | X | - |
| bringing the part into contact with the fluid and the microorganisms **in the basin**,[101] | X | O[102] | O[103] | - | - | - | - | - | - | - | - |
| removing hydrocarbons from the part, | X | O[104] | X | - | - | - | - | - | - | - | - |
| draining the fluid with the hydrocarbons contained therein from the basin to the tank[105] and | - | - | - | - | - | - | - | - | - | - | - |
| retaining the hydrocarbons within the fluid in the tank while the microorganisms biodegrade the hydrocarbons. [106] | - | - | - | - | - | - | - | - | - | - | - |

---

[90] Professor Adriaens did not provide a complete chart for this claim. In lieu of addressing all claim limitations, he refers back to his claim chart for claim 1 which contains different limitations.
[91] Examiner Stinson noted that *Hakansson-1* fails to disclose a fluid that is a "biodegradable, non-toxic, non-caustic, nonflammable oil dispersant cleaner and degreaser". ['305 Application, Interview Summary].
[92] There is no express or inherent teaching that Guinn would remain non-toxic to microorganisms or non-caustic to human tissue if used in a continuous process in a parts washer over time.
[93] Lashmett's fluid contains 16 percent alcohol. Subject to further claim construction by the Court, this concentration cannot reasonably be considered "non-flammable."
[94] There is no express or inherent teaching that Kaiser is non-caustic to human tissue. No express or inherent teaching of non-toxic to microorganisms if used in a continuous process in a parts washer over time.
[95] Knowlton teaches an alkaline cleaning fluid that persons of skill in the art would recognize as caustic.
[96] Guinn makes a passing reference to use of its washing fluid in a parts washer, but makes no disclosure as to what type of apparatus for washing parts is referred to.
[97] Lashmett is a single chamber parts washer that does not teach a separate tank and basin. Lashmett places dirty parts in a basket and then lower the basket into the tank for cleaning.
[98] Minkin is a closed cabinet washer for high temperature / high pressure spray washing. It does not have an open basin for washing operations.
[99] Lashmett is a single chamber parts washer that does not teach a separate tank and basin. There is no flowpath between two chambers, because there is only one chamber.
[100] Sims is a single chamber parts washer that has parts supported on a tray or grid above single chamber tank. There is no flowpath between two chambers to place a filter in.
[101] Professor Adriaens merely refers to a somewhat similar limitation in claim 1, but the analogous limitation in claim 1 does not include the additional limiting language of "in the basin."
[102] Guinn does not teach a parts washer with a basin.
[103] Lashmett is a single chamber parts washer that does not teach a separate tank and basin. Lashmett brings the part into contact with the fluid and microorganisms in its single chamber – the tank.
[104] Guinn merely makes passing mention of use of microorganisms in a parts washer. There is no enabling disclosure of an apparatus that would serve as an acceptable host environment for the microorganisms.
[105] Professor Adriaens omitted this claim limitation from his claim chart, in its entirety.
[106] Professor Adriaens omitted this claim limitation from his claim chart, in its entirety.

| 125 Patent – Claim 7 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Method of claim 6, further comprising the step of | - | - | - | - | - | - | - | - | - | - | - |
| positioning a filter within the flowpath. | - | - | O[107] | - | X | O[108] | X | - | - | X | - |

---

[107] Lashmett is a single chamber parts washer that does not teach a separate tank and basin. There is no "flowpath" between two chambers to position a filter within.
[108] Sims is a single chamber parts washer that has parts supported on a tray or grid above single chamber tank. There is no flowpath between two chambers to place a filter in.

| '125 Patent – Claim 12 [NON-ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A method of cleaning hydrocarbons from a part in a parts washer, the method including the steps of: | - | - | - | - | - | - | - | - | - | - | - |
| exposing the part within a basin to a biodegradable, non-caustic, non-flammable oil dispersant cleaning and degreasing fluid to clean the hydrocarbons from the part, | O[109] | O[110] | O[111] | O[112] | O[113] | - | - | - | - | O[114] | - |
| providing a flowpath for the fluid between the basin and a tank, [115] | - | - | - | - | - | - | - | - | - | - | - |
| wherein microorganisms, to which the fluid is non-toxic, are disposed within the fluid for biodegrading hydrocarbons associated with the part, [116] | - | - | - | - | - | - | - | - | - | - | - |
| allowing the fluid with the hydrocarbons contained therein to flow into the tank, [117] and | - | - | - | - | - | - | - | - | - | - | - |
| retaining the hydrocarbons within the tank for sufficient time for the microorganisms to substantially biodegrade the hydrocarbons. [118] | - | - | - | - | - | - | - | - | - | - | - |

| '125 Patent - Claim 13 [NON-ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 12, further comprising the step of | - | - | - | - | - | - | - | - | - | - | - |
| heating the fluid. | X | - | - | - | X | - | - | - | X | X | X |

| '125 Patent – Claim 16 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 13, wherein | - | - | - | - | - | - | - | - | - | - | - |
| the heating step includes a step of heating the fluid within the tank. | X | - | - | - | X | - | - | - | X | X | X |

---

[109] *Hakansson-1* fails to disclose a fluid that is a "biodegradable, non-toxic, non-caustic, nonflammable oil dispersant cleaner and degreaser". ['305 Application, Interview Summary].

[110] There is no express teaching that Guinn would remain non-toxic to microorganisms or non-caustic to human tissue if used in a continuous process in a parts washer over time. Someone of ordinary skill would not recognize these characteristics as being inherently present. Guinn does not teach parts washing in a basin.

[111] Lashmett's fluid contains 16 percent alcohol. Subject to further claim construction by the Court, this concentration cannot reasonably be considered "non-flammable."

[112] There is no express teaching that Kaiser is non-caustic to human tissue. Someone of ordinary skill would not recognize this characteristic as being inherently present. There is no express teaching that Kaiser would remain non-toxic to microorganisms if used in a continuous process in a parts washer over time. Kaiser does not teach parts washing in a basin.

[113] Knowlton teaches an alkaline cleaning fluid that persons of skill in the art would recognize as caustic.

[114] Hiss teaches an alkaline cleaning fluid that persons of skill in the art would recognize as caustic.

[115] Professor Adriaens altogether omitted this claim limitation from his recitation of Claim 12 as well as entirely omitting this limitation from his claim chart.

[116] Professor Adriaens altogether omitted this claim limitation from his recitation of Claim 12 as well as entirely omitting this limitation from his claim chart.

[117] Professor Adriaens altogether omitted this claim limitation from his recitation of Claim 12 as well as entirely omitting this limitation from his claim chart.

[118] Professor Adriaens altogether omitted this claim limitation from his recitation of Claim 12 as well as entirely omitting this limitation from his claim chart.

| '125 Patent-Claim 17 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 13, further comprising a step of: | - | - | - | - | - | - | - | - | - | - | - |
| measuring the level of the fluid, wherein the heating step is responsive to the step of measuring the level. | - | - | - | - | - | - | - | - | X | - | X |

| '125 Patent - Claim 18 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 13, further comprising a step of: | - | - | - | - | - | - | - | - | - | - | - |
| measuring the temperature of the fluid, wherein the heating step is responsive to the step of measuring the temperature. | X | - | - | - | - | - | - | - |  | X | X |

| '125 Patent - Claim 19 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 18, further comprising a step of: | - | - | - | - | - | - | - | - | - | - | - |
| measuring the level of the fluid, wherein the heating step is responsive to the step of measuring the level. | - | - | - | - | - | - | - | - | X | - | X |

| '125 Patent - Claim 21 [ASSERTED] | Hk1 | Gui | Las | Kai | Kno | Sim | Ols | Tut | Min | His | Ath |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The method of claim 12, further comprising the step of | - | - | - | - | - | - | - | - | - | - | - |
| interposing a filter within the flowpath. | - | - | O[119] | - | X | O[120] | X | - | - | X | - |

---

[119] Lashmett is a single chamber parts washer and thus does not have a flowpath that transports fluid between two separate chambers. There is no flowpath to place a filter into.

[120] Sims is a single chamber parts washer that has parts supported on a tray or grid above single chamber tank. There is no flowpath between two chambers to place a filter in. The "thick open mesh material" that Professor Adriaens has identified as a filter is located at the bottom of the single chamber / tank / "box." Professor Adriaens has misidentified the tank (box) as a basin.