# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

```
CHEMFREE CORPORATION,            )
                                 )
          Plaintiff,             )     Civil Action File No.
                                 )     1:04-cv-3711 (JTC)
vs.                              )
                                 )
J. WALTER, INC., and             )
J. WALTER COMPANY, LTD.,         )
                                 )
          Defendants.            )
```

## REQUEST FOR ORAL ARGUMENT

Plaintiff ChemFree Corporation ("ChemFree") herein requests Oral Argument on its Cross-Motion For Summary Judgment On Defendants' Non-Enablement Defense, filed contemporaneously herewith, and on Defendants' Motion for Summary Judgment on Non-Enablement Defense [Dkt. 370].  At such hearing, ChemFree requests that the Court will also hear oral argument on the following, pending Motions:

Dkt. 317   Plaintiff's Motion to Strike Expert Report of Peter Adriaens for Contravention of This Court's Order Dated October 29, 2007, and for Non-Compliance With Federal Rule of Civil Procedure 26(a)(2)(B);

Dkt. 348   Defendants' Motion For Leave To Amend Invalidity Contentions;

Dkt. 378   [ChemFree's] Motion to Disallow Enablement Invalidity Defense as Untimely; and

Dkt. 380    [ChemFree's] Motion to Strike Summary Judgment
            Declaration of Peter Adriaens as Unauthorized
            Supplemental Expert Report in Contravention of
            Local Patent Rules 4.2 and 7.3 and this Court's
            Orders of October 29, 2007, and June 10, 2008.

Respectfully submitted, this 15th day of July, 2008.

DUANE MORRIS LLP

/s/   *William A. Capp*
William A. Capp
Georgia State Bar No. 108823

700 Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia  30309

Telephone:  (404) 253-6975
Facsimile:  (404) 253-6901
E-mail: *bcapp@duanemorris.com*

Counsel for Plaintiff
  ChemFree Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, I electronically

filed **REQUEST FOR ORAL ARGUMENT** with the Clerk of Court using

the CM/ECF system which will automatically send e-mail

notification of such filing to all counsel of record.


DUANE MORRIS LLP

/s/  *William A. Capp*

William A. Capp
Georgia State Bar No. 108823


In accordance with Local Rule 7.1D, counsel for
Plaintiff certifies that the foregoing has been
prepared using the font Courier New 12 point.