IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION,<br><br>  Plaintiff,<br><br>    v.<br><br>J. WALTER, INC., and<br>J. WALTER COMPANY, LTD.<br><br>  Defendants. | CIVIL CASE NO.<br>1:04-CV-3711-JTC |

## O R D E R

This matter is currently before the Court on Plaintiff's motion for attorney's fees and costs [#376] and Plaintiff's motion to defer ruling on its motion for attorney's fees and costs [#474]. Pursuant to the Court's June 10, 2008 Order imposing Rule 11 sanctions against Defendants' counsel with respect to several of Defendants' allegations of inequitable conduct, Plaintiff filed its motion for attorney's fees and costs. Plaintiff now asks the Court to defer ruling on that motion because it intends to file a motion under 35 U.S.C. § 285 – after the liability phase of the trial is complete – asking the Court to declare this case exceptional and award Plaintiff <u>all</u> of its attorney's fees and costs. For good cause shown, the Court **GRANTS** Plaintiff's motion to defer ruling [#474]. As such, the Court **DENIES with leave to renew** Plaintiff's motion for attorney's fees and costs [#376]. Should Plaintiff later wish to renew its motion for attorney's fees and costs associated with the Court's

June 10, 2008 Order, the Court will simply reinstate the motion as briefed, and the parties will not be permitted to re-brief the issue.

**SO ORDERED**, this 10th day of February, 2009.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE