IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION,<br><br>    Plaintiff,<br><br>        v.<br><br>J. WALTER, INC., and<br>J. WALTER COMPANY, LTD.,<br><br>    Defendants. | CIVIL CASE NO.<br>1:04-CV-3711-JTC |

**O R D E R**

This matter is currently before the Court on cross motions for partial summary judgment on Defendants' enablement defense under 35 U.S.C. § 112.  Defendants move for summary judgment in this patent infringement action arguing that the asserted claims of the patens-in-suit do not "enable a person of ordinary skill in the art . . . to create a combination of microorganisms and surfactants resulting in a cleaning solution sustainable to microorganisms." [#490]  Plaintiff moves for summary judgment on the enablement defense.[1] [#469]  Because Defendants failed to demonstrate that genuine issues of material fact remain concerning their enablement defense, the Court **GRANTS** Plaintiff's motion [#469] and **DENIES** Defendants' motion [#490].  A written order explaining these holdings will follow.

---

[1] The Court struck the portions of Plaintiff's motion for summary judgment directed to any issue other than enablement.  (See Order, Feb. 13, 2009.)

**SO ORDERED**, this 5th day of May, 2009.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE