# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:04-cv-03711-JTC
## Chemfree Corporation v. J. Walter, Inc. et al
## Honorable Jack T. Camp

Minute Sheet for proceedings held In Open Court on 05/07/2009.

TIME COURT COMMENCED: 1:16 P.M.  
TIME COURT CONCLUDED: 3:40 P.M.  
TIME IN COURT: 2:24  
COURT REPORTER: Lori Burgess  
CSO/DUSM: Michael Gerrolds  
DEPUTY CLERK: Harry Martin  

ATTORNEY(S) PRESENT:
Stephen Anderson representing Chemfree Corporation
Anthony Askew representing J. Walter Company, LTD
Anthony Askew representing J. Walter, Inc.
William Capp representing Chemfree Corporation
John Harbin representing J. Walter Company, LTD
John Harbin representing J. Walter, Inc.
David Moreland representing J. Walter Company, LTD
David Moreland representing J. Walter, Inc.
Stephen Schaetzel representing J. Walter Company, LTD
Stephen Schaetzel representing J. Walter, Inc.
** Claus Melarti representing Chemfree Corporation

PROCEEDING CATEGORY: Pretrial Conference;

MINUTE TEXT: Pretrial Conference held. Written order to follow.

HEARING STATUS: Hearing Concluded