# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHEMFREE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 1:04-CV-3711(JTC) |
| | ) |
| J. WALTER, INC., and | ) |
| J. WALTER COMPANY, LTD. | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiff ChemFree Corporation hereby files this Notice of Withdrawal to reflect the fact that Claus D. Melarti is leaving the law firm of Duane Morris LLP and, therefore, withdraws from further representation of ChemFree.  Messrs. William Capp and Luke Anderson of Duane Morris LLP will remain counsel to ChemFree.

Respectfully submitted, this 11th day of September, 2009.

DUANE MORRIS LLP

|   |   |
|---|---|
| | /s/ Claus Melarti |
| 700 Atlantic Center Plaza | William A. Capp |
| 1180 West Peachtree Street NW | Georgia Bar No. 108823 |
| Atlanta, Georgia 30309-3448 | (bcapp@duanemorris.com) |
| Telephone: 404-253-6900 | S. Luke Anderson |
| Facsimile: 404-393-5183 | Georgia Bar No. 018330 |
| | (landerson@duanemorris.com) |
| Counsel for Plaintiff | Claus D. Melarti |
|   ChemFree Corporation | Georgia Bar No. 501181 |
| | (cmelarti@duanemorris.com) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2009, I electronically filed the within and foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

<div style="margin-left: 3em;">

Duane Morris LLP

 /s/ Claus Melarti  
Claus Melarti  
Georgia Bar No. 501181  
*cdmelarti@duanemorris.com*

700 Atlantic Center Plaza  
1180 West Peachtree Street NW  
Atlanta, Georgia 30309-3448  
Telephone: 404-253-6900  
Facsimile: 404-393-5183

Counsel for Plaintiff  
  ChemFree Corporation

</div>

> In accordance with Local Rule 7.1D, counsel for Plaintiff certifies that the foregoing has been prepared using the font Courier New 12 point.