# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:04-cv-03711-JTC
## Chemfree Corporation v. J. Walter, Inc. et al
## Honorable Jack T. Camp

Minute Sheet for proceedings held In Open Court on 05/05/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 2:26 P.M. | COURT REPORTER: Lori Burgess |
| TIME COURT CONCLUDED: 5:38 P.M. | CSO/DUSM: Bernie Means |
| TIME IN COURT: 3:12 | DEPUTY CLERK: Harry Martin |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Capp representing Chemfree Corporation |
| | John Harbin representing J. Walter Company, LTD |
| | John Harbin representing J. Walter, Inc. |
| | Stephen Schaetzel representing J. Walter Company, LTD |
| | Stephen Schaetzel representing J. Walter, Inc. |
| OTHER(S) PRESENT: | Woody Jameson - Plaintiffs Richard Richards - Defendants |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Status Conference held. Oral Argument on remaining issues in the case. |
| HEARING STATUS: | Hearing Concluded |