# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:04-cv-03711-JTC
## Chemfree Corporation v. J. Walter, Inc. et al
## Honorable Jack T. Camp

Minute Sheet for proceedings held In Chambers on 05/06/2010.

TIME COURT COMMENCED: 5:08 P.M.
TIME COURT CONCLUDED: 5:30 P.M.
TIME IN COURT: 00:22

COURT REPORTER: David Ritchie
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Capp representing Chemfree Corporation<br>Stephen Schaetzel representing J. Walter Company, LTD<br>Stephen Schaetzel representing J. Walter, Inc. |
| OTHER(S) PRESENT: | Woody Jameson for Plaintiff |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference held. |
| HEARING STATUS: | Hearing Concluded |