1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
2                         ATLANTA DIVISION

3

CHEMFREE CORPORATION,          )
4                              )
                PLAINTIFF,     )
5                              )        CIVIL ACTION
          VS.                  )        FILE NO. 1:04-CV-3711-JTC
6                              )
                               )        ATLANTA, GA
7    J. WALTER INC.; J. WALTER )        JULY 16, 2009
     COMPANY, LTD.,            )
8                              )
                DEFENDANT.     )
9    _____)

10

11                          VOLUME 4

12                  PAGES 552 THROUGH 743

13                  TRANSCRIPT OF BENCH TRIAL
              BEFORE THE HONORABLE JACK T. CAMP
14                UNITED STATES DISTRICT JUDGE

15

     APPEARANCES:
16       FOR THE PLAINTIFF:        WILLIAM ARTHUR CAPP
                                   STEPHEN LUKE ANDERSON
17                                 KLAUS MELARTI
                                   ATTORNEYS AT LAW
18

         FOR THE DEFENDANTS:       STEVE SCHAETZEL
19                                 JOHN HARBIN
                                   DAVID SCOTT MORELAND
20                                 ATTORNEY AT LAW

21

22

     LORI BURGESS, OFFICIAL COURT REPORTER
23   (404) 215-1528

24

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
25   PRODUCED BY CAT.

## INDEX OF EXAMINATIONS

WITNESS NAME                                                PAGE
DR. JOHN DURKEE
    CROSS BY MR. SCHAETZEL     .............................................554
    DIRECT BY MR. CAPP     ..................................................662
    RECROSS BY MR. SCHAETZEL     ........................................663
CLAUDE VANDEMEULEBROOCK
    DIRECT BY MR. SCHAETZEL     ..........................................689
    CROSS BY MR. CAPP     .................................................715
    REDIRECT BY MR. SCHAETZEL     .......................................736

1          THE COURT:  WHERE WERE WE YESTERDAY?

2          MR. SCHAETZEL:  DR. DURKEE.

3          THE COURT:  YOU WERE IN THE PROCESS OF

4   CROSS-EXAMINATION?

5          MR. SCHAETZEL:  YES, SIR.  I FAILED YESTERDAY TO

6   INTRODUCE TO THE COURT, MR. BOB RICHARDS, WHO IS A LAWYER AT

7   OUR FIRM, WHO IS ASSISTING IN THIS PART OF THE CASE, AND I

8   WANTED TO POINT HIM OUT TO THE COURT.

9          THE COURT:  HOW ARE YOU DOING, MR. RICHARDS?  WE

10  NEED ANOTHER LAWYER OR TWO.  ALL RIGHT.  MR. SCHAETZEL.

11                  DR. JOHN BEST DURKEE

12                    PREVIOUSLY SWORN

13              CROSS-EXAMINATION (RESUMED)

14  BY MR. SCHAETZEL:

15  Q. DR. DURKEE, WE HAVE REORGANIZED THINGS A LITTLE THIS

16  MORNING.  IF YOU COULD FIND YOUR REBUTTAL REPORT.  THE

17  SECOND REPORT, WHICH IS EXHIBIT 1137, PLEASE TURN TO PAGE

18  240, ENTITLED "OPINIONS AND CONCLUSIONS."  DR. DURKEE, DO

19  YOU SEE UNDER THE "OBVIOUSNESS" HEADING, ITEM NO. 1, THE

20  PARTS WASHING?

21  A. YES.

22  Q. YOU OPINED THAT THE CORRECT FIELD OF ART IS PARTS

23  WASHING, NOT ENVIRONMENTAL SCIENCES, AND THAT PROFESSOR

24  ADRIENS' PERSON OF ORDINARY SKILL IS IN THE WRONG

25  TECHNOLOGICAL FIELD RELATIVE TO THE SUBJECT INVENTION.

1    A. I HAVE.

2    Q. THAT IS STILL YOUR OPINION TODAY, IS IT NOT?

3    A. IT IS TODAY.

4    Q. FOCUSING ON THE PERSON OF ORDINARY SKILL, AS YOU HAVE

5    DEFINED IT IN PARTS WASHING ART IN THE 1993, 1994 TIME

6    FRAME, THAT PERSON WOULD HAVE HAD NO EXPERIENCE AT

7    DETERMINING WHETHER THE SURFACTANT IN A BIOREMEDIATING

8    CLEANING SOLUTION WAS BIODEGRADABLE, WOULD THEY?

9    A. YOU USED THE WORD "SURFACTANT," AND YOU USED THE WORD, I

10   THINK, "CLEANING SOLUTION"?

11   Q. YES.

12   A. DID I HEAR THAT CORRECTLY?

13   Q. YES.

14   A. A SURFACTANT IS NOT A CLEANING SOLUTION.  A CLEANING

15   SOLUTION OR A CLEANING FLUID OR A CLEANING AGENT AS IT IS

16   MORE COMMONLY KNOWN, JUICE, IN THE CLEANING MACHINES ARE

17   KNOWN AS ION.  THE SURFACTANT IS BUT A COMPONENT OF A

18   CLEANING FLUID OR A CLEANING AGENT OR A CLEANING SOLUTION.

19   A CLEANING SOLUTION WOULD BE MADE UP OF PROBABLY SEVERAL

20   DETERGENTS CALLED A DETERGENT PACKAGE.  BUT IN THAT TIME,

21   AQUEOUS CLEANING JUICES, IF YOU LIKE, WOULD HAVE OTHER

22   COMPONENTS AS WELL.  BUILDERS DESIGNED TO MANAGE THE

23   SOLUBILITY OF THE SURFACTANT IN OIL AND WATER, AND THEY

24   WOULD BE METAL SALTS.  CORROSION INHIBITORS, METAL SALTS,

25   BRIGHTENERS.  ALSO, METAL SALTS WHICH ATTACK THE SURFACE.

1    NONE OF THESE THINGS WOULD BE BIODEGRADABLE.  ALL OF THEM

2    WOULD BE ON THE MSDS AS SUPPLIED BY THE MANUFACTURER.  SO I

3    WOULD EXPECT ONE OF ORDINARY SKILL AT THAT TIME TO READ THE

4    MSDS, AND S OF BIODEGRADABILITY, HE WOULD KNOW WHAT IT SAID.

5    Q. MY QUESTION, DR. DURKEE, WAS, IN THE 1993-1994 TIME

6    FRAME, IT IS TRUE, IS IT NOT, THAT THE PERSON OF ORDINARY

7    SKILL IN THE ART, AS YOU DEFINED IT, WOULD HAVE HAD NO

8    EXPERIENCE DETERMINING WHETHER OR NOT A SURFACTANT IN A

9    CLEANING SOLUTION WAS BIODEGRADABLE?

10            MR. CAPP:  ASKED AND ANSWERED.

11            THE COURT:  OVERRULED.  YOU MAY ANSWER THE

12   QUESTION.

13            THE WITNESS:  WELL, A CLEANING SOLUTION IS NOT A

14   SURFACTANT.  A CLEANING SOLUTION CONTAINS SURFACTANTS,

15   PROBABLY, AND OTHER THINGS AS WELL.  IN TERMS OF IDENTIFYING

16   THE BIODEGRADABILITY OF THE CLEANING SOLUTION, THEY WOULD

17   READ THE MSDS.

18   BY MR. SCHAETZEL:

19   Q. LET'S TAKE THE CLEANING SOLUTION OUT OF IT.  IT IS TRUE,

20   IS IT NOT, THAT A PERSON OF ORDINARY SKILL IN THE ART, AS

21   YOU DEFINED IT IN THE 1993-1994 TIME FRAME, WOULD HAVE HAD

22   NO EXPERIENCE AT DETERMINING WHETHER OR NOT A SURFACTANT WAS

23   BIODEGRADABLE?

24   A. PROBABLY NOT, BUT IT MIGHT VERY WELL BE THAT THEY HAD

25   USED A SINGLE SURFACTANT IN CLEANING.  AND IT WOULD HAVE AN

1   MSDS, AND WHATEVER THAT SAID WOULD BE WHATEVER THEY READ.

2   BUT IN GENERAL, ONE WOULD NOT EXPECT TO FIND METAL CLEANING

3   DONE WITH A SINGLE SURFACTANT.

4   Q. IT'S ALSO TRUE, ISN'T IT, DR. DURKEE, THAT THE PERSON

5   SKILLED IN THE ART, AS YOU DEFINED IT IN THE 1993 AND '94

6   TIME FRAME, WOULD HAVE HAD NO EXPERIENCE AT DETERMINING

7   WHETHER OR NOT IN A CLEANING SOLUTION THAT INCLUDED A

8   SURFACTANT AND MICROORGANISMS, THAT PERSON OF ORDINARY SKILL

9   IN THE ART WOULD HAVE HAD NO EXPERIENCE DETERMINING WHETHER

10  OR NOT THAT SURFACTANT WAS TOXIC TO THOSE MICROORGANISMS?

11  A. RELATIVE TO THE SPECIFIC SURFACTANT, UNLESS IT WAS USED

12  AS I SAID EARLIER AS A SINGLE CLEANING COMPONENT, NO.  THE

13  MSDS MIGHT CONTAIN INFORMATION ABOUT TOXICITY BUT THAT WOULD

14  BE AS YOU SAID, CLEANING SOLUTION.

15  Q. ARE YOU TESTIFYING, DR. DURKEE, THAT THE PERSON OF

16  ORDINARY SKILL IN THE ART IN 1993-1994 TIME FRAME WOULD HAVE

17  HAD ANY EXPERIENCE WITH A CLEANING SOLUTION THAT INCLUDED

18  SURFACTANT AND MICROORGANISMS?

19  A. NO.  THEY WOULD NOT.

20  Q. SO IF THEY HAVE NEVER WORKED WITH THAT SOLUTION THAT

21  INCLUDES THE SURFACTANT AND THE MICROORGANISMS, THEY

22  WOULDN'T HAVE HAD ANY EXPERIENCE DETERMINING WHETHER OR NOT

23  THE SURFACTANT WOULD KILL THE MICROORGANISMS, WOULD THEY?

24  A. THEY WOULDN'T HAVE ANY EXPERIENCE WITH CLEANING FLUIDS

25  CONTAINING MICROORGANISMS BECAUSE CHEMFREE HADN'T INVENTED

1   THEM AT THAT TIME.

2   Q. AGAIN, IN THE 1993-1994 TIME FRAME, IT'S TRUE, IS IT NOT,

3   THAT THE PERSON OF ORDINARY SKILL IN THE ART, AS YOU DEFINED

4   IT, WOULD HAVE HAD NO EXPERIENCE IN DETERMINING WHETHER OR

5   NOT A CLEANING SOLUTION THAT INCLUDES A SURFACTANT AND

6   MICROORGANISMS WAS FLAMMABLE?

7   A. I SUPPOSE THE QUESTION ANSWERS ITSELF GIVEN THE PREVIOUS

8   QUESTION.  WHICH WAS, WOULD ONE OF ORDINARY SKILL HAVE

9   EXPERIENCE WITH A CLEANING SOLUTION CONTAINING A BIOLOGICAL

10  COMPONENT.  AND THAT ANSWER WAS, PROBABLY NOT.

11  Q. IS IT "PROBABLY NOT" OR IS IT "NO," SIR?

12  A. IT IS NOT WITH A SLIGHT EXCEPTION THAT ONE MIGHT HAVE

13  USED A SINGLE FLUID.  SINGLE COMPONENT.

14  Q. AND ALSO IN THE 1993-1994 TIME FRAME, THAT PERSON OF

15  ORDINARY SKILL IN THE ART, AS YOU DEFINED IT, WOULD HAVE HAD

16  NO EXPERIENCE AT DETERMINING WHETHER OR NOT A CLEANING

17  SOLUTION THAT INCLUDED A SURFACTANT AND MICROORGANISMS WAS

18  CAUSTIC OR NONCAUSTIC?  ISN'T THAT TRUE?

19  A. WELL, I THINK I HAVE TESTIFIED THAT THEY HAD NO

20  EXPERIENCE IN USE OF A CLEANING SOLUTION WITH

21  MICROORGANISMS, SO ALL OF THE OTHER ISSUES, CAUSTICITY AND

22  FLAMMABILITY, FOLLOW FROM THAT TESTIMONY.

23  Q. I WOULD LIKE TO ASK YOU, SIR, TO TURN TO YOUR LAST

24  REPORT, WHICH IS THE SUPPLEMENTAL REPORT DATED JANUARY OF

25  THIS YEAR.  AND IN PARTICULAR, PAGE 15.  YOU HAVE A READING

1    THAT READS, "OFFICE ACTIONS INVOLVING HAKANSSAN-2."  DO YOU

2    SEE THAT?

3    A. YES, SIR.

4    Q. THE HEADING, PLEASE.  IT'S TRUE, IS IT NOT DR. DURKEE,

5    THAT THE HAKANSSAN-2 REFERENCE WAS NEVER CONSIDERED BY THE

6    PATENT OFFICE IN THE PROSECUTION OF ANY OF THE PATENTS THAT

7    ARE AT ISSUE IN THIS CASE?  ISN'T IT?

8    A. I BELIEVE THAT IS WHAT IT SAYS HERE.  IT WAS SUBSEQUENTLY

9    ABANDONED.

10   Q. EXCUSE ME?

11   A. I BELIEVE THAT IS WHAT IT SAYS HERE, THE 902 APPLICATION

12   WAS SUBSEQUENTLY ABANDONED, IF THAT IS YOUR QUESTION.

13   Q. WELL, NO, SIR, IT'S NOT ENTIRELY MY QUESTION.  MY

14   QUESTION IS, THERE ARE FOUR PATENTS AT ISSUE IN THIS TRIAL.

15   YOU ARE AWARE OF THAT, SIR?  CORRECT?

16   A. YES.

17   Q. IN THE PROCESS OF OBTAINING THOSE FOUR PATENTS, ARE YOU

18   ALSO AWARE THAT THE HAKANSSAN-2 REFERENCE WAS NEVER

19   CONSIDERED BY THE PATENT OFFICE IN THE PROSECUTION OF THOSE

20   FOUR PATENTS UNTIL THEY ACTUALLY ISSUED IN 2000 AND 2002?

21   A. I BELIEVE -- I BELIEVE EXAMINER STINSON SPOKE TO OR SPOKE

22   ABOUT HAKANSSAN-2, AND THAT IS RELATED ON PAGE 16.

23   Q. THAT IS TRUE.

24          MR. SCHAETZEL:  AND YOUR HONOR, BY ASKING THAT

25   QUESTION, I UNDERSTAND THE COURT'S ORDER STRIKING CERTAIN

1  THINGS REGARDING HAKANSSAN-2 IN TERMS OF THEIR ENABLEMENT.

2  I DON'T MEAN TO CROSS THAT LINE AND ASK THE COURT'S

3  INDULGENCE AS I ASK THIS QUESTION.

4        MR. CAPP:  YOUR HONOR, I DISAGREE WITH

5  MR. SCHAETZEL'S CHARACTERIZATION OF YOUR HONOR'S, YOU KNOW,

6  RULING ON THAT MATTER.  WE CAN DISCUSS IT HERE OR AT A SIDE

7  BAR.  IT MAY BE OF SIGNIFICANCE FOR THE NEXT COUPLE OF

8  QUESTIONS.

9        THE COURT:  ALL RIGHT.

10        (SIDE BAR CONFERENCE AS FOLLOWS:)

11        THE COURT:  ALL RIGHT.  MR. SCHAETZEL, WHAT IS

12  YOUR RECOLLECTION OF MY RULING?

13        MR. SCHAETZEL:  YOUR HONOR, THE EXAMINER STINSON'S

14  COMMENTS THAT ARE MADE AFTER THESE PATENTS ISSUED HAS BEEN

15  EXCLUDED.  AND I AM TRYING NOT TO LOSE THE BENEFIT OF THAT

16  ORDER TO VIOLATE IT, BUT I WOULD LIKE TO UNDERSTAND IF THIS

17  WITNESS KNOWS THAT IN THE PROSECUTION OF THESE FOUR PATENTS,

18  THE HAKANSSAN-2 REFERENCE WAS NOT CONSIDERED.

19        THE COURT:  ALL RIGHT.

20        MR. CAPP:  I THINK HE IS ENTITLED TO THAT

21  PARTICULAR QUESTION AND ANSWER.  BUT GETTING MORE TO THE

22  POINT, YOUR ORDER ON THIS PARTICULAR MOTION IN LIMINE WAS

23  THAT THE 305 APPLICATION INTERVIEW SUMMARY COULD NOT COME

24  INTO EVIDENCE ON THE GROUNDS OF HEARSAY.  YOU DID NOT RULE

25  THAT AN EXPERT WITNESS COULD NOT RELY ON HEARSAY EVIDENCE IN

```
1    FORMULATING HIS OPINIONS AND CONCLUSIONS.  AND SO EVEN

2    THOUGH THE 305 APPLICATION INTERVIEW SUMMARY MAY NOT COME IN

3    AS EVIDENCE, I WOULD CERTAINLY INSIST ON MY ABILITY TO USE

4    MY EXPERT WITNESS TO RELY ON THE FULL SCOPE OF THE MATERIALS

5    THAT HE REVIEWED AND CONSIDERED --

6              THE COURT:  IF HE CAN LAY THE FULL FOUNDATION THAT

7    AN EXPERT IN THE FIELD WOULD HAVE NORMALLY CONSIDERED THAT

8    AND TAKEN THAT INTO CONSIDERATION, THEN I THINK HE IS

9    ENTITLED TO TESTIFY TO IT.  OF COURSE, THE NICE THING ABOUT

10   BEING A JUDGE IS YOU CAN CHANGE THOSE ORDERS.  SO WE WILL

11   SEE.  I THINK THAT IS A PROPER QUESTION TOO, MR. SCHAETZEL.

12              (END OF SIDE BAR CONFERENCE.)

13   BY MR. SCHAETZEL:

14   Q. DR. DURKEE, MY QUESTION TO YOU IS, ARE YOU AWARE THAT THE

15   HAKANSSAN-2 REFERENCE WAS NOT CONSIDERED BY THE PATENT

16   OFFICE IN THE PROSECUTION OF THE FOUR PATENTS AT ISSUE IN

17   THIS CASE?

18   A. I BELIEVE I WROTE HERE THAT AMBASSADOR -- SORRY, I WAS

19   THINKING OF HENRY STINSON.  NOT FRANKIE STINSON.  EXAMINER

20   STINSON DID CONSIDER IT, AND THAT IS NOTED BY THE QUOTE FROM

21   HIM HERE.  PLEASE HELP ME TO UNDERSTAND YOUR QUESTION.

22   Q. IS IT YOUR UNDERSTANDING THAT THOSE COMMENTS OF EXAMINER

23   STINSON WERE MADE IN THE PROSECUTION OF ONE OF THE FOUR

24   PATENTS IN THIS CASE?

25   A. IT IS THAT, MY BELIEF -- THAT IS MY BELIEF.
```

1    Q. IF YOU WOULD, SIR, PLEASE TURN OVER TO PAGE 17 OF THIS

2    SAME REPORT.  DO YOU SEE A HEADING "C," "PROSECUTION HISTORY

3    RELATED TO SIMS"?

4    A. YES.

5    Q. WHAT DO YOU UNDERSTAND SIMS TO BE, SIR?

6    A. SIMS WAS A UNIQUE TYPE OF FILTER CALLED A PAPER TOWEL

7    FILTER.  IT WAS USED WITH MINERAL SPIRIT WASHERS FOR THE

8    PURPOSE OF REMOVING EXTRAORDINARILY, IN THIS MARKET, IN THIS

9    SECTOR OF THE CLEANING INDUSTRY, EXTRAORDINARILY SMALL

10   PARTICLES, SIZES AROUND OR ABOVE A MICRON TO BELOW A MICRON.

11   AND TO REMOVE THOSE PARTICLES FROM SOLUTION BY A METHOD THAT

12   WAS PROBABLY -- I SAY PROBABLY BECAUSE I THINK THE WORDING

13   OF THE PATENT IS NOT TECHNICALLY CORRECT, PROBABLY

14   ABSORPTION ON THE SURFACE OR ENTANGLEMENT OF THE JAGGED

15   SURFACES OF THE PARTICLE ON THE POROUS STRUCTURE, PROBABLY

16   NON WOVEN STRUCTURE OF THE PAPER TOWEL.

17   Q. WE WILL TALK ABOUT THE CONTENT OF THE SIMS REFERENCE IN A

18   MINUTE.  BUT IT IS TRUE, IS IT NOT, THAT THE SIMS REFERENCE

19   IS A PATENT THAT YOU HAVE CITED IN YOUR REPORT?  ISN'T THAT

20   CORRECT?

21   A. IT IS.

22   Q. AND IN THIS HEADING, WHEN YOU REFER TO "PROSECUTION

23   HISTORY RELATED TO SIMS," YOU ARE REFERRING TO THAT SIMS

24   PATENT.  ISN'T THAT CORRECT?

25   A. YES, SIR.

1    Q. AND IS IT YOUR UNDERSTANDING THAT THE SIMS REFERENCE WAS

2    CONSIDERED BY THE PATENT OFFICE IN THE PROSECUTION OF ANY OF

3    THE FOUR PATENTS THAT ARE AT ISSUE IN THIS CASE?

4    A. YES, SIR.

5    Q. THAT IS YOUR UNDERSTANDING?

6    A. THAT IS MY UNDERSTANDING.

7          THE COURT:  LET ME MAKE SURE I UNDERSTAND THAT.

8    ARE YOU SAYING IT IS YOUR UNDERSTANDING THAT IT WAS OR WAS

9    NOT CONSIDERED IN THE PROSECUTION OF THE FOUR PATENTS IN

10   THIS CASE?

11         THE WITNESS:  I DO BELIEVE IT WAS, SIR.

12         THE COURT:  OKAY.

13   BY MR. SCHAETZEL:

14   Q. IF YOU WOULD SIR, PLEASE TURN TO 28 OF THIS REPORT.  PAGE

15   28.  NEAR THE BOTTOM OF THE PAGE, THE PARAGRAPH THAT BEGINS

16   AT THE BOTTOM OF THE PAGE 28.  THE FIRST SENTENCE, YOU

17   TESTIFIED, SIR, "IN CONTRAST, CHEMFREE'S PATENTS ARE MORE

18   DIRECTED TO A PRODUCT APPLICATION WHERE THE CLEANING

19   REQUIREMENTS ARE LESS STRINGENT THAN THAT CONTEMPLATED BY

20   HAKANSSAN-2."  DO YOU SEE THAT?

21   A. I DO.

22   Q. WHY DO YOU BELIEVE THAT THE CLEANING REQUIREMENTS FOR THE

23   CHEMFREE DEVICE ARE LESS STRINGENT THAN THAT FOR

24   HAKANSSAN-2?

25   A. BECAUSE THEY OPERATE WITH DIFFERENT PROCESSES.

1    Q. PLEASE ELABORATE.

2    A. THE PROCESS OF THE PATENTS OF CHEMFREE IS REFERRED TO IN

3    THE INDUSTRY AS FLUSH AND BRUSH.  WE SAW SOME GOOD VIDEOS

4    YESTERDAY, OR PERHAPS IT WAS THE DAY BEFORE, DESCRIBING THAT

5    REALLY WELL.

6         ALL CLEANING WORK IS DONE BY USING ONE OF THREE

7    FACTORS.  ONE CAN USE MECHANICAL FORCE, ONE CAN USE

8    CHEMISTRY OR DETERGENCY, ONE CAN USE TEMPERATURE.  IN THE

9    FLUSH AND BRUSH SYSTEM, ONE USES PRIMARILY MECHANICAL FORCE

10   AUGMENTED BY SOLUTION WITH THE DETERGENTS OF THE CLEANING

11   FLUID.  THE FORCED LEVEL CAN BE EXTREME BECAUSE A PERSON IS

12   HOLDING AT CLOSE PROXIMITY TO THE SURFACE A BRISTLE BRUSH OF

13   SOME SORT.  THE HIGH PRESSURE SPRAY PROCESS IS VERY

14   DIFFERENT USED IN A DIFFERENT APPARATUS, USED FOR DIFFERENT

15   PARTS FOR DIFFERENT CLEANING PURPOSES.  THE HIGH PRESSURE

16   SPRAY PROCESS CLEANS ONLY BY MECHANICAL FORCE.  THE FLUID IS

17   SPRAYED ON FROM A PRESSURIZED NOZZLE, IMPACTS THE SURFACE,

18   AND ONLY THAT IMPACT ESSENTIALLY RELEASES SOIL OR DISLODGES

19   SOIL FROM THE SURFACE.  WE BELIEVE THAT THE FLUID DOESN'T

20   SIT ON THE SURFACE LONG ENOUGH BEFORE IT REFLECTS OFF TO

21   ACTUALLY DO ANY SOLUTION.  AND OF COURSE, TEMPERATURE IS A

22   FACTOR IN BOTH OF THOSE CLEANING PROCESSES IN THAT GENERALLY

23   THE HIGHER THE TEMPERATURE, THE BETTER THE CLEANING.

24   Q. AND AS A RESULT OF THE -- I BELIEVE YOU CALLED IT THE

25   FLUSH AND BRUSH, WAS THE ONE THAT, FOR EXAMPLE, CHEMFREE

1    DEVICE?

2    A. YES, SIR.

3    Q. AS OPPOSED TO HAKANSSAN-2 DEVICE?

4    A. YES, SIR.

5    Q. DOES IT REQUIRE A MORE SOPHISTICATED MACHINE TO PRACTICE

6    THE HAKANSSAN-2 APPROACH AS OPPOSED TO THE CHEMFREE

7    APPROACH?

8    A. IT DEPENDS UPON WHAT YOU ARE TRYING TO DO.  IF I MAY BE

9    ALLOWED TO FINISH MY ANSWER TO THE FIRST QUESTION.  YOUR

10   EARLIER QUESTION.

11   Q. I AM SORRY.

12   A. WHICH WAS, WOULD ONE OF ORDINARY SKILL RECOGNIZE THAT

13   THERE ARE -- THESE ARE DIFFERENT OUTCOMES, DIFFERENT

14   CLEANING REQUIREMENTS THAT ARE MORE OR LESS STRINGENT

15   DEPENDING UPON WHICH ONE YOU ARE TALKING ABOUT.  ONE OF

16   ORDINARY SKILL WOULD RECOGNIZE NOT ONLY WAS THE CLEANING

17   DONE DIFFERENTLY, WHICH IS WHAT I WAS TRYING TO EXPLAIN, BUT

18   TO THE ART OF HAKANSSAN, BRINGS TWO OTHER PROCESSES INTO

19   EFFECT, WHICH GENERALLY IMPROVE THE QUALITY OF THE SURFACE

20   FINISH.  THE FIRST IS RINSING, DONE WITH WATER.  HERE THE

21   PURPOSE OF THE RINSE STEP IS TO DILUTE THE CLEANING AGENT

22   AND SOIL SOLUTION OR EMULSION OR SUSPENSION OR WHATEVER IT

23   IS FROM THE SURFACE, SO THAT THERE IS LESS OF IT PRESENT

24   THERE THAN THERE WAS BEFORE YOU STARTED THE WATER RINSE.

25   AND THEN THERE IS THE THIRD STAGE, HIGH TEMPERATURE, I

1    ASSUME, I BELIEVE, HOT FORCED AIR IS DRIVEN ACROSS THE PARTS

2    TO DRY THEM.  SO IN SUMMARY, THERE IS ONE PART TO THE

3    CHEMFREE PROCESS, THERE ARE THREE PARTS TO THE CLEANING

4    PROCESS OF HAKANSSAN:  WASHING, RINSING, AND DRYING.

5    WHEREAS THERE IS ONLY WASHING WITH THE CHEMFREE PROCESS.

6    Q. SO IN THAT HAKANSSAN PROCESS, THERE WAS WASHING, RINSING,

7    AND DRYING IN YOUR VIEW; CORRECT?

8    A. YES, SIR.

9    Q. AND IN THE CHEMFREE PRACTICE, THERE IS ONLY WASHING;

10   CORRECT?

11   A. YES, SIR.

12   Q. SO IT'S TRUE THEN, IS IT NOT, THAT THE CHEMFREE PROCESS

13   HAD, IF YOU WILL, FEWER PROCESSES INVOLVED IN THAT PROCESS?

14   A. YES, SIR.

15   Q. AND AS A RESULT, THE EQUIPMENT THAT YOU HAVE USED FOR THE

16   CHEMFREE PROCESS AS OPPOSED TO HAKANSSAN WOULD BE LESS

17   SOPHISTICATED, WOULD IT NOT, BECAUSE IT DOESN'T NEED TO DO

18   ALL OF THOSE OTHER PROCESSES?

19   A. CERTAINLY SIMPLER AND CERTAINLY LESS COMPLEX.  I WOULD

20   HESITATE TO USE THE WORD "SOPHISTICATED."  BUT CERTAINLY

21   SIMPLER, CERTAINLY CHEAPER.

22   Q. I WOULD LIKE TO ASK YOU, SIR, IN THIS SAME REPORT, IF YOU

23   COULD TURN TO THE VERY END OF THE REPORT, AND YOU WILL FIND

24   AN ATTACHMENT THERE.

25   A. OKAY.

1   Q. IT IS CALLED "CLAIM CHART TO ACCOMPANY SUPPLEMENTAL

2   EXPERT REPORT OF JOHN B. DURKEE."

3   A. YES, SIR.

4   Q. DR. DURKEE, WHAT IS THIS CHART?

5   A. THE TITLE SAYS IT IS A CLAIM CHART FOR THIS PARTICULAR

6   REPORT.

7   Q. OKAY.  AND IT'S A CLAIM CHART WHERE YOU'VE LOOKED AT THE

8   FOUR REFERENCES, HAKANSSAN-2, SIMS, MINKIN AND ATHEY AND

9   COME TO CERTAIN CONCLUSIONS; ISN'T THAT CORRECT?

10  A. YES, SIR.

11  Q. AND THOSE CONCLUSIONS ARE REFLECTED IN YOUR CHART, ARE

12  THEY NOT?

13  A. THEY ARE.  AND I HOPE CONSISTENT, I BELIEVE CONSISTENT

14  WITH THE TEXT.

15  Q. OKAY.  IF YOU WOULD, PLEASE EXPLAIN TO THE COURT, ON THE

16  SUBSEQUENT PAYMENTS, WHEN WE LOOK UNDER A COLUMN THAT SAYS

17  "HK-2," THAT IS A REFERENCE TO HAKANSSAN-2, IS IT NOT?

18  A. IT IS.

19  Q. AND "SIMS" IS A REFERENCE TO THE SIMS PATENT?

20  A. YES, SIR.

21  Q. AND "MIN" IS THE MINKIN PATENT?

22  A. TO GARY MINKIN'S PATENT.  YES.

23  Q. AND "ATH" IS TO THE ATHEY PATENT; CORRECT?

24  A. YES.

25  Q. AS WE LOOK AT THE NEXT PAGE, WE CAN SEE THERE ARE X'S AND

1    O'S.  WHEN YOU'VE HAD AN "X" PUT IN A BOX, THAT MEANS WHAT,

2    SIR?

3    A. IT MEANS THAT -- AND I WILL READ THIS -- INDICATES THIS

4    IS A LIMITATION THAT DEFENDANTS INDICATED IN THEIR FINAL

5    INVALIDITY CONTENTIONS CLAIM IS MET BY THE ASSOCIATED

6    REFERENCE AND THE AUTHOR, ME, EITHER AGREES THAT IT IS A

7    MATTER CHOSE NOT TO CHALLENGE.

8    Q. SO IN OTHER WORDS, THERE IS NO DISPUTE ABOUT SOMETHING

9    THAT HAS SOMETHING WITH AN "X" ON IT?

10   A. CORRECT.

11   Q. BUT THERE IS AN DISPUTE ABOUT SOMETHING THAT HAS A "0" OR

12   AN "O" ON IT.

13   A. CORRECT.  IT'S AN "O."

14   Q. SO I WOULD LIKE TO TAKE A LOOK AT -- LET'S TURN OVER TO

15   PAGE 13 IN REFERENCE TO THE 226 PATENT.

16   A. OKAY.

17   Q. NOW, IT IS TRUE, IS IT NOT, IN TERMS -- SORRY, SIR, DID

18   YOU HAVE A CHANCE TO FIND THAT PAGE?

19   A. I HAVE IT, THANK YOU.

20   Q. IT IS TRUE THAT IF WE LOOK UNDER THE HK-2 COLUMN OF

21   HAKANSSAN-2, YOU'VE SAID THAT THERE IS NO DISPUTE ABOUT FOUR

22   OF THE ITEMS.  THE FIRST TWO AND THE LAST TWO.  ISN'T THAT

23   CORRECT?

24   A. IT IS.

25   Q. SO THAT MEANS THERE IS NO DISPUTE THAT HAKANSSAN-2 SHOWS

1    A METHOD OF WASHING PARTS.  ISN'T THAT CORRECT?

2    A. CORRECT.

3    Q. AND THERE IS NO DISPUTE THAT HAKANSSAN-2 SHOWS PLACING AT

4    LEAST ONE PART IN A FIRST CHAMBER.  ISN'T THAT CORRECT?

5    A. THAT IS CORRECT.

6    Q. AND THEN JUST GOING DOWN TO THE LAST ONE, THERE IS NO

7    DISPUTE, THAT RECIRCULATING THE CLEANING LIQUID FROM THE

8    SECOND CHAMBER TO THE FIRST CHAMBER TO BE AVAILABLE FOR

9    WASHING PARTS.  THERE IS NO DISPUTE TO THAT AS WELL;

10   CORRECT?

11   A. CORRECT.

12   Q. IF WE COULD, YOU'VE PREPARED AN "A" TO AID TO HOW THE

13   HAKANSSAN-2 PATENT WORKS, HAVE YOU NOT?

14   A. DO YOU MEAN THE AID IS THESE FOOTNOTES ATTACHED TO EACH

15   OF THE REPORTS?

16   Q. THERE IS A SHOCKWAVE-LIKE VIDEO.

17   A. YES.  YES.

18   Q. WE WOULD LIKE TO PLAY THAT.

19   A. PLEASE.

20                    (VIDEO IS PLAYED.)

21   BY MR. SCHAETZEL:

22   Q. DO YOU RECOGNIZE THIS?

23   A. I DO.  I DON'T HAVE THE PROGRAMMING SKILLS TO HAVE DONE

24   IT AND DIDN'T.  BUT I CERTAINLY DO RECOGNIZE IT.

25   Q. ALL RIGHT.  SO IN THE FIRST INSTANCE, THE PART HAS JUST

1  COME THROUGH THE DOOR AND IS LOADED INTO THE WASHING TANK.

2  ISN'T THAT CORRECT?

3  A. IT HAS.

4  Q. ALL RIGHT.  THE NEXT ONE PLEASE, DAVID.  NOW, WHAT HAS

5  HAPPENED HERE IS THAT FLUID IN THE WASHING LIQUID TANK HAS

6  BEEN DELIVERED TO THE WASHING TANK.  ISN'T THAT CORRECT?

7  A. YES, SIR.

8  Q. AND SO THIS SERVES HERE, ITEM 14 SERVES AS SOMETHING OF A

9  STORAGE TANK FOR THE CLEANING FLUID?

10  A. AMONG OTHER THINGS, IT ABSOLUTELY DOES.

11  Q. OKAY.  WHAT HAPPENS IN THE NEXT STEP, SIR?

12  A. WELL, WE HAVE ACTIVATED THE PUMP.  THE PUMP HAS FORCED

13  FLUID THROUGH THE CONDUITS LOADING THE NOZZLES AND THEN THEY

14  SPEW OUT ONTO THE PARTS PRESUMABLY AT A HIGH PRESSURE.

15  Q. OKAY.  SO THAT PROCESS TAKES PLACE.

16  A. THAT'S THE CLEANING STEP.  IT CLEANS BY IMPACT.

17  Q. AND THEN WE ARE GOING TO OPEN UP THE VALVE, 18.  WHY DO

18  WE DO THAT?

19  A. TO SEPARATE THE, IF YOU WILL, THE SPENT OR SOILED OR

20  DIRTY WASHING LIQUID FROM THE CLEANING TANK AND THE PARTS,

21  THE PARTS ARE PROBABLY NOT SUSPENDED IN THE MIDDLE OF IT AS

22  THEY APPEAR TO BE NOW.  AND GET RID OF THAT SOILED OR DIRTY

23  FLUID AND MOVE IT BACK TO THE WASHING LIQUID TANK SO IT CAN

24  BE TREATED THERE OR STORED THERE.

25  Q. ALL RIGHT.  THEN YOU DESCRIBED THAT THERE WAS YET ANOTHER

1  FUNCTION OF HAKANSSAN, A RINSING FUNCTION; CORRECT?  HOW

2  DOES THAT OCCUR?

3  A. AGAIN, WE DRAIN FROM THE TANK VIA GRAVITY, NO PUMP.

4  THERE IS ONLY ONE PUMP IN THE SYSTEM.  IT FILLS THE BOTTOM

5  OF THE WASHING TANK.  THE PUMP PUMPS IT AT THE SAME PRESSURE

6  TO THE SAME NOZZLES AND THE SAME PROCESS AGAIN OF HIGH

7  PRESSURE SPRAYING FLUID ON THE PARTS SYSTEM.

8  Q. ALL RIGHT.  THEN WE HAVE TO RETURN THAT FLUID BACK TO THE

9  RINSING TANK, OR THE RINSING FLUID HOLDING TANK?

10  A. YES, SIR.

11  Q. SO THE PUMP PERFORMS THAT FUNCTION.  THE PART IS NOW

12  CLEANED AND THEY GET OFF TO ENGAGE IN THE THIRD PART OF THE

13  HAKANSSAN PROCESS, WHICH WOULD BE DRYING.

14  A. NOT SEEN HERE.  YES.

15  Q. NOT SHOWN IN THIS VIDEO.  THANK YOU.  AGAINST THAT

16  BACKGROUND, I WILL ASK DAVID TO WORK THIS WITH ME, WHEN YOU

17  SAY IN ITEM A THAT HAKANSSAN-2 TEACHES PLACING AT LEAST ONE

18  PART IN A FIRST CHAMBER, DO YOU SEE THAT IN CLAIM 1 OF THE

19  22?  I AM ON PAGE 13 OF YOUR EXHIBIT.

20  A. OKAY.

21  Q. SO THE STEP OF PLACING AT LEAST ONE PART IN THE FIRST

22  CHAMBER, THAT IS WHEN THE PART IS LOADED INTO THE WASHING

23  TANK, ISN'T IT?

24  A. IT IS.  HAKANSSAN SPEAKS TO LOADING THIS, THE PARTS FROM

25  PART CONVEYERS OR PERHAPS DOLLIES OR CARTS.  IMPLYING THEY

1    ARE RELATIVELY LARGE PARTS.

2    Q. VERY WELL.  AND TO TAKE AWAY FROM HAKANSSAN-2 FOR A

3    SECOND, THIS IS A PATENT, A CLAIM FROM THE CHEMFREE 226

4    PATENT; CORRECT?

5    A. I DON'T SEE WHERE YOUR HAND IS.

6    Q. SORRY.  THAT IS IN FRONT OF YOU.

7    A. YES.

8    Q. THAT IS A CLAIM FROM THE CHEMFREE PATENT?

9    A. YES, I DIDN'T KNOW WHAT YOU MEANT.  YOU WERE POINTING TO

10   SOMETHING.

11   Q. IF I AM GOING TO PLACE SOMETHING IN THE FIRST CHAMBER OF

12   A SMART WASHER, HOW DO I DO THAT?

13   A. I AM HOLDING IT IN MY HANDS OR I SET IT IN THE SINK.

14   Q. OR I SET IT IN THE SINK.  OKAY.  THE NEXT ITEM, LET'S

15   START WITH CIRCULATING A CLEANING FLUID FROM THE SECOND

16   CHAMBER TO THE FIRST CHAMBER TO WASH THE SURFACES OF A PART

17   IN CONTACT WITH THE FLUID, SAID CLEANING FLUID REMOVING

18   ORGANIC MATTER.  OKAY?  AND BY THE "O" THERE, OR I GUESS IT

19   IS THE "O," YOU'VE SAID IT IS YOUR OPINION THAT HAKANSSAN-2

20   DOES NOT TEACH THAT LIMITATION.  ISN'T THAT CORRECT?

21   A. YES.  IT IS.

22   Q. NOW, WE'VE GOT THE PART LOADED UP IN THE FIRST CHAMBER

23   HERE; CORRECT?

24   A. YES, SIR.

25   Q. AND THIS TALKS OF CIRCULATING A CLEANING FLUID FROM A

1   SECOND CHAMBER, THERE IS NO DISPUTE THAT THE HOLDING TANK
2   OVER HERE IS THE SECOND CHAMBER, IS THERE?
3   A. NOT IN MY MIND.
4   Q. AND THERE IS NO DISPUTE THAT THE CLEANING FLUID WILL GO
5   TO THE FIRST CHAMBER TO WASH THE SURFACES OF A PART IF
6   CONTACT WITH THAT FLUID, IS THERE?
7   A. NO, SIR.
8   Q. AND THERE IS NO DISPUTE THAT THE CLEANING FLUID IN
9   HAKANSSAN-2 WILL REMOVE ORGANIC MATTER, IS IT?  IT IS GOING
10  TO WASH THE PART?
11  A. PERHAPS -- I THINK I TESTIFIED THAT THE PRIME MODE OF
12  CLEANING IN A HIGH-PRESSURE SPRAY WASHER IS IMPACT AND MUCH
13  LESS SO THE EFFECT OF THE DETERGENTS BECAUSE THEY DON'T SIT
14  ON THE SURFACE LONG ENOUGH TO DO ANYTHING.
15  Q. SO WHETHER IT IS BY IMPACT OR OTHERWISE, YOU ARE GOING TO
16  REMOVE -- THE CLEANING FLUID WILL REMOVE THE ORGANIC MATTER
17  FROM THE PART EVEN IF IT IS BECAUSE THE CLEANING FLUID IS
18  HITTING IT AT HIGH PRESSURE.  ISN'T THAT CORRECT?
19          THE WITNESS:  MAY I CALL TIME OUT A MINUTE AND ASK
20  MY WIFE A QUESTION?  I AM HAVING TROUBLE READING THIS.  I
21  BROUGHT THE WRONG GLASSES.  I HAVE TO READ THIS AND THIS AND
22  I AM NOT DOING VERY WELL WITH IT.  MAY I ASK IF MY WIFE HAS
23  MY READING GLASSES?  I AM HAVING TROUBLE READING THIS CLOSE
24  AND FAR.  THANK YOU, YOUR HONOR.
25          MR. ANDERSON:  MAY I, YOUR HONOR?

1          THE COURT:  YES.  PLEASE.

2          THE WITNESS:  OKAY.  PLEASE.

3          MR. SCHAETZEL:  NO PROBLEM.

4          THE WITNESS:  NOW I CAN'T SEE YOU, BUT I CAN SEE

5    THIS.

6    BY MR. SCHAETZEL:

7    Q. WHATEVER YOU NEED.  I JUST WANT TO BE CERTAIN THAT THERE

8    IS NO DISPUTE THAT THE CLEANING FLUID IN HAKANSSAN-2 IS

9    GOING TO REMOVE ORGANIC MATTER, IS THERE, FROM THE PARTS?

10   IT IS GOING TO WASH THE PART?

11   A. IT'S GOING TO WASH THE PARTS BUT THE ACTION IS DONE BY

12   NOT OF THE FLUID SO MUCH AS THE APPLICATION BY WHICH THE

13   FLUID IS MADE TO THE PART.  IT IS A HIGH PRESSURE SPRAY.

14   Q. AND IT'S THE FLUID THAT HITS THE PART; CORRECT?

15   A. IT'S THE FLUID THAT HITS THE PARTS BUT IT IS THE PROCESS

16   THAT DOES THE CLEANING.  A VERY DIFFERENT CONCEPT.

17   Q. SO IN THIS ONE, THE ARGUMENT IS ABOUT WHETHER OR NOT

18   THERE IS A CIRCULATION.  ISN'T THAT CORRECT?  THAT IS THE

19   ONLY THING LEFT IN THIS ELEMENT TO BE CHALLENGED.

20   A. I BELIEVE THE CONCERN IS ABOUT THE CIRCULATION.  YES.

21   Q. OKAY.  AND IF WE LOOK AT YOUR FOOTNOTE 51, IN THE MIDDLE

22   OF THAT PAGE, UNLIKE THE CHEMFREE INVENTION, HAKANSSAN-2

23   DOES NOT CIRCULATE CLEANING FLUID BETWEEN TWO CHAMBERS.

24   RATHER, HAKANSSAN-2 FIRST PERFORMED A BULK TRANSFER OF FLUID

25   FROM THE WASHING LIQUID TANK TO THE WASHING CHAMBER.

1    A. YES.

2    Q. SO IN OTHER WORDS, IN THIS PICTURE, THAT BULK TRANSFER

3    HAS BEEN MADE, HAS IT NOT?  AND YOUR POINT IS THAT THAT

4    HAPPENS BY GRAVITY IN HAKANSSAN-2.

5    A. IT DOES.

6    Q. AND CARRYING ON WITH YOUR FOOTNOTE, IT THEN SAYS, "THEN

7    HAKANSSAN-2 CIRCULATES THE CLEANING FLUID ENTIRELY WITHIN

8    THE WASHING CHAMBER USING A PUMP AND HIGH ENERGY SPRAY

9    LOOP" --

10   A. YES, SIR.

11   Q. -- "DURING THE WASHING OPERATION.  THEN, AFTER COMPLETION

12   OF THE WASHING CYCLE, THE CLEANING FLUID IS RETURNED TO THE

13   WASHING LIQUID TANK IN A BULK TRANSFER USING A PUMP."

14   A. YES.

15   Q. SO YOUR POINT ISN'T, DR. DURKEE, THAT WHEN THE FLUID

16   LEAVES THE WASHING LIQUID IT DOES SO BY GRAVITY, IT GETS

17   INTO THE WASHING TANK, IT IS CIRCULATED, AND THEN IT IS

18   BROUGHT BACK TO THE PUMP OR BACK TO THE WASHING LIQUID

19   HOLDING TANK?

20   A. THERE ARE, IF YOU WILL, TWO CIRCULATIONS LOOPS, ONE

21   WITHIN THE WASHING TANK.  IN OTHER WORDS, FROM THE BOTTOM OF

22   THE WASHING TANK THROUGH THE PUMP, BACK UP THROUGH THE

23   NOZZLES TO THE PARTS AND THEN BACK TO THE BOTTOM OF THE

24   WASHING TANK.  THAT IS A CIRCULATION LOOP.  THE OTHER

25   CIRCULATION LOOP IS THE ONE THAT, I BELIEVE, THE SHOCK WAVE

1    VIDEO SHOWS, THE DRAINAGE BY GRAVITY FROM THE WASHING

2    TANK -- FROM THE WASHING LIQUID TANK INTO THE WASHING TANK

3    AND THEN WITH THE PUMP BACK.

4    Q. AND AS YOU SAID, THOSE WOULD BE ADDITIONAL CIRCULATIONS,

5    WOULD THEY NOT?  YOU ARE NOT ADDING FLUID FOR THE PURPOSE OF

6    DOING THIS ONE WASH, IT'S NOT LIKE YOU GO TO THE HOSE AND

7    GET NEW FLUID FOR THIS.  IT IS ALL THE SAME LIQUID, IT IS

8    JUST GOING FROM THE HOLDING TANK INTO THE WASHING TANK.  IT

9    GETS USED IN THE WASHING TANK AND THEN IT GOES BACK TO THE

10   HOLDING TANK?  ISN'T THAT CORRECT?

11   A. YES, SIR.  I DON'T BELIEVE FRESH FLUID IS ADDED OR IS

12   SHOWN TO BE ADDED IN THIS DIAGRAM.

13   Q. AND I AGREE WITH THAT.  SO WHAT HAPPENS IS THAT IT FIRST

14   GOES TO THE WASHING TANK AND THERE IS A FIRST CIRCULATION,

15   BUT ISN'T IT TRUE, DR. DURKEE, THAT THEN THERE IS ANOTHER

16   CIRCULATION THAT BRINGS IT BACK TO THE WASHING HOLDING TANK?

17   A. THERE IS.

18   Q. LETS JUMP TO ELEMENT D ON THIS ONE AND WE WILL COME BACK

19   TO C IN A MINUTE.  ELEMENT D SAYS, "DRAINING THE CLEANING

20   LIQUID FROM THE FIRST CHAMBER INTO THE SECOND CHAMBER."  AND

21   WE'VE SAID THAT THE FIRST CHAMBER IS THE WASHING TANK.

22   A. YES, SIR.

23   Q. THE SECOND CHAMBER IS THE HOLDING TANK?

24   A. YES, SIR.

25   Q. AND YOUR POINT IS HERE, IS THAT IT DOESN'T DRAIN

1    GRAVITATIONALLY BUT RATHER THE PUMP ACTIVATES AND PULLS THAT
2    FLUID DOWN AND PUTS IT INTO THE TANK.  ISN'T THAT CORRECT?
3    A. YES, SIR.
4    Q. IN YOUR OPINION, IS THERE A REQUIREMENT IN THE CHEMFREE
5    PATENT THAT SAYS THAT THAT DRAINING PROCESS, AS SET FORTH IN
6    ELEMENT D HERE, HAS TO BE DONE BY GRAVITY?
7    A. DO WE HAVE A CLAIM CONSTRUCTIONAL LANGUAGE ON THE WORD
8    "DRAINAGE"?  I THINK WE DO NOT.
9    Q. THAT IS A GOOD QUESTION.  IF YOU WOULD LOOK AT YOUR
10   SECOND REPORT, THE REBUTTAL REPORT.  LOOK AT EXHIBIT B TO
11   THE FIRST REPORT.  I'M SORRY.  I DON'T THINK YOU WILL FIND A
12   DEFINITION FOR DRAINING, BUT IF YOU WILL TURN OVER, WELL, AT
13   ITEM J, IT IS A LITTLE BIT LONGER THAN JUST DRAIN.
14   A. OKAY.
15   Q. "DRAINING THE FLUID WITH THE HYDROCARBONS AND
16   MICROORGANISMS CONTAINED THEREIN FROM THE BASIN TO THE TANK
17   MEANS THAT THE CLEANING FLUID DRAINS FROM THE BASIN INTO THE
18   TANK AND THE HYDROCARBONS THAT WERE WASHED OFF THE PART,
19   FLOW WITH THE CLEANING FLUID SO AS IT SO DRAINS, AND THAT
20   THE MICROORGANISMS THAT HAD FLOWED WITH THE CLEANING FLUID
21   AS IT WAS PUMPED FROM THE TANK INTO CONTACT WITH THE PART,
22   CONTINUE TO FLOW WITH THE CLEANING FLUID AS IT SO DRAINS."
23   IS THERE ANYTHING IN THAT DEFINITION, SIR, THAT TELLS YOU
24   THAT THE DRAINING PROCESS HAS TO OCCUR UNDER PRESSURE?  OR
25   CANNOT?  CANNOT OCCUR UNDER PRESSURE?

1    A. CANNOT.  I AM GOING TO USE THE CONSTRUCT OF THE PERSON OF

2    ORDINARY SKILL WHO IS GOING TO USE THE WORD "DRAIN" TO MEAN

3    THAT IT FLOWS UNDER THE FORCE OF GRAVITY AND NO OTHER.

4    Q. WE ARE FROM THE SOUTH, YOU ARE FROM THE SOUTH.  WE ALL

5    HAVE SWIMMING POOLS IN THE SUMMER.  WHEN YOU DRAIN A

6    SWIMMING POOL AT A PARK, YOU PUSH THE WATER OUT OF THAT

7    POOL, DO YOU NOT?  YOU USE A PUMP TO DRAIN IT?

8    A. PROBABLY SO.  YES.

9    Q. SO DRAINING CAN OCCUR UNDER THE PRESSURE OF A PUMP, CAN

10   IT NOT?

11   A. I THINK WE MAY BE SPLITTING THE HAIR OF FLOW.  THE TANK

12   IS DRAINED BY GRAVITY AS IT FEEDS THE PUMP.  THERE IS NO

13   PRESSURE FORCE FEEDING THE PUMP IN THE DRAINING OF THE

14   SWIMMING POOL.  IT IS GRAVITY WHICH CAUSES THE FLOW OF DIRTY

15   SWIMMING POOL WATER INTO THE PUMP AND THEN THE PUMP DOES ITS

16   WORK.  I THINK WE ARE CONFUSING DRAINAGE WITH PUMPING.

17   Q. OKAY.  SO IN OTHER WORDS, IN YOUR OPINION, IN REFERENCE

18   TO ELEMENT D -- NOW IF YOU GO BACK TO THE CLAIM CHART THAT

19   WE HAD -- THE DIFFERENCE ON WHICH YOU RELY, IS THAT THE

20   TRANSFER OF FLUID FROM THE STORAGE TANK TO THE WASHING TANK

21   IS DONE GRAVITATIONALLY, BUT THE PROCESS OF TAKING THE FLUID

22   OUT OF THE WASHING TANK THROUGH TO THE PUMP OR IS DONE BY

23   THE PUMP IN HAKANSSAN-2 AND THAT IS DIFFERENT FROM THE

24   CHEMFREE PROCESS.  THAT IS YOUR POINT, ISN'T IT?  CORRECT?

25   A. IN THE CHEMFREE PROCESS WE ARE USING THE FORCE OF GRAVITY

1    TO RETURN THE SPENT CLEANING FLUID DOWN TO THE TANK WHERE

2    IT'S STORED AND BIOREMEDIATED.  IN THE HAKANSSAN PROCESS, WE

3    USE GRAVITY TO FEED A PUMP AND THE PUMP DOES THAT FOR US.

4    IF THERE IS NO PUMP IN HAKANSSAN, THEN THEY WOULD BE

5    EQUIVALENT.  IF THAT TANK WASHING STORAGE TANK WAS BELOW THE

6    LEVEL, THEN WE MIGHT BE CONSISTENT.  BUT THEN WE COULDN'T

7    FEED THE PUMP THAT DRIVES THE NOZZLES.

8    Q. AND MY QUESTION TO YOU IS THIS.  IS IT YOUR TESTIMONY

9    THAT THE PERSON OF ORDINARY SKILL IN THE ART, AS YOU DEFINED

10   IT, WOULD BE UNABLE -- I MEAN, LET ME BACK UP FOR A SECOND.

11   IT IS SIMPLY THE REVERSE IN THE CHEMFREE UNIT, ISN'T IT?  WE

12   ARE PUMPING IT TO THE NOZZLE AND DRAINING IT TO THE TANK,

13   WHERE IN HAKANSSAN, WE ARE DRAINING IT TO THE TANK AND

14   PUMPING IT BACK INTO THE STORAGE TANK?  WE ARE DRAINING IT

15   INTO THE WASHING AREA?

16   A. IN CHEMFREE, WE DRAIN TO THE TANK AND PUMP TO THE

17   NOZZLES.  IN HAKANSSAN WE, DRAIN INTO A PUMP, PUMP TO THE

18   TANK DRAIN BACK INTO ANOTHER TANK, PUMP FROM THAT TANK TO

19   THE NOZZLES.

20   Q. OH, THAT IS YOUR -- OKAY.  LET'S GO BACK TO THE DIAGRAM.

21   A. WE FEED THE NOZZLES FROM THE LIQUID THAT WE'VE CAUSED TO

22   DRAIN BY GRAVITY INTO THE WASHING TANK.

23   Q. IN OTHER WORDS, IT'S YOUR OPINION THAT THIS DOESN'T JUST

24   HAPPEN BY GRAVITY?

25   A. I BEG YOUR PARDON, SIR?

1    Q. WHAT HAPPENS BY GRAVITY IN THIS?

2    A. WHERE YOUR FINGER IS.

3    Q. START IN THE WASHING LIQUID TANK AND GO TO THE WASHING

4    TANK.  WHAT HAPPENS BY GRAVITY HERE, SIR?

5    A. THE FLOW FROM THE WASHING LIQUID -- SORRY, FLOW FROM THE

6    WASHING LIQUID TANK TO THE WASHING TANK.

7    Q. OKAY.  AND THAT IS USED TO CHARGE THE PUMP; CORRECT?

8    A. YES.

9    Q. IS IT YOUR TESTIMONY THAT THE PERSON OF ORDINARY SKILL IN

10   THE ART, AS YOU'VE DEFINED IT IN THE 1993-94 TIME FRAME,

11   WOULD NOT BE ABLE TO LOOK AT THE HAKANSSAN-2 TEACHING AND

12   ESSENTIALLY REVERSE IT SO THAT INSTEAD OF DELIVERING FLUID

13   TO THE WASHING AREA BY GRAVITY, I DELIVER IT HERE USING A

14   PUMP AND LET GRAVITY TAKE IT BACK TO THE TANK, WHEREAS HERE,

15   I PUMP IT BACK TO THE TANK?

16   A. ONE OF ORDINARY SKILL COULD DO ANYTHING IF THEY HAD THE

17   FACILITIES TO DO AS I BELIEVE YOU DESCRIBED TO DRAIN FROM

18   THE WASHING TANK UNDER THE FORCE OF GRAVITY INTO THE WASHING

19   LIQUID TANK.  ONE COULD DO THAT IF ONE LOWERED THE WASHING

20   LIQUID TANK SO IT'S LEVEL WAS BELOW THAT OF THE WASHING

21   TANK.  BUT THEN I NEED TO BUY ANOTHER PUMP TO LOAD THE

22   WASHING TANK WITH FLUID FROM THE WASHING LIQUID TANK.

23   Q. OR IF I HAD HEIGHT, I COULD TAKE THE HOLDING TANK AND

24   JUST MOVE IT UP ABOVE THE WASHING TANK, COULDN'T IT?

25   A. I STILL NEED A PUMP TO FILL IT THEN, WOULDN'T I?

1    Q. I HAVE A PUMP.  IN OTHER WORDS, I JUST MOVE THIS UP HERE,

2    AND LET THE FLUID DRAIN, IT HITS THE PUMP AND I PUMP IT BACK

3    UP.  THAT IS ALL I WOULD HAVE TO DO, ISN'T IT?

4    A. I AM NOT SURE I UNDERSTOOD THE GEOMETRY OF THAT QUESTION.

5    PERHAPS I AM RESPONSIBLE FOR IT BECAUSE OF THE LANGUAGE I

6    USED.  LET'S TRY IT AGAIN, PLEASE.

7    Q. I TAKE THE WASHING LIQUID TANK, I SUSPEND IT ABOVE THE

8    WASHING TANK.

9    A. SO IT'S NOW CAPABLE OF DOING WHAT IT DOES ALREADY, WHICH

10   IS USING THE FORCE OF GRAVITY TO FILL THE WASHING TANK.

11   Q. RIGHT.  AND THEN I COULD USE THE PUMP TO PUMP THE FLUID

12   UP TO MY SUSPENDED TANK.

13   A. I THINK THAT IS WHAT WE ARE DOING NOW.  I DIDN'T GET THE

14   DIFFERENCE THAT YOU ARE WERE TRYING TO ESTABLISH.

15   Q. IF I MOVE THE WASHING LIQUID TANK LIKE THAT, THEN IT

16   WOULD OPERATE THE SAME AS THE CHEMFREE UNIT, IN EFFECT,

17   WOULD IT NOT?

18   A. HOW DO I DRAIN FROM A TANK THAT IS LOWER INTO A TANK THAT

19   IS HIGHER?  HOW DO I DRAIN FROM THE WASHING TANK --

20   Q. I SEE YOUR POINT.

21   A. -- TO THE WASHING LIQUID TANK IF THE WASHING LIQUID TANK

22   HAS JUST BEEN RAISED ABOVE THE WASHING TANK?

23   Q. OKAY.  SO I'VE GOT IT BACKWARDS.  LET'S DO IT THE OTHER

24   WAY.

25   A. OKAY.

1   Q. LET'S TAKE THE LIQUID TANK, PUT IT BELOW.

2   A. OKAY.  THE WASHING LIQUID TANK.

3   Q. UH-HUH (AFFIRMATIVE).

4   A. IT IS NOW BELOW THE WASHING TANK.

5   Q. RIGHT.  DOES IT --

6   A. SO I CAN DRAIN -- I CAN USE -- SO I CAN USE THE PUMP.

7   Q. YOU USE THE PUMP EITHER WAY BUT I COULD DRAIN DIRECTLY

8   INTO THE HOLDING TANK AND THEN PUMP BACK UP TO THE --

9   A. IF YOU LOWER THE WASHING LIQUID TANK SO IT IS NOW BELOW

10  THE WASHING TANK, WE CAN'T, BY THE FORCE OF GRAVITY, MAKE

11  FLUID FLOW UPHILL FROM THE WASHING LIQUID TANK TO THE

12  WASHING TANK.

13  Q. AND THAT IS WHAT YOU WOULD USE YOUR PUMP FOR.

14  A. THAT'S "A" AND "B."

15  Q. SURE, YOU WOULD USE THE PUMP TO PUT IT BACK UP.  ISN'T

16  THAT RIGHT?

17  A. WHICH IS A DIFFERENT PROCESS.  NOT THE CLAIMED PROCESS.

18  Q. IF YOU WOULD, PLEASE, LOOK AT THE DEFINITION ON PAGE 6

19  OF -- BACK TO THE INITIAL REPORT, EXHIBIT B.

20  A. ALL RIGHT.

21  Q. PAGE 6.  ITEM T REFERS TO CIRCULATING AND CIRCULATING A

22  CLEANING FLUID.  "CIRCULATE MEANS TO MOVE ABOUT, TO CAUSE TO

23  FLOW AS THROUGH A CIRCUIT OR SYSTEM.  CIRCULATING A CLEANING

24  FLUID FROM A SECOND CHAMBER TO THE FIRST CHAMBER TO WASH THE

25  SURFACES OF THE PART IN CONTACT WITH THE FLUID REFERS TO THE

1  CLEANING FLUID FLOWING THROUGH A CIRCUIT OR SYSTEM AND INTO

2  CONTACT WITH THE SURFACE OF A PART SO AS TO WASH THE PART,

3  WHEREIN THE CIRCUIT OR SYSTEM COMPRISES AT LEAST A FIRST

4  CHAMBER AND A SECOND CHAMBER AND THE DIRECTION OF FLOW, AT

5  LEAST WITHIN ONE PORTION OF THE CIRCUIT, IS IN THE DIRECTION

6  OF FROM THE SECOND CHAMBER AND TOWARD THE FIRST CHAMBER."

7  A. AND I INTERPRET THAT TO MEAN THAT THE PARTS ARE IN THE

8  FIRST CHAMBER.

9  Q. THE PARTS ARE IN THE FIRST CHAMBER, SIR, THAT'S CORRECT.

10  THE PART HERE IN THE FIRST CHAMBER, THIS IS THE SECOND

11  CHAMBER, MY QUESTION TO YOU IS, THE LAST PART OF THE

12  DEFINITION STARTING WITH THE WORD "WHEREIN THE CIRCUIT OR

13  SYSTEM COMPRISES AT LEAST A FIRST CHAMBER," WHERE THE PART

14  IS, AND THE SECOND CHAMBER, AND THE DIRECTION OF FLOW, AT

15  LEAST WITHIN ONE PORTION OF THE CIRCUIT, IS IN THE DIRECTION

16  OF FROM THE SECOND CHAMBER TO THE FIRST.  HAKANSSAN MEETS

17  THAT DEFINITION, DOES IT NOT, SIR?

18  A. YES.  IT DOES.

19  Q. WITH REFERENCE TO THE PERSON OF ORDINARY SKILL IN THE

20  ART, AS YOU HAVE DEFINED IT, WOULD THE PERSON OF ORDINARY

21  SKILL IN THE ART, HAVING SEEN THE HAKANSSAN DISCLOSURE, BE

22  ABLE TO ADAPT THAT TEACHING SO AS TO MAKEUP THE CIRCULATION

23  OF FLUID AS IT OCCURS IN THE CHEMFREE PATENTS AND THE

24  CHEMFREE DEVICE?

25          MR. CAPP:  OBJECTION, YOUR HONOR.  THAT QUESTION

1    IS IRRELEVANT IN THE CONTEXT OF THIS LAWSUIT.  CAPABLE OF
2    ADAPTING IS DIFFERENT FROM WHETHER IT WOULD BE OBVIOUS TO DO
3    SOMETHING.
4            MR. SCHAETZEL:  I'LL BE GLAD TO REPHRASE THE
5    QUESTION.
6            THE COURT:  HOLD ON AND LET ME REVIEW THE QUESTION
7    (PAUSE).  WHY IS THAT IRRELEVANT, MR. CAPP?
8            MR. CAPP:  YOUR HONOR, THIS IS AN OBVIOUSNESS
9    CASE.  OBVIOUSNESS IS A TERM OF ART IN THE LAW.  AND THERE
10   IS A DIFFERENCE, OR I WOULD THINK THE COURT WOULD PERCEIVE A
11   DIFFERENCE OF BETWEEN WHETHER SOMEONE WOULD BE CAPABLE OF
12   ADAPTING, BECAUSE THERE IS NO INCLINATION THERE ABOUT THE
13   AMOUNT OF INSTRUCTION THAT IS PROVIDED IN CONNECTION WITH
14   THAT, VERSUS WHETHER IT WOULD BE INTUITIVELY OBVIOUS FOR
15   THAT PERSON TO DO IT.
16           THE COURT:  ALL RIGHT.  WELL, I AM GOING TO
17   OVERRULE THE OBJECTION.  YOU MAY ASK THE QUESTION OR RESTATE
18   IT, IF YOU WISH.
19   BY MR. SCHAETZEL:
20   Q. I WILL RESTATE THE QUESTION, DR. DURKEE.  DR. DURKEE, IS
21   IT YOUR TESTIMONY THAT THE PERSON OF ORDINARY SKILL IN THE
22   ART, AS YOU DEFINED IT, WOULD NOT BE ABLE TO TAKE THE
23   KNOWLEDGE AS SHOWN IN HAKANSSAN-2 AND ADAPT THAT SO THAT
24   THEY COULD MAKE THE CIRCULATION PROCESS OF CHEMFREE'S
25   PATENT?

1          MR. CAPP:  SAME OBJECTION.

2          THE COURT:  OVERRULED.

3          THE WITNESS:  I BELIEVE THE PHRASE YOU USED WAS

4    "NOT BE CAPABLE."  I BELIEVE ONE OF ORDINARY SKILL AT THAT

5    TIME WOULD BE PERFECTLY CAPABLE OF PIPE FITTING, AND THAT IS

6    WHAT IT SOUNDS LIKE THIS JOB IS.  SO WHETHER OR NOT THEY

7    WOULD BE MOTIVATED TO DO SO, THEY WOULD BE PHYSICALLY

8    CAPABLE OF EITHER DOING THAT OR HAVING IT DONE BY A PIPE

9    FITTER.

10   BY MR. SCHAETZEL:

11   Q. DR. DURKEE, WOULD YOU PLEASE TURN TO PAGE 39 OF YOUR

12   REBUTTAL REPORT?  WHAT IS PICTURED ON PAGE 39?

13   A. SINK ON A DRUM PARTS WASHER.

14   Q. DID THAT SINK ON A DRUM PARTS WASHER HAVE A PUMP?

15   A. IT ALMOST CERTAINLY DOES.  NOT SEEN, NOT SHOWN, IF YOU

16   LIKE.

17   Q. AND THAT PUMP COULD EITHER BE MANUAL OR POWERED; CORRECT?

18   A. YES, SIR.

19   Q. AND THAT?

20   A. IN THIS SYSTEM, IT IS ALMOST CERTAIN TO BE MANUAL.  A

21   TREADLE.

22   Q. MOST LIKELY TO BE MANUAL; CORRECT?  AND THE FLUID IN THAT

23   WOULD BE PUMPED FROM THE TANK IN THE BOTTOM TO THE NOZZLE,

24   DELIVERED TO THE SINK AND THEN BACK TO THE TANK BELOW; IS

25   THAT CORRECT?

1   A. YES, SIR.

2   Q. AND THAT WAS A STANDARD ORIENTATION IN THE 1993-1994 TIME

3   FRAME.  ISN'T THAT CORRECT?

4   A. YES, SIR.

5   Q. IF YOU WOULD LOOK OVER AT THE DRAWINGS ON THE NEXT PAGE,

6   PAGE 40.

7         MR. CAPP:  OBJECTION, YOUR HONOR.  WE HAVE AN

8   EVIDENCE EXCLUSION ORDER IN THIS CASE WHICH EXCLUDES THE

9   OLSON REFERENCE WHICH PRACTICES THAT SAFETY PLANE FROM THE

10   PRIOR RULING.  THE FACT THAT DR. DURKEE TALKED ABOUT THESE

11   THINGS WHEN THEY WERE -- BEFORE WE HAD THE EVIDENTIARY

12   EXCLUSION SHOULD NOT BE USED AS A MEANS FOR CIRCUMVENTING

13   THIS COURT'S ORDERS AS TO WHAT IS WITHIN THE SCOPE AND

14   CONTENT OF THE PRIOR ART.

15         MR. SCHAETZEL:  I AM FINE WITHOUT USING THAT

16   DRAWING.  I CAN DO IT THROUGH QUESTIONS.

17         THE COURT:  WHICH OF THE REPORTS ARE YOU REFERRING

18   TO, AND --

19         MR. SCHAETZEL:  THIS IS THE REBUTTAL REPORT.

20   1137, YOUR HONOR, PAGE 40.

21         MR. CAPP:  AND YOUR HONOR, THIS REPORT WAS DONE

22   WHEN WE WERE RESPONDING TO DR. ADRIENS' INITIAL REPORT WHILE

23   THE MOTION WAS PENDING TO HAVE DR. ADRIENS' REPORT STRICKEN,

24   WHICH THE COURT EVENTUALLY GRANTED ON THIS PARTICULAR

25   REFERENCE.

1          MR. SCHAETZEL:  YOUR HONOR, WITH ALL DUE RESPECT,

2     I AM PLEASED TO TRY AND DO THIS BY QUESTIONS.  MY INTENT WAS

3     SIMPLY TO GET SOME BACKGROUND INFORMATION.  WE ARE NOT

4     RELYING ON OLSON AS A REFERENCE FOR PURPOSES OF OBVIOUSNESS

5     PURSUANT TO THE COURT'S ORDER.

6          THE COURT:  ALL RIGHT.  YOU MAY PROCEED.

7     BY MR. SCHAETZEL:

8     Q. IT WAS KNOWN TO USE FILTERS IN UNITS SUCH AS THIS; RIGHT?

9     A. IF THE QUESTION IS WAS IT KNOWN, THE ANSWER IS YES.  IF

10    THE QUESTION IS A DIFFERENT ONE SUCH AS WOULD DEVICES LIKE

11    THIS HAVE ONE?  NO.

12    Q. WELL THEN, IF YOU WOULD LOOK OVER AT PAGE 41, AT THE

13    BOTTOM YOU STATE, "SOME PRIOR ART SOLVENT WASHERS," AND WE

14    WILL EXCLUDE THE NEXT TWO WORDS, "INCLUDE A FILTER DEVICE

15    INTERPOSED BETWEEN THE SINK AND THE DRUM THAT SEPARATED

16    PARTICULATE MATTER FROM THE USE OF."

17    A. UH-HUH (AFFIRMATIVE).

18    Q. WHERE ON A UNIT SUCH AS THE ONE THAT IS SHOWN ON PAGE 39,

19    WHERE WOULD THAT FILTER BE?  WHERE WOULD IT BE PLACED?

20    A. I THINK ONE OF ORDINARY SKILL IN THIS CASE IS TRYING TO

21    PROTECT THE PUMP, NOT THE NOZZLES, IN WHICH CASE THE FILTER

22    WOULD BE ON THE SUCTION SIDE OF THE PUMP BETWEEN THE TANK

23    AND THE PUMP.

24    Q. SO IT WOULD BE UPSTREAM FROM THE PUMP BECAUSE YOU ARE

25    TRYING TO PROTECT THE PUMP FROM DAMAGE?  AND THAT IS WHAT

1   YOU ARE REFERRING TO ON PAGE 41?  YOU WOULD USE THAT TO

2   SEPARATE PARTICULATE MATTER FROM THE USED SOLVENT SO THE

3   PARTICULATE MATTER WOULDN'T WORK ITS WAY INTO THE PUMP AND

4   DAMAGE THE PUMP; ISN'T THAT CORRECT?

5   A. IT IS.

6   Q. IF WE COULD GO BACK TO THE HAKANSSAN-2 DIAGRAM.  IF YOU

7   WOULD, LOOK AT YOUR CHART AGAIN, THE CLAIM LANGUAGE.

8   A. CAN YOU LEAD ME TO THAT?

9   Q. I CAN.  IT IS IN THE BACK OF YOUR SUPPLEMENTAL REPORT.

10  A. ARE YOU ON THE 226 PATENT, PAGE 13?

11  Q. YES.  LET'S LOOK IF WE CAN, DR. DURKEE, AT ELEMENT C FOR

12  A SECOND.  PASSING THE CLEANING FLUID THAT HAD CONTACTED THE

13  PART THROUGH A POROUS MEDIUM, AND YOU HAVE A ZERO OR AN "O"

14  BY THIS ONE WITH A REFERENCE TO 53, AND YOU STATE AT THAT

15  FOOTNOTE, "THE COURT HAS CONSTRUED POROUS MEDIUM MEANS

16  NONFILTER.  FOR REASONS STATED PREVIOUSLY, HAKANSSAN-2 DOES

17  NOT DISCLOSE A FILTER EXPRESSLY OR INHERENTLY."  DO YOU SEE

18  THAT LANGUAGE?

19  A. I DO.

20  Q. IS IT YOUR TESTIMONY THAT THE PERSON OF ORDINARY SKILL IN

21  THE ART WOULD NOT WANT TO ALSO PROTECT THIS PUMP AND

22  THEREFORE INHERENTLY PUT A FILTER AHEAD OF THAT PUMP?

23  A. IT IS NOT.

24  Q. WHY NOT?

25  A. BECAUSE LAH HAKANSSAN DOESN'T SPEAK TO FILTERS IN THE

1   CONSTRUCTION OF HIS APPARATUS.  WE KNOW THAT HE KNOWS WHAT A
2   FILTER IS BECAUSE HE REFERS TO A FILTER AS -- I THINK HE
3   USED THE WORD "FORMED" IN SOLVENT PARTS WASHERS.  BUT IN HIS
4   OWN APPARATUS, THERE IS NO FILTER SHOWN.  AND IF YOUR
5   QUESTION WAS WOULD HE DESIRE TO PROTECT HIS OWN EQUIPMENT,
6   OF COURSE.
7   Q. OF COURSE HE WOULD; RIGHT?
8   A. BUT I DON'T SEE ANY REASON TO BELIEVE THAT HE EXPRESSLY
9   INTENDED A FILTER TO BE IN THIS APPARATUS.  I DON'T SEE THE
10  NAME OF A FILTER ON THE COMPONENT LIST.
11  Q. LET ME HAND YOU A BETTER COPY OF JTX-27, WHICH IS THE
12  HAKANSSAN-2 REFERENCE.  IF YOU WOULD, SIR, LOOK WITH ME IN
13  THE HAKANSSAN-2 REFERENCE, PAGE 12, CLAIM 1.  THE FIRST PART
14  OF THE CLAIM.  IT READS, JUST THE FIRST FEW LINES, "DEVICE
15  FOR CLEANING OBJECTS, PREFERABLY OF METAL, FOR REMOVAL OF
16  CONTAMINANTS SUCH AS OIL, GREASE, SOLID PARTICLES, AND THE
17  LIKE."  GO BACK TO HAKANSSAN-2 DRAWING.  MY QUESTION IS
18  THIS, DR. DURKEE.  IF I KNOW THAT I AM REMOVING SOLID
19  PARTICLES, IS IT YOUR TESTIMONY THAT I DON'T WANT TO TRY AND
20  PRECLUDE THOSE SOLID PARTICLES FROM GETTING INTO MY PUMP AND
21  RUINING IT?
22  A. I CERTAINLY WANT TO PROTECT MY PUMP.  I DON'T WANT IT TO
23  BE RUINED, AND I AM AWARE, AS ONE OF ORDINARY SKILL, THERE
24  ARE PARTICLES IN THE WASTE FROM THE CLEANING OPERATION.  BUT
25  I DON'T SPEAK IN THIS TEXT AS TO HOW I AM GOING TO DO THAT.

1    Q. BUT WE KNOW FROM EVEN THE SOLVENT WASHER THAT WE LOOKED

2    AT, BACK ON PAGE 39 OF YOUR REPORT, THAT THE PERSON OF

3    ORDINARY SKILL IN THE ART IN 1993-94, AS YOU DEFINE IT,

4    WOULD KNOW TO PUT A FILTER IN A FLOW PATH IN ORDER TO

5    PROTECT THE PUMP, DON'T WE?

6    A. FILTERS ARE ABSOLUTELY COMMON AND I BELIEVE ONE OF

7    ORDINARY SKILL WOULD, A., KNOW ENOUGH TO PUT ONE IN, BUT

8    WOULD KNOW WHAT THE WEAKNESS OF DOING THAT MIGHT BE.

9    Q. AND THAT PERSON WOULD ALSO KNOW THE IMPORTANCE OF

10   PROTECTING THE PUMP?

11   A. YES, SIR.  THAT IS AN EXPENSIVE PUMP.

12   Q. IF WE LOOK AGAIN AT YOUR CLAIM CHART ON PAGE 13, AND

13   AGAIN, LOOKING AT ITEM C.  IN THE FAR RIGHT-HAND COLUMN

14   UNDER "SIM" FOR SIMS, YOU HAVE AN "X."  THAT "X" MEANS THAT

15   THERE IS NO DISPUTE THAT SIMS DISCLOSE AS "PASSING THE

16   CLEANING FLUID THAT HAD CONTACTED THE PART THROUGH A POROUS

17   MEDIUM."  ISN'T THAT CORRECT?

18   A. IT IS.

19   Q. DR. DURKEE, I WOULD LIKE TO HAND YOU A COPY OF THE SIMS

20   PATENT, WHICH IS JTX-30 FOR THE RECORD.  THIS IS THE

21   REFERENCE YOU MADE -- YOU DISCUSSED A BIT EARLIER, IS IT

22   NOT?

23   A. IT IS.

24   Q. IT IS A SOLVENT PARTS WASHER; CORRECT?

25   A. IT IS.

1   Q. IF WE LOOK AT THIS DRAWING, DR. DURKEE, YOU SEE THAT

2   THERE IS AN ITEM 10 HERE?  AND IT POINTS DOWN TO A DOTTED

3   LINE.

4   A. YES, SIR.

5   Q. YOU ARE WELCOME TO GO AND LOOK IN THE FIRST PARAGRAPH OF

6   THE DETAILED DESCRIPTION OVER ON COLUMN 2, BUT I MUST TELL

7   YOU THAT THAT ITEM 10 REFERS TO THE LEVEL OF THE SOLVENT IN

8   THE PARTS WASHER.

9   A. YES, SIR.

10  Q. OKAY.  AND THAT THE BOTTOM OF THE PARTS WASHER, OR AT

11  LEAST THE BOTTOM OF THE BOX, IS INDICATED AT ITEM NO. 4?

12  A. YES, SIR.

13  Q. SO WE HAVE FLUID BETWEEN THE BOTTOM AND THE LEVEL, THE

14  TOP; CORRECT?

15  A. YES, SIR.

16  Q. NOW, IF WE COULD, DAVID, PULL UP THAT FIRST PARAGRAPH.

17  DETAILED DESCRIPTION, REFERRING TO THE FIGURE, WE SHOW AN

18  EXEMPLAR PARTS WASHER 1, THE CLOSED CYCLE TYPE SHOWN IN

19  OUTLINE.  SUCH A PARTS WASHER USUALLY CONSISTS OF A METAL

20  BOX.  NOT SHOWN IN THE OUTLINE" -- STARTING RIGHT HERE,

21  DR. DURKEE.  "NOT SHOWN IN THE OUTLINE, BUT KNOWN BY ALL

22  THOSE IN THE ART TO EXIST IN SUCH A BOX IS AN INTERNAL

23  EXPLOSION-PROOF RECIRCULATING PUMP LOCATED IN THE SUMP AT

24  THE BOTTOM FLOOR OF THE BOX AND CONNECTED THROUGH A FLEXIBLE

25  METAL HOSE TO A NOZZLE WITHIN THE BOX WHICH MAY BE AIMED BY

1   THE USER AT PARTS."  NOW, THIS PATENT ISSUED?

2   A. 1997.

3   Q. AND WAS APPLIED FOR IN 1994.  IN THE 1994 TIME FRAME,

4   WOULD THAT HAVE BEEN A TRUE STATEMENT IN YOUR EXPERIENCE,

5   THAT ALL THOSE IN THE ART WOULD KNOW THAT IN THIS BOX EXISTS

6   AN INTERNAL EXPLOSION-PROOF RECIRCULATING PUMP?

7              THE COURT:  WHAT WAS THE QUESTION AGAIN?

8              MR. SCHAETZEL:  I AM ASKING IF HE AGREES WITH THE

9   STATEMENT IN THE PATENT, YOUR HONOR.  IS IT A TRUE STATEMENT

10  IN HIS EXPERIENCE THAT ALL THOSE IN THE ART WOULD KNOW THAT

11  AT THE BOTTOM OF THE BOX IS AN INTERNAL, EXPLOSION-PROOF

12  RECIRCULATING PUMP.

13             THE WITNESS:  I THINK THERE ARE SOME REASONS ONE

14  OF ORDINARY SKILL WOULD OBJECT TO THAT.  FIRST OF ALL, WE

15  KNOW THAT THE BOX -- SORRY, THE PARTS WASHER IS OF A

16  SPIRIT -- DOES IT SAY MINERAL SPIRITS OR JUST SPIRITS?

17  SOLVENT.  I BELIEVE IF YOU CONSTRUE THE WORD "SOLVENT" NOT

18  TO MEAN 111 TRICHLOROETHANE BUT TO MEAN MINERAL SPIRITS,

19  THEN THE CHARACTER AS INTERNAL, EXPLOSION-PROOF, WE WOULD

20  ABSOLUTELY HAVE TO DO THAT.  SECONDLY, THE PUMP WOULD NOT

21  HAVE TO BE LOCATED WITHIN, IT WOULD NOT HAVE TO BE A PUMP OF

22  THE DESIGN WHERE IT'S INTRINSICALLY SAFE AND CAPABLE OF

23  BEING IMMERSED.  IT MIGHT BE JUST BE INTRINSICALLY SAFE BUT

24  LOCATED OUTSIDE OF, I THINK IT WAS YOUR ITEM 4, BELOW THE

25  LEVEL OF THE FLUID.

1    BY MR. SCHAETZEL:

2    Q. THE BOTTOM.  IN OTHER WORDS, IN YOUR EXPERIENCE, THE

3    PERSON OF ORDINARY SKILL IN THE ART LOOKING AT THIS, MAY NOT

4    EVEN KNOW THAT THERE IS A PUMP IN THE BOTTOM.  ISN'T THAT

5    CORRECT?

6    A. OH, I WOULD HAVE TROUBLE WITH THAT.  THEY WOULD KNOW THAT

7    FLUID IS COMING OUT OF THE DEVICE --

8    Q. HOSE.

9    A. THE HOSE.  THANK YOU.  FOR WHICH WE ARE CLEANING THE

10   PARTS.  THEY WOULD KNOW IT CAME OUT OF A PUMP.

11   Q. SO YOU THINK THAT A PERSON OF ORDINARY SKILL IN THE ART

12   WOULD KNOW THERE IS A PUMP, BUT MAYBE NOT THAT PUMP.

13   A. OR LOCATED IN THAT PLACE.

14   Q. OKAY.  LET'S KEEP READING.  "VARIOUS TRAITS AND GRIDS NOT

15   SHOWN ARE USUALLY PROVIDED FOR INSULATION WITHIN SUCH A

16   PARTS WASHER 1 FOR SUPPORTING PARTS DURING WASHING ABOVE THE

17   LEVEL 10 OF THE SOLVENT."  DO YOU SEE THAT?

18   A. YES, SIR.

19   Q. THAT TELLS US, DOES IT NOT, IF WE GO BACK TO THE FIRST

20   PAGE, THAT TELLS US THAT WE KNOW THAT THERE IS A TRAY HERE

21   ABOVE THAT LEVEL OF THE SOLVENT; RIGHT?

22   A. THAT THERE CAN BE.

23   Q. THAT THERE CAN BE.  ALL RIGHT?

24   A. YES, SIR.

25   Q. AND WHEN I GO TO WASH THE PART, I AM GOING TO PUT THE

1    PART ON THAT TRAY, WON'T I?

2    A. MAY VERY WELL.

3    Q. AND WHAT AM I THEN GOING TO DO TO WASH THE PART?

4    A. WELL, I MIGHT HAVE PUT IT THERE BECAUSE I WAS GOING TO

5    WASH IT WHILE I AM DOING SOMETHING ELSE, OR I MIGHT HAVE PUT

6    IT THERE AFTER I HAD WASHED IT WHILE I AM GOING TO WASH

7    ANOTHER ONE.

8    Q. LET'S PRESUME THAT I INTEND TO WASH THE PART.  I WOULD

9    SET IT ON THE TRAY, WOULD I NOT, AND THEN I WOULD WASH THE

10   PART USING THE TRAY AS A SUPPORT?

11   A. YES AND NO.  IT WOULD DEPEND UPON IF I AM GOING TO USE

12   THE FLUSH AND BRUSH SYSTEM OR JUST FLUSH.  IF I AM GOING TO

13   HAVE TO ABRADE WITH A BRISTLE BRUSH, THEN I AM GOING TO HAVE

14   TO HOLD THE PART --

15   Q. OKAY.

16   A. -- IN ALL LIKELIHOOD, BUT SOME PARTS ARE GOING TO HAVE TO

17   SIT ON THE TRAY WHILE I BRUSH THEM.  BUT IF I AM JUST GOING

18   TO FLUSH THEM, YES, PERHAPS I COULD JUST DIRECT FLUID TO

19   THERE.

20   Q. BUT EVEN IF I BRUSH THEM FIRST, I MIGHT SET IT ON THE

21   TRAY, AND THEN RINSE IT OFF WITH THE FLUID FROM THE HOSE;

22   CORRECT?

23   A. I MIGHT VERY WELL DO THAT.

24   Q. ONCE THAT FLUID CONTACTS THE PART, WHERE DOES IT GO?

25   A. DOWN BELOW THE -- DOWN INTO THE LEVEL, WHICH I THINK WE

```
1    HAVE IDENTIFIED AS 10.
2    Q. IT GOES DOWN BELOW LEVEL 10?
3    A. TEN IS THE STRUCTURE AS THE FLUID LEVEL.
4    Q. THE FLUID LEVEL?
5    A. YES, SIR.
6    Q. AND THEN THAT FLUID IS AVAILABLE, IS IT NOT, TO BE PUMPED
7    BACK UP AND USED AGAIN, OR REUSED IF I AM STILL WORKING ON
8    THE SAME PART, ISN'T IT?
9    A. IT IS.
10            THE COURT:  MR. SCHAETZEL, THIS WILL BE A GOOD
11   TIME TO TAKE OUR MORNING RECESS.  WE WILL RECESS UNTIL 11:15
12   AND GET STARTED AGAIN AT THAT TIME.
13            (BREAK FROM 10:56 A.M. UNTIL 11:15 A.M.)
14            THE COURT:  SORRY TO KEEP YOU WAITING.  I HAD --
15   YOU ALL MAY HAVE NOTICED WE HAD AN ADDITIONAL SUMMER INTERN.
16   HE IS MR. HATTAN'S, OUR CLERK'S SON, WHO IS GRADUATING FROM
17   GEORGIA TECH THIS YEAR AND WANTS TO GO BE A PATENT LAWYER.
18   SO I THOUGHT I WOULD HAVE HIM -- TALK WITH HIM A LITTLE AND
19   LET HIM WATCH SOME OF THE CASE.  I HOPE HE LEARNED
20   SOMETHING.
21            MR. SCHAETZEL, ARE YOU READY?
22            MR. ANDERSON:  BEFORE WE CONTINUE, MAY I GIVE THE
23   WITNESS A LASER POINTER SO HE CAN POINT TO DIAGRAMS ON THE
24   SCREEN?
25            THE WITNESS:  THANK YOU.
```

1    BY MR. SCHAETZEL:

2    Q. DR. DURKEE.

3    A. YES, SIR.

4    Q. IF YOU LOOK AT MY CRUDE ADDITION TO FIGURE ONE OF THE

5    SIMS REFERENCE.  I HAVE NOW PUT THE TRAY IN A DOUBLE DOTTED

6    LINE HERE.  SINCE IT IS ABOVE THE SOLVENT LEVEL 10, DO YOU

7    AGREE THAT WOULD BE AT LEAST AN APPROPRIATE PLACE FOR THE

8    TRAY THAT IS DESCRIBED IN THE DETAILED DESCRIPTION OF THIS

9    PATENT?

10   A. YES.

11   Q. LOOKING AT -- BACK AGAIN ON PAGE 13 OF THE CLAIM CHART

12   THAT IS THE EXHIBIT TO YOUR SUPPLEMENTAL REPORT.  AND IN

13   PARTICULAR, FOOTNOTE 52.  "SIMS IS A SINGLE CHAMBER PARTS

14   WASHER THAT HAS PARTS SUPPORT ON A TRAY OR GRID ABOVE SINGLE

15   CHAMBER TANK."  OKAY?  DO YOU SEE THAT LANGUAGE?

16   A. YES, SIR.

17   Q. ALL RIGHT.  WHEN YOU DESCRIBE THE SINGLE CHAMBER THERE,

18   AREN'T YOU JUST TALKING ABOUT BETWEEN THE TRAY AND THE

19   BOTTOM FLOOR OF THE TANK?

20   A. YES, SIR.

21   Q. DO YOU THINK IT WOULD BE APPROPRIATE TO REFER TO THIS

22   AREA ABOVE THE TRAY AS A CHAMBER?

23   A. NOT IN THE SENSE OF ORDINARY SKILL, NO.

24   Q. IN WHAT SENSE WOULD IT NOT BE APPROPRIATE?

25   A. I WOULD THINK ONE OF ORDINARY SKILL WOULD THINK THAT IS

1    HEAD SPACE.

2    Q. SORRY?

3    A. HEAD SPACE.

4    Q. HEAD SPACE?

5    A. YES.  THE SPACE OF VAPOR ABOVE SOME LIQUID.

6    Q. LET'S REFER IT THEN AS HEAD SPACE.  IT IS IN THAT HEAD

7    SPACE, IS IT NOT, THAT HERE, WHERE I WOULD BE WORKING ON THE

8    PART, CLEANING IT IN SOME FASHION?

9    A. YES, SIR.

10   Q. AND THE FLUID WOULD FLOW FROM THAT HEAD SPACE TO THE

11   CHAMBER BELOW.  ISN'T THAT CORRECT?

12   A. IT WOULD FIRST FLOW OFF THE PART ONTO THE RACK AND THEN

13   THE RACK IS POROUS, AS I UNDERSTAND IT, THEN IT DRAINS INTO

14   THE LEVEL.  YES.

15   Q. AND ONCE THE FLUID FLOWS DOWN BELOW THE FLUID LEVEL 10,

16   WHERE DOES IT GO NEXT?  IT'S GOING TO PASS THROUGH THE

17   FILTER 14; RIGHT?

18   A. IT'S GOING TO GET TO 16, WHICH I BELIEVE IS THE PUMP.

19   AND TO GET THERE IT IS GOING TO HAVE TO GO THROUGH SOME

20   SECTION OF THE FILTER 14, AND THERE IS, BECAUSE OF THE WAY

21   THE UNIT IS CONSTRUCTED, THERE IS A MODEST UPFLOW OF FLUID

22   FROM THE AGITATOR BAR, WHICH I GUESS IS 40 AND THE NUMBERS

23   IN THE 30'S, SO THERE HAS TO BE A MODEST DOWNFLOW VELOCITY

24   TO COUNTERACT THAT.  SO YEAH, FLUID IS GOING TO FLOW DOWN

25   BECAUSE THERE IS A MODEST AMOUNT OF FLUID FLOWING UP.  I

1    MIGHT ALSO POINT OUT THAT ONE DOESN'T HAVE TO USE THIS

2    APPARATUS IN THE MANNER WE DESCRIBED.  IN FACT, IT MIGHT BE

3    A GOOD IDEA NOT TO.  HERE WE ARE USING THE TRAY AS A PLACE

4    TO STORE PARTS OR PERHAPS PLACE THEM SO WE CAN WASH THEM

5    WHILE THEY ARE SUPPORTED WITH THE TRAY, BUT IF WE PUT THE

6    PARTS UNDER THE FLUID, IF WE IMMERSE THEM, ALLOW THEM TO SIT

7    THERE FOR A TIME, WE MIGHT HAVE, DEPENDING UPON THE PART, A

8    PROCESS THAT WE LIKE BETTER.  SO YOUR QUESTION TO ME WAS, IS

9    IT APPROPRIATE TO USE THE TRAY FOR THAT PURPOSE.  IT

10   ABSOLUTELY IS, BUT IT'S NOT -- WOULDN'T HAVE TO BE THE

11   UNIVERSAL ANSWER.

12   Q. SO THIS UNIT COULD BE USED PERHAPS AS AN EMERGENT TANK

13   AND ALSO TO WASH A PART ON A TRAY.  IT HAS BOTH PURPOSES;

14   CORRECT?

15   A. YES, SIR.

16   Q. YOU ARE WELCOME TO LOOK AT IT BUT I CAN TELL YOU THAT 14

17   IS THE FILTER, AND YOU ARE RIGHT, 16 IS A PUMP, NOT THE ONE

18   THAT WAS FIRST DESCRIBED BUT A SEPARATE PUMP.

19   A. A PUMP.  YES, SIR.

20   Q. ANOTHER PUMP.  WOULD YOU CONSIDER THE TRAY, 10, OR ABOVE

21   10, TO BE A FILTER?

22   A. LET'S IDENTIFY 10.

23   Q. TEN IS THE LEVEL OF THE FLUID.  THAT'S THE TOP OF THE

24   FLUID.  THAT IS THE FLUID LINE.

25   A. AND YOUR QUESTION IS, IS THE TOP OF THE FLUID A FILTER?

1    Q. NO.  NO.  A TRAY.  WE PUT THE TRAY IN HERE AND, AS YOU

2    SAID, YOU HAVE SOME SORT OF GRATING OR SOMETHING SO THE

3    FLUID COULD FALL THROUGH IT.  MY QUESTION IS, DO YOU

4    CONSIDER THAT TRAY TO BE A FILTER?

5    A. GIVEN OUR CLAIM CONSTRUCTION LANGUAGE OF A FILTER BEING A

6    POROUS STRUCTURE THAT SEPARATES COURSES NOT BEING DEFINED

7    AND ALLOWS FLUID TO PASS THROUGH, IT MIGHT WELL BE.  IT

8    MIGHT ALSO JUST BE A PIECE OF WIRE.

9    Q. A PIECE OF CONNECTING WIRES OR A SINGLE WIRE?

10   A. IT MIGHT BE ADJACENT WIRES.  NOT INTERCONNECTED. I THINK

11   FROM THIS DRAWING WE NEED TO KNOW MORE ABOUT IT.  YES, IT

12   MIGHT BE A FILTER BY THE CONSTRUCTION OF THE CLAIM LANGUAGE

13   THAT WE HAVE.

14   Q. SO, YOU WOULD HAVE -- IF WE CONSIDER IT A FILTER, YOU

15   HAVE BOTH THE TRAY FILTER AND THE FILTER AT 14 PROTECTING

16   THE PUMP 16 AND THE OTHER PUMP THAT THIS AUTHOR SAID

17   EVERYBODY WOULD KNOW ABOUT?

18   A. I DON'T THINK OUR TRAY WOULD FUNCTION VERY WELL AS A

19   FILTER.  IT MIGHT BE BY THE CLAIM CONSTRUCTION OF THE COURT,

20   BUT I DON'T THINK ONE OF ORDINARY SKILL WOULD RECOGNIZE THAT

21   TRAY AS A FILTER TO PROTECT ANYTHING.

22   Q. OKAY.

23   A. THE OBJECT OF THAT TRAY IS TO ALLOW PARTS TO DRAIN.  SO

24   WE WANT AS MUCH OPEN AREA AS WE CAN.  BUT THAT MAKES IT

25   POROUS, AND THAT IS OUR DEFINITION.

1    Q. IF YOU WOULD, SIR, TURN TO PAGE -- COLUMN 2 OF THE SIMS

2    PATENT.  SORRY, NOT PAGE, IT'S COLUMN 2 ON THE SIMS PATENT.

3    AND DOWN ABOUT LINE 59.  DO YOU SEE THE LANGUAGE THAT SAYS,

4    "VARIOUS TRAYS AND GRIDS NOT SHOWN ARE USUALLY PROVIDED FOR

5    INSTALLATION WITHIN SUCH A PARTS WASHER"?

6    A. YES, SIR.

7    Q. IF IT WERE A GRID, WOULD YOU CONSIDER IT TO BE A FILTER?

8    A. READING THE CLAIM CONSTRUCTION LANGUAGE, IF IT'S A POROUS

9    MATERIAL THAT SEPARATES COURSES FROM SOMETHING ELSE AND

10   ALLOWS FLUID BEARING MICROORGANISMS AND CLEANING AGENT

11   THROUGH, THEN IT IS.  ONE WOULDN'T EXPECT IT TO BE

12   FUNCTIONAL, THOUGH, I DON'T THINK, AS I ENVISION IT.  OTHERS

13   MAY HAVE OTHER VISIONS.

14   Q. TELL YOU WHAT, LET'S LOOK AT PAGE 35 OF YOUR SUPPLEMENTAL

15   REPORT.  AND AT THIS PART OF YOUR REPORT, YOU ARE DISCUSSING

16   SIMS.  IF YOU LOOK AT THE BOTTOM OF PAGE 35, SIMS ALSO USES,

17   BUT DOES NOT CLAIM, A SECOND AND COMPLETELY DIFFERENT

18   FILTRATION DEVICE.  ITS PURPOSE IS NOT MICROFILTRATION.

19   RATHER, IT IS TO PREVENT LARGE PARTICLES OF DIRT AND SMALL

20   PARTICLES FROM BEING SUCKED INTO THE RECIRCULATING PUMP.

21   AND THAT IS A REFERENCE TO COLUMN 3, LINES 3 AND 4, WHICH IS

22   THE FILTER AT 14.  DO YOU SEE THAT?  TAKE YOUR TIME.

23   A. YES, SIR.

24   Q. WHAT IS THE PURPOSE OF THAT FILTER 14?

25   A. TO PRESERVE THE LIFE, TO PRESERVE THE CAPACITY OF THE

1    VERY EXPENSIVE PAPER TOWEL FILTER, WHICH IS THE MAIN CLAIM

2    OF THE INVENTION.

3    Q. AND WHICH ONE IS THE PAPER TOWEL FILTER?

4    A. I THINK THAT IS WHAT IS INSIDE THE CHAMBER LABELED AS 20

5    IN THIS FIGURE.

6    Q. OVER HERE?

7    A. YES.  YES.

8    Q. AND ANOTHER FUNCTION OF THE FILTER 14 WOULD BE TO PROTECT

9    THAT PUMP 16, WOULDN'T IT?

10   A. I SUPPOSE ANYTIME YOU REMOVE PARTICULATE FROM A SYSTEM,

11   YOU HAVE TO PROTECT ANY ROTATING MACHINERY THAT IS THERE.

12   SURE.  ISN'T THERE ANOTHER FIGURE WHICH SHOWS THE MAIN

13   FILTER?

14   Q. I BELIEVE YOU ARE REFERRING TO FIGURE 4, SIR?

15   A. YES.  SO WHAT HAS GONE THROUGH, IF YOU WILL, FIGURE 4,

16   THE MAIN FILTER, I GUESS THAT IS REFERRED TO AS PART 20.

17   Q. YES.

18   A. THAT HAS BEEN FILTERED AS WELL AS SIMS KNOWS HOW TO DO

19   IT.  SO IF THERE IS A FILTER DOWNSTREAM OF THAT, AND I

20   BELIEVE THAT IS TO WHAT YOU ARE SPEAKING, THEN IT IS NOT

21   GOING TO HAVE MUCH EFFECT.

22   Q. BECAUSE IT WOULD BE UPSTREAM, WOULD IT NOT, IN FIGURE 1?

23   A. THEN I AM CONFUSED.  ARE YOU REFERRING TO 14?

24   Q. SIR?

25   A. ARE YOU REFERRING TO 14?

1    Q. YES.  THAT'S THE FILTER.

2    A. IS NOT 14 UPSTREAM OF THE PAPER TOWEL FILTER?  DON'T WE

3    FLOW FROM THERE INTO THE MAIN FILTER CANISTER, I GUESS THAT

4    IS THE BODY, 20?

5    Q. I NEED TO KNOW HOW YOU THINK IT WORKS, SIR.

6    A. I BELIEVE THAT THIS IS A FILTER THAT MIGHT BE AN ANALOGUE

7    OF THE AIR CONDITIONER FILTER FOUND IN THE CHEMFREE MACHINE.

8    IT'S A WOVEN MESH AND IT'S DESIGNED -- ITS PURPOSE IS MAINLY

9    TO PROTECT THE MAIN, EXPENSIVE PAPER TOWEL FILTER.  THEN WE

10   FEED TO THE MAIN FILTER AND THEN WE COME BACK OUT, AND 16,

11   THE SECOND PUMP TO WHICH I BELIEVE YOU ARE REFERRING, IS

12   DOWNSTREAM OF THAT.  THAT IS CONDUIT 18.

13   Q. IF YOU WOULD, SIR, LOOK AT THE SIMS PATENT WITH ME AT

14   COLUMN 3.

15   A. GOOD.

16   Q. YOU CAN START, REALLY, AT THE VERY LAST TWO WORDS OF

17   COLUMN 2.  THE BASE -- SORRY, DO YOU HAVE THAT LANGUAGE?

18   A. YES.

19   Q. THE BASE 8 OF THE PARTS WASHER BOX 2 IS USUALLY FITTED

20   WITH A THICK, OPEN MESH MATERIAL, 14.

21   A. YES.

22   Q. WHICH SERVES AS A GROSS PARTICULATE FILTER, 14, TO

23   PREVENT LARGE PARTICLES OF DIRT AND SMALL PARTS FROM BEING

24   SUCKED INTO THE RECIRCULATING PUMP.

25   A. IT WAS THAT THAT I WAS TRYING TO SAY.

1    Q. OKAY.  SO IT'S NOT MERELY PROTECTING THE DENSE FILTER, IF

2    YOU WILL, 20, IT IS REALLY PROTECTING THE PUMP; IS IT NOT?

3    A. OH, NO.  NO.  THAT PUMP IS -- IT'S A MODEST PRESSURE PUMP

4    AND IS OF NOT GREAT VALUE.  IT CAN BE EASILY REPLACED BUT

5    THE FILTER IS THE CORE OF THIS APPARATUS OF THIS INVENTION,

6    AND IF WE FOUL THE FILTER WITH ANY AMOUNT OF LARGE

7    PARTICULATE, OUR PROCESS OF PRODUCING CLEANING FLUID FOR

8    OPTICS, A VERY LOW AMOUNT OF VERY SMALL MATERIALS, IS GOING

9    TO STOP.  IF WE DON'T PROTECT THAT FILTER, WE DON'T HAVE A

10   PROCESS IN THE NAME OF SIMS.  A PUMP IS A SMALL PRICE TO PAY

11   FOR THAT.

12   Q. SO THAT IS WHAT YOU INTERPRETED SIMS AND APPLIED IN YOUR

13   REPORT, THAT IS THE UNDERSTANDING THAT YOU USED AS YOU

14   WORKED WITH THE SIMS PATENT?

15   A. I WOULD HAVE BEEN MORE FOCUSED ON THE FILTER, BUT SURE,

16   IT IS GOING TO PROTECT THE PUMP.  FILTERS PROTECT PUMPS.

17   BUT IN MY MIND, THE VALUE OF THIS APPARATUS IS THE FILTER.

18   Q. I WOULD LIKE TO SHOW YOU, BRIEFLY -- I WOULD LIKE TO HAND

19   YOU A COPY OF WHAT IS MARKED AS DEFENDANT'S EXHIBIT 1146,

20   WHICH IS THE EXPERT REPORT OF DR. BRICKLE, AND IN

21   PARTICULAR, DIRECT YOU TO PAGES 43 AND 44 OF THAT REPORT.

22   PAGES 43 AND 44.  IN TERMS OF THE ENVIRONMENTAL SCIENCE

23   AREA, DR. BRICKLE IDENTIFIED CERTAIN COURSE WORK THAT HE

24   BELIEVED THE PERSON OF ORDINARY SKILL IN THE ART, AS HE

25   DEFINED IT, WOULD HAVE HAD.  AND I WOULD LIKE TO SEE IF YOU

1    COULD TELL ME --

2            MR. CAPP:  OBJECTION, YOUR HONOR.  THAT IS A

3    MISCHARACTERIZATION OF DR. BRICKLE'S REPORT.

4            MR. SCHAETZEL:  I DON'T BELIEVE THAT IT IS, BUT I

5    AM SIMPLY TRYING TO SET UP THE QUESTION THAT WE ARE GETTING

6    TO.  DR. BRICKLE CERTAINLY IDENTIFIED CERTAIN COURSE WORK

7    THAT HE THOUGHT -- WELL, LET'S GO BACK TO THE FIRST

8    PARAGRAPH.

9            MR. CAPP:  WE KEEP DEALING WITH PURPOSEFUL

10   AMBIGUITY OVER WHAT THE ART IS HERE.  IT'S NOT THAT HARD TO

11   IDENTIFY WHAT ART DR. BRICKLE IS TALKING ABOUT IN HIS

12   REPORT.

13           THE COURT:  HOW DID HE MISSTATE THAT?

14           MR. CAPP:  DR. BRICKLE WAS ASKED TO DO AN OPINION

15   RELATIVE TO THE LEVEL OF ORDINARY SKILL IN THE FIELD OF

16   ENVIRONMENTAL SCIENCES.  AND THERE HAS BEEN AN ATTEMPT

17   THROUGHOUT THIS CASE TO AMBIGUOUSLY USE THE TERM "THE ART"

18   TO MAKE PARTS WASHING AND ENVIRONMENTAL SCIENCES

19   INTERCHANGEABLE.  IT'S NOT THAT HARD TO IDENTIFY EXACTLY

20   WHAT THE EXPERTS WERE TRYING TO DO IN THIS CASE.

21           THE COURT:  ALL RIGHT.  RESTATE THE QUESTION THEN,

22   PLEASE, MR. SCHAETZEL.

23   BY MR. SCHAETZEL:

24   Q. DR. BRICKLE'S REPORT, DR. DURKEE, READ AS FOLLOWS:

25   "TAKING THE FOREGOING LEGAL STANDARDS INTO ACCOUNT, AND

1    BASED ON MY EXPERIENCE AS A PROFESSOR IN A CIVIL

2    ENVIRONMENTAL ENGINEERING PROGRAM AND A SUPERVISOR AND

3    PRACTITIONER IN THE ENVIRONMENTAL ENGINEERING CONSULTING

4    BUSINESS, IT IS REASONABLE TO EXPECT THAT A PRACTITIONER OF

5    ORDINARY SKILL IN THE ENVIRONMENTAL ENGINEERING AND SCIENCES

6    ART TO BE KNOWLEDGEABLE ABOUT."  ALL THE WAY DOWN TO THE

7    BOTTOM OF THAT PAGE.  I WOULD LIKE TO KNOW IF THE PERSON OF

8    ORDINARY SKILL IN THE PARTS WASHING ART WOULD BE

9    KNOWLEDGEABLE ABOUT THESE SUBJECTS, DR. DURKEE?  WOULD THE

10   PERSON OF ORDINARY SKILL IN THE PARTS WASHING ART -- GO ALL

11   THE WAY DOWN TO THE BOTTOM OF THE PAGE.  THE THIRD BULLET

12   POINT:  "ENGINEERED SYSTEMS FOR WASTE WATER TREATMENT AND

13   DISPOSAL."

14   A. FOR WATER TREATMENT, I THINK IT READS.

15   Q. SORRY, I THINK IT READS "ENGINEERED SYSTEMS FOR WASTE

16   WATER TREATMENT AND DISPOSAL."  RIGHT HERE.  THE THIRD

17   BULLET POINT.

18   A. I AM ON THE WRONG ONE.  OKAY.  MY ERROR.  PLEASE.

19   Q. WOULD THE PERSON OF ORDINARY SKILL IN THE PARTS WASHER

20   ART BE KNOWLEDGEABLE ABOUT ENGINEERED SYSTEMS FOR WASTE

21   WATER TREATMENT AND DISPOSAL?

22   A. AS A GENERAL QUESTION OR BY SPECIFIC REFERENCE TO ANY OF

23   THE --

24   Q. FIRST ANSWER THAT QUESTION, THEN WE WILL DO THE

25   SPECIFICS.

```
1    A. I WOULD THINK HE WOULD NOT BE.
2    Q. HE WOULD NOT BE.  SO HE WOULD ALSO NOT BE --
3    A. NOT IN A GENERAL SENSE.  NO.
4    Q. AND THEN WOULD NOT BE KNOWLEDGEABLE ABOUT, FOR EXAMPLE,
5    SCREENING, COMMUTATING, AND GRIT REMOVAL.
6    A. HE WOULD NOT.
7    Q. AND THEN IF WE GO DOWN TO "ENGINEER SYSTEMS FOR WATER
8    TREATMENT," THE FOURTH BULLET POINT.  WOULD THE PERSON OF
9    ORDINARY SKILL IN THE PARTS WASHING ART BE KNOWLEDGEABLE
10   ABOUT AERATION?
11   A. NO.
12   Q. COAGULATION, FLOCCULATION, SEDIMENTATION?
13   A. NO, SIR.
14   Q. WATER SOFTENING?
15   A. NO, SIR.
16   Q. FILTRATION AND ULTRA FILTRATION?
17   A. AS STATED, NO.
18   Q. AND REVERSE OSMOSIS?
19   A. NO, SIR.  MAY I AMPLIFY MY ANSWER?
20   Q. OKAY.
21   A. THE PROBLEM THAT I HAVE IS THE USE OF THE STATEMENT,
22   FILTRATION, ULTRA FILTRATION.  IF I AM ALLOWED TO SEPARATE
23   THOSE TWO, AND I DON'T KNOW IF I CAN, BECAUSE IN MY MIND
24   THEY ARE DIFFERENT ARTS.  ONE OF ORDINARY SKILL IN PARTS
25   WASHING WOULD BE QUITE FAMILIAR WITH FILTRATION AND WOULD
```

1    KNOW NOTHING OF ULTRA FILTRATION.

2    Q. OKAY.

3    A. I MAY OR MAY NOT BE ALLOWED TO SEPARATE THOSE TWO.

4    Q. THANK YOU.  THAT IS ALL I HAVE FOR THAT.  I WOULD LIKE TO

5    GO BACK NOW TO YOUR EXHIBIT TO THE SUPPLEMENTAL REPORT.  AND

6    IN PARTICULAR, ON THE 226 PATENT, BUT MOVE TO PAGE 14.

7    A. YES, SIR.

8    Q. IT IS CORRECT, IS IT NOT, THERE IS NO DISPUTE THAT

9    HAKANSSAN-2 DISCLOSES USING A CLEANING LIQUID THAT IS

10   SURFACTANT BASED?

11   A. HIS PHRASE IS THAT IT IS A CUSTOM TENSIDE, AND MANY

12   PEOPLE WILL RECOGNIZE THE WORD "TENSIDE" AS BEING BRITISH OR

13   EUROPEAN REFERENCE TO A SURFACTANT.  YES, SIR.

14   Q. SO THERE IS NO DISPUTE?

15   A. THERE IS NO DISPUTE.

16   Q. AND AS CLAIM 4, THERE IS NO DISPUTE THAT HAKANSSAN-2

17   SHOWS A CLEANING -- THE METHOD OF CLAIM 3 WHEREIN THE

18   CLEANING LIQUID IS WATER BASED, THERE IS NO DISPUTE THAT

19   HAKANSSAN-2 ALSO DISCLOSES THAT.

20   A. IT DOESN'T HAVE TO BE.

21   Q. IT DOESN'T HAVE TO BE BECAUSE THERE IS NO DISPUTE THAT

22   HAKANSSAN-2 DISCLOSES.  THAT IS WHY YOU PUT THE ACCENT

23   THERE; RIGHT?

24   A. YES.

25   Q. IN ANY OF THESE THREE CLAIMS, DO YOU UNDERSTAND IT TO BE

1    A REQUIREMENT THAT THE FLUID CLAIMED BY CHEMFREE IN THE USE

2    OF ITS DEVICE IS BIODEGRADABLE, NONCAUSTIC, NONTOXIC OR

3    NONFLAMMABLE?

4    A. I AM GOING TO HAVE TO ASK YOU TO REPEAT THAT, PLEASE.

5    Q. LET ME ASK IT A DIFFERENT WAY.  ISN'T IT TRUE THAT THERE

6    IS NO REQUIREMENT ANYWHERE IN ANY OF THESE THREE CLAIMS THAT

7    WE JUST LOOKED AT THAT THE FLUID BE NONTOXIC, NONCAUSTIC,

8    NONFLAMMABLE, OR BIODEGRADABLE?

9    A. IN JUST THESE CLAIMS 3 AND 4, WAS THERE ANOTHER CLAIM?

10   Q. 1, 3, AND 4.  YES.  THE FIRST PAGE IS CLAIM 1.

11   A. THEY DO NOT SPEAK TO THOSE FLUID CHARACTERISTICS.

12   Q. IF YOU COULD TURN OVER TO PAGE 15 OF THE EXHIBIT, THE

13   NEXT PAGE.  ALL RIGHT.  WE HAVE THE SAME APPROACH HERE, DO

14   WE NOT?  THERE IS NO DISPUTE REGARDING THE FIRST ONE BEING A

15   METHOD OF REMOVING HYDROCARBONS.  THAT IS SHOWN IN

16   HAKANSSAN-2 AND SIMS; CORRECT?

17   A. YES, SIR.

18   Q. OKAY.  AND WE KNOW WE HAVE MICROORGANISMS, AND WE BRING

19   THE PART INTO CONTACT WITH THE FLUID IN HAKANSSAN.

20   A. YES, SIR.

21   Q. ALLOWING MICROORGANISMS WITHIN THE FLUID TO BIODEGRADE?

22   A. YES, SIR.

23   Q. THAT IS ALL IN HAKANSSAN; CORRECT?

24   A. YES, SIR.

25   Q. SO THE DISPUTE HERE IS ON THE OTHER ELEMENTS; CORRECT?

1    A. THE O.'S.  YES, SIR.

2    Q. NOW, THE HAKANSSAN-2, LET'S LOOK AT THE FIRST ONE,

3    SUSPENDING IN A BIODEGRADABLE, NONCAUSTIC NONFLAMMABLE, OIL

4    DISPERSANT CLEANING AND DEGREASING FLUID.  ALL RIGHT?  FIRST

5    OF ALL, THE ARGUMENT IS NOT ABOUT WHETHER OR NOT

6    MICROORGANISMS ARE SUSPENDED IN A FLUID IN HAKANSSAN-2, IS

7    IT?

8    A. IT IS NOT.

9    Q. SO THE DISPUTE IS OVER BIODEGRADABLE, NONCAUSTIC

10   NONFLAMMABLE, AND ON THE OTHER SIDE OF MICROORGANISMS WE

11   HAVE THE NONTOXIC, SO ALL FOUR ARE PRESENT; CORRECT?

12   A. YES, SIR.

13   Q. IF YOU WOULD LOOK AT -- I AM NOT SURE I GAVE IT TO YOU.

14    -- THE HAKANSSAN-2 REFERENCE.

15   A. I THINK YOU HAVE.  I HAVE IT HERE.

16   Q. YOU MENTIONED THAT HAKANSSAN-2 DISCLOSED TENSIDE.  ON THE

17   FIRST PAGE OF THE REFERENCE, AT THE BOTTOM OF THE PAGE, YOU

18   SEE THE ABSTRACT?

19   A. YES, SIR.

20   Q. "THE INVENTION RELATES TO A DEVICE FOR CLEANING OBJECTS,

21   PREFERABLY OF METAL FOR REMOVAL OF CONTAMINANTS SUCH AS OIL,

22   GREASE, SOLID PARTICLES AND THE LIKE BY USING A WASHING

23   LIQUID CONTAINING, ON THE ONE HAND, AN ACTIVE DETERGENT."

24   YOU SEE THAT TERM?

25   A. YES, SIR.

1   Q. IS THAT A TENSIDE?

2   A. IT IS MULTIPLE TENSIDES.

3   Q. WHY YOU THINK IT IS MULTIPLE TENSIDES?

4   A. BECAUSE A DETERGENT IS A PRODUCT MADE OF SEVERAL

5   SURFACTANTS AND MAY VERY WELL BE OTHER THINGS AS WELL, SUCH

6   AS SOLVENTS.  A SURFACTANT, IF YOU WILL, IS A TWO-HEADED

7   MOLECULE.  A SINGLE MOLECULE WITH TWO CHARACTERISTICS, ONE

8   ON EITHER END.

9   Q. SO -- DID I UNDERSTAND YOU TO SAY THAT YOU THINK AN

10  ACTIVE DETERGENT COULD INCLUDE A SOLVENT?

11  A. VERY LIKELY.  YES, SIR.

12  Q. YOU THINK SO?

13  A. YES, SIR, I DO.

14  Q. CAN YOU GIVE AN EXAMPLE OF A DETERGENT THAT WOULD INCLUDE

15  A SOLVENT?

16  A. THE CLEANING PRODUCT, BLUE GOLD, WHICH HAS BEEN AROUND

17  FOR, I DON'T KNOW, SINCE THE 60'S, IS BASED ON -- THIS IS MY

18  BELIEF -- IS BASED ON THE SURFACTANT, DURA PHENOL ETHOXIATE,

19  AND I BELIEVE IT ALSO HAS ISOPROPANOL IN IT.  THE PRODUCT IS

20  BLUE GOLD.

21  Q. SO YOU THINK IT HAS RUBBING ALCOHOL IN IT?

22  A. YES, SIR.

23  Q. CONTINUE WITH THE SENTENCE ON PARAGRAPH ONE.  "ON THE

24  OTHER HAND, MICROORGANISMS FOR REDUCING CONTAMINANTS

25  TRANSMITTED FROM THE OBJECTS TO THE WASHING LIQUID."  IS

1   THAT LANGUAGE WHAT YOU RELIED UPON TO FIND THAT

2   MICROORGANISMS WERE SUSPENDED IN THE FLUID?

3   A. WELL, THAT IS PART OF IT.  I THINK I RELIED ON THE WHOLE

4   TEACHING OF THE PATENT, NOT JUST A SPECIFIC SENTENCE.

5   Q. ALL RIGHT.  IS THERE ANYTHING IN THIS LANGUAGE, THIS PART

6   OF THE ABSTRACT, THAT MAKES YOU THINK THIS FLUID IS CAUSTIC?

7   A. AM I ONLY ALLOWED TO USE THE FIRST SENTENCE?

8   Q. YES, SIR.

9   A. PLEASE REPEAT YOUR QUESTION.

10  Q. THERE IS NOTHING IN THAT FIRST SENTENCE THAT TELLS THE

11  YOU THIS IS A CAUSTIC FLUID, IS THERE?

12  A. IN THE SENSE OF THE CLAIM CONSTRUCTION LANGUAGE OF THIS

13  COURT, WE HAVE DEFINED CAUSTIC AS ITS EFFECT, NOT AS OF ITS

14  CHEMICAL CONSTITUTION.  THE EFFECT DESCRIBED IN THE CLAIM

15  CONSTRUCTION LANGUAGE IS OF INJURY TO HUMAN TISSUE,

16  DESTRUCTION OF TISSUE.  THAT'S THE BASIS WE HAVE TO USE THE

17  WORD "CAUSTIC," IN MY OPINION.  IN MY OPINION, ONE OF

18  ORDINARY SKILL, IN THE TIME FRAME OF THIS INVENTION, READING

19  THE WORD "PREFERABLY OF METAL" WOULD BELIEVE HE KNOWS HOW TO

20  CLEAN OBJECTS OF METAL, AND THAT IS TO USE A MATERIAL WHICH

21  WOULD ABRADE SKIN.  IT MIGHT BE AN ACID, IT MIGHT BE LYE, IT

22  MIGHT BE CAUSTIC SODA.  IT MIGHT BE SODIUM METASILLICATE,

23  BUT IT WOULD ABSOLUTELY DEGRADE HUMAN TISSUE, AND THAT IS

24  THE LANGUAGE THAT WE ARE USING HERE.  SO WHEN I SEE THE WORD

25  "METAL" AND I SEE "CLEANING" AND I BELIEVE MY PERSON OF

1    ORDINARY SKILL WOULD SAY IF I AM ASKED TO CLEAN METAL, IN

2    THAT TIME FRAME, I EXPECT TO USE MATERIALS THAT MATCH THE

3    DEFINITION OF SKIN DETERIORATION PROVIDED BY THIS COURT.

4    Q. I BELIEVE YOU TESTIFIED THAT CAUSTIC, IN THIS CONTEXT,

5    WAS GOING TO REFER TO HUMAN SKIN.

6    A. YES.  YES, SIR.

7    Q. DR. DURKEE, THE DEFINITION OF NONCAUSTIC THAT THE PARTIES

8    AGREED TO IS "NONCAUSTIC MEANS THAT THE CLEANING FLUID DOES

9    NOT BURN OR ERODE ORGANIC TISSUE SUCH AS THE SKIN OF THE

10   OPERATOR BY CHEMICAL ACTION."

11   A. YES, SIR.

12   Q. BUT THAT IS BROADER THAN JUST AS THAN ONLY THE SKIN OF

13   THE OPERATOR, ISN'T IT?  IT SAYS "BURN OR ERODE ORGANIC

14   TISSUE."  ISN'T IT TRUE, DR. DURKEE, THAT THERE IS OTHER

15   ORGANIC TISSUE THAT CAN GET BURNED HERE, ESPECIALLY IN THE

16   FLUID HERE, NAMELY THE MICROORGANISMS?

17   A. I THINK I AM A PARTS WASHING GUY, I DON'T THINK I KNOW

18   THAT.  I DON'T THINK I KNOW WHAT DOES AND DOES NOT AFFECT

19   WHAT KINDS OF MICROORGANISMS AND OTHERS.

20   Q. OKAY.  THEN PRESUME WITH ME, SIR, THAT MICROORGANISMS ARE

21   ORGANIC, THAT THEY ARE LIVING, THAT THEY CAN BE DAMAGED BY A

22   CAUSTIC SOLUTION.

23   A. YES, SIR.

24   Q. WHY WOULD HAKANSSAN WANT TO HAVE A SOLUTION THAT COULD

25   ERODE THE MICROORGANISMS THAT HE IS RELYING ON TO REMEDIATE

1    CONTAMINANTS IN HIS HOLDING TANK?

2    A. I BELIEVE YOUR QUESTION IS WHY WOULD ONE WANT TO USE A

3    MATERIAL THAT COULD DAMAGE ORGANIC TISSUE, ACCEPTING THAT

4    THE WORD "ORGANIC" INCLUDES MICROORGANISMS, AND THE ANSWER

5    IS I DON'T KNOW BUT I THINK IT IS A HECK OF A QUESTION.  I

6    HAVE WONDERED THAT FOR A LONG TIME.  I WONDER WHY -- I HAVE

7    WONDERED WHY THIS APPARATUS WAS SET UP THAT WAY.

8    Q. OKAY.  NOW, I UNDERSTAND YOUR POSITION FROM YOUR EXPERT

9    REPORT, THAT IF WE HAVE A SOLUTION OF SOMETHING THAT MIGHT

10   HAVE AS MUCH AS 20 PERCENT ISOPROPANOL IN IT, IT COULD BE

11   FLAMMABLE.  THAT IS YOUR POSITION, IS IT NOT?

12   A. AND THE REST OF THE SOLUTION IS WATER?

13   Q. YES.  YOU CAN MAKE THE REST OF THE SOLUTION WATER.

14   A. IT IS CERTAIN TO BE FLAMMABLE.

15   Q. IS THERE ANYTHING IN THIS FIRST SENTENCE OF THIS PATENT

16   THAT TELLS YOU THAT -- EVEN IF WE DO USE THE DETERGENT THAT

17   YOU IDENTIFIED AS BLUE GOLD, BUT YOU THINK IT INCLUDED SOME

18   ISOPROPANOL, IS THERE ANYTHING IN THIS FIRST SENTENCE THAT

19   TELLS YOU THAT THERE IS SO MUCH ISOPROPANOL OR ANYTHING ELSE

20   IN THAT DETERGENT THAT IT BECOMES FLAMMABLE?

21   A. THERE IS NOT.

22   Q. DO YOU UNDERSTAND, SIR, THAT FOR THE PURPOSES OF THIS

23   CASE, NONTOXIC MEANS THAT SOMETHING IS NOT TOXIC TO THE

24   MICROORGANISMS?

25   A. YES, SIR.

1  Q. IS THERE ANYTHING IN THIS FIRST SENTENCE THAT TELLS YOU

2  THAT THERE IS SOMETHING IN THIS SOLUTION THAT IS GOING TO BE

3  TOXIC TO THE MICROORGANISMS?

4  A. WITH REGARD TO THE FIRST SENTENCE, NO, SIR.  THERE IS

5  NOT.

6  Q. IF YOU WOULD, SIR, PLEASE LOOK WITH ME AT THE HAKANSSAN

7  REFERENCE ON PAGE 1.  LINE 11.  THE "CONVENTIONAL CLEANING

8  METHODS FOR THIS PURPOSE CAN BE DIVIDED IN TWO MAIN GROUPS;

9  NAMELY, WET CLEANING METHODS AND SOLVENT-BASED CLEANING

10  METHODS."  BEGINNING AT LINE 15, HAKANSSAN CARRIES ON AND

11  SAYS, "WET CLEANING METHODS COMPRISE ALKALINE, ACIDIC AND

12  BIOLOGICAL CLEANING METHODS, WHILE SOLVENT-BASED CLEANING

13  METHODS ARE USUALLY BASED ON TRICHLOROETHYLENE, METHYLENE

14  CHLORIDE, OR FREON."  DO YOU SEE THAT?

15  A. YES, SIR.

16  Q. SO HAKANSSAN DIVIDES THE WET CLEANING METHODS INTO THREE

17  COMPONENTS, DOES HE NOT, ALKALINE, ACIDIC, AND BIOLOGICAL.

18  DO YOU SEE THAT?

19  A. YES, SIR.

20  Q. ALL RIGHT.  WHAT DO YOU UNDERSTAND ALKALINE TO BE?

21  A. N-A-O-H, K-O-H.  HERE THE DEFINITION OF THE WORD ALKALINE

22  MEANS A PH OF 7.

23  Q. WHAT DO YOU MEAN THE TERM -- WHAT DO YOU UNDERSTAND THE

24  TERM "ACIDIC" TO MEAN?

25  A. ESSENTIALLY, THE OPPOSITE CONCENTRATION OF HYDROGEN, SO

1  THE PH VALUE IS LESS THAN 7.

2  Q. SO ALKALINE IS HIGH PH, ACIDIC IS LOW PH; RIGHT?

3  A. YES, SIR.

4  Q. AND IN THIS DESCRIPTION, HAKANSSAN'S CONTRASTING

5  ALKALINE, ACIDIC TO BIOLOGICAL, IS HE NOT?

6  A. I THINK HE IS INCLUDING, NOT CONTRASTING.  HE SAYS IT

7  COMPRISES.  THEN HE LISTS THE THREE TYPES.  HE DOESN'T

8  CONTRAST.  PERHAPS I DIDN'T UNDERSTAND YOUR QUESTION.

9  Q. GO DOWN TO PARAGRAPH 20, HE IDENTIFIES THE ALKALINE

10  METHOD.  THE NEXT PARAGRAPH, HE GETS TO ACIDIC, AND THE

11  PARAGRAPH THAT I AM INTERESTED IN IS AT THE TOP OF PAGE 3,

12  "BIOLOGICAL CLEANING METHODS."  IN THE CONTEXT OF HAKANSSAN

13  DO YOU UNDERSTAND THE BIOLOGICAL CLEANING METHODS TO INCLUDE

14  THE MICROORGANISMS?

15  A. MYSELF OR ONE OF THE ORDINARY SKILLED?  MYSELF, YES.

16  Q. LET'S JUST WORK FROM THAT.

17  A. OKAY.

18  Q. SO HAKANSSAN IS REFERRING TO BIOLOGICAL CLEANING METHODS

19  AND SAYS, "THE BIOLOGICAL CLEANING METHODS UTILIZED IN AN

20  EXCELLENT MANNER THE ACTIVITY AND CAPACITY OF THE USED

21  DETERGENT BY CONTINUOUSLY REDUCING THE CONTAMINANTS SUPPLIED

22  TO THE WASHING LIQUID."  DO YOU SEE THAT LANGUAGE?

23  A. I DO.

24  Q. IF THERE IS RUBBING ALCOHOL IN THAT USED DETERGENT,

25  MICROORGANISMS CAN'T USE THAT RUBBING ALCOHOL BECAUSE IT

1    WOULD ERODE THE TISSUE, WOULDN'T IT?

2    A. I HEARD TWO PARTS TO THAT QUESTION, THAT MICROORGANISMS

3    COULDN'T USE RUBBING ALCOHOL, AND I GUESS MY ANSWER IS, I

4    DON'T KNOW THAT, AND THAT RUBBING ALCOHOL WOULD HARM HUMAN

5    TISSUE, AND I DON'T THINK THAT IS TRUE.  PLEASE HELP ME TO

6    UNDERSTAND YOUR QUESTION.

7    Q. OKAY LET'S TAKE IT OUT -- IN OTHER WORDS, ISOPROPANOL

8    ISN'T NECESSARILY CAUSTIC; CORRECT?

9    A. OH NO.  IT IS NOT.

10   Q. SO LET'S DO IT IN TERMS OF IF THERE IS ANYTHING IN THE

11   DETERGENT THAT IS CAUSTIC.  IF ANYTHING WAS CAUSTIC, THEN DO

12   YOU HAVE ANY REASON TO BELIEVE THAT THE MICROORGANISMS COULD

13   USE THAT CAUSTIC SUBSTANCE IN AN EXCELLENT MANNER TO REDUCE

14   CONTAMINANTS IN THE WASHING LIQUID?

15   A. I DON'T THINK I CAN CONTRIBUTE TO THE DISCUSSION ABOUT

16   CAUSTIC OR MICROORGANISMS, THEIR INTERACTION OR EFFECTS.

17   Q. AND THAT WOULD ALSO BE TRUE FOR TOXICITY, WOULD IT NOT,

18   SIR, THAT MICROORGANISMS ARE NOT YOUR AREA OF EXPERTISE?

19   A. YES, SIR, THAT IS TRUE.

20   Q. AND IN TRYING TO DETERMINE WHAT MAY BE TOXIC OR NOT TOXIC

21   TO THE MICROORGANISMS IN A GIVEN SOLUTION IS NOT YOUR AREA

22   OF EXPERTISE?

23   A. NOT MY AREA OF EXPERTISE.  MY KNOWLEDGE ABOUT TOXICITY IS

24   CONCERNED IN THIS CASE TO WHAT IS IN THE CLAIM CONSTRUCTION

25   LANGUAGE.

1    Q. FOCUSING ON THE BIOLOGICAL CLEANING METHOD DESCRIBED BY

2    HAKANSSAN IN THIS REFERENCE AND THE TWO WET METHODS, THE

3    ALKALINE AND ACIDIC, WHAT WOULD THE PERSON OF ORDINARY SKILL

4    IN THE ART, AS IN THE '93-'94 TIME FRAME, UNDERSTAND TO BE

5    THE DIFFERENCE BETWEEN THOSE THREE DIFFERENT METHODS?

6    A. I SUPPOSE THE GENERAL DIFFERENCE IS IN THE CHARACTER OF

7    THE FLUID.  ONE IS BY NAME, ACIDIC, AND ONE IS BY NAME,

8    ALKALINE.  AND I THINK ONE OF ORDINARY SKILL WOULD BE

9    CONFUSED BY THE TWO WORD -- BY THE TWO WORDS LINKED

10   TOGETHER, "BIOLOGICAL CLEANING."

11   Q. WHY WOULD THE PERSON OF ORDINARY SKILL BE CONFUSED BY

12   THAT?

13   A. BECAUSE THEY WOULDN'T KNOW IF IT WAS THE BIOLOGICAL

14   PORTION OF THE CLEANING AGENT, CLEANING FLUID, WHICH WAS

15   DOING THE CLEANING, OR IF THE BIOLOGICAL PORTION REFERRED TO

16   IN THAT TOP SENTENCE THERE, WAS DOING SOMETHING ELSE.  THEY

17   WOULD PROBABLY -- ONE OF ORDINARY SKILL WOULD FIND IT HARD

18   TO BELIEVE, NOT KNOWING ANYTHING ABOUT MICROORGANISMS, BUT

19   SIMPLY THAT THEY COULD BE USED TO CLEAN.  AND THAT IS WHAT

20   THAT SAYS, "THE BIOLOGICAL CLEANING METHODS."

21   Q. OKAY.  IF YOU WOULD, SIR, PLEASE TURN TO PAGE 10 OF THE

22   HAKANSSAN REFERENCE.

23   A. YES, SIR.

24   Q. LOOK AT THE PARAGRAPH THAT BEGINS AT 25.  "AFTER STARTING

25   THE DEVICE AND DURING CONSTANT USE THEREOF, WITH OBJECTS

1   BEING SUPPLIED TO BE WASHED IN THE WASHING CHAMBER 1,

2   WHEREUPON WASHING LIQUID ABSORBS CONTAMINANTS FROM THE

3   OBJECTS, THE SUPPLY OF DETERGENT IS CONTROLLED AT A LEVEL

4   WHICH IS AS LOW AS POSSIBLE FOR ACHIEVING EFFECTIVE

5   CLEANING.  UNDER THESE CONDITIONS, AFTER A SHORT PERIOD OF

6   TIME, EQUILIBRIUM IS ACHIEVED BETWEEN THE CONTAMINANTS

7   INTRODUCED AND THE DETERGENTS, AND THE DEVICE CAN WORK

8   SATISFACTORILY WITH A DETERGENT CONTENT IN THE WASHING

9   LIQUID, WHICH IS AS SMALL AS .5 PERCENT."  DO YOU SEE THAT

10  LANGUAGE?

11  A. YES, SIR.

12  Q. LET'S PRESUME THAT AS HAKANSSAN SAYS, WE HAVE REACHED THE

13  EQUILIBRIUM, AND WE ARE AT .5 PERCENT DETERGENT LEVEL.

14  A. YES, SIR.

15  Q. THAT MEANS NOW THAT THE REST OF THE SOLUTION IS 99.5

16  PERCENT.  ISN'T THAT CORRECT?

17  A. NONDETERGENT?

18  Q. NONDETERGENT.

19  A. YES, SIR.

20  Q. THE REMAINING SOLUTION, NONDETERGENT, IS 99.5 PERCENT.

21  A. WHAT HAPPENED TO THE HYDROCARBONS IN YOUR QUESTION?

22  Q. WELL, THEY ARE BEING WASHED RIGHT NOW.  BUT I AM ONLY

23  TALKING ABOUT THE SOLUTION.

24  A. DIDN'T THEY COME OFF THE PARTS?  AREN'T THEY ATTACHED TO

25  THE DETERGENT?

1    Q. WELL, THEY MAY WELL BE.  SO YOU WANT TO CONSIDER THEM AS

2    PART OF THE SOLUTION?

3    A. YEAH.  I THOUGHT THAT IS WHY WE WERE DOING THIS.

4    Q. OKAY.  HOW MUCH -- PICK A PERCENTAGE ANYWHERE, HOW MUCH

5    OF A PERCENT DO YOU THINK MIGHT BE PRESENT, HAVING READ THE

6    HAKANSSAN REFERENCE?

7    A. IT'S A ONE-FOR-ONE, THAT WE HAVE ONE UNIT OF OIL AND

8    GREASE -- LET'S SAY OIL AND ONE UNIT OF DETERGENT PACKAGE.

9    SO IT'S 99 PERCENT WATER.

10   Q. 99 PERCENT WATER, .5 PERCENT OIL, .5 PERCENT --

11   A. YES, SIR.

12   Q. -- DETERGENT.

13   A. YES, SIR.

14   Q. USING THE DETERGENT THAT YOU IDENTIFIED BEFORE, IS IT

15   YOUR TESTIMONY THAT THAT SMALL AMOUNT OF A DETERGENT, EVEN

16   THOUGH IT HAD SOME ISOPROPANOL IN IT, WOULD BE FLAMMABLE?

17   A. IF THAT IS ALL THE ISOPROPANOL CONTENT IT IS, THAT IS

18   ABSOLUTELY TRUE.

19   Q. YOU THINK -- SO HOW MUCH ISOPROPANOL IS THERE IN THE

20   FLUID THAT YOU IDENTIFIED AGAIN, SIR, THE DETERGENT?

21   A. THE BLUE GOLD PRODUCT?

22   Q. YES, SIR.

23   A. MR. SCHAETZEL, I DON'T THINK I KNOW THAT.  I HAD A HARD

24   TIME LEARNING WHAT IT WAS, I JUST SPOKE OF.  COMPANIES ARE

25   VERY RELUCTANT TO SHARE THINGS.  I DIDN'T LEARN THAT IN

1   NECESSARILY A MANNER I AM PROUD OF.

2   Q. IF YOU WOULD, SIR, PLEASE TURN BACK TO PAGE 3.

3   A. OF HAKANSSAN-2?

4   Q. OF HAKANSSAN-2.  YES.  STARTING AT LINE 5.  DO YOU SEE

5   THE LANGUAGE, "THE ACTIVE DETERGENT CONSISTS ESSENTIALLY OF

6   A CUSTOM-MADE TENSIDE, THE FUNCTION AND STABILITY OF WHICH

7   IS PRESERVED CONTINUOUSLY."

8   A. YES, SIR.

9   Q. DO YOU HAVE ANY KNOWLEDGE THAT -- SORRY, WHAT WAS THE --

10  BLUE GOLD?  IS THAT THE NAME?

11  A. YES, SIR.

12  Q. THAT IT CONSTITUTES A CUSTOM-MADE TENSIDE?

13  A. WELL, IT CERTAINLY CONTAINS SURFACTANTS.  AND SINCE ITS

14  COMPOSITION IS PROPRIETARY, I WOULD ASSUME IT IS

15  CUSTOM-MADE.

16  Q. WHAT DOES THAT TERM "CUSTOM-MADE TENSIDE" MEAN TO YOU?

17  A. THAT ONE OF ORDINARY SKILL IN FABRICATION OF -- PROBABLY

18  EXPERT SKILL IN THE FABRICATION OF CLEANING PRODUCTS HAS

19  CHOSEN TO USE IT.

20  Q. I'M SORRY, CAN YOU REPEAT THAT ANSWER?

21  A. YOUR QUESTION WAS WHO WOULD BELIEVE THIS -- LET ME START

22  OVER.  YOU ASKED YOUR LAST AND PERHAPS I GOT CONFUSED.  I

23  APOLOGIZE.

24  Q. WHY DON'T WE DO IT THERE WAY.  IF YOU WOULD, DEFINE -- DO

25  YOU STILL HAVE YOUR SUPPLEMENTAL REPORT, YOUR JANUARY

1  REPORT?

2  A. YES, SIR, I HAVE.

3  Q. TURN TO PAGE 21.

4  A. OH, YEAH.  YES, SIR.

5  Q. UNDER THIS FIRST PARAGRAPH, THE HEADING "CHEMFREE

6  FEATURES ABSENT FROM HAKANSSAN-2."

7  A. YES, SIR.

8  Q. MIDWAY DOWN THE PAGE YOU HAVE A SENTENCE, "FOR EXAMPLE,

9  THE FLASH POINT OF AN 80 MOLE PERCENT WATER SLASH 20 MOLE

10  PERCENT ISOPROPANOL OF ABOUT 20 DEGREES CENTIGRADE WOULD

11  REQUIRE ITS CLASSIFICATION BY THE NFPA AS A FLAMMABLE

12  FLUID."  DO YOU SEE THAT?

13  A. YES, SIR.

14  Q. ISN'T THAT A SOLUTION THAT IS 80 PERCENT WATER AND 20

15  PERCENT ISOPROPANOL?

16  A. YES, SIR.

17  Q. IS IT YOUR TESTIMONY THAT THE CLEANING SOLUTION IN

18  HAKANSSAN THAT IS 99 PERCENT WATER, .5 PERCENT CONTAMINANT,

19  .5 PERCENT DETERGENT, AND SOME SMALLER PERCENTAGE OF THAT

20  DETERGENT HAS ISOPROPANOL IN IT, IS IT YOUR TESTIMONY THAT

21  THAT CLEANING SOLUTION IS FLAMMABLE?

22  A. IT MIGHT WELL BE.  LET ME TRY TO EXPLAIN WHY.  FIRST OF

23  ALL, THE WATER HAS NOTHING TO DO WITH IT.  FLASH POINT TEST

24  IS THE PREMIER -- IS THE ONLY BASIS FOR THE CLASSIFICATION

25  OF FLAMMABILITY ACCORDING TO DOT, OSHA AND THE NATIONAL FIRE

1    PROTECTION ASSOCIATION.  FLASH POINT WAS DEVELOPED -- FLASH

2    POINT TEST WAS DEVELOPED FOR HYDROCARBONS, NOT FOR WATER

3    MIXTURES.  USING IT FOR  WATER MIXTURES IS A MISUSE OF THE

4    TEST BY THE WAY IT WAS DESIGNED, BUT UNFORTUNATELY, DOT,

5    OSHA AND THE NFPA REQUIRE US TO USE IT.  IN THE LAST 15

6    YEARS, PEOPLE HAVE WANTED TO KNOW WHAT THE FLASH POINT OF

7    AQUEOUS WAS RELATIVE TO OTHER THINGS.  AND WHAT THEY LEARNED

8    WAS, THAT THE FLASH POINT HAD NOTHING TO DO WITH WATER.  IT

9    HAD TO DO ONLY WITH THE VOLATILITY OF THE MOST VOLATILE

10   FLUID.  THAT, IN THIS CASE, IS ISOPROPANOL.  IF YOU LOOK AT

11   THIS PARTICULAR REFERENCE, AND I DON'T HAVE THE GRAPH WITH

12   ME, I WOULD HAVE TO GET IT OUT OF MY FILES, BUT WHAT IT

13   SHOWS IS THAT THE MOST VOLATILE MATERIAL IS ISOPROPANOL.

14   AND THE GRAPH FROM WHICH I TOOK THIS REFERENCE GOES FROM --

15   I DON'T REMEMBER THE EXTREMES, BUT THEY WERE JUST A FEW

16   PERCENT ON ONE END OF WATER AND JUST A FEW PERCENT ON THE

17   END OF ISOPROPANOL.  I DON'T REMEMBER THE CURVE DOWN TO THE

18   HALF PERCENT LEVEL.  BUT THE PRINCIPLE BEHIND ALL OF THIS,

19   DECISIONS ABOUT FLAMMABILITY OR NOT, IS FLASH POINT IS THE

20   CLASSIFYING METHOD AND IT'S DETERMINED BY -- THE VOLATILITY

21   OF THE MOST VOLATILE SUBSTANCE.  I CAN'T TELL YOU DOWN TO A

22   HALF PERCENT, I DON'T HAVE THE DATA, I BET IT IS FINDABLE,

23   THOUGH.

24   Q. BUT SITTING HERE TODAY, SIR, YOU DON'T HAVE ANY

25   INFORMATION THAT SAYS A DETERGENT AT .5 PERCENT, AS

1    SPECIFIED IN THE HAKANSSAN-2 REFERENCE, STANDING ALONE, JUST

2    THE WORD "DETERGENT," THAT THAT CLEANING SOLUTION, OR .5

3    PERCENT OF IT, IS MADE UP OF DETERGENT, YOU DON'T HAVE ANY

4    DATA THAT SAYS THAT'S POTENTIALLY FLAMMABLE, DO YOU?

5    A. WELL, I DON'T HAVE THE LAU REFERENCE IN FRONT OF ME, AND

6    THAT IS THE LAY-OUT REFERENCE.  THAT IS THE PLACE I WOULD GO

7    TO LOOK.

8    Q. AND SITTING HERE TODAY, IF WE REDUCE THE AMOUNT OF EVEN

9    POTENTIALLY FLAMMABLE MATERIAL, IN THIS INSTANCE IN THE

10   ISOPROPANOL, BECAUSE IF IN THE HYPOTHETICAL THAT WE HAVE, WE

11   HAVE .5 PERCENT OIL, .5 PERCENT DETERGENT, 99 PERCENT WATER,

12   AND SOME PORTION OF THE DETERGENT IS ISOPROPANOL, YOU DON'T

13   HAVE ANY DATA, SITTING HERE TODAY, THAT SAYS EVEN THAT

14   REDUCED AMOUNT IS POTENTIALLY FLAMMABLE, DO YOU?

15   A. I DON'T HAVE THIS REPORT.  THE LAU REFERENCE.

16   Q. WE ARE ON PAGE 3 OF THE HAKANSSAN REFERENCE, IF WE CAN GO

17   BACK TO THAT.

18   A. YES, SIR.

19   Q. THE SECOND PARAGRAPH ON THIS PAGE REFERS TO "THE

20   SOLVENT-BASED CLEANING METHODS, WHICH ARE ESSENTIALLY BASED

21   ON TRICHLOROETHYLENE AND METHYLENE CHLORIDE, DISSOLVED THE

22   OIL AND GREASE BY A VAPORIZED SOLVENT."  WOULD THE PERSON OF

23   ORDINARY SKILL IN THE ART OF PARTS WASHING, AS YOU DEFINED

24   THE PERSON IN THE 1993-'94 TIME FRAME, UNDERSTAND WHAT IS

25   MEANT BY THAT STATEMENT?

1    A. THEY WOULD CERTAINLY UNDERSTAND A VAPOR DEGREASER.  THE

2    PHRASE "A VAPORIZED SOLVENT" I THINK IS A LITTLE BIT

3    CONFUSING.  IT IMPLIES THAT THE CLEANING IS DONE WITH VAPOR

4    AND IT IS NOT.

5    Q. SO WHAT WOULD THIS PERSON OF ORDINARY SKILL IN THE ART

6    UNDERSTAND SOLVENT-BASED CLEANING METHODS TO BE?

7    A. EITHER COLD CLEANING OF ONE KIND OR ANOTHER, AND HERE,

8    COLD MEANS NONBOILING, OR BOILING CLEANING IN A VAPOR

9    DEGREASER.

10   Q. AND IN CONTRAST, IN THE PARAGRAPH ABOVE, IT IS TRUE,

11   ISN'T IT, THAT THE PERSON OF ORDINARY SKILL IN THE ART, AS

12   YOU DEFINED IT, WOULD HAVE NO UNDERSTANDING OF THE

13   BIOLOGICAL CLEANING METHODS BECAUSE THEY WOULD FIND THAT

14   TERM TOO NEW OR TOO CONFUSING BECAUSE THEY WOULDN'T THINK

15   THAT MICROORGANISMS COULD HELP CLEAN?

16   A. YES, SIR.

17   Q. PLEASE TURN TO PAGE 8 OF THIS PATENT.  THE LAST PARAGRAPH

18   BEGINNING DOWN AT PAGE 29.

19   A. YES, SIR.  I ASSUME YOU MEAN LINE 29.

20   Q. "THE PH SENSORS, THE HEATER 28 AND THE THERMOSTAT 29 AND

21   THE LEVEL SENSORS 30 ARE COUPLED TO A CONTROLLED SYSTEM NOT

22   SHOWN, WHICH IN RESPONSE TO THE READINGS FROM THE WASHING

23   LIQUID CONTAINER 14, CONTROL PUMPS 31 AND 32 TO SUPPLY

24   DETERGENTS OR NUTRIENTS FROM CONTAINER 33 OR 34 TO THE

25   WASHING LIQUID CONTAINER 14."  DO YOU SEE THAT LANGUAGE?

1    A. YES, SIR.

2    Q. NOW, IT IS YOUR OPINION, IS IT NOT, THAT THE HAKANSSAN

3    REFERENCE DISCLOSES ONLY ADDING WATER TO THE HOLDING TANK OR

4    THE WASHING LIQUID HOLDING TANK IN RESPONSE TO KEEP A

5    MAXIMUM LEVEL THERE.  ISN'T THAT CORRECT?

6    A. WELL, WE DO STATE THAT CONTROL PUMP 31 ADDS DETERGENTS.

7    Q. OKAY.  BUT RIGHT NOW --

8    A. PLEASE ASK YOUR QUESTION AGAIN.

9    Q. THAT IS ALL RIGHT.  LET'S FOCUS ON THE LEVEL SENSORS 30,

10   THE THERMOSTAT, AND THE HEATER 28.

11   A. YES, SIR.

12   Q. WHAT ARE THE FUNCTION OF THOSE ITEMS, IN YOUR OPINION, IN

13   THIS PATENT?  WE ARE LOOKING AT THE HEATER 28, THE

14   THERMOSTAT 29, AND THE LEVEL SENSORS 30.

15   A. THE HEATER IS INTENDED TO MAINTAIN A CHOSEN TEMPERATURE

16   OF THE WASHING LIQUID TANK, AND THE THERMOSTAT WORKS WITH IT

17   TO DO THAT.

18   Q. OKAY.  ALL RIGHT.  HERE IS ITEM 14.  THAT'S THE HOLDING

19   TANK FOR THE CLEANING FLUID, ISN'T IT?  RIGHT HERE?

20   A. YES, SIR.

21   Q. HERE IS THE WASHING CHAMBER.

22   A. YES, SIR.

23   Q. AND YOU HAVE SENSORS AT 30 AND HEATER AT 28.  29 IS THE

24   THERMOSTAT; CORRECT?

25   A. YES, SIR.

1    Q. WHAT IS THE PURPOSE OF THE HEATER IN THIS UNIT?

2    A. MAINTAIN THE TEMPERATURE OF THE CLEANING LIQUID.

3    Q. FOR WHAT PURPOSE?

4    A. IT'S MY PRESUMPTION THAT IT'S TO KEEP THE MICROORGANISMS

5    AT THE TEMPERATURE FOR THEIR MAXIMUM HEALTH -- BEST HEALTH.

6    Q. OKAY.  AND WHAT ARE THE SENSORS 30?

7    A. 30, IT LOOKS TO BE A LEVEL TRANSMITTER SYMBOLS.  I FORGOT

8    WHAT THE NUMBER STOOD FOR.  IS THAT WHAT THEY ARE?  I

9    BELIEVE THEY ARE LEVEL TRANSMITTERS.

10   Q. HE IDENTIFIES THEM AS LEVEL SENSORS.

11   A. OKAY.  THIS SYMBOL OF LEVEL DEVICE IS INTENDED TO

12   MAINTAIN THE LEVEL ABOVE A CERTAIN AMOUNT.  NOT BELOW.  SO

13   SOMETHING UNDERFLOWS BUT ABOVE SO IT DOESN'T OVERFLOW.

14   Q. SO DESCRIBE, IN YOUR OPINION, HOW THAT WOULD WORK IF WE

15   HAVE FLUID -- A DECREASING FLUID SITUATION.

16   A. THEY WOULDN'T DO ANYTHING.

17   Q. NOTHING WHATSOEVER?

18   A. NO.

19   Q. WHAT HAPPENS?

20   A. I BELIEVE THE PATENT SPEAKS THAT THESE ARE TO KEEP THE

21   LEVEL IN THE TANK FROM OVERFLOWING.  SO UNDERFLOWING, THEY

22   WOULDN'T RECOGNIZE IT.

23   Q. OKAY.  SO IN OTHER WORDS, YOU ARE NOT CONCERNED ABOUT

24   FLUID FALLING DOWN THIS LOW?  YOU ARE ONLY WORRIED ABOUT

25   FLUID SPILLING OUT THE TOP?

1   A. I MIGHT VERY WELL BE CONCERNED ABOUT THE FLUID LEVEL

2   DROPPING.  BUT L.A.H. HAKANSSAN APPARENTLY WAS NOT.  HE WAS

3   ONLY CONCERNED ABOUT THE OVERFLOW.

4   Q. IF YOU ARE ONLY WORRIED ABOUT OVERFLOW, WHY DO YOU NEED

5   TWO SENSORS?

6   A. I DON'T KNOW.

7   Q. WOULDN'T IT BE IF YOU ARE WORRIED ABOUT FINDING OUT IF

8   FLUID IS ACTUALLY OVERFLOWING THIS LOWER SENSOR BECAUSE IN

9   THAT WAY YOU COULD TELL BY VIRTUE OF THE OVERFLOW THAT, IN

10  FACT, FLUID WAS COVERING THE HEATER, AND THE SECOND ONE

11  MIGHT BE AS YOU ARE CONCERNED, THE UPPER ONE, TO BE CERTAIN

12  THAT FLUID DOES NOT EXCEED THE CAPACITY OF THE TANK?

13  A. I WAS CONFUSED BY THAT WHEN I FIRST, SECOND AND THIRD

14  STUDIED THIS MATTER.  BUT I BELIEVE WHAT L.A.H. HAKANSSAN

15  HAS DONE IS PUT A HIGH AND A HIGH HIGH ALARM LEVEL ON THIS

16  TANK.  THE HIGH DIRECTS AN OPERATOR'S NOTICE TO TAKE ACTION

17  AND THE HIGH HIGH, WHICH IS THE UPPER ONE, SAYS OKAY, I AM

18  NOT GOING TO LET YOU TAKE ACTION ANYMORE, I AM GOING TO SHUT

19  SOMETHING DOWN.  COMMON PROCESS CONTROL STRATEGY.

20  Q. AT THIS POINT IN TIME, LET'S GO TO THE -- I THINK THIS

21  WOULD HAVE BEEN 1991, 1992 TIME FRAME.  WOULD A PERSON OF

22  ORDINARY SKILL IN THE PARTS WASHER ART HAVE BEEN EXPOSED TO

23  A HEATER IN THE PARTS WASHING INDUSTRY?

24  A. YES, SIR.

25  Q. WHAT CONTEXT?

1    A. WHAT CONTEXT?

2    Q. WHERE WOULD THEY HAVE SEEN A HEATER, JUST FOR AN EXAMPLE?

3    A. IN THE SUMP OF A CLEANING TANK SO THAT THE FLUID WAS

4    HEATED TO MAKE THE GREASE DROP OFF THE PARTS MORE EASILY.

5    Q. OKAY.  AND IN THAT CONTEXT, WOULD A PERSON OF ORDINARY

6    SKILL IN THE PARTS WASHER ART BE CONCERNED ABOUT EXPOSING

7    THAT HEATER TO A LOW FLUID LEVEL CONDITION WHERE THE HEATER

8    MIGHT BURN UP?

9    A. WELL, IT WOULD DEPEND UPON HOW THE PROCESS WAS

10   CONSTRUCTED.  IN THIS PROCESS, APPARENTLY NOT, THE HEATER IS

11   SHOWN UP AT THE UPPER LEVEL.  AND THERE IS --

12   Q. I AM STILL TALKING ABOUT IN YOUR CONTEXT WHEN YOU SAID

13   THE PERSON OF ORDINARY SKILL IN THE ART WOULD HAVE SEEN THE

14   HEATER AS SOMETHING WE WERE TRYING TO GET THE GREASE MORE

15   READILY OFF THE PART.  IN OTHER WORDS, THE PERSON OF

16   ORDINARY SKILL IN THE ART IN THE 1991-'92 TIME FRAME WOULD

17   HAVE BEEN CONCERNED ABOUT PROTECTING THAT HEATING ELEMENT

18   AND NOT LET IT BURN UP.

19   A. THEY ARE GOING TO WANT TO KEEP IT FULL OF FLUID.

20   Q. THEY ARE GOING TO WANT TO KEEP IT FULL OF FLUID.

21   A. AND MAYBE MR. L.A.H. HAKANSSAN DOESN'T SPEAK TO WHETHER

22   OR NOT THESE LEVELS SENSORS ARE ORGANIZED TO DO THAT OR NOT.

23   Q. BUT IN 1991, A PERSON OF ORDINARY SKILL IN THE ART, AS

24   YOU DEFINED IT, WOULD CERTAINLY HAVE BEEN CONCERNED ABOUT

25   PROTECTING A HEATER FROM A LOW FLUID CONDITION BECAUSE HE

1    WOULD NOT WANT TO BURN THE HEATER?

2    A. HE WOULD NOT WANT IT UNFILLED.

3    Q. SO WHEN WE LOOK AT THIS, IS THERE ANY REASON TO THINK

4    THAT THE PERSON OF ORDINARY SKILL IN THE ART THAT IS LOOKING

5    AT THIS WOULDN'T ALSO BE WORRIED ABOUT A LOW FLUID CONDITION

6    SO AS TO PROTECT THAT HEATING ELEMENT?  I MEAN, THERE ISN'T,

7    IS THERE?  A PERSON OF ORDINARY SKILL IN THE ART -- IN THE

8    PARTS WASHING ART IS GOING TO BE CONCERNED ABOUT LEAVING A

9    HEATER EXPOSED AND BURNING UP THE HEATING ELEMENT, AND THERE

10   IS THE HEATING ELEMENT, SO THAT SAME LOGIC WOULD APPLY HERE.

11   A. WE WANT TO PROTECT EVERY HEATING ELEMENT SO THEY DON'T

12   RUN UNIMMERSED.

13   Q. DR. DURKEE, LET'S TAKE A LOOK AT THIS BOARD.  NOW, IT IS

14   TRUE, IS IT NOT, THAT IF THE FLUID WOULD BE AT THE TOP

15   SENSOR, 30, AS SHOWN IN THIS DRAWING, THERE WOULD BE ENOUGH

16   FLUID TO COVER THE HEATING ELEMENT.  ISN'T THAT CORRECT?

17   A. I DON'T KNOW.  MY SENSE IS THAT YOUR QUESTION COMES FROM

18   A BELIEF THAT THIS PICTURE IMPLIES A SPATIAL RELATIONSHIP

19   BETWEEN THOSE TWO PIECES, 28 AND 30.  I HAVE NO BELIEF THAT

20   THAT IS NECESSARILY TRUE.  THIS IS NOT AN ASSEMBLY DRAWING.

21   ONE COULD NOT BUILD FROM THIS.  ONE COULD NOT NECESSARILY

22   TELL WHERE THINGS ARE RELATIVE TO ANOTHER.  I THINK HE IS

23   JUST POINTING OUT HERE IN THIS DIAGRAM THAT THESE THINGS

24   EXIST AND THAT THEY HAVE NUMBERS ATTACHED TO THEM SO THEY

25   CAN BE REFERENCED IN THE BODY TEXT.

1    Q. SO PRESUME IF YOU WILL, SIR, THAT THERE IS SOME SPATIAL

2    RELATIONSHIP HERE, SUCH THAT IF FLUID WERE AT THE TOP

3    SENSOR, LOOKING AT THE BOARD HERE, THAT THERE WOULD BE

4    ENOUGH FLUID TO COVER THAT HEATING ELEMENT.  DO YOU SEE

5    THAT?

6    A. UH-HUH (AFFIRMATIVE).

7    Q. OKAY.

8    A. YES, SIR.

9    Q. AND THEN ANOTHER CONDITION MIGHT BE WHERE THERE IS NOT

10   ENOUGH FLUID TO REACH THE SECOND SENSOR, BUT THERE IS ENOUGH

11   TO STILL COVER THE HEATING ELEMENT BUT WE HAVEN'T GOTTEN TO

12   THE LOWER LEVEL YET; RIGHT?  IF YOU LOOK AT THE LOWEST LEVEL

13   ON 30, AT SOME POINT IN TIME, ASSUMING THE SPATIAL

14   RELATIONSHIP, ENOUGH OF THAT HEATER IS GOING TO BE EXPOSED

15   THAT THERE IS A PROBLEM; ISN'T THAT RIGHT?

16   A. MR. SCHAETZEL, I HAVE TWO PROBLEMS WITH THAT QUESTION.

17   THE FIRST IS THAT I DON'T BELIEVE THE -- THE SPATIAL

18   RELATIONSHIP, THERE IS NO REASON TO ASSUME THAT FROM THIS

19   PARTICULAR PICTURE, AND SECONDLY, YOU HAD MY TESTIMONY THAT

20   I WAS CONFUSED ABOUT THE WAY L.A.H. HAKANSSAN DREW THIS

21   DRAWING WITH TWO-LEVEL DETECTION METERS, IF YOU LIKE, AND I

22   AM NOT SURE WHY HE DID THAT.  AND I SPECULATED THAT IT MIGHT

23   HAVE BEEN TO PROVIDE AN ALARM LEVEL AND THEN AN ACTION

24   LEVEL, BUT I DON'T KNOW THAT.

25   Q. OKAY.  WELL, LET'S PRESUME THAT HE DOES HAVE SOME SORT OF

1   AN ALARM, IF YOU WILL, AT BOTH POINTS.  AND SO LONG AS THE

2   LOWER SENSOR IS ENGAGED, MEANING THAT FLUID IS ABOVE THAT

3   LEVEL, THERE IS NO ALARM.  AND THE HEATER IS PROTECTED.  BUT

4   THERE IS A CIRCUMSTANCE WHERE FLUID GETS DRAINED FROM THAT

5   TANK, IS THERE NOT, SIR?  AND THAT CIRCUMSTANCE IS WHEN YOU

6   WASH PARTS?

7   A. THAT IS ABSOLUTELY TRUE.  THE FLUID DROPS TO THE TOP OF

8   LINE -- I BELIEVE IT IS 14.  THE FLUID LEVEL DROPS TO THAT

9   POINT.

10  Q. RIGHT.  TO RIGHT HERE.

11  A. YES, SIR.

12  Q. FLUID LEVEL DROPS TO THERE WHEN --

13  A. WHEN WE START WASHING PARTS, AND IT WON'T GO BELOW IT.

14  Q. AND THAT MEANS WHEN THAT HAPPENS, THAT HEATING ELEMENT IS

15  EXPOSED, ISN'T IT?

16  A. IF YOU ARE INCLINED TO BELIEVE THAT THE HEATER IS IN THE

17  POSITION SPATIALLY SHOWN BY THIS DRAWING.  I DON'T KNOW HOW

18  TO MAKE THAT INFERENCE.  I WOULD NOT MAKE ANY INFERENCE

19  ABOUT THAT.

20  Q. I UNDERSTAND THAT THAT'S ---I AM ASKING YOU TO PRESUME

21  THAT WITH ME, SIR.  I UNDERSTAND THAT YOU WOULDN'T DO THAT.

22  IF YOU PRESUME THAT WHEN WE ARE WASHING PARTS, THE FLUID IS

23  HERE AND THERE IS A SPATIAL RELATIONSHIP HERE, WOULDN'T THE

24  PERSON OF ORDINARY SKILL IN THE ART IN THE PARTS WASHING

25  BUSINESS KNOW THAT YOU'VE GOT TO TURN THAT HEATER OFF

1   BECAUSE ALL THE FLUID IS OVER IN THE WASHING CHAMBER AND IF
2   YOU DON'T, YOU RUN THE RISK OF BURNING IT UP?
3   A. I HATE TO BE STUPID BUT I DON'T BELIEVE THAT ONE OF
4   ORDINARY SKILL WOULD ACCEPT THE PROPOSITION THAT THAT'S A
5   SPATIAL ARRANGEMENT DRAWING, GIVEN THAT IT IS THE INFERENCES
6   THAT YOU ARE MAKING WOULD BE ACCEPTABLE TO ONE OF ORDINARY
7   SKILL.  ONE OF ORDINARY SKILL, IN MY MIND, WOULD SAY THAT IS
8   NOT AN ASSEMBLY DRAWING AND WOULD NOT MAKE THE SUPPOSITION.
9   Q. BUT IF WE MAKE THE SUPPOSITION, I AM ASKING YOU TO
10  PRESUME THAT WITH, ME SIR, IT IS TRUE, ISN'T IT, THAT THE
11  PERSON OF ORDINARY SKILL IN THE ART WOULD LOOK AT THIS
12  DRAWING AND SAY WHEN ALL OF THAT FLUID IS OUT OF THAT TANK,
13  I NEED TO PROTECT THAT HEATER, I NEED TO SHUT IT OFF?
14  A. YES, SIR.  IF THE HEATER LEVEL IS AT THE POINT OF CONTACT
15  THERE, AND THE HEATER IS THERE, THEN THE HEATER IS DRY.
16          MR. SCHAETZEL:  YOUR HONOR, IT IF I MIGHT.  IF
17  THIS IS A CONVENIENT TIME FOR THE COURT TO BREAK FOR LUNCH,
18  IT WOULD BE FOR ME.  I AM FINE TO KEEP GOING BUT IT WILL
19  TAKE ME A COUPLE OF MINUTES TO GET TO MY NEXT SECTION.
20          THE COURT:  ALL RIGHT.  WHERE ARE YOU GOING WITH
21  THAT QUESTION ABOUT THE HEATER?  BECAUSE IT DOESN'T LOOK
22  LIKE TO ME, PARTICULARLY CREDITING THE WITNESS'S STATEMENT
23  THAT THAT IS NOT A DRAWING TO SCALE OR IT IS SHOWING THE
24  PRECISE LOCATIONS IN THE SYSTEM, NOBODY WOULD PUT THE HEATER
25  AT THE TOP IF THEY HAD THAT ROOM AT THE BOTTOM WHERE THEY

1  WOULD AVOID THE PROBLEM THAT, YOU KNOW, THAT YOU POSED IN

2  YOUR HYPOTHETICAL.

3      MR. SCHAETZEL:  YOUR HONOR, PART OF THE POSITION

4  BEING TAKEN BY THE DEFENDANTS IS THAT HAKANSSAN DOES NOT

5  TEACH DISABLING THE HEATER.  WE BELIEVE THAT IT INHERENTLY

6  TEACHES DISABLING THE HEATER, AND THAT ONE DOES NEED TO

7  CREDIT -- WE CERTAINLY RECOGNIZE IT IS FUNDAMENTAL THAT

8  PATENT DRAWINGS DO NOT NEED TO BE TO SCALE OR ASSEMBLY

9  DRAWINGS.  THAT IS VERY MUCH THE RULE.  HOWEVER, THEY ARE

10 USED TO ILLUSTRATE PRINCIPLES AND TO ILLUSTRATE PURPOSES,

11 AND THAT IS PRECISELY WHAT WE THINK IS HAPPENING HERE, AND

12 WE THINK THAT THIS REFERENCE DOES NEED TO BE CREDITED FOR

13 THAT.  AND WHERE WE ARE GOING WITH THIS IS THAT THIS

14 REFERENCE DOES INHERENTLY TEACH SHUTTING OFF THE HEATER

15 BECAUSE THE TWO LEVEL SENSORS HERE, IN EFFECT, TELL THE

16 MACHINE WHEN WE HAVE A FLUID CONDITION IN WHICH WE NEED TO

17 SHUT OFF THE HEATER.  FOR EXAMPLE, AS DR. DURKEE TESTIFIED,

18 WHEN ONE IS WASHING PARTS.

19      THE COURT:  ALL RIGHT.

20      MR. SCHAETZEL:  YOUR HONOR, MAY I ADD ONE MORE

21 COMMENT, PLEASE?

22      THE COURT:  IF IT'S PERTINENT TO CORRECT ONE OF

23 YOUR ANSWERS YOU HAVE ALREADY GIVEN.

24      MR. SCHAETZEL:  I DON'T WANT TO CORRECT.  I WANT

25 TO ADD.

1          THE COURT:  TO AN ANSWER YOU JUST GAVE?

2          MR. SCHAETZEL:  YES, SIR.

3          THE COURT:  ALL RIGHT.

4          MR. SCHAETZEL:  IF THE HEATER IS UP THERE, MOST

5     PEOPLE RECOGNIZE THAT HEAT RISES.  NO ONE IN THEIR RIGHT

6     MIND WOULD PUT THE HEATER UP THERE.

7          THE COURT:  OKAY.  WE WILL TAKE OUR LUNCH BREAK,

8     AND WE WILL RESUME AT 1:50, I THINK, AND GET STARTED AGAIN

9     AT THAT TIME.

10          (BREAK FROM 12:40 P.M. UNTIL 1:50 P.M.)

11          THE COURT:  ALL RIGHT, MR. SCHAETZEL.

12    BY MR. SCHAETZEL:

13    Q. A COUPLE OF FOLLOW-UP QUESTIONS BEFORE I MOVE ON TO

14    SOMETHING ELSE.

15    A. YES, SIR.

16    Q. DOES ANYTHING COLLECT IN THE BOTTOM OF THIS TANK?

17    A. I BELIEVE THE PATENT APPLICATION SPEAKS TO CONTAMINANTS

18    REMOVED FROM THE PARTS IN THE WASHING OPERATION AND DEAD

19    MICROORGANISMS.

20    Q. AND IF YOU COULD, SIR, WOULD YOU PLEASE TURN TO PAGE 9 OF

21    THE HAKANSSAN-2 REFERENCE?  IF YOU LOOK DOWN AROUND LINE 25,

22    SIR.

23    A. YES, SIR.

24    Q. DO YOU SEE WHERE IT SAYS, "THIS SLURRY IS ALLOWED TO

25    SETTLE IN THE LOWER PORTION OF THE WASHING LIQUID CONTAINER

1   14, WHICH IS CONICAL AND LOCATED BELOW THE DUCT 37, SO THAT

2   IN THIS LOWER PORTION A REGION IS FORMED WITHOUT ANY

3   SIGNIFICANT MOVEMENTS IN THE WASHING LIQUID"?

4   A. YES, SIR.

5   Q. WHY WOULD YOU NOT WANT ANY SIGNIFICANT MOVEMENTS IN THE

6   WASHING LIQUID DOWN AT THE LOWER PART OF THE CONTAINER?

7   A. I AM NOT SURE.

8   Q. COULD IT BE THAT YOU WOULDN'T WANT TO STIR UP THE SLURRY,

9   SIR?

10  A. I AM NOT CERTAIN, BUT THAT IS WHAT ONE WOULD THINK.

11  Q. AND WOULD THERE BE A BENEFIT TO NOT HAVING YOUR HEATER IN

12  THAT SLURRY?

13  A. YOU CERTAINLY WOULDN'T WANT TO IMMERSE THE HEATER IN A

14  SLURRY AS IT IS VERY LIKELY TO FOUL.  THE TEMPERATURES OF

15  THE WALLS ARE HOTTER THAN THE TEMPERATURE OF THE SOLUTION,

16  SO YOU CERTAINLY WOULDN'T PUT YOUR HEATER IN THE SLURRY, AS

17  YOU SAID.

18  Q. IF WE COULD GO BACK TO THE FIRST PAGE OF THE DRAWING,

19  FIGURE 1.  IN TERMS OF SPATIAL ARRANGEMENTS, DR. DURKEE.

20  A. YES, SIR.

21  Q. DO YOU ATTRIBUTE ANY SPATIAL ARRANGEMENTS TO THE PRESENCE

22  OF THE HOLDING TANK IN TERMS OF ITS RELATIONSHIP TO THE

23  WASHING TANK?

24  A. I DON'T THINK SO.  I DON'T THINK SO.

25  Q. IF YOU COULD, LOOK IN THE HAKANSSAN REFERENCE AT PAGE 3.

1   YOU TESTIFIED THIS MORNING THAT A TENSIDE IS A BRITISH OR
2   EUROPEAN WORD FOR SURFACTANT.  DO YOU RECALL THAT?
3   A. YES, SIR.
4   Q. NOW, I BELIEVE YOU SAID THAT IN THE FIRST SENTENCE OF
5   THIS PATENT THAT A DETERGENT WAS SOMETHING THAT COULD
6   INCLUDE FOR EXAMPLE THE ISOPROPANOL?
7   A. COULD INDEED.
8   Q. HOWEVER, IF YOU LOOK AT PAGE 3 LINE 5, HERE, IT SAYS,
9   "THE ACTIVE DETERGENT CONSISTS ESSENTIALLY OF A CUSTOM MADE
10  TENSIDE, THE FUNCTION AND STABILITY OF WHICH IS PRESERVED
11  CONTINUOUSLY."  IT IS TRUE, IS IT NOT, THAT THE DETERGENT IN
12  THIS CASE IS A SURFACTANT?
13  A. INCLUDES A SURFACTANT.  YES, SIR.
14  Q. IN FACT, IT SAYS IT IS A CUSTOM-MADE SURFACTANT, DOES IT
15  NOT?
16  A. I BELIEVE IT SAYS A CUSTOM-MADE TENSIDE.
17  Q. A TENSIDE IS A SURFACTANT, SO --
18  A. A TENSIDE IS A SURFACTANT.
19  Q. SO THE DETERGENT IN THIS CASE CONSISTS ESSENTIALLY OF A
20  SURFACTANT; IS THAT CORRECT?
21  A. THAT IS CERTAINLY POSSIBLE.
22  Q. SIR, ISN'T THAT WHAT THIS PATENT SAYS?  IT SAYS, THE
23  ACTIVE DETERGENT IN THE HAKANSSAN-2 REFERENCE CONSISTS
24  ESSENTIALLY OF A CUSTOM-MADE, IN EFFECT, SURFACTANT?
25  A. YES.  AND I AM DRAWN TO THE WORD "ESSENTIALLY," MEANING

1  THERE MIGHT BE SOMETHING ELSE.  ONE COULD SUPPOSE THAT, I

2  SUPPOSE.  MAY I AMPLIFY MY ANSWER?

3  Q. OF COURSE.

4  A. THE LIST OF SOILS CLEANED HERE IS EXCEPTIONALLY BROAD.  I

5  WOULD HAVE TO DOUBT THAT THERE IS ANY ONE CLEANING FLUID,

6  NOT DETERGENT, NOT SURFACTANT, BUT ANY ONE CLEANING FLUID

7  THAT COULD CLEAN ALL OF THESE.  SO IF THE CORE IDEA IS THAT

8  A SINGLE TENSIDE, A SINGLE SURFACTANT, IS GOING TO CLEAN ALL

9  OF THESE SOILS, I SUSPECT THAT IS NOT SO.

10  Q. SO YOU WOULD SUSPECT THIS THERE IS MORE THAN ONE

11  SURFACTANT?

12  A. OR MAYBE A RECIPE OF SURFACTANTS THAT L.A.H. HAKANSSAN

13  USES, DEPENDING UPON KNOWING WHAT HIS SOILS ARE.  HIS JOB

14  MAY CHANGE FROM TIME TO TIME, SO THERE IS NO REASON FOR THE

15  CLEANING AGENT NOT TO CHANGE.

16  Q. SO IN OTHER WORDS, IF HE IS CLEANING SOIL-TYPE A, THAT

17  MAY REQUIRE SOLUTION A WITH A GIVEN SURFACTANT.  AND IF HE

18  IS CLEANING A GREASE TYPE B, THAT MAY REQUIRE A SOLUTION

19  BEING WITH A DIFFERENT SURFACTANT?

20  A. YES, SIR.

21  Q. IF THE MICROORGANISMS IN HAKANSSAN-2 ARE EATING THE

22  FLUID, DO YOU CONSIDER THAT FLUID TO BE BIODEGRADEABLE?

23  A. IF THE MICROORGANISMS IN THE CLEANING FLUID OF

24  HAKANSSAN-2 ARE --

25  Q. DIGESTING.

1    A. -- DIGESTING THE CLEANING FLUID?

2    Q. YES.

3    A. IS THE CLEANING FLUID BIODEGRADEABLE?  OUR CLAIM

4    CONSTRUCTION LANGUAGE SPEAKS TO BIO DEGRADATION AS DIVIDING

5    LARGES INTO SMALLS, SO IT MIGHT BE SO.

6    Q. WELL, THAT IS WHAT THE MICROORGANISMS WOULD DO; RIGHT?

7    IT WOULD TAKE THE LONG CHAIN HYDROCARBONS AND CONVERT THEM

8    INTO A SMALL CHAIN HYDROCARBONS?

9    A. WE DON'T WANT TO CONFUSE BIODEGRADATION WITH

10   MICROORGANISMS THAT ARE IN THIS CLEANING FLUID.  THE

11   CLEANING AGENT IS, OR ANY FLUID, IS BIODEGRADEABLE AS A

12   RESULT OF A SPECIFIC TEST THAT IS DONE.  USUALLY THAT IS THE

13   SO-CALLED FIVE DAY BOD TEST, AN ASTM TEST.  THERE ARE

14   OTHERS, BUT THAT IS THE MOST COMMON ONE.  AND THERE IS A

15   SPECIFIED SET OF MICROORGANISMS THAT ARE USED IN THAT TEST,

16   AND IT'S GOT A STANDARDIZED PROCEDURE.  I DON'T WANT TO

17   CONFUSE BIODEGRADATION IN THE ASTM TEST FOR A CLEANING FLUID

18   WITH ATTACK OF SOMETHING BY MICROORGANISMS IN THIS

19   REFERENCE.

20   Q. OKAY.  DO YOU RECALL THAT THE DEFINITION OF

21   BIODEGRADEABLE, FOR USE IN THIS CASE, IS IT'S CAPABLE OF

22   PREDOMINANTLY UNDERGOING CHEMICAL DECOMPOSITION, I.E.,

23   CONVERSION OF LARGER OR COMPLEX MOLECULES INTO SMALLER LESS

24   COMPLEX MOLECULES THROUGH MICROBIAL ACTION?

25   A. YES, SIR.  YES.

1   Q. YOU DO UNDERSTAND THAT THE MICROORGANISMS IN HAKANSSAN

2   ARE CONVERTING LARGER MORE COMPLEX MOLECULES OF THE

3   SURFACTANT INTO LESS COMPLEX MOLECULES AS A RESULT OF EATING

4   OR DIGESTING THE SURFACTANT.  DO YOU NOT?

5   A. THAT IS WHAT MICROORGANISMS OF ANY KIND DO.  DO WE HAVE

6   SPECIFIC REFERENCE IN HAKANSSAN'S PATENT APPLICATION THAT WE

7   KNOW THAT THE SURFACTANTS ARE BEING DECOMPOSED BY

8   MICROORGANISMS?  I BELIEVE THAT WAS A KEY ASSUMPTION IN YOUR

9   QUESTION.

10  Q. LET ME ASK YOU TO TURN IN YOUR SUPPLEMENTAL REPORT TO

11  PAGE 26, THE FIRST SENTENCE ON PAGE 26.  "HAKANSSAN-2

12  CONTAINS FEATURES TO ADD INGREDIENTS, NUTRIENTS TO SUPPORT

13  REPRODUCTION OF THE MICROORGANISMS AND DETERGENTS TO REPLACE

14  THOSE CONSUMED BY THE MICROORGANISMS TO THE SYSTEM DURING

15  OPERATION."

16  A. OKAY.  GOOD.  GOOD.

17  Q. SO THE HAKANSSAN FLUID IS BIODEGRADEABLE, IS IT NOT?

18  A. IT SPEAKS TO DETERGENTS BEING CONSUMED BY THE

19  MICROORGANISMS.

20  Q. RIGHT.  AND PART OF THE DETERGENTS WOULD BE THE

21  SURFACTANTS; RIGHT?

22  A. YES.  THAT'S NOT THE WHOLE CLEANING FLUID, THOUGH.

23  Q. UNDERSTOOD.  BUT --

24  A. WE ARE READING THAT THE DETERGENTS ARE CONSUMED BY THE

25  MICROORGANISMS.  THAT'S NOT THE WHOLE CLEANING FLUID

1    NECESSARILY.  AT LEAST I DON'T KNOW WHAT THE WHOLE CLEANING

2    FLUID IS.

3    Q. WE KNOW THE CLEANING FLUID INCLUDES DETERGENTS; IS THAT

4    CORRECT?

5    A. YES.

6    Q. AND THAT IS A SURFACTANT?

7    A. YES, SIR.

8    Q. AND WE KNOW THAT THE MICROORGANISMS ARE CONSUMING THE

9    SURFACTANT IN HAKANSSAN-2; RIGHT?

10   A. YES, SIR.

11   Q. I WANT TO BE CERTAIN, DR. DURKEE.  IS IT YOUR OPINION

12   THAT THE PRESENCE OF DEAD MICROORGANISMS IN HAKANSSAN-2 IS

13   AN INDICATION THAT THAT FLUID IS TOXIC?

14   A. I BELIEVE THAT IT IS, YES, TOXIC TO MICROORGANISMS.

15   Q. IF YOU COULD, SIR, PLEASE TURN TO PAGE 9 OF HAKANSSAN.

16   SORRY SIR, PAGE 8.  LOOK AT APPROXIMATELY LINE 16.  "THE

17   WASHING LIQUID SHOULD BE KEPT AT A PREDETERMINED PH AND

18   OPTIMUM TEMPERATURE; FURTHERMORE, THE CONTAMINANTS COMING IN

19   FROM THE WASHING CHAMBER 1, AS WELL AS DEAD MICROORGANISMS,

20   MUST BE ABLE TO BE SEPARATED FROM THE WASHING LIQUID AS THEY

21   WOULD OTHERWISE BE ACCUMULATED TO TOXIC CONCENTRATIONS

22   MAKING BIOLOGICAL LIFE IN THE WASHING LIQUID IMPOSSIBLE."  DO

23   YOU SEE THAT LANGUAGE?

24   A. YES, SIR.

25   Q. SO HAKANSSAN-2 EXPRESSLY SAYS THAT YOU NEED TO REMOVE THE

1    DEAD BUGS SO AS TO BE SURE THAT YOU ALLOW -- I BELIEVE THEY

2    CALL BIOLOGICAL LIFE TO BE SUSTAINED IN THE WASHING LIQUID.

3    ISN'T THAT CORRECT?

4    A. IT IS.  I BELIEVE THAT.

5    Q. SO HAKANSSAN IS MAKING SURE THAT HIS FLUID IS NONTOXIC BY

6    TAKING THE DEAD MICROORGANISMS OUT OF THE FLUID SO THAT THEY

7    DON'T ACCUMULATE AND MAKE THE FLUID TOXIC.  ISN'T THAT

8    CORRECT?

9    A. THE KIND OF TOXICITY HE IS CONCERNED WITH IS NOT AEROBIC

10   DIGESTION, I THINK HE IS CONCERNED ABOUT ANAEROBIC

11   DIGESTION.  AND IT MAY BE JUST TO PREVENT ANOTHER, BUT HE

12   SURE SPEAKS TO REMOVING THEM ABSOLUTELY.

13   Q. AND HE IS REMOVING THEM SO HE DOESN'T CREATE A TOXIC

14   SOLUTION; CORRECT?  IF THEY ACCUMULATE, IT COULD MAKE THE

15   SOLUTION TOXIC?

16   A. YES, SIR.  HE USES THAT LANGUAGE.

17   Q. SO MY QUESTION IS THEN, IN THAT CONTEXT, IS IT YOUR

18   OPINION THAT THE PRESENCE OF DEAD MICROORGANISMS IS A SIGN

19   OF TOXIC SOLUTION?

20   A. I THINK THAT IS A REASONABLE STATEMENT.  YES, SIR.

21   Q. ISN'T IT JUST AS POSSIBLE THAT THOSE MICROORGANISMS HAVE

22   UNDERGONE A NATURAL LIFE CYCLE AND THEY HAVE DIED?

23   A. NEITHER I NOR A PERSON OF ORDINARY SKILL KNOWS THAT.  BUT

24   ANYTHING IS POSSIBLE.

25   Q. NOW SIR, IF WE COULD TURN TO PAGE 9.  AND IN PARTICULAR,

```
 1   LINE 15.  "THE NUTRIENT ADDITIVES CONTAIN MAGNESIUM,
 2   POTASSIUM, SULPHATES, PHOSPHATES, AMMONIA, CHLORIDES, AND
 3   GLYCOSE, AND ARE SUPPLIED TO THE WASHING LIQUID IN SUITABLE
 4   AMOUNTS SO THAT AN ACTIVE FERMENTATION CAN BE BASED
 5   THEREON."  I AM INTERESTED IN THOSE NUTRIENTS, AS HE CALLED
 6   THEM, THE NUTRIENT ADDITIVES.  THOSE AREN'T FLAMMABLE, ARE
 7   THEY?
 8   A. GLYCOSE WOULD BE THE ONLY ONE TO BE CONCERNED ABOUT, BUT
 9   PROBABLY NOT.  I DON'T THINK IT IS VOLATILE.
10   Q. AND THEY WOULD COME IN THE FORM OF A SALT, WOULD THEY
11   NOT?
12   A. THEY WOULD COME IN THE FORM OF SALTS.
13   Q. SALTS HAVE NO VAPOR?
14   A. SALTS HAVE NO VAPOR, NOT THAT WE ARE CONCERNED ABOUT
15   HERE.  AS ONE WITH A BACKGROUND IN CLEANING, I THINK THE
16   LAST THING I WOULD WANT TO DO WOULD BE TO ADD METAL SALTS TO
17   MY CLEANING BATH.  BUT IT IS NOT MY PATENT APPLICATION.
18           MR. SCHAETZEL:  YOUR HONOR, IF I MAY TAKE A
19   SECOND.  WE JUST FILED A BRIEF, AND I WILL ASK MR. HARBIN TO
20   ADDRESS THAT.  WE HAVE PROVIDED A COPY TO THE OTHER SIDE.
21           I APOLOGIZE, I MEANT TO START WITH THAT.
22           THE COURT:  ALL RIGHT.
23           MR. HARBIN:   YOUR HONOR, WE JUST FILED A BENCH
24   BRIEF ON THE ISSUE OF THE REMEDIES FOR INVENTORSHIP ISSUE.
25   MY UNDERSTANDING IS THAT IT'S BEEN BRIEFED, BUT JUST BECAUSE
```

1    THAT QUESTION CAME UP, THE COURT ASKED THAT QUESTION ON

2    TUESDAY, WE WANTED TO BRIEFLY ADDRESS IT.

3              THE COURT:  OKAY.

4              MR. CAPP: YOUR HONOR, MAY I BE PERMITTED TO MAKE A

5    BRIEF COMMENT ON THAT?

6              THE COURT:  SURE.

7              MR. CAPP: WE HAVEN'T HAD A CHANCE TO READ IT.  IF

8    THE COURT WILL ALLOW US SOME TIME TO RESPOND, WE WOULD

9    APPRECIATE THAT.  BUT IN THE MEAN TIME, THIS WAS FULLY

10   BRIEFED ALMOST A YEAR AGO, FULLY BRIEFED ALMOST A YEAR AGO,

11   AND YOUR COURT HAS ENTERED AN ORDER.  WE USUALLY DO MOTIONS

12   FOR RECONSIDERATION IN THIS DISTRICT ON A TEN-DAY

13   TURN-AROUND TIME AFTER AN ORDER IS ISSUED.  THIS SEEMS LIKE

14   AN AWFUL LATE MOTION FOR RECONSIDERATION ON THE REMEDY OF

15   THE SAVINGS PROVISION UNDER 256, AND IT SURE IS COMING IN AT

16   THE LAST MINUTE.

17             THE COURT:  WELL, I THINK YOU ARE JUST GOING TO

18   HAVE TO TRUST ME THEN TO BE ABLE TO TELL THAT IT IS

19   SOMETHING I HAVE ALREADY DECIDED AND NOT CONSIDER IT.  YOU

20   MAY FILE IT, MR. HARBIN.

21             MR. HARBIN: THANK YOU, YOUR HONOR.

22             MR. CAPP:  IF I MAY BRIEFLY RESPOND.

23             THE COURT:  LOOK, I CAN TELL WHAT IT IS.  I AM

24   GOING TO READ IT.  SO JUST FILE IT.

25             MR. HARBIN:  HE SAYS IT IS A MOTION FOR

1   RECONSIDERATION, AND I DON'T THINK IT IS.  I THINK IT IS

2   CONSISTENT WITH YOUR HONOR'S PRIOR RULING.

3           THE COURT:  MR. CAPP, IF YOU WANT TO FILE

4   SOMETHING, YOU ARE WELCOME TO ALSO, AND I'LL BE ABLE TO LOOK

5   AT IT AND I'LL BE ABLE TO TELL WHETHER IT HAS ANY VALIDITY,

6   AND I'LL BE ABLE TO USE WHAT IS VALID TO HOPEFULLY REACH

7   APPROPRIATE CONCLUSIONS.

8           MR. CAPP: THANK YOU, YOUR HONOR.

9           MR. HARBIN:   THANK YOU, JUDGE.

10  BY MR. SCHAETZEL:

11  Q. DR. DURKEE, WOULD A PERSON OF ORDINARY SKILL IN THE ART

12  AS YOU FIND IT IN PARTS WASHING IN THE 1993 AND '94 TIME

13  FRAME BE AWARE OF ANY TESTS THAT HE OR SHE COULD PERFORM TO

14  DETERMINE THE CAUSE OF DEATH OF MICROORGANISMS IN A

15  BIOREMEDIATING PARTS WASHER?

16  A. I DON'T BELIEVE THAT PERSON COULD.

17  Q. AND AS A PERSON OF EXPERT SKILL IN THE PARTS WASHING

18  ARTS, ARE YOU AWARE OF ANY TESTS BY WHICH YOU COULD

19  DETERMINE THE CAUSE OF DEATH OF A MICROORGANISM IN A

20  BIOREMEDIATING PARTS WASHER?

21  A. WITHOUT GOOGLE IN FRONT OF ME, NO.

22  Q. HAKANSSAN-2 DESCRIBES A CLEANING SOLUTION, DOES IT NOT?

23  A. YES, SIR.

24  Q. OKAY.  IF A PERSON OF ORDINARY SKILL IN THE ART IN THE

25  1993-'94 TIME FRAME WANTED TO USE THE CLEANING FLUID

1  DESCRIBED IN HAKANSSAN-2 IN A SINK ON A DRUM APPARATUS,
2  OKAY?  THAT'S THE HYPOTHETICAL.  A PERSON OF ORDINARY SKILL
3  IN THE ART HAS A SINK ON A DRUM TYPE APPARATUS AND HE WANTS
4  TO USE THE HAKANSSAN-2 CLEANING FLUID, THAT PERSON IS GOING
5  TO CLEAN THE PART USING THEIR HANDS, ARE THEY NOT?
6  A. PROBABLY.  YES, SIR.
7  Q. SO IN USING THAT FLUID IN THE SINK ON A DRUM APPARATUS,
8  THEY WOULD WANT TO HAVE A SOLUTION THAT WAS NONCAUSTIC SO IT
9  WOULDN'T HURT THEIR HANDS, WOULD THEY NOT?
10 A. CERTAINLY.  AND THEY MIGHT VERY WELL WEAR PROTECTIVE GARB
11 AS WELL, GLOVES.
12 Q. IN YOUR REPORT YOU SPEAK SOME OF THE MONTREAL PROTOCOL.
13 CAN YOU BRIEFLY DESCRIBE WHAT THE MONTREAL PROTOCOL IS?
14 A. IT BASICALLY SHUT DOWN THE AMERICAN CLEANING INDUSTRY FOR
15 ABOUT FIVE YEARS THROUGH BANNING THE USE OF THE ONLY TWO
16 CLEANING AGENTS THAT WE KNEW HOW TO USE, CFC 113 AND 111
17 TRICHLOROETHANE.
18 Q. AND AS A RESULT OF THAT DISRUPTION IN THE CLEANING
19 INDUSTRY, IT CAUSED PEOPLE TO START LOOKING AROUND FOR OTHER
20 THINGS TO USE, DID IT NOT?
21 A. IT ABSOLUTELY DID.  I MISSPOKE.  IT WASN'T THE SALE THAT
22 WAS BANNED, IT WAS THE MANUFACTURE.
23 Q. BUT STILL, THAT MANUFACTURING BAN, PEOPLE BEGAN TO LOOK
24 FOR OTHER THINGS TO USE?
25 A. YES, SIR.

1    Q. AND COULD YOU BRIEFLY, AGAIN, DESCRIBE WHAT EFFORTS WERE

2    MADE TO FIND OTHER --

3    A. IN THAT TIME PERIOD CONGRESS PASSED A NEW VERSION OF THE

4    CLEAN AIR ACT, THE 1990 VERSION.  IT REQUIRED THE EPA TO

5    PROVIDE SUFFICIENT TECHNOLOGY EDUCATION TO AMERICAN INDUSTRY

6    TO BE ABLE TO MAKE THAT REPLACEMENT.  WORK WAS ORGANIZED OUT

7    OF THE OAR, OFFICE OF RADIATION, AND THE PROGRAM WAS RUN BY

8    AN ASSOCIATE DIRECTOR BY THE NAME OF NINA BONNELWICKE,

9    B-O-N-N-E-L-W-I-C-K-E.  SHE RAN A PROGRAM THAT WAS KNOWN AS

10   STRATOZONE, STRATOSPHERIC OZONE.  THAT WAS THE KIND OF THING

11   WE WERE TRYING TO PROTECT BY ELIMINATING THE EMISSION OF

12   THESE TWO, AND OTHER, CLEANING FLUIDS.  ONE OTHER PERSON

13   THAT IS IMPORTANT, AT LEAST IN MY MIND, HER DEPUTY WAS A

14   FELLOW NAMED JOHN SPARKS, A PERSONAL FRIEND.  JOHN PROVIDED

15   EXPERIENCE IN THE CLEANING INDUSTRY.  HE HAD SOLD CLEANING

16   PRODUCTS, AND HE WAS VERY FAMILIAR WITH WHAT OUR PROBLEMS

17   WERE AT THAT TIME.  AND HE CONVINCED, I BELIEVE,

18   MS. BONNELWICKE TO TAKE A LAISSE FAIRE APPROACH WITH THE WAY

19   SHE MANAGED THAT PROGRAM, AND IT WAS BASICALLY DONE SO THAT

20   WE AGREED TO -- THAT THE EPA AGREED THAT THEY WOULD FOCUS ON

21   PROVIDING TECHNOLOGY TO MAKE THE CONVERSION FROM CLEANING

22   WITH THINGS THAT NEEDED NO PROCESS TO CLEANING WITH

23   TECHNOLOGY WE HAD YET TO DEVELOP, AND NOT BE CONCERNED ABOUT

24   THE ENVIRONMENTAL IMPACT, MOSTLY WASTE DISPOSAL.

25           SO WE WENT THROUGH A PERIOD OF ABOUT FIVE YEARS

pt

1    WHERE WE WERE SEARCHING FOR OPTIONS WHICH WORKED IN THE

2    ARENA OF CLEANING, AND WE WEREN'T CONCERNED IN THAT TIME,

3    SAY EARLY 90'S TO THE TIME OF THE PHASE-OUT JAN 1, 1996, WE

4    WERE ONLY FOCUSED ON CLEANING OPTIONS, NOT FOCUSED ON WASTE

5    DISPOSAL.  AND THAT WAS A KEY DECISION THAT WAS MADE THAT

6    ALLOWED US TO EXPERIMENT, TO LEARN, TO MAKE MISTAKES.  THAT

7    FORGIVENESS WAS LATER TAKEN BACK.

8    Q. AND DURING THAT TIME PERIOD THEN IN THIS PHASE, DID YOU

9    SAY, WHERE PEOPLE WEREN'T WORRIED ABOUT WASTE DISPOSAL, BUT

10   INTERESTED IN TRYING TO FIND NEW THINGS TO CLEAN WITH, BUT

11   IN VIEW OF THE MONTREAL PROTOCOL AND THE CLEAN ACT AND THE

12   VARIOUS THINGS THAT YOU MENTIONED IN YOUR REPORT, IF ONE

13   WERE GOING TO TRY TO CONVERT A SOLVENT MACHINE, SINK ON A

14   DRUM SOLVENT MACHINE TO SOMETHING ELSE, WOULDN'T THEY LOOK

15   TO MAKE A BIODEGRADEABLE FLUID?

16   A. I SEE EVERY REASON NOT TO DO THAT.

17   Q. REALLY?  WHY?

18   A. BECAUSE OF WHAT I JUST TESTIFIED TO, WHICH WAS THE LACK

19   OF A CONCERN IN THE INDUSTRY AT THAT TIME ABOUT WASTE

20   DISPOSAL.  IF THE BASIC FUNCTION OF THE BIOREMEDIATION

21   PROCESS IS TO ELIMINATE THE NEED FOR WASTE DISPOSAL OR

22   REDUCE ITS IMPACT, THAT WASN'T SOMETHING THAT WAS OF CONCERN

23   AT THAT TIME.  WE WERE TRYING TO FIND CLEANING OPTIONS.

24   Q. EVEN THOUGH YOU KNEW THAT THE TIME PERIOD WOULD EXPIRE,

25   YOU WEREN'T GOING TO GET THIS LAISSE FAIRE APPROACH FOREVER?

1    A. YOU TOOK WHAT YOU COULD GET, MR. SCHAETZEL.  AND WE WERE

2    GLAD TO HAVE IT.  BECAUSE AT THAT TIME THERE WAS NO CLEANING

3    SCIENCE.

4              WHEN PROFESSOR ADRIENS OPINES OR ANYONE OPINES

5    ABOUT THE LEVEL OF ORDINARY SKILL IN BIOREMEDIATION, THEY

6    SPEAK TO A LEVEL OF EDUCATION.  WE HAVE NOT HAD EDUCATION IN

7    MY BUSINESS.  THERE IS NO DOCTRINE OF PARTS CLEANING, NO

8    MASTER'S DEGREE, NO BACHELORS DEGREE, THERE IS NO TWO-YEAR

9    ASSOCIATES DEGREE, THERE IS NO ONE-YEAR COMMUNITY COLLEGE

10   DEGREE.  WE DIDN'T EVEN HAVE A BOOK.  WE HAD NO UNBIASED

11   NONCOMMERCIAL CLEANING SCIENCE WITH WHICH TO WORK.  THE EPA

12   WAS STRUGGLING TO HELP PROVIDE US WITH OPTIONS.  WE HAD NO

13   SCIENCE BOOK TO READ.

14   Q. LET'S APPROACH IT THEN FROM THIS WAY.  IF I WERE

15   CONVERTING MY SOLVENT PARTS WASHER IN THE 1993-94 TIME FRAME

16   TO A BIOREMEDIATING PARTS WASHER, AND I KNEW THAT I WAS

17   GOING TO USE A HEATER IN THAT BIOREMEDIATING PARTS WASHER,

18   WOULDN'T I BE CONCERNED TO CONSTRUCT A FLUID THAT WOULD BE

19   NONFLAMMABLE SO THAT I WOULDN'T HAVE TO WORRY ABOUT THE

20   HEATER CAUSING SOME SORT OF A FIRE WITH MY REVISED PARTS

21   WASHER?

22   A. IN PARTS CLEANING YOU ALWAYS WANT NONFLAMMABLE OPTIONS.

23   Q. AND IF I AM CREATING A BIOREMEDIATING PARTS WASHER IN THE

24   '93-'94 TIME FRAME AND I WANTED TO BIOREMEDIATE, IT IS TRUE,

25   IS IT NOT, THAT I WOULD WANT TO TAKE CARE NOT TO KILL THE

1    MICROORGANISMS, BECAUSE THEN I WOULD NO LONGER HAVE A

2    BIOREMEDIATING PARTS WASHER?

3    A. IF THAT WAS WHAT I WAS TRYING TO DO, AND I UNDERSTAND IT

4    HADN'T BEEN DONE YET, BECAUSE CHEMFREE'S PATENTS HADN'T BEEN

5    PUBLISHED, BUT IF THAT WAS WHAT I WAS TRYING TO DO, I WOULD

6    CERTAINLY WANT THAT TO HAPPEN.

7    Q. LET'S QUICKLY GO BACK TO PAGE 8 OF HAKANSSAN, BACK TO

8    THOSE LINES, 16 THROUGH 24 THAT WE LOOKED AT.  THE WASHING

9    LIQUID -- SORRY.  DO YOU HAVE IT?

10   A. I HAVE IT.

11   Q. "THE WASHING LIQUID SHOULD BE KEPT AT A PREDETERMINED PH

12   AND OPTIMUM TEMPERATURE."  THE ROLE OF MAINTAINING THE

13   THINGS THAT ARE PREDETERMINED -- SORRY, THE FUNCTION OF

14   KEEPING THINGS THAT ARE PREDETERMINED PH VALUE WOULD BE TO

15   KEEP THE SOLUTION FROM COMING TO TOO ALKALINE OR TOO ACIDIC,

16   WOULD IT NOT?

17   A. YES, SIR.

18   Q. THANK YOU.  I WOULD LIKE TO HAND YOU A COPY OF THE ATHEY

19   REFERENCE.

20   A. YES, SIR.

21   Q. PLEASE, SIR, TURN TO COLUMN 5, AND IN PARTICULAR LINES 15

22   TO 18.

23   A. YES, SIR.

24   Q. "THE WATER LEVEL READ SWITCH 60 IS OPERATED BY A MAGNET

25   WITHIN THE FLOW AND CLOSES THE READ SWITCH 60, WHEN THE

1   WATER LEVEL IS ABOVE THE MINIMUM OF THE LEVEL NECESSARY FOR

2   PROPER OPERATION OF THE DISH WASHER.  THE SWITCH 60 PROTECTS

3   THE HEATERS FROM THERMAL SHOCK AND OVERHEATING BY PREVENTING

4   HEATER OPERATION WHEN THE WATER LEVEL IS LOW.  THIS IS

5   ESPECIALLY USEFUL WHEN THE OPERATOR TURNS THE HEATER SWITCH

6   ON BEFORE FILLING THE TANK OR WHERE HE DRAINS THE TANK

7   BEFORE TURNING OFF THE HEATER."  THAT'S THE LANGUAGE I AM

8   INTERESTED IN.  DO YOU SEE THAT, SIR?

9   A. YES, SIR.

10  Q. THE AIM OF THIS IS TO PREVENT DAMAGE TO THE HEATER.  IS

11  IT NOT?

12  A. YES, SIR.

13  Q. HOW DOES IT PREVENT THAT DAMAGE?

14  A. BY TURNING IT OFF WHEN IT'S NOT FULL OF FLUID.

15  Q. AND THERE IS NO DISPUTE THAT ATHEY, WHILE A DISHWASHER IS

16  NONETHELESS A DISCLOSURE OF A PARTS WASHER IS IT NOT?

17  A. CERTAINLY.

18  Q. BUT I BELIEVE YOUR POINT WAS WITH THE ATHEY REFERENCE, IT

19  OPERATES WITH A VERY HIGH TEMPERATURE, AND THAT WOULD KILL

20  THE MICROORGANISMS; ISN'T THAT TRUE?

21  A. IT WOULD.

22  Q. DOES THE TEMPERATURE SETTING ON THIS PARAGRAPH HAVE

23  ANYTHING TO DO WITH -- LET ME ASK THE QUESTION A DIFFERENT

24  WAY.  CAN WE SET THE TEMPERATURE AT WHICH WE ARE GOING TO

25  TURN THE HEATERS OFF TO PROTECT FOR THERMAL SHOCK AT ANY

1   TEMPERATURE WE WANT, ACCORDING TO THIS?  IN OTHER WORDS, YOU

2   HAVE TESTIFIED THAT ATHEY WORKS IN A VERY HIGH TEMPERATURE

3   ENVIRONMENT.  WHY COULDN'T WE JUST LOWER THE TEMPERATURE A

4   LITTLE BIT AND USE THE SAME APPARATUS?

5   A. THIS IS A LEVEL CONTROLLED PROCESS.  I DON'T SEE WHERE WE

6   ARE CONTROLLING TEMPERATURE HERE.  WE ARE SHUTTING THE

7   HEATER OFF TO PREVENT THERMAL SHOCK.

8   Q. GREAT POINT.  SO IT DOESN'T MATTER WHAT THE TEMPERATURE

9   IS IN ORDER TO SHUT THE HEATER OFF; ISN'T THAT CORRECT?

10  A. WE ARE GOING TO SHUT THE HEATER OFF FOR ANOTHER REASON,

11  NOT ASSOCIATED WITH THE TEMPERATURE VALUE.

12  Q. WHAT IS THAT REASON?  THE OTHER REASON?  IT'S THE LEVEL

13  OF FLUID?

14  A. YES, IT IS THE LEVEL OF FLUID IN THE TANK.  THE HEATER

15  HAS GONE EMPTY.

16  Q. SO THE TEMPERATURE THAT WE ARE ACTUALLY WORKING AT REALLY

17  DOESN'T HAVE ANYTHING TO DO WITH THE LEVEL OF THE FLUID IN

18  THE MACHINE THAT WE ARE WORRIED ABOUT IN ORDER TO PROTECT

19  THE HEATER, ISN'T THAT TRUE?

20  A. I BELIEVE THAT'S -- YES, SIR.

21  Q. IF WE COULD, I WOULD LIKE TO GET UP THE 110 PATENT AND,

22  IN PARTICULAR, THE FIGURE I THINK IT IS FIGURE 3.  COULD YOU

23  PLEASE DESCRIBE HOW THE ITEMS IN 78 THROUGH 80 WORK IN THE

24  CHEMFREE PATENT?

25  A. CAN I HAVE A COPY OF THAT, PLEASE?

1   Q. OF COURSE.

2   A. I DON'T BELIEVE I DO.  70, 75, AND 80?

3   Q. 75, 78, AND 80, SIR.

4   A. IF YOU KNOW, COULD YOU TELL ME IN THE PATENT WHERE THE

5   ITEM NAMED 70 IS DEFINED?

6   Q. SORRY, IT'S NOT 70, DR. DURKEE.  IT IS 75, 78, AND 80.

7   A. ALL RIGHT.  75 THEN.

8   Q. GO TO COLUMN 4.

9   A. YES, SIR.

10  Q. 75 IS THE THERMOSTAT.

11  A. YES.

12  Q. 78 IS THE SWITCH.  AND 80 IS THE FLOAT.

13  A. YES.

14  Q. IF YOU COULD, FOR THE RECORD, TELL US HOW THAT WORKS.

15  A. OKAY.  THE THERMOSTAT IS GOING TO BE CONNECTED TO A

16  CONTROL SYSTEM.  AND BIAS EITHER ON OR OFF, IT IS A FUNCTION

17  OF WHETHER THE TEMPERATURE IN THE TANK IS HIGHER THAN THE

18  SET POINT OR BELOW.  THE FLOAT ACTUATED LIGHT SWITCH IS

19  GOING TO TURN OFF THE HEATER IF THE LEVEL IN THE TANK

20  UNDERFLOWS BELOW SOME PRESET VALUE.

21  Q. AND ALL OF THAT OCCURS WITHIN THE ENCLOSED CHAMBER OF THE

22  TANK, DOES IT NOT?

23  A. YES, SIR.

24  Q. AND IN THE ATHEY REFERENCE THAT WE JUST LOOKED AT, YOU

25  ARE WELCOME TO GET THAT BACK OUT IN FRONT OF YOU, SIR, THE

1      ATHEY PATENT.

2      A. OKAY.

3      Q. ATHEY ALSO USED A FULLY-ENCLOSED CHAMBER, DOES IT NOT?

4      THAT IS WHERE THE DISHES ARE?

5      A. YES, SIR.

6      Q. THE CHEMFREE PATENT AND THE ATHEY PATENT SHARE THAT

7      CHARACTERISTIC, DO THEY NOT?  THEY BOTH OPERATE, THEY ARE

8      BOTH MEASURE THE LEVEL OF THE FLUID IN AN ENCHOSED CHAMBER?

9      A. YES, SIR.

10     Q. AND LOOKING AT -- LET ME JUST ASK THE QUESTION.  DO YOU

11     BELIEVE THAT THE LEVEL CONTROL SENSOR THAT IS IN THE ATHEY

12     PATENT -- SORRY.  DO YOU BELIEVE THAT THE -- WHAT ARE THE

13     SIMILARITIES BETWEEN THE LEVEL CONTROL SENSORS IN THE ATHEY

14     PATENT AND THE CHEMFREE PATENT?

15     A. WELL, THEY ARE BOTH LEVEL CONTROL SENSORS.  THE ONE IN

16     THE ATHEY PATENT, RELATIVE TO THE VIEWS OF ONE OF ORDINARY

17     SKILL IN PARTS CLEANING, IS A VERY EXPENSIVE COMPLICATED

18     SUBSYSTEM PERHAPS LIKELY TO BE CONTAMINATED WITH SOIL.  BUT

19     THEY BOTH APPARENTLY DO THE SAME JOB.

20     Q. AND THEY BOTH PARENTLY DO IT IN PRETTY MUCH THE SAME WAY,

21     DO THEY NOT?

22     A. UH-HUH (AFFIRMATIVE).

23     Q. YOU HAVE TO SAY "YES" FOR --

24     A. YES.

25     Q. ALL RIGHT.  IF YOU COULD GET YOUR INITIAL EXPERT REPORT

1    OUT, PLEASE.  PLEASE TURN TO PAGE 131 OF YOUR INITIAL EXPERT

2    REPORT.

3    A. OKAY.

4    Q. IF YOU LOOK DOWN AT THE THIRD PARAGRAPH UNDER ITEM 2, YOU

5    STATE, "THE FIRST CONTROL SUB SYSTEM PROMPTS THE OPERATOR TO

6    MANUALLY ADD FLUID SO THAT THE VOLUME STAYS TOPPED OFF".  DO

7    YOU SEE THAT?

8    A. YES, SIR.

9    Q. ARE YOU AWARE THAT THAT FIRST CONTROL SYSTEM DOES

10   ANYTHING ELSE?  PERHAPS I COULD HELP YOU BY ASKING THIS

11   QUESTION.  LET ME WITHDRAW THAT ONE.  ARE YOU AWARE THAT THE

12   FIRST CONTROL SUBSYSTEM, AS YOU CALL IT, HERE ACTUALLY

13   PRECLUDES THE ABILITY TO PUMP FLUID FROM THE TANK TO THE

14   NOZZLE?

15   A. IF THERE IS NO FLUID IN AND THE LEVEL SWITCHES RECOGNIZE

16   THAT, IT SHUTS OFF THE PUMP, THEN WE CAN'T FEED FLUID TO THE

17   CLEANING NOZZLE.

18   Q. CORRECT.  SO THE FIRST SUBSYSTEM DOES MORE THAN PROMPT

19   THE OPERATOR TO MANUALLY ADD FLUID.  IN FACT, IT PRECLUDES

20   THE OPERATOR FROM BEING ABLE TO WASH PARTS, DOES IT NOT?

21   A. YES.  THAT IS PRETTY GOOD PROMPT, THOUGH.

22   Q. OKAY.  IF YOU LOOK DOWN TO PAGE YOU'VE EXAMINED THE IO

23   200 WHICH IS WHAT YOU ARE TALKING ABOUT HERE; RIGHT?

24   A. YES, SIR.

25   Q. AND IN THAT EXAMINATION OF THE IO 200, DID YOU LOOK AT

1  THE PRESSURE SWITCH THAT IS IN THE INLINE HEATER OUT TO THE

2  SIDE?

3  A. YES, SIR.

4  Q. AND YOU HAVE SEEN HOW THAT WORKS?

5  A. YES, SIR, I TALKED TO THE GUY THAT PATENTED IT.

6  Q. DOES THAT PRESSURE SWITCH MEASURE THE LEVEL OF FLUID IN

7  THE TANK IN THE IO 200?

8  A. YES, SIR.

9  Q. IT DOES?  HOW DOES IT DO THAT?

10  A. IT DOES THAT BY SENSING THE -- SORRY, I MISSPOKE.  IT

11  REACTS TO THE LEVEL, IT DOES NOT MEASURE IT.  IT REACTS TO

12  IT.  AND IN THE WAY THAT IT DOES THAT IS BY COOPERATING WITH

13  THE PUMP.  SO THAT WITH THE PUMP BEING STARVED OF FLUID, THE

14  PRESSURE CANNOT BE MADE IN THE PUMP THROUGH THE HEATER AND

15  INTO THE PRESSURE SWITCH.  AND THE PRESSURE SWITCH CAN'T SEE

16  THE REQUIRED AMOUNT OF PRESSURE, AND IT INTERLOCKS TO TURN

17  THE PUMP OFF.

18  Q. SO THE ONLY THING THAT -- DOES IT REACT TO THE LEVEL OF

19  FLUID, OR DOES IT REACT TO THE PRESSURE THAT IS IN THE LINE?

20  A. IT REACTS TO THE LEVEL OF FLUID WHEN THE PUMP IS STARVED

21  AND CAN NO LONGER PUMP, THAT IS WHEN THE ACTION OCCURS.

22  Q. WHAT IS THAT PRESSURE SWITCH ACTUALLY GOING TO REACT TO?

23  IT WILL REACT TO THE ABSENCE OF PRESSURE IN THE LINE.

24  REACTS TO ABSENCE OF PRESSURE IN THE LINE.  PRESSURE

25  PRODUCED BY THE PUMP.

1   Q. NOW, WE LOOKED FOR A SECOND AT THE CHEMFREE, PUT THAT

2   BACK UP.  WERE YOU AWARE OF ANY USES OF FLOAT SWITCHES IN

3   PARTS WASHERS PRIOR TO THE CHEMFREE PATENT APPLICATION OF

4   1994?

5   A. YES, SIR.

6   Q. AND IN WHAT INSTANCES?

7   A. NEARLY EVERY LEVEL MEASUREMENT AND LEVEL -- USING

8   INTERLOCKS DRIVEN BY LEVEL IS VERY COMMON.

9   Q. SO, FOR EXAMPLE, WERE THEY USED IN THE CONTENTS OF

10  SOLVENT PARTS WASHERS?

11  A. YES, SIR.

12  Q. THEY USED IN THE AQUEOUS PARTS WASHERS?

13  A. YES, SIR.

14  Q. DID THOSE FLOAT SWITCHES INCLUDE -- WELL, WHAT WERE THE

15  BASIC COMPONENTS OF FLOAT SWITCHES THAT YOU SAW IN THAT TIME

16  FRAME, FOR INSTANCE, SOLVENT PARTS WASHERS?  DID THEY

17  INCLUDE AN ELECTRIC SWITCH?

18  A. LEVEL CAN BE MEASURED IN A VARIETY OF WAYS.  I SUPPOSE I

19  WOULD CHARACTERIZE AS A GROUP, ALL OF THESE PRODUCTS AS LOW

20  COST.  ONE WOULD MEASURE LEVEL AT THE LEAST COST ONE COULD

21  SPEND, AND YOU MIGHT USE A LEVEL SWITCH WITH A REED IN IT OR

22  YOU MIGHT USE ANYTHING ELSE THAT YOU THOUGHT WAS CHEAPER OR

23  WOULD WORK AS WELL.  I CAN'T MAKE A GENERALIZATION.

24  Q. WOULD LOW COST INCLUDE THE FLOAT AS WE SEE IN THE

25  CHEMFREE PATENT?

1   A. YES, SIR.

2   Q. AND WOULD LOW COST INCLUDE THE MAGNET?

3   A. YES, SIR.

4   Q. DOES THE PRESSURE SWITCH IN THE IO 200 INCLUDE A MAGNET?

5   A. I DON'T BELIEVE IT DOES.

6   Q. DOES IT INCLUDE --

7   A. IT IS BASICALLY A DIAPHRAGM.

8   Q. DOES IT INCLUDE ANY REED SWITCHES?

9   A. I DON'T BELIEVE SO.  IT IS JUST A DIAPHRAGM.

10  Q. DOES IT HAVE ANY PARTS THAT MOVE VERTICALLY IN RESPONSE

11  TO THE FLOW, OR TO THE LEVEL OF FLUID IN THE TANK?

12  A. NO.  I THINK IT IS JUST A DIAPHRAGM BEING BENT, IF YOU

13  WILL, BY A DIFFERENTIAL PRESSURE (DOES IT HAVE ANYTHING THAT

14  FLOATS ON THE SURFACE OF THE FLUID IN THE TANK?

15  A. IT DOES NOT.

16  Q. DOES IT ACTUALLY MEASURE THE HEIGHT OF THE FLUID IN ANY

17  WAY?

18  A. WELL, IT IS CONNECTED THROUGH THE CONTROL LOGIC AND THE

19  PUMP TO THE ABSENCE OF LEVEL VIA THE PUMP BEING STARVED WHEN

20  THERE IS NO LEVEL.

21  Q. MY QUESTION, SIR, DOES IT MEASURE THE HEIGHT OF THE FLUID

22  IN ANY WAY?

23  A. NO, IT DOES NOT.

24  Q. YOU ARE FAMILIAR WITH THE INLINE HEATER IN THE IO 200, I

25  BELIEVE YOU SAID; CORRECT?

1    A. YES, SIR.

2    Q. IS IT YOUR OPINION THAT THAT HEATER HEATS FLUID WHILE IT

3    IS IN THE TANK OF THE IO 200, WHILE THAT FLUID IS IN THE

4    TANK OF THE IO 200?

5    A. YES, SIR.

6    Q. HOW YOU BELIEVE IT DOES THAT?

7    A. THE LANGUAGE OF THE COURT FOR HEATING OF FLUID IN THE

8    TANK IS SPECIFIC TO -- I MISSPOKE.  THE LANGUAGE OF CLAIM

9    CONSTRUCTION AS TO HEATING THE FLUID IN THE TANK, HEAT

10   TRANSFER IS DONE BY HEATING SOME FLUID IN THE HEATER AND

11   THEN THE PUMP PASSES THAT AMOUNT OF FLUID TO A VERY SMALL

12   AMOUNT OF FLUID INTO THE REMAINDER OF THE FLUID IN THE CLEAN

13   TANK.  THAT FLUID THEN, BY PROCESS OF CONVECTION AND THE

14   PROCESS OF CONDUCTION, HEATS THE REST OF THE FLUID.  IT IS

15   MY BELIEF FROM CALCULATING THE SIZE OF THE CONDUITS AND THE

16   PUMP AND THE HEATER, THAT THE VOLUME OF FLUID OUTSIDE THE

17   TANK IS ON THE ORDER OF TWO TO THREE PERCENT AT THE LARGEST

18   VALUE, SO THE AMOUNT OF FLUID IN THE TANK AT ANY ONE TIME

19   BEING HEATED BY FLUID HEATED OUTSIDE IN THE HEATER AND THEN

20   PASSED INSIDE IS JUST A SMALL AMOUNT.  THE CLAIM

21   CONSTRUCTION SAYS "HEATING THE FLUID IN THE TANK."  AND I

22   BELIEVE 97 AND 98 PERCENT OF THE FLUID CONSTITUTES THE

23   "FLUID IN THE TANK."

24   Q. HOW DOES THE CHEMFREE UNIT HEAT THE FLUID IN THE TANK?

25   A. WHICH CHEMFREE UNIT?

1    Q. LET'S LOOK AT THIS RIGHT HERE ON THE PATENT, THE 110

2    PATENT.

3    A. HERE THE HEATER IS A RESISTANCE ROD.  AND IT NEVER

4    LEAVES -- IT NEVER LEAVES THE MACHINE.  IT IS INSIDE THE

5    BODY.

6    Q. OKAY.  AND GIVEN THAT, IN YOUR MIND, ONLY TWO TO THREE

7    PERCENT OF THE FLUID IS AT ANY ONE POINT IN TIME GOING

8    THROUGH THE INLINE HEATER OF THE IO 200, WOULD YOU CONSIDER

9    THE IO 200 TO BE A MORE EFFICIENT OR LESS EFFICIENT WAY TO

10   HEAT THE FLUID?

11   A. I HAVEN'T A CLUE.  I DON'T MEAN TO BE BRASH, BUT YOU

12   COULD DO IT EITHER WAY AND BE PERFECTLY HAPPY.  I WOULD

13   THINK THAT THE HEATER OUTSIDE MIGHT BE MORE EXPENSIVE

14   BECAUSE IT IS A TUBULAR HEATER AND IT'S GOT TO WORK WITH A

15   PUMP IN THAT PRESSURE SWITCH, SO MAYBE THAT CONSTRUCTION

16   WOULD BE MORE EXPENSIVE THAN THE SIMPLE LITTLE RESISTANCE

17   ROD HERE.  BUT IN TERMS OF PERFORMANCE, I THINK YOU WOULD BE

18   EQUALLY HAPPY WITH EITHER ONE.  OPERATING EFFICIENCY MIGHT

19   BE BETTER WITH THE FORCE CIRCULATION TURN-OVER.  INSTALLED

20   COST WOULD BE MUCH POORER WITH THE EXTERNAL HEATER.

21   Q. YOU MEAN MORE EXPENSIVE FOR THE EXTERNAL HEATER?

22   A. TO BUY IT, YES.

23            THE COURT:  MR. SCHAETZEL, WE WILL TAKE ABOUT A 15

24   MINUTE RECESS.  WE WILL START AGAIN AT 2:55.

25            (BREAK FROM 2:44 UNTIL 2:55 P.M.)

1    BY MR. SCHAETZEL:

2    Q. DR. DURKEE, WE WERE SPEAKING OF THE INLINE HEATER.  YOU

3    HAD AN ABBREVIATION THAT I THOUGHT MEANT IT WAS A

4    STAND-ALONE PARTS WASHER.  AN SDM?  AM I REMEMBERING THAT

5    CORRECTLY?

6    A. I DON'T RECALL.

7    Q. THAT IS NOT A PROBLEM.  LET ME ASK THIS:  IN TERMS OF

8    SINK ON A DRUM TYPE OF PARTS WASHERS, ARE YOU AWARE OF ANY

9    OTHER TYPE OF SINK ON A DRUM PARTS WASHERS THAT HAS A HEATER

10   USING THE INLINE HEATING SYSTEM?

11   A. BY MODEL NAME OR MANUFACTURER?  IN GENERAL, YES.

12   Q. SORRY?

13   A. IN GENERAL, YES.  I CAN'T GIVE YOU A BRAND NAME OR A

14   MODEL NUMBER.

15   Q. WHAT IS YOUR GENERAL UNDERSTANDING, SIR?

16   A. THAT WOULD BE A COMMON CONSTRUCTION.

17   Q. CAN YOU GIVE ME AN EXAMPLE OF ONE?

18   A. WHAT WAS THE QUESTION, MR. SCHAETZEL?

19   Q. I WANT TO KNOW IF THERE ARE ANY OTHER SINK ON A DRUM

20   PARTS WASHERS THAT USE AN INLINE HEATER.

21            THE COURT: OKAY.

22            MR. CAPP: CAN I GET AN OBJECTION SO WE CAN GET A

23   CLARIFICATION OF WHAT MR. SCHAETZEL MEANS BY INLINE HEATER?

24   BY MR. SCHAETZEL:

25   Q. I AM REFERRING TO THE TYPE OF HEATING ARRANGEMENTS THAT

1    YOU HAVE IN THE IO 200.

2    A. IN THE IO 200, I CAN'T THINK OF A MANUFACTURER RIGHT

3    OFFHAND.

4    Q. OKAY.  AND FINALLY, ALSO IN REFERENCE TO THE IO 200, YOU

5    INDICATED THAT THE PRESSURE SWITCH IN THE INLINE HEATER

6    WOULD OPERATE IN RESPONSE TO PRESSURE IF, FOR EXAMPLE, THE

7    FLUID LEVEL IS TOO LOW AND THE PUMP WERE STARVED; CORRECT?

8    A. YES, SIR.

9    Q. WERE THERE ANY OTHER CONDITIONS THAT MIGHT PRECLUDE THAT

10   PRESSURE SWITCH FROM FUNCTIONING AND ACTIVATING THE HEATER?

11   A. ANYTHING THAT STARVES THE HEATER OF FLUIDS OR ANYTHING

12   THAT STARVES THE PRESSURE UNIT OF FLUID WHICH IS IN THE

13   HEATER.  A LEAK FOR EXAMPLE.

14   Q. A LEAK?  A CLOG?

15   A. YES, SIR.  A CLOG.

16   Q. ANY OF THOSE?  FOR EXAMPLE, IF THE TUBE MAYBE IS TOO BIG

17   OR SOMETHING, I DON'T KNOW, PRESSURE GENERATED FOR THE

18   SWITCH?

19   A. PERHAPS.  YES, SIR.

20            MR. SCHAETZEL:  I HAVE NO FURTHER QUESTIONS OF

21   THIS WITNESS, YOUR HONOR.

22            THE COURT:  ALL RIGHT.  MR. CAPP, DO YOU HAVE ANY

23   QUESTIONS?

24            MR. CAPP: NOT VERY MUCH, YOUR HONOR.  REMEMBER,

25   DR. DURKEE HAS DONE REPORTS, AND PRETTY MUCH EVERYTHING WE

1  NEEDED FOR HIM TO TESTIFY ABOUT IS IN THE REPORTS, AND WHAT

2  IS IN THOSE REPORTS IS ENOUGH TO CARRY THE DAY FOR US.  I

3  JUST WANTED TO ASK DR. DURKEE ONE QUESTION.

4                              DIRECT EXAMINATION

5  BY MR. CAPP:

6  Q. DR. DURKEE, IN YOUR YOUNGER AND BETTER DAYS WHAT WAS ONE

7  OF YOUR FAVORITE ACTIVITIES TO ENGAGE IN?

8  A. SCUBA DIVING.

9  Q. AND HOW RECENTLY IN YOUR LIFE HAVE YOU BEEN ABLE TO ENJOY

10 THAT ACTIVITY?

11 A. '96.

12 Q. DID YOU HAVE A DEVICE WITH YOU WHEN YOU WERE UNDER THE

13 SURFACE OF THE, I PRESUME, OCEAN --

14 A. YES, SIR.

15 Q. -- THAT ALLOWED YOU TO KNOW HOW FAR UNDER THE SURFACE OF

16 THE OCEAN YOU WERE?

17 A. I DID.

18 Q. WOULD YOU DESCRIBE WHAT THE FACE OF THAT LOOKED LIKE?

19 A. IT WAS CIRCULAR WITH -- WELL, ACTUALLY IT WAS A COMPUTER

20 DIGITAL DISPLAY ON THE ONE I HAD.  IT WAS A COMPUTER OUTPUT.

21 Q. AND SO IT HAD A DIGITAL READ-OUT THAT TOLD YOU WHAT?

22 A. THE DEPTH AT WHICH I WAS, THE TEMPERATURE, AND HOW LONG I

23 HAD BEEN DOWN.

24 Q. HOW DID IT KNOW AT WHAT DEPTH YOU WERE UNDER THE SURFACE

25 OF THE OCEAN?

1    A. BY MEASURING THE PRESSURE AT THE POINT WHERE I WAS AT.

2            MR. CAPP: NO FURTHER QUESTIONS, YOUR HONOR.

3            THE COURT:  ALL RIGHT.  THANK YOU, DR. DURKEE.

4    YOU MAY STEP DOWN.

5            MR. SCHAETZEL:  I BELIEVE WE DO HAVE A RIGHT TO

6    RECROSS, AND I DO HAVE A QUICK QUESTION.

7            THE COURT:  ALL RIGHT.

8                    RECROSS-EXAMINATION

9    BY MR. SCHAETZEL:

10   Q. DR. DURKEE, IN THE IO 200, IS THERE ANYTHING THAT

11   MEASURES ACCORDING TO THE VOLUME OF FLUID THAT PRESSES

12   AGAINST THE BOTTOM OF THE TANK, WHICH WOULD BE THE

13   EQUIVALENT OF YOUR DEPTH METER WHEN YOU WERE SCUBA DIVING;

14   CORRECT?  THAT IS HOW IT MEASURED?  IT MEASURES THE BOTTOM

15   OF FLUID?

16   A. YES, IT WOULD MEASURE THE PRESSURE.  IF YOU KNOW THE

17   DENSITY, YOU HAVE THE HEIGHT LEVEL, YOUR DEPTH.

18   Q. IS THERE ANYTHING IN THE IO 200 THAT MEASURES THAT VOLUME

19   IN THAT MANNER?  THAT MEASURES THE VOLUME OF FLUID IN THAT

20   MANNER?

21   A. I DON'T REMEMBER IF THERE IS A MAGNETIC FLOAT SWITCH IN

22   THE IO 200.  CAN WE GET A DIAGRAM OF THAT?

23   Q. THE IO 200?

24   A. SO THAT I DON'T HAVE TO GUESS.

25   Q. IT IS THE ONE, THE UNIT THAT INCLUDES THE INLINE HEATER.

1   A. YES.  YES.

2   Q. THE ONLY ONE THAT HAS THE INLINE HEATER.

3   A. YES, I UNDERSTAND THAT.  I DON'T REMEMBER IF IT'S GOT A

4   VOLUMETRIC SENSOR OR NOT.  BUT THAT IS SOMETHING PERHAPS YOU

5   COULD HELP ME WITH.

6   Q. AND THAT IS WHAT YOU WOULD LOOK FOR, IS IT NOT?

7   A. YES.  YES.  AND I JUST DON'T REMEMBER.

8           MR. SCHAETZEL:  THANK YOU.  NO FURTHER QUESTIONS.

9           THE COURT:  MR. SCHAETZEL, ACTUALLY YOU DON'T HAVE

10  THE RIGHT TO RECROSS.  BUT YOU DO HAVE, IF SOMETHING HAS

11  COME UP IN REDIRECT THAT WAS NEW OR NEEDS TO BE ADDRESSED,

12  SOME OPPORTUNITY TO RECROSS.

13          MR. SCHAETZEL:  MY MISTAKE, ALTHOUGH I WOULD ARGUE

14  THAT WAS A NEW ITEM, YOUR HONOR.

15          THE COURT:  IT WAS A NEW ITEM, AND I THINK THAT

16  WAS APPROPRIATE.  ALL RIGHT.  WHERE ARE WE, MR. CAPP?

17          MR. CAPP:  YOUR HONOR, DR. DURKEE WAS REALLY

18  MR. SCHAETZEL'S WITNESS AND I HAVEN'T RESTED YET.  SO WE ARE

19  KIND OF WHERE WE HAVE MOVED INTO AND ACTUALLY BEEN IN THE

20  DEFENDANT'S CASE IN CHIEF FOR MORE THAN A DAY NOW BEFORE I

21  HAVE RESTED.  I THINK YOU ARE PROBABLY READY FOR ME TO GET

22  UP AND REST.

23          SO I WANT TO DOUBLE-CHECK.  WE DELIVERED ALL FOUR

24  OF DR. DURKEE'S REPORTS TO YOU.  THERE ARE SOME -- IT'S NOT

25  ALL OF THE SAME IMPORTANCE, AND IF I CAN HELP DIRECT YOU TO

1    PLACES OF CONCENTRATION SO YOU ARE NOT READING, I'LL BE

2    HAPPY TO GIVE WHATEVER ASSISTANCE SO WE CAN ECONOMIZE YOUR

3    TIME AND YOU DON'T SPEND A LOT OF TIME READING UNNECESSARY

4    THINGS.  I WILL COLOR CODE A TABLE OF CONTENTS FOR YOU OR

5    ANYTHING THAT I CAN DO TO HELP YOU SO THAT YOU ARE NOT

6    OVERBURDENED.

7          YOUR HONOR, WE PROMISED TO GIVE YOU TEXT

8    SEARCHABLE CD'S OF THE REPORTS, SO IF I CAN HAND THESE UP.

9          THE COURT:  THAT WILL BE GREAT IF YOU WOULD HAND

10   THOSE TO MR. MARTIN.

11         MR. CAPP:  I WANT TO DOUBLE-CHECK.  WE HAVE THE

12   OVERLAND DEPOSITION IN.  THAT IS MR. OVERLAND OVER THERE.

13   WE HAVE IN THE DEPOSITION OF WARNER SCHUDLE WHO WAS ON THE

14   STAND FOR A SHORT TIME YESTERDAY.  I DID A LITTLE BIT MORE

15   EXTENSIVE EXAMINATION OF HIM IN 2007.  PASCAL LAVALLEE, WHO

16   IS THE IMMEDIATE SUBORDINATE TO CLAUDE VANDEMEULEBROOCKE,

17   WHO IS VERY INVOLVED IN THE BIO-CIRCLE PROGRAM, AND THIS ONE

18   IS VERY IMPORTANT, THE LAST ONE IS JERRY SHIELDS.  JERRY

19   SHIELDS IS THE PRESIDENT AND CEO OF GRAY MILLS AND THAT

20   MAY -- THAT IS A VERY IMPORTANT ONE IN TERMS OF

21   AUTHENTICATING THE INVOICE, THE TRANSACTION WHERE THEY SOLD

22   THE BIO 436 UP TO WALTER, HE GOES THROUGH THE VARIOUS

23   COMPONENTS OF THE BIO 436, THE VERY DIMINIMUS, VERY VERY

24   DIMINIMUS CHANGES THAT WERE MADE FROM THE BIO 436 TO THE BIO

25   536, WHICH WAS THEN RESOLD TO WALTER AS THE BR 100, WHICH

1  COMPLETELY DESTROYS THE DEFENDANT'S POSITION ON ALL OF THESE

2  EXTENSIVE CHANGES THAT THEY MADE TO THE BR 100 FROM THE GRAY

3  MILLS MACHINE.  I MEAN, JERRY SHIELDS JUST COMPLETELY

4  DISPENSES -- SO THAT IS A VERY IMPORTANT ONE TO READ, I

5  THINK, BEFORE YOU GET TO THE POINT OF ENTERING FINAL

6  JUDGMENT ON THIS.  I HAVE SOME EXHIBITS WHICH AREN'T IN YET.

7  I AM READY TO GO THROUGH THAT NOW.

8           THE COURT:  ARE THEY OBJECTED TO?

9           MR. CAPP:  MR. MORELAND:   YES, YOUR HONOR.  WE

10  HAVE MINIMAL OBJECTIONS.  RELEVANCY GROUNDS.  THERE ARE TWO,

11  I BELIEVE.

12           MR. CAPP:  THE COURT:  WHAT WERE THE THREE

13  DEPOSITIONS AGAIN?  BESIDES SHIELDS, THERE WAS --

14           MR. CAPP:  OVERLAND, WHO IS THIS GENTLEMAN IN THE

15  RED LAB COAT HERE.  AND THEN THE OTHER TWO GENTLEMEN, OUR

16  EMPLOYEES, OR AT THE TIME THEY GAVE THEIR DEPOSITIONS HAD AN

17  EMPLOYMENT AFFILIATION WITH THE DEFENDANTS.  THE FIRST ONE

18  WAS WARNER SCHUDLE, WHO WAS THE GENTLEMAN HERE YESTERDAY.

19           THE COURT:  I REMEMBER WHO MR. SCHUDLE WAS.

20           MR. CAPP:  AND THE OTHER ONE WAS PASCAL LAVALLEE,

21  WHO IS THE IMMEDIATE SUBORDINATE TO CLAUDE

22  VANDEMEULEBROOCKE.

23           THE COURT:  OKAY.

24           MR. CAPP:  AND I APOLOGIZE FOR PUTTING THE COURT

25  THROUGH THIS EXERCISE.  I SHOULD HAVE DONE IT DURING THE

```
 1    VANDEMEULEBROOCKE EXAMINATION.  I AM SORRY.  THE FIRST ONE
 2    IS PLAINTIFF'S EXHIBIT 86, WHICH WAS ONE OF THE VIDEOS.
 3              MR. MORELAND:  NO OBJECTION.
 4              MR. CAPP:  PLAINTIFF'S EXHIBIT 79, WHICH WAS THE
 5    SECOND VIDEO I PLAYED WITH HIM.
 6              MR. MORELAND:  NO OBJECTION.
 7              MR. CAPP:  EXHIBIT 117, WHICH IS A LINE DRAWING
 8    DIAGRAM OF THE HEATER UNIT ON THE IO 200 MACHINE.
 9              MR. MORELAND:  NO OBJECTION.
10              MR. CAPP:  AND THEN I WILL SKIP DOWN TO 148, WHICH
11    WAS AN E-MAIL CONCERNING WHEN THEY WENT FROM THE WHITE
12    PLASTIC COFFEE FILTER TO THE THREE PART SPONGE FILTER ON THE
13    BR 200.  WE DISCUSSED THAT.
14              MR. MORELAND:  NO OBJECTION.
15              MR. CAPP:  THE NEXT ONE IS PLAINTIFF'S EXHIBIT
16    192, WHICH WAS AN ADVERTISING FLYER FOR THE BR 200.
17              MR. MORELAND:  NO OBJECTION.
18              MR. CAPP:  PLAINTIFF'S EXHIBIT 317 IS THE INVOICE
19    FROM GRAY MILLS TO WALTER.
20              MR. MORELAND:  AGAIN, NO OBJECTION.
21              MR. CAPP:  EXHIBIT 367 WAS THE FOAM SPONGE FILTER
22    THAT WAS STILL IN THE PACKAGING, IN THE WRAPPER, THE LITTLE
23    ORANGE PLASTIC WRAPPER.
24              MR. MORELAND:  NO OBJECTION.
25              MR. CAPP:  368 WAS A SLIGHTLY USED THREE PART
```

1   FILTER SYSTEM WITH THE TOP STEEL PLATE, THE SPONGE INSIDE

2   AND THEN THE WIRE BASKET.

3            MR. MORELAND:  NO OBJECTION.

4            MR. CAPP:  PLAINTIFF'S EXHIBIT 370 WAS THE

5   OVERLAND 147 PATENT, THE PATENT MR. OVERLAND IS HOLDING

6   RIGHT THERE.

7            MR. MORELAND:  WE CAN DISCUSSED 370 AND 371.  I

8   JUST DON'T SEE THE RELEVANCE OF THOSE.

9            THE COURT: READ THE OTHERS OUT.

10            MR. CAPP:  MY NEXT ONE IS 371, WHICH IS THE

11   OVERLAND PATENT, THE NEWER ONE.

12            THE COURT:  SO BOTH OF THOSE ARE OVERLAND PATENTS?

13            MR. CAPP:  YES.

14            THE COURT:  AND WHAT IS THE RELEVANCE?

15            MR. CAPP:  PULL UP B006.  YOUR HONOR, THESE TWO

16   MACHINES, THE IO 400 AND THE IO 200 CONTAIN PLACARDS

17   DECLARING TO THE WORLD THAT THEY ARE PROTECTED BY OVERLAND'S

18   PATENT.  THAT, IN EFFECT, IS AN ADMISSION AGAINST INTEREST

19   TO THE WORLD THAT THOSE UNITS PRACTICED THAT PATENT.  SO IN

20   A SENSE, ALL YOU HAVE TO DO TO ESTABLISH INFRINGEMENT IN

21   THIS CASE IS COMPARE THE CLAIMS OF THE OVERLAND 147 PATENT

22   TO OUR ASSERTED CLAIMS, AND YOU WILL SEE THEY COVER THE SAME

23   SUBJECT MATTER AND THEREFORE YOU CAN IMMEDIATELY GET TO A

24   FINDING OF INFRINGEMENT, PARTICULARLY WHEN YOU LOOK --

25   REMEMBER MR. VANDEMEULEBROOCKE AND HOW HE FOUGHT ME ON THE

1    WITNESS STAND ABOUT WHETHER OR NOT THE FILTER LIMITATION WAS

2    MET?

3         ALL RIGHT, HERE IS WHAT THE OVERLAND 147 PATENT

4    CLAIMS JUXTAPOSED TO WHAT THE CHEMFREE 835 PATENT CLAIMS,

5    WHICH IS WHAT MR. VANDEMEULEBROOCKE WAS FIGHTING ME ON.

6    CLAIM 4, "THE LIMITATION IN ISSUE IS MEANS FOR SCREENING

7    SAID MICRON CLEANING SOLUTION UPON ENTRY INTO SAID

8    BIOCHAMBER RESERVOIR."  AND THEN THE CORRESPONDING

9    LIMITATION IN CLAIM 1 IS "DRAINING MICRON CLEANING SOLUTION

10   CONTAINING HYDROCARBON FROM SAID WASHER BASIN THROUGH A

11   SCREEN THAT REMOVES LARGE GRIT PARTICLES INTO A BIOCHAMBER

12   RESERVOIR."  YOUR HONOR, THOSE ARE THE ONLY TWO INDEPENDENT

13   CLAIMS OF THAT PATENT, SO THEY HAVE TO PRACTICE AT LEAST ONE

14   OF THEM OR THEY ARE GUILTY OF FALSE MARKETING UNDER 35 USC

15   292.  SO THAT HAS TO BE AN ADMISSION THAT THEY DO THAT,

16   WHICH MEANS, ON THE LEFT, WHICH MEANS NECESSARILY THEY HAVE

17   TO MEET THE CLAIM LIMITATION OF CLAIM 5 ON THE RIGHT.  SO IT

18   IS VERY RELEVANT.

19        MR. MORELAND:  GIVEN THAT WE HAVE HEARD THE

20   EXPLANATION FOR THE RELEVANCE, WE WILL WITHDRAW THAT

21   OBJECTION.  BUT THE PART ABOUT IT BEING AN ADMISSION, WE

22   WOULD LIKE TO RESERVE OUR ARGUMENTS ABOUT THAT FOR THE

23   APPROPRIATE TIME.

24        THE COURT:  I AM NOT SURE WHAT THE EXTENT OF THE

25   ADMISSION WOULD BE, AND HOW THAT WOULD RELATE TO ONE SINGLE

1  CLAIM OF THE OVERLAND PATENT, BUT I THINK THAT IS A MATTER

2  FOR ARGUMENT, AND I WILL ADMIT THE DOCUMENTS.

3          MR. CAPP:  THANK YOU, YOUR HONOR.  AND THEN THE

4  RELEVANCY OF THE 908 PATENT COMES IN.

5          MR. MORELAND:  YOUR HONOR, WE ARE NOT CONTESTING

6  THE RELEVANCY OF THAT.  I TAKE THAT BACK AND WITHDRAW IT.

7          MR. CAPP:  YOUR HONOR, I THINK I CAN REFRESH YOUR

8  MEMORY VERY THOROUGHLY ON THIS.  WE HAD A HIGHLY-CONTESTED

9  EVIDENTIARY HEARING HERE IN ABOUT LATE SEPTEMBER OR EARLY

10  OCTOBER OF 2007 WHERE THE DEFENDANTS WERE FIGHTING ME ON

11  WHETHER THEY WILL PUT UP MR. OVERLAND FOR DEPOSITION, AND

12  THEY WERE FIGHTING ME ON WHETHER THEY WOULD PRODUCE AND TURN

13  OVER THE PENDING APPLICATION, WHICH BECAME THE OVERLAND 908

14  PATENT.  WHILE ALL OF THIS WAS GOING ON WITH MR. OVERLAND,

15  AND I WAS NOT ABLE TO GET THAT PATENT APPLICATION, THEY

16  STOOD HERE AND ARGUED TO YOUR HONOR A VERY TORTURED CLAIM

17  CONSTRUCTION FOR THE WORD "FILTER."  WHAT I SHOULD HAVE HAD

18  AT THE MARKMAN HEARING, AND WHAT I WOULD LIKE TO GET INTO

19  EVIDENCE NOW, I WANT YOU TO SEE HOW THEY'RE CONTESTING THAT

20  THE WIRE BASKET ISN'T A FILTER BECAUSE IT IS MADE OUT OF

21  METAL AND METAL ISN'T POROUS.  THIS IS COLUMN 7 FROM THAT

22  OVERLAND PATENT, AND I WANT YOU TO SEE HOW MANY TIMES THEY

23  REFER TO METAL SCREEN FILTERS HAVING POROSITY.  WE ARE IN

24  THE DOUBLE DIGITS.

25          THE COURT:  IF I UNDERSTAND CORRECTLY, THERE IS NO

1    OBJECTION TO THE EXHIBIT; RIGHT?  OR IS THERE?

2              MR. MORELAND:  THERE IS A BASIS FOR THIS

3    PARTICULAR ONE.  THERE WAS NO OBJECTION TO THE PREVIOUS

4    OVERLAND.

5              THE COURT:  ALL RIGHT.

6              MR. CAPP:  THEY HAVE AN INTERROGATORY RESPONSE IN

7    THIS CASE WHERE THEY ARE SAYING THE REASON WHY WE ARE

8    CONTESTING THAT WE MEET THE FILTER LIMITATION IS BECAUSE OUR

9    FILTERS ARE MADE OUT OF METAL, THEY ARE METAL SCREENS AND

10   MADE OUT OF METAL, AND METAL IS NOT A POROUS MATERIAL WITHIN

11   THE COURT'S CLAIM CONSTRUCTION, AND THERE IS WHAT THEY ARE

12   SAYING ON THEIR OWN PATENT.  METAL SCREEN FILTER, METAL

13   SCREEN FILTER, METAL SCREEN FILTER, METAL SCREEN FILTER,

14   METAL SCREEN FILTER, HAVING POROSITY, HAVING POROSITY,

15   HAVING POROSITY, HAVING POROSITY.  THEY ADMIT TO THE WORLD,

16   WHEN WRITING THEIR OWN PATENT APPLICATION, THAT THE METAL

17   SCREEN FILTERS ARE MEANT TO BE POROUS, AND THEY ARE TALKING

18   IN DIRECT OPPOSITE IN THE COURT.

19             MR. MORELAND:  I THINK WE WILL ARGUE THE ADMISSION

20   ISSUE LATER AT THE APPROPRIATE TIME, BUT WE ARE FINE WITH IT

21   COMING IN, RELATIVE TO THAT.

22             THE COURT:  WITH THAT YOU REST?

23             MR. CAPP:  WITH THAT, THE PLAINTIFF RESTS ITS

24   CASE.

25             THE COURT: OKAY.  MR. SCHAETZEL, WE HAVE BEEN IN

1   YOUR CASE FOR AWHILE.  BUT DO YOU HAVE -- I THINK YOU SAID

2   YOU HAD A MOTION YOU WISHED TO MAKE AT THE CLOSE OF THE

3   EVIDENCE OF THE PLAINTIFF.

4           MR. SCHAETZEL:  YOUR HONOR, THANK YOU.  AND I WILL

5   BE BRIEF.  FIRST, AS TO MR. SHIELD'S DEPOSITION AND THE

6   SUMMARY THAT WAS GIVEN, WE WOULD RESERVE THE RIGHT TO ARGUE

7   THAT POINT AS WELL.  WE DO NOT NECESSARILY AGREE WITH

8   MR. CAPP'S SUMMARY OF THAT.

9           YOUR HONOR, OUR MOTION FOR JUDGMENT AS A MATTER OF

10  LAW WOULD BE IN FOUR PARTS.  FIRST, AS TO THE 125 PATENT,

11  THE CLAIMS OF DIRECT INFRINGEMENT.  THE 125 PATENT, YOUR

12  HONOR, IS A METHOD PATENT THAT INCLUDES STEPS THAT ARE

13  PERFORMED BY DIFFERENT ENTITIES.  JUST PICK AN EXAMPLE.

14  CLAIM 4 IS AN ASSERTED PATENT, ASSERTED PATENT CLAIM.  CLAIM

15  4 DEPENDENTS FROM CLAIM 1.  THE CLAIM READS A METHOD OF

16  REMOVING HYDROCARBONS FROM A PART AND DISPOSING OF

17  HYDROCARBONS THE METHOD COMPRISING THE STEPS OF SUSPENDING

18  IN A BIODEGRADABLE NONCAUSTIC NONFLAMMABLE OIL DISPERSANT

19  CLEANING AND DEGREASING FLUID MICROORGANISMS TO WHICH THE

20  FLUID IS NONTOXIC.

21          GIVEN THE PLAINTIFF'S CASE THE BENEFIT OF THE

22  DOUBT, THAT STEP WOULD BE DONE BY WALTER.  THEY WOULD MAKE

23  THE FLUID AND, IN THAT FLUID WOULD BE SUSPENDED A

24  BIODEGRADEABLE NONCAUSTIC NONFLAMMABLE OIL DISPERSANT

25  CLEANING FLUID, IN THAT WOULD BE SUSPENDED THE

1    MICROORGANISMS.

2           THE FINAL STEP OF CLAIM 1, YOUR HONOR, IS ALLOWING

3    THE MICROORGANISMS WITHIN THE FLUID TO BIODEGRADE THE

4    HYDROCARBONS.  CLAIM 4 IS THE ASSERTED CLAIM.

5           METHOD OF CLAIM 1, FURTHER COMPRISING THE STEP OF

6    MAINTAINING THE FLUID AT A DESIRED TEMPERATURE WHEREIN A

7    HEATER HEATS THE RESERVOIR.

8           NOW, THE LAST ELEMENT OF CLAIM 1 AND CLAIM 4,

9    THOSE STEPS WOULD BE PERFORMED BY THE CUSTOMER.  THE

10   EVIDENCE HAS BEEN THAT WALTER WILL PROVIDE A UNIT AND WILL

11   PROVIDE CLEANING FLUID, WILL GO TO A DISTRIBUTOR.  THE

12   DISTRIBUTOR SELLS IT ON TO THE CUSTOMER.  THERE IS NO

13   PRIVITY, THERE IS NO RELATIONSHIP BETWEEN WALTER AND THAT

14   CUSTOMER.  THAT CUSTOMER IS NOT WALTER'S AGENT.  SO THOSE

15   TWO STEPS, PROVIDING THE SUSPENDED FLUID AND ALLOWING THE

16   MICROORGANISMS WITHIN THE FLUID TO BIODEGRADE THE

17   HYDROCARBONS IS DONE BY TWO DIFFERENT PARTIES.

18          UNDER CASES CITED IN OUR FINDINGS AND IN OUR

19   PRETRIAL ORDER, FOR EXAMPLE BMC RESOURCES AND MINI AUCTION,

20   THOSE CASES STAND FOR THE PROPOSITION THAT IN ORDER TO

21   INFRINGE A METHOD CLAIM, THERE HAS TO BE A SOLE OR A SINGLE

22   ENTITY THAT PERFORMS ALL ACTS OF THE CLAIM.  THAT IS NOT THE

23   SITUATION HERE.  THAT MEANS, YOUR HONOR, THAT THERE IS NO

24   ACT OF DIRECT INFRINGEMENT.  IN THE ABSENCE OF DIRECT

25   INFRINGEMENT, THERE CAN BE NO FINDINGS OF CONTRIBUTORY

1  INFRINGEMENT OR INDUCEMENT TO INFRINGE.  SO ON ALL THREE

2  FRONTS WE BELIEVE THAT THE EVIDENCE HAS FAILED TO MAKE OUT A

3  PRIMA FACIE CASE ON INFRINGEMENT OF THE 125 PATENT.

4       AS TO ALL CLAIMS FOR CONTRIBUTORY INFRINGEMENT

5  UNDER SECTION 271 C, SECTION 271 C MAKES IT A VIOLATION OF

6  THE PATENT STATUTE TO SELL OR IMPORT THE PATENT ENTITY WHERE

7  THE PARTY CAN -- THE PARTY TAKING THAT STEP KNOWS THE SAME

8  TO BE ESPECIALLY MADE FOR USE IN AN INFRINGEMENT AND NOT A

9  STAPLE ARTICLE OF COMMERCE SUITABLE FOR SUBSTANTIAL

10  NONINFRINGING USE.  WE THINK WE HAVE TWO POINTS TO MAKE

11  THERE, YOUR HONOR.

12       THE EVIDENCE HAS FAILED TO SHOW THAT WE HAVE THE

13  REQUISITE INTENT, THAT WE HAVE THE REQUISITE KNOWLEDGE

14  THERE.  MR. SCHUDLE TESTIFIED THERE HAS BEEN NO EVIDENCE,

15  YOUR HONOR, THAT WE ASKED WITH SUCH INTENT, AND WE WILL

16  LEAVE THAT ITEM WITH THAT.  MORE FORTUNATELY, I THINK OUR

17  STRONGER POINT, YOUR HONOR, IS THAT THERE BEING A

18  SUBSTANTIAL NONINFRINGING USE.  THE FLUID THAT IS USED

19  HERE -- SORRY, THE MACHINE THAT IS USED HERE CAN ACCEPT

20  OTHER FLUID, SO ANY OF THE MACHINES THAT ARE HERE, ANY OF

21  THE SIX OF THEM, OR EVEN THE TWO IN THE BACK, COULD BE USED,

22  FOR EXAMPLE, WITH ANY AQUEOUOS FLUID, AND IT DOESN'T HAVE TO

23  HAVE MICROORGANISMS IN IT, AND THAT WOULD CONSTITUTE A

24  SUBSTANTIAL NONINFRINGING USE.  SO WE BELIEVE THAT THE

25  EVIDENCE IS DEFICIENT IN THAT REGARD.

1          IN TERMS OF INDUCEMENT TO INFRINGE, UNDER THE

2    RECENT I THINK IT IS NOW TWO-YEAR-OLD DSU MEDICAL CASE, THE

3    PARTY ACCUSED OF INDUCING TO INFRINGE HAS TO HAVE AN

4    AFFIRMATIVE INTENT TO INDUCE THE DIRECT INFRINGEMENT.  IN

5    OTHER WORDS, IT IS ESSENTIALLY SPECIFIC INTENT, AND WE HAVE

6    TO HAVE KNOWLEDGE -- WALTER HAS TO HAVE KNOWLEDGE THAT WHAT

7    IT IS DOING IS CAUSING THE CUSTOMER TO ACTUALLY INFRINGE.

8    THE EVIDENCE DOES NOT SUPPORT THAT.  IN FACT, THERE IS NO

9    BASIC CASE FOR THAT.

10         TO THE CONTRARY, THE EVIDENCE HAS BEEN THAT WALTER

11   DID NOT BELIEVE THAT IT WAS INFRINGING, AND THAT SUCH INTENT

12   IS SIMPLY NOT PRESENT.

13         FINALLY AS TO EVIDENCE RELATING TO CLAIMS OVER A

14   SOLE FLOW PATH.  THERE ARE SEVERAL CLAIMS, FOR EXAMPLE, THE

15   835 PATENT, CLAIMS 10, 11, 12.  THESE CLAIMS ARE DEPENDENT

16   CLAIMS RELATE BACK TO CLAIM 5, BUT WE ONLY NEED TO LOOK AT

17   THESE DEPENDENT CLAIMS TO MAKE OUR POINT.  FOR EXAMPLE,

18   CLAIM 10 STATES, "THE SYSTEM OF CLAIM 5 AND SAID FLOW PATH

19   BEING THE SOLE FLOW PATH FOR FLUID FLOWING FROM SAID BASIN

20   TO SAID TANK, SAID PARTS WASHER FURTHER INCLUDING A FILTER

21   INTERPOSED WITHIN SAID FLOW PATH."  IN OTHER WORDS, IN THESE

22   CLAIMS, 10, 11, AND 12, BECAUSE THEY EACH RELATE TO THAT

23   ELEMENT, 11 INCORPORATING 10, AND 12 INCORPORATING 11, THERE

24   HAS TO BE A SINGLE OR SOLE FLOW PATH.  IN THE IO 200, YOUR

25   HONOR, THERE IS A DRAIN, AND TO THE SIDE, THIS WAS TESTIFIED

1    TO BY MR. VANDEMEULEBROOCKE, THERE ARE TWO HOLES THROUGH

2    WHICH FLUID CAN GO.  AND WHAT HAPPENS IS, IF I HAVE USED

3    THIS PART AND IT IS DRAINING FLUID, I CAN PUT IT IN THAT

4    HOLE AND THAT FLUID WILL NOW DRAIN DOWN THROUGH THE TANK.

5    SO EVEN ADOPTING THE FLOW PATH DEFINITION AS ADVOCATED BY

6    THE PLAINTIFF IN THIS CASE, THERE ARE THREE FLOW PATHS IN

7    THAT UNIT, THERE IS NOT A SOLE FLOW PATH.  SO WE WOULD SAY

8    THAT WE ARE ENTITLED TO JUDGMENT AS A MATTER OF LAW ON THAT

9    CLAIM.  THERE HAS BEEN NO EVIDENCE TO SUPPORT ANY OTHER WAY

10   TO INTERPRET THOSE, THE OTHER HOLES THAT ARE IN THAT UNIT.

11            SO WHILE WAX ELOQUENT, YOUR HONOR, I THINK JUST

12   THOSE FOUR POINTS, THAT IS THE BASIS OF OUR MOTION TO

13   DISMISS, AND WE WOULD STAND ON THAT.

14            THE COURT:  MR. CAPP, DO YOU WANT TO TELL ME WHAT

15   THE PLAINTIFF'S POSITION ON THAT MOTION IS?

16            MR. CAPP:  I THINK I HAVE NOTES THAT COVER THE

17   WATER FRONT.  IF MY NOTES AREN'T COMPLETE, COULD SOMEONE

18   BRING IT TO MY ATTENTION.  LET'S TALK ABOUT -- PULL BACK UP

19   THE 125 METHOD.  IS THAT CLAIM 1?  STEVE, WERE YOU MOVING ON

20   EVERY CLAIM IN THE 125, OR JUST POINT ONE?

21            MR. SCHAETZEL:  NO, ALL OF THEM.

22            MR. CAPP:  THAT WAS AS AN EXAMPLE?

23            MR. SCHAETZEL:  YES.

24            MR. CAPP:  SORRY, I SHOULD DIRECT MY QUESTIONS TO

25   THE COURT.

1           AS I UNDERSTAND THE MOTION, THERE IS NO

2    INFRINGEMENT BECAUSE PURPORTEDLY TWO PEOPLE PRACTICED THE

3    METHOD INSTEAD OF ONE.  AND THE BURDEN IS ON THE PLAINTIFF

4    TO PROVE THAT A SINGLE ENTITY IS A DIRECT INFRINGER, WHICH

5    THEN THE DEFENDANTS CONTRIBUTE TO.  AND I THINK IF YOU GIVE

6    A FAIR AND OBJECTIVE READING TO THAT, THE ENTIRE METHOD IS

7    PERFORMED BY THE CUSTOMER.  THE CUSTOMER, WHEN IT GETS DOWN

8    TO PROVIDING A PARTS WASHER, THE MAN WITH THE DIRTY PART HAS

9    A CHOICE.  HE CAN SIT DOWN ON THE CONCRETE FLOOR AT THE

10   AUTOMOTIVE REPAIR FACILITY WITH A COFFEE CAN FULL OF MINERAL

11   SPIRITS AND A PAINT BRUSH AND CLEAN HIS PART, OR HE CAN WALK

12   OVER SOMEWHERE ELSE AND PROVIDE FOR HIMSELF THIS PARTS

13   WASHER THAT IS SITTING OVER AGAINST THE WALL PLUGGED INTO

14   THE WALL THAT SAYS "WALTER" ON IT, AND I THINK THAT DISPOSES

15   OF THE "PROVIDING PART."  AND QUITE FRANKLY, YOUR HONOR,

16   THIS TORTURED CONSTRUCTION OF "PROVIDING" THAT WE ARE

17   HEARING FOR THE FIRST TIME, THEY NEVER TEED THAT UP FOR

18   MARKMAN CONSTRUCTION BEFORE, WHAT IT WAS TO PROVIDE A PARTS

19   WASHER.  WE DIDN'T GO OVER THAT IN THE MARKMAN HEARING.

20   SO -- IF WE TALK ABOUT -- I AM NOT SURE I UNDERSTAND THE

21   ARGUMENT.  IS IT THE CUSTOMER DOESN'T ALLOW THE

22   MICROORGANISMS WITHIN THE FLUID TO BIODEGRADE THE

23   HYDROCARBONS, OR YOU DON'T ALLOW BECAUSE THE CUSTOMER IS

24   DOING THAT?  I AM NOT SURE I EVEN UNDERSTAND THE ARGUMENT

25   HERE.

1      WE SAW THE JAY LENO VIDEO, AND JAY AND THE

2  PRESIDENT OF THE COMPANY ARE SITTING THERE, YOU TURN IT ON

3  AND YOU WASH YOUR PARTS, AND YOU GO HOME AND THE

4  MICROORGANISMS EAT THE OIL OVERNIGHT.  THAT IS ALLOWING THE

5  MICROORGANISMS WITHIN THE FLUID TO BIODEGRADE THE

6  HYDROCARBONS.  THE OTHER POINT ON THIS, WE HAVE HAD

7  INFRINGEMENT CONTENTIONS IN THIS CASE, AND THEY ACKNOWLEDGED

8  THAT THOSE LIMITATIONS WERE MET, PROVIDING A PARTS WASHER.

9  THAT WAS ACKNOWLEDGED, AND THEN WHEN I ASKED IN

10 INTERROGATORY NO. 1 TO GIVE THE UNDERLYING FACTUAL BASIS TO

11 SUPPORT YOUR DENIAL, SINCE THEY NEVER DENIED IT, THAT HE

12 NEVER GAVE ME A FACTUAL BASIS, I AM HEARING ALL OF THIS THE

13 FIRST TIME AT TRIAL AFTER HAVING NO DISCOVERY ON IT.  WHAT

14 WAS THE DEPENDENT CLAIMS?  THE CLAIM 4?

15      MR. SCHAETZEL:  THAT IS THE FIRST ASSERTED CLAIM.

16      MR. CAPP:  I THOUGHT DR. DURKEE COVERED THIS, YOU

17 KNOW, WELL IN HIS EXPERT REPORT, YOUR HONOR.  WHAT I HEARD

18 FROM MR. SCHAETZEL IN HIS ARGUMENT IS THERE HAS BEEN NO

19 EVIDENCE.  I THINK WHAT HE MEANT TO SAY IS WE'VE HEARD NO

20 EVIDENCE, WE'VE HEARD NO EVIDENCE.  THIS IS ALL TAKEN CARE

21 OF IN DR. DURKEE'S REPORT.  HE COVERED IT WITH A VERY

22 PROFESSIONAL AND WELL THOUGHT-OUT WELL-REASONED EXPLANATION

23 FOR WHY THE HEATER HEATS THE RESERVOIR, EVEN ON THAT

24 SUPPOSEDLY EXTERNAL HEATER ON THE BIO-CIRCLE, THERE IS

25 CERTAINLY ENOUGH EVIDENCE THERE TO SURVIVE THE RULE 52 C

1    MOTION.  CERTAINLY I WAS ENTITLED TO DISCOVERY ON THAT.

2              I ASKED THAT INTERROGATORY IN 2005, YOUR HONOR.  I

3    HAD TO COME BEFORE YOUR COURT A MONTH AFTER DISCOVERY WAS

4    OVER TO FINALLY GET HEARD ON THE MOTION TO COMPEL, AND AT

5    THAT TIME IT WAS EITHER REL AMBROZY OR MATT BAILEY GOT UP

6    HERE AND SAID, YOUR HONOR, YOU DON'T NEED TO COMPEL

7    ANYTHING, WE HAVE GIVEN A FULL, COMPLETE, AND THOROUGH

8    RESPONSE TO THEIR INTERROGATORY NO. 1.  THERE IS NOTHING

9    ELSE THAT NEEDS TO BE SAID.  SO I'VE BEEN RELYING ON THAT UP

10   UNTIL NOW.

11             LET ME ADDRESS THE SUBSTANTIAL NONINFRINGING USE.

12   YOUR HONOR, WE SENT THEM AN INTERROGATORY, AND THIS ONE WAS

13   PROPOUNDED A LITTLE BIT LATER IN INTERROGATORY NO. 1.  I

14   HAVE TENDERED TO THE COURT INTERROGATORY NO. 13 AND WE SAID,

15   YOU KNOW, WE WENT THROUGH THE WHOLE LITANY OF ALL OF THE

16   ELEMENTS THAT WENT INTO CONTRIBUTORY NEGLIGENCE

17   INFRINGEMENT, AND WE SAID ARE THERE ANY SUBSTANTIAL

18   NONINFRINGING USES.  AND I SAID WHAT ARE THEY, AND I THINK I

19   HAVE THAT TENDERED UP TO THE RECORD ALREADY, AND THEY

20   BASICALLY CAME BACK AND SAID, WE DON'T KNOW OF ANY

21   SUBSTANTIAL NONINFRINGING USES.  SO I THINK THAT ALONE IS

22   ENOUGH TO DEFEAT THEIR MOTION ON THAT POINT.

23             WITH RESPECT TO THE INDUCEMENT AND WHETHER OR NOT

24   THERE WAS AN ATTEMPT TO INFRINGE, YOUR HONOR, IF ALL IT TOOK

25   TO ESCAPE INDUCEMENT TO INFRINGE WAS TO HAVE YOUR CLIENT GET

1    IN THE WITNESS CHAIR AND GIVE SOME SORT OF SELF-SERVING,

2    GEE, MAYBE THEY WERE INFRINGING BUT WE NEVER INTENDED, YOU

3    KNOW, TO DO THAT, I MEAN, THERE WOULDN'T BE ANY POINT TO

4    HAVING AN INDUCEMENT TO INFRINGE IN THE PATENT CODE.  THE

5    INTENT THAT WE HAVE HERE IS THAT THEY INTENDED TO MAKE A

6    PARTS WASHER AND THEY INTENDED TO SELL IT AND THEY INTENDED

7    TO IMPORT IT INTO THE UNITED STATES AND THEY INTENDED FOR

8    SOMEONE TO BUY IT AND THEY INTENDED FOR SOMEONE TO USE IT IN

9    ACCORDANCE WITH THEIR ADVERTISING AND IN ACCORDANCE WITH

10   THEIR OWNER'S MANUAL IF, FOR NOTHING ELSE, THEY WERE

11   DESPERATELY HOPING TO GET FOLLOW-ON SALES FOR REPLACEMENT

12   CLEANING FLUID.  SO THAT IS MORE THAN ENOUGH EVIDENCE TO

13   DEFEAT ANY RULE 52 C MOTION.

14          AS FAR AS THE 835 PATENT AND THE DEPENDENT CLAIMS

15   THAT TALKED ABOUT THE SOLE FLOW PATH, I WANT TO MAKE SURE I

16   UNDERSTAND MR. SCHAETZEL'S ARGUMENT CORRECTLY.  THAT WAS

17   ONLY BEING ASSERTED WITH RESPECT TO THE IO 200; CORRECT?

18          MR. SCHAETZEL:  YES.

19          MR. CAPP:  DR. DURKEE COVERED THIS ADEQUATELY IN

20   HIS EXPERT REPORT.  HE POINTS OUT THAT THE SECONDARY DRAIN

21   HOLES ON THAT ARE ELEVATED, AND YOU CAN ACTUALLY COME OVER

22   THERE AND SEE IT.  THEY MOLDED THE BASE SO THAT THERE IS

23   DIMPLES, AND SO THE SECONDARY HOLES ARE PROPPED UP ABOUT AN

24   INCH OR SO, AND THEY ARE SIMPLY THERE AS OVERFLOW RELIEF IN

25   CASE THE FILTER, THAT IS THE NONFILTER, EVER GETS CLOGGED

1   AND STARTS FILLING UP WITH FLUID, AND THE FLUID WOULD HAVE

2   TO RISE ABOUT AN INCH BEFORE IT GETS TO THOSE OVERFLOW

3   DRAINS.  AND DR. DURKEE GIVES AN EXPLANATION THAT, YOU KNOW,

4   IN ORDINARY EVERYDAY USE, THERE IS ONE FLOW PATH AND ONLY

5   ONE FLOW PATH, AND THAT IS THE MAIN ONE DOWN THROUGH THE

6   DRAIN HOLE, AND THAT'S ENOUGH TO ESTABLISH INFRINGEMENT.

7   THE LAW IS CLEAR THAT YOU CAN'T AVOID INFRINGEMENT BY ADDING

8   THINGS TO A PATENT, AND THERE IS ONE DRAIN -- THERE IS ONE

9   MAIN DRAIN IN THE ORDINARY EVERYDAY USE OF THE FLUID IS

10  INTENDED TO GO THROUGH THAT MAIN DRAIN.  THE FACT THAT THEY

11  ADDED SOMETHING ELSE TO IT, WHICH IS AN OVERFLOW FEATURE,

12  THAT WOULD ALMOST BE THE EQUIVALENT OF SAYING, WELL, EVERY

13  PARTS WASHER DOESN'T HAVE A SOLE FLOW PATH BECAUSE, GOODNESS

14  GRACIOUS, IF THE THING GETS CLOGGED AND IT FILLS UP, IT

15  STARTS OVERFLOWING THE EDGES OF THE SINK, THAT IS HOW THE

16  FLUID WOULD GET OUT OF THE SINK.  SO FOR ALL PRACTICAL

17  EVERYDAY PURPOSES, THEY HAVE DESIGNED THAT WITH ONE FLOW

18  PATH, ONE DRAIN HOLE, THAT IS WHERE THEIR FILTER IS.  THEY

19  WANT EVERYTHING TO BE FILTERED SO THAT IS WHERE IT ALL GOES,

20  AND THESE TWO LITTLE THINGS ON THE TOP OF THE DIMPLED ARE

21  SIMPLY OVERFLOW RELIEF, AND YOU CAN HOP DOWN THE BENCH AND

22  TAKE A PEEK.  IT IS VERY EVIDENT.  DID I COVER EVERYTHING?

23  I THINK I DID.

24          YOUR HONOR, THE INTERROGATORY I WAS REFERRING TO

25  IS IN THE RECORD, WE CAN PUT IT INTO THE RECORD AS

1    PLAINTIFF'S EXHIBIT 579.  AND INTERROGATORY 13 BEGINS ON

2    PAGE 6 OF THAT, AND THE RESPONSE BEGINS ON PAGE 7 AND RUNS

3    THROUGH PAGE 10 OF 18.  I WILL JUST READ ONE STATEMENT FROM

4    PAGE 10.  "DEFENDANTS ARE UNAWARE OF ANY SPECIFIC USE OF THE

5    BR 200, IO 200, AND IO 400 IN COMBINATION WITH BIO-CIRCLE L

6    SOLUTIONS APPLICATIONS OTHER THAN WITH PARTS WASHERS."  "THE

7    DEFENDANTS ARE UNAWARE OF ANY SPECIFIC USE OF THE BIO-CIRCLE

8    L SOLUTION APPLICATION OTHER THAN IN PARTS WASHERS."

9    "DEFENDANTS ARE UNAWARE OF ANY SPECIFIC USE OF THE IO 400 IN

10   SUCH MANNER."  "THE DEFENDANTS ARE UNAWARE OF ANY SPECIFIC

11   USE OF THE IO 200 IN SUCH MANNER."  PAGE 8, "DEFENDANTS ARE

12   UNAWARE OF ANY SPECIFIC USE OF THE BR 200 IN SUCH MANNER."

13          SO UNLESS WE ARE -- YOU KNOW, DISCOVERY IS JUST A

14   MEANINGLESS EXERCISE, AND WE CAN DO TRIAL BY AMBUSH DESPITE

15   DISCOVERY.  I THINK THE MOTION OUGHT TO BE DENIED.

16          THE COURT:  OKAY.  I AM GOING TO DENY THE MOTION

17   FOR JUDGMENT AS A MATTER OF LAW.  I DO HAVE SOME QUESTIONS

18   ABOUT SOME OF THOSE THINGS, BUT I DON'T THINK THAT, AT THIS

19   POINT, I CAN SAY THAT YOU ARE ENTITLED TO JUDGMENT AS A

20   MATTER OF LAW, MR. SCHAETZEL, SO I AM GOING TO DENY THE

21   MOTION ON THE FOUR BASES AND BE GLAD TO HEAR ANYTHING ELSE

22   THAT YOU HAVE THAT YOU WOULD LIKE TO OFFER.

23          MR. CAPP:  SORRY, YOUR HONOR, CAN I MAKE AN

24   INQUIRY OF THE COURT?  WAS THERE A PARTICULAR POINT OF LAW

25   THAT I COULD ASSIST THE COURT LATER ON NOW IN TERMS OF

1   BRIEFING ON THE LEGAL ISSUES THAT WERE RAISED IN THAT

2   MOTION?

3          THE COURT:  IF I THINK OF ANY, I WILL LET YOU

4   KNOW.

5          ONE I WAS CURIOUS ABOUT, I HAVE ALREADY CONSTRUED

6   "SUBSTANTIAL" ONCE IN THE MARKMAN ORDER, BUT I WAS CONCERNED

7   ABOUT HOW "SUBSTANTIALLY NONINFRINGING USE" MAY BE.  BUT THE

8   INTERROGATORY ANSWER MAY SOLVE THAT.  BUT AT LEAST, BASED ON

9   WHAT I'VE HEARD, AND WITHOUT GOING BACK AND REVIEWING IT

10  VERY CAREFULLY, I DON'T FIND THAT THE NONINFRINGING USES FOR

11  THESE PIECES OF EQUIPMENT ARE SUBSTANTIAL, AT LEAST AT THIS

12  POINT.  BUT I WILL TAKE A CAREFUL LOOK AT THAT LATER,

13  MR. SCHAETZEL.  ALL RIGHT, WHAT DO YOU HAVE FOR US?

14         MR. SCHAETZEL:  I PRESUME YOU DON'T MEAN MORE

15  ARGUMENT.

16         THE COURT:  NO.  SOMETHING INTERESTING.  SOMETHING

17  EXCITING.

18         MR. SCHAETZEL:  WELL, YOUR HONOR, I THINK WE WOULD

19  CALL CLAUDE VANDEMEULEBROOCKE TO THE STAND.  WE DO HAVE A

20  POINT THAT WE WOULD LIKE TO RAISE WITH THE COURT BEFORE

21  MR. VANDEMEULEBROOCKE TAKES THE STAND.  WE ARE MOST

22  CERTAINLY AWARE OF THE NEED TO TRY AND ABIDE BY THE COURT'S

23  ORDER, AND THERE IS AN EFFORT TO DO THAT.  THE COURT HAS

24  CONSTRUED THE TERM FLOW PATH.  AND AS PART OF CONSTRUING THE

25  TERM FLOW PATH, THE COURT ALSO CONSTRUED THE STATEMENT THAT

1    IS WITH IT WHICH IS "FLOW PATH BETWEEN THE BASIN AND THE

2    TANK."  AND IN THE MANY CLAIMS -- DAVID CAN YOU PUT UP THE

3    110 PATENT, PLEASE?  OR YOU CAN USE THAT.  A FLOW PATH "A

4    FLOW PATH DEFINED BETWEEN THE BASIN AND THE TANK THROUGH

5    WHICH THE FLUID FLOWS FROM THE BASIN BACK TO THE TANK."  "A

6    FLOW PATH DEFINED BETWEEN THE BASIN AND THE TANK."

7             THE COURT:  RIGHT.  AND THAT WAS THE WAY IT WAS

8    CONSTRUED ON PAGE 15 OF THE MARKMAN ORDER, AND 16.

9             MR. SCHAETZEL:  THE PATH TAKEN BY THE CLEANING

10   FLUID FROM THE BASIN BACK TO THE TANK.  THERE IS A QUESTION

11   IN MY CLIENT'S MIND AND OUR MIND AS WELL WHETHER OR NOT, FOR

12   EXAMPLE, A DRAIN IS IN THE FLOW PATH BETWEEN THE BASIN AND

13   THE TANK, OR IF THE DRAIN IS PART OF THE SINK.

14            NOW, OUR CLIENT, BEFORE WE GOT INVOLVED IN THE

15   CASE, DID NOT ACKNOWLEDGE IN ITS LOCAL RULE CONTENTIONS THE

16   FLOW PATH ELEMENTS.  WHEN WE PREPARED OUR RESPONSES TO

17   MR. CAPP'S FINDINGS OF FACT AND CONCLUSIONS OF LAW, WE

18   ADDRESSED THIS ISSUE BY SAYING THAT WE WOULD ONLY RAISE THE

19   ISSUE OF WHETHER OR NOT THE LOCATION OF THE FLOW PATH WAS

20   ACTUALLY BETWEEN THE BASIN AND THE TANK, WITH THE COURT'S

21   PERMISSION.  SO AS WE PUT ON OUR CASE IN CHIEF, WE STAND

22   READY TO RAISE THAT, BUT WE DO NOT WANT TO RUN AFOUL OF ANY

23   COURT ORDER IN TERMS OF THE TIMELINESS.  IN OUR FINDINGS OF

24   FACT AND CONCLUSIONS OF LAW WE ALSO STATED THAT WE RECOGNIZE

25   THAT THE CONSTRUCTION OF FLOW PATH THAT THIS, IF YOU WILL,

1    THIS ARGUMENT OF ITS LOCATION WAS NOT PRESENTED TO THE COURT

2    BEFORE NOW, AND WE HAVE SAID THAT IN OUR RESPONSES TO

3    MR. CAPP'S FINDINGS OF FACT AND CONCLUSIONS OF LAW.  SO I

4    WANT THE COURT TO BE AWARE OF THAT.

5            SO WE HAVE A SITUATION WHERE THE ELEMENT WAS NOT

6    ACKNOWLEDGED, INFRINGEMENT HAD BEEN DENIED ON THE BASIS OF

7    IT, BUT THAT PARTICULAR ARGUMENT OF THE LOCATION OF THE FLOW

8    PATH HAS NOT BEEN PREVIOUSLY PUT BEFORE THE COURT.  AND

9    BEFORE WE PUT A WITNESS ON TO TESTIFY TO SUCH THING, WE SEEK

10   THE COURT'S GUIDANCE AS TO HOW TO PROCEED.

11           THE COURT:  MR. CAPP, ANYTHING YOU WOULD LIKE TO

12   SAY WITH REGARD TO THAT?

13           MR. CAPP:  I AM NOT SURE I UNDERSTAND THE POINT

14   THAT MR. SCHAETZEL IS TRYING TO MAKE.  I MEAN, WE HAVE --

15   INFRINGEMENT IS A TWO PART PROCESS.  FIRST WE CONSTRUE THE

16   CLAIMS, AND THEN WE APPLY THE CLAIMS AS CONSTRUED TO THE

17   ACCUSED INFRINGING DEVICE.  THE CLAIM CONSTRUCTION IS A

18   MATTER OF LAW FOR THE COURT TO DECIDE, AND THEN WHETHER OR

19   NOT THE CLAIM AS CONSTRUED READS ON THE ACCUSED INFRINGING

20   DEVICE IS A QUESTION OF FACT THAT WE TAKE EVIDENCE ON.

21           I AM NOT SURE WHAT I AM HEARING.  I THINK WHAT I

22   JUST HEARD IS THAT THEY WANT TO RE-OPEN MARKMAN AND PROPOSE

23   TO THE COURT AN ALTERNATIVE CONSTRUCTION.  AND YOUR HONOR,

24   WE ARE ABOUT 24 HOURS AWAY FROM CLOSING ARGUMENT IN THIS

25   CASE.  IF THEY WANT TO RE-OPEN MARKMAN, THAT'S UNBELIEVABLY

```
1   PREJUDICIAL TO ME AT THIS POINT IN TIME.  IF WHAT THEY WANT
2   TO DO IS PUT ON EVIDENCE IN SUPPORT OF THAT NEW
3   CONSTRUCTION, THAT RUNS DIRECTLY AFOUL OF YOUR HONOR'S
4   MOTION IN LIMINE RULING AT DOCKET 522 OF MAY 27TH OF 2009
5   WHERE YOU RECOGNIZED THAT THEY DENIED THAT THAT CLAIM
6   LIMITATION WAS MET AND THEIR INFRINGEMENT CONTENTION
7   INTERROGATORIES -- THEIR LOCAL RULE INFRINGEMENT
8   CONTENTIONS, AND THEN WHEN THE INTERROGATORY WAS PROPOUNDED
9   TO THEM TO SUPPORT THE UNDERLYING FACTUAL BASIS FOR THAT,
10  THEY DIDN'T GIVE ANY.  SO YOU RULED UNDER RULE 37 (C) (1)
11  THEY ARE NOW PRECLUDED FROM PUTTING ON EVIDENCE.  I'VE GOT A
12  COPY OF THE COURT'S ORDER RIGHT HERE.  SO I AM NOT SURE IF
13  THEY ARE TRYING TO RE-OPEN MARKMAN, OR PUT ON EVIDENCE IN
14  VIOLATION OF YOUR HONOR'S IN LIMINE RULING, OR BOTH.
15          THE COURT:  WHAT WAS THE DOCKET NUMBER OF THAT
16  ORDER?
17          MR. CAPP:  552 DATED MAY 27TH OF 2009.
18          THE COURT:  ALL RIGHT.  MR. SCHAETZEL, I BELIEVE
19  THE COURT'S ORDER WOULD PRECLUDE THAT ANY UNDISCLOSED
20  PREVIOUS EVIDENCE WITH REGARD TO FLOW PATH LIMITATIONS OF
21  CLAIM 1 OF THE 110 PATENT AND CLAIM 5 OF THE 835, AND 6 AND
22  16 OF THE 125 PATENT.
23          TELL ME AGAIN WHAT YOU WERE ABOUT TO OFFER.
24          MR. SCHAETZEL:  YOUR HONOR, THANK YOU.  IF WE
25  COULD GO TO THE PICTURE OF THE 110 PATENT, AND I WILL SHOW
```

1    YOU A BIT BETTER.

2              THE COURT: OKAY.

3              MR. SCHAETZEL:  YOUR HONOR WILL RECALL THAT YOU

4    HAVE A DRAIN 64, AND ANOTHER DRAIN 52, AND THE FILTER IS

5    HERE AT ITEM 6, AND MANY OF THOSE CLAIMS, AS THE COURT IS

6    AWARE, YOU HAVE INTERPOSING A FILTER IN THE FLOW PATH.  AND

7    SO OUR POSITION IS THAT WHAT IS HAPPENING HERE, IF YOU WILL,

8    IS THAT THERE IS A FLOW PATH THROUGH HERE, THAT IS AS THE

9    COURT HAS DEFINED, THE PATH TAKEN BY THE FLUID, THAT

10   FACILITATES THE ABILITY TO PUT IN THE FILTER.  WE ARE NOT

11   ARGUING THAT THERE IS ANY NEW EVIDENCE THAT WOULD NEED TO

12   COME IN.

13             FOR EXAMPLE, WE WOULD WANT TO BE ABLE TO POINT TO

14   THE VERY EXHIBITS THAT THEY HAVE PUT IN.  OUR MANUALS, OUR

15   MACHINES, OUR, YOU KNOW, BASKET ARRANGEMENT AND SO ON AND SO

16   FORTH, AND SAY THAT IF YOU DEFINE THIS SO THAT THE SINK HAS

17   A BOTTOM, IF YOU WILL, AND THE TANK HAS A TOP, THE LOCATION

18   OF THE FLOW PATH IS BETWEEN THE SINK AND THE TANK.  THIS IS

19   WHAT THEY HAVE HERE BETWEEN THE SINK AND THE TANK.  AND THAT

20   IT FACILITATES THE INTRODUCTION OF THE FILTER TO THE

21   MULTI-TIERED ARRANGEMENT.  SO THERE WOULD BE NO NEW EVIDENCE

22   THAT WOULD COME IN, BUT IT WOULD BE A NEW ARGUMENT, IF YOU

23   WILL, ON HOW TO VIEW THAT EVIDENCE. WE WOULD NOT ASK FOR ANY

24   NEW CLAIM CONSTRUCTION.  WE HAVE NO INTEREST IN RE-OPENING

25   MARKMAN.

1              THE REASON THAT THIS HAS A CHANCE, QUITE FRANKLY,

2     TO, IN OUR VIEW, PASS THE COURT'S ORDER IS BECAUSE WE ARE

3     NOT ASKING TO RE-OPEN MARKMAN, AND WE ARE NOT ASKING TO, YOU

4     KNOW, COME FORWARD WITH ANY, QUOTE, UNQUOTE, NEW EVIDENCE.

5     BUT WHAT WE WOULD ARGUE WOULD BE THAT ON THE ISSUE OF

6     WHETHER OR NOT THERE IS A FLOW PATH IN THIS UNIT, WHETHER

7     THAT CLAIM LANGUAGE COULD BE DEFINED TO READ "ON TO A FLOW

8     PATH BETWEEN THE SINK AND THE TANK," THAT WE DON'T HAVE THAT

9     BECAUSE THERE IS NO FILTER IN THAT FLOW PATH, FOR EXAMPLE,

10    BECAUSE THIS IS IN THE SINK RATHER THAN IN THE FLOW PATH

11    BETWEEN THE BOTTOM OF THE SINK AND THE TANK.

12             THAT'S THE POSITION THAT WE ARE TRYING TO GET

13    PERMISSION TO TAKE, YOUR HONOR.  AND IT WOULD REQUIRE NO NEW

14    EVIDENCE, WE CERTAINLY DO NOT WANT TO RE-OPEN MARKMAN.  IT

15    IS SIMPLY A DIFFERENT WAY OF LOOKING AT WHAT IS ALREADY IN

16    EVIDENCE.  I WOULD WANT TO BE VERY CLEAR WITH THE COURT,

17    MR. CAPP IS ABSOLUTELY RIGHT IN THAT THERE IS NOTHING THAT

18    WAS FILED IN THIS CASE UP UNTIL VERY RECENTLY WHERE THAT

19    POSITION WAS TAKEN, AND THAT IS WHY WE BRING IT TO THE

20    COURT'S ATTENTION AT THIS TIME.

21             THE COURT:  OKAY.  WELL, I WILL ACCEPT WHAT YOU

22    JUST SAID AS FOR THE PURPOSES OF THE RECORD AS A PROFFER OF

23    WHAT YOUR EVIDENCE OR YOUR ARGUMENT WOULD BE, BUT I THINK

24    THAT THAT IS PRECLUDED BY FAILING TO HAVE DISCLOSED THE

25    ARGUMENT, EVEN IF NOT THE EVIDENCE THAT YOU WERE RELYING ON,

1  PREVIOUSLY, CERTAINLY BY THE SPIRIT, AND I THINK THE LITERAL

2  WORDING OF MY ORDER ON THE MOTIONS IN LIMINE.  SO I AM GOING

3  TO PRECLUDE THAT AND NOT CONSIDER THAT POSITION.  BUT AS I

4  SAID, I THINK WE CAN ALL AGREE TO CONSIDER YOUR STATEMENT OF

5  IT AS A PROFFER OF WHAT YOU WOULD ARGUE HAD YOU BEEN ABLE

6  TO.

7              SO ARE WE READY FOR MR. SCHUDLE NOW?

8              MR. SCHAETZEL:  MR. VANDEMEULEBROOCKE.  YES, SIR.

9              THE COURT:  RIGHT.

10                 CLAUDE VANDEMEULEBROOCKE

11                    PREVIOUSLY SWORN

12                   DIRECT EXAMINATION

13  BY MR. SCHAETZEL:

14  A. MR. VANDEMEULEBROOCKE, WHEN DID YOU COME TO BE EMPLOYED

15  AT WALTER?

16  A. SEPTEMBER OF 1999.

17  Q. AND WHAT DID YOU DO FOR WALTER IN SEPTEMBER OF 1999?

18  A. I WAS HIRED TO BE THE GENERAL MANAGER OF METABO CANADA,

19  WHICH WAS A COMPANY OWNED AT 5 PERCENT BY J. WALTER IN

20  CANADA.

21  Q. AND WHAT WAS THE BUSINESS OF METABO CANADA?

22  A. METABO CANADA, WE WERE SELLING POWER TOOLS FOR CONCRETE,

23  FOR WOOD, FOR METAL AS WELL, AS WELL AS DIFFERENT TOOLING

24  ITEMS.

25  Q. COULD I ASK YOU TO MOVE THE MICROPHONE A LITTLE CLOSER?

1    A. OH, YES.  I MOVE CLOSER.

2    Q. THANK YOU.  WHAT LED YOU TO TAKE THE JOB AT WALTER OR

3    METABO?

4    A. I HAVE WORKED -- BEFORE THAT I HAVE WORKED FOR A COMPANY

5    NAMED HILTI, H-I-L-T-I, FOR ABOUT 14 YEARS IN MONTREAL, IN

6    TORONTO.  I LIVED FIVE YEARS IN SWITZERLAND -- FOUR YEARS,

7    SORRY, WITH MY FAMILY IN SWITZERLAND.  HILTI IS A VERY VERY

8    HIGH QUALITY COMPANY, MUCH BIGGER THAN WALTER.  BUT HIGH

9    QUALITY TOOLS FOR CONCRETE.  AND WHEN I WAS APPROACHED BY

10   PIERRE SUMMERS, I FOUND IN WALTER THE SAME KIND OF COMPANY,

11   VERY VERY HIGH QUALITY TOOLS, VERY HIGH RESPECT FOR THE

12   CUSTOMERS, VERY HIGH RESPECT FOR THE COMPETITORS, AND SO ON

13   AND SO ON, AND IT WAS BASED IN MONTREAL.  I WAS LIVING IN

14   TORONTO THEN.  I WANTED TO COME BACK TO MONTREAL AS WELL, SO

15   ALL OF THESE REASONS.

16   Q. DID THERE COME A TIME WHEN YOU MOVED FROM METABO CANADA

17   TO WALTER?

18   A. SORRY?

19   Q. DID THERE COME A TIME WHEN YOU MOVED FROM METABO CANADA

20   TO J. WALTER?

21   A. IN JANUARY OF 2003.

22   Q. AND WHAT POSITION ARE YOU IN NOW AT J. WALTER?

23   A. I AM THE INTERNATIONAL VICE-PRESIDENT FOR PRODUCT

24   DEVELOPMENT.

25   Q. WHAT ARE YOUR RESPONSIBILITIES IN THAT JOB?

1    A. I OVERSEE THE PRODUCT MANAGEMENT TEAM, WORK ON PRODUCT

2    STRATEGIES, I'VE GOT ABOUT TEN PEOPLE UNDER ME.  MOST OF

3    THEM ENGINEERS WORKING.  EACH PRODUCT MANAGER HAS A

4    DIFFERENT PRODUCT LINE.  AND I SUPERVISE ALL OF THESE

5    PEOPLE, APPLY PRODUCT STRATEGIES, DISCUSS WITH MY BOSS TIM

6    HOUGHTON -- MY BOSS IS ACTUALLY TIM HOUGHTON AND PIERRE

7    SUMMERS, THE OWNER OF THE COMPANY.

8    Q. YOU MENTIONED THAT YOU HAD PEOPLE WHO WERE CHARGED IN

9    DIFFERENT PRODUCT LINES?

10   A. YES.

11   Q. ARE ALL OF THOSE PEOPLE WORKING ON BIO-CIRCLE PRODUCTS?

12   A. NOT AT ALL.

13   Q. HOW IS IT ORGANIZED?

14   A. I HAVE TWO PEOPLE ON BONDED ABRASIVES, I HAVE ONE PERSON

15   ON FINISHING ABRASIVES, I GOT ONE PERSON ON TOOLING, I'VE

16   GOT TWO PEOPLE IN CHEMICAL PRODUCTS, I'VE GOT TWO PERSONS IN

17   BIO-CIRCLE, I'VE GOT ONE IN QUALITY CONTROL AND TESTING, AND

18   THERE IS ANOTHER ONE THAT WORKS, AGAIN, ON DIFFERENT TYPE OF

19   SYSTEMS.

20   Q. AND SO HOW MUCH OF YOUR TIME TODAY WOULD YOU ESTIMATE IS

21   SPENT ON BIO-CIRCLE PROJECTS?

22   A. NOT COUNTING THIS WEEK?  USUALLY 30 PERCENT.

23   Q. AND THE PERSON WHO WAS IN THIS JOB BEFORE YOU WAS

24   MR. SCHUDLE, WAS IT NOT?

25   A. YES, SIR.

1    Q. WHEN YOU TOOK THE JOB OVER FROM MR. SCHUDLE, WHAT
2    OCCURRED?  HOW WAS THAT PROCESS HANDLED?
3    A. I MET WITH WARNER EVERY MONTH, STARTED PROBABLY IN 2002,
4    SEPTEMBER.  I MET EVERY MONTH -- MORE THAN THAT.  TWICE A
5    MONTH WITH HIM JUST TO TRANSFER OF KNOWLEDGE AND SO ON AND
6    SO ON, TO KNOW THE DIFFERENT PROJECTS THEY WERE WORKING ON
7    AT THAT TIME, THE DIFFERENT ALSO MANUFACTURING PARTNERS, WHO
8    WAS MAKING WHAT, AND SO ON AND SO ON.  I TOOK A TRIP TO
9    EUROPE WITH HIM AS WELL TO MEET WITH ALL OF THESE PEOPLE,
10   AND TRANSFER OF TRADE NAMES, TRADE NAME FILES, OTHER FILES
11   THAT WERE THERE.
12   Q. AND WERE THOSE FILES ARRANGED, FOR EXAMPLE, BY PROJECT?
13   A. NO.  REALLY AT THAT TIME THAT WAS ONE OF MY FIRST TASKS.
14   WALTER WAS NOT ARRANGED, IF I MAY SAY, VERY WELL.  THE
15   PROJECTS THAT I DO HAVE FILES AND SO ON AND SO ON.  SO I
16   CREATED FILING SYSTEM FOR PROJECTS WHERE WALTER CANADA IS AN
17   ISO 9000 COMPANY, AND I THOUGHT IT WAS VERY VERY IMPORTANT
18   FOR US TO DO.  SO I HAVE CREATED, NOW WE HAVE ONE, BUT AT
19   THAT TIME THERE WAS -- THE PRODUCT FILES WERE WITH THE
20   PRODUCT MANAGERS WHEN THEY WERE WORKING ON PROJECTS, BUT IT
21   WAS VERY DIFFICULT TO FIND MATERIALS AND INFORMATION BECAUSE
22   IT WAS VERY LARGE FILES, AND THEY WOULD LOSE STUFF AND SO ON
23   AND SO ON.  SO NOW WE HAVE A MUCH BETTER SYSTEM.
24   Q. NOW, WHEN YOU STARTED AT WALTER IN 2003, WHAT DID YOU
25   LEARN AT THAT POINT IN TIME ABOUT THE STATUS OF THE I GUESS

1   IT WOULD HAVE BEEN THE BR 100 UNIT AT THAT TIME?

2   A. THAT THE BR 100, THAT WE WERE HAVING PROBLEMS WITH THE BR

3   100, THAT ABOUT OVER ALL IN CANADA 300 UNITS WERE SOLD, AND

4   ABOUT 250 OF THESE WERE RETURNED BY THE CUSTOMERS BECAUSE AT

5   THAT TIME, IT WAS NOT SO MUCH THE MACHINE, THERE WAS A LOT

6   OF PROBLEMS WITH THE ONE PUMP THAT WAS RUNNING, ALWAYS

7   RUNNING 24-7.  THERE WERE MORE PROBLEMS WITH THE LIQUID

8   ITSELF.  WE ARE TRYING TO REPLACE THE SOLVENT.  SOLVENT ARE

9   VERY -- PROFESSOR DURKEE HAS SAID THAT THE SOLVENTS ARE NOT

10  VERY GOOD FOR HEALTH, FOR THE ECOLOGY AND SO ON, BUT THEY

11  CLEAN WELL AND THEY ARE CHEAP.  SO TO DISPLACE SOLVENT, THE

12  SOLVENTS IN THE INDUSTRY, IS NOT EASY.  AND THE LIQUID WAS

13  DEVELOPED, AS I SAID EARLIER.  THEY ARE STILL DEVELOPED NOW

14  IN GERMANY, AND IN GERMANY THEY WERE SELLING THESE MACHINES

15  MUCH MORE FOR QUALITY, YOU KNOW, CONTROL.  YOU KNOW THERE IS

16  A PART THAT COMES OUT OF THE LINE, YOU WANT TO CHECK THE

17  SIZE AND DIMENSION AND SO ON AND SO FORTH, IT IS OILY A

18  LITTLE BIT.  THEY USE TO CLEAN THAT WITH THE BIO-CIRCLE L

19  MACHINE.  AND FOR THAT, THAT WAS OKAY.

20           IN NORTH AMERICA USUALLY THERE IS MORE GREASES

21  BEING CLEANED, AND AT THAT TIME OUR BIO-CIRCLE L WAS NOT

22  VERY EFFECTIVE TO CLEAN GREASES.

23  Q. AT THE TIME THAT YOU TOOK THE JOB IN 2003 AT WALTER, WAS

24  THERE WORK BEING DONE BY CB CHEMIE ON THE FORMERLY -- ON THE

25  FLUID AT THAT TIME?

1    A. YES.

2    Q. WHAT WORK WAS BEING DONE?

3    A. THEY WERE TRYING TO IMPROVE, BASED ON COMMUNICATION WITH

4    US AT THAT TIME, WE WERE TELLING THEM THE PROBLEMS WE WERE

5    HAVING.  AND THE MORE THEY WERE SELLING, THE MORE THEY WERE

6    ENCOUTERING THE SAME KIND OF PROBLEMS IN EUROPE.  AND SO

7    THEY WERE DEVELOPING ALREADY AN IMPROVED BIO-CIRCLE L.

8    Q. AND WHAT WAS DONE TO ADDRESS THE PROBLEMS IN THE BR 100

9    UNITS, FOR EXAMPLE, THOSE THAT HAD BEEN RETURNED?  WHAT WAS

10   DONE TO ADDRESS THAT PROBLEM, OR THOSE PROBLEMS?

11   A. AT THAT TIME WE WERE DEVELOPING THE BR 200, CB CHEMIE WAS

12   DEVELOPING THE BR 200.  SO NOT MUCH -- I BELIEVE NOT MUCH

13   WAS DONE ON THE BR 100.  WE JUST STOP SELLING IT AT ONE

14   POINT.

15   Q. WERE YOU PERSONALLY INVOLVED IN THE, FOR EXAMPLE, THE

16   DESIGN OF THE BR 200?

17   A. NO, SIR.  CB CHEMIE, OUR COMPANY IN EUROPE, WAS IN CHARGE

18   OF THIS PROJECT.  SO I WENT TO MEETING, I SAW THE BR 200.

19   WE LOOKED AT IT, WE DISCUSS THINGS LIKE THAT, BUT WE HAD

20   HIRED A DESIGNER, GERMAN DESIGNER, TO, YOU KNOW, AT THAT

21   TIME, WAS SHOWING A FEW DESIGNS, AND I COULD HAVE SAID -- I

22   DID SAY, YOU KNOW, THIS ONE I LIKE BETTER THAN THIS ONE.

23   BUT THAT WAS ABOUT IT.

24   Q. WHO WAS IT THAT HIRED THE DESIGNER?  WAS IT WALTER OR CB

25   CHEMIE?

1    A. CB CHEMIE.

2    Q. NOW, WHEN YOU GOT STARTED IN 2003 AND WENT, FOR EXAMPLE,

3    AND LOOKED AT THE BR 200, DID YOU DO ANY SORT OF A PATENT

4    SEARCH AT THAT POINT IN TIME?

5    A. NO, I DID NOT.

6    Q. WHY NOT?

7    A. BECAUSE I WAS, WHEN I TOOK THE JOB, I WAS -- AND WHEN WE

8    WERE DISCUSSING THE BR 100, I EXPLAINED AT THAT TIME THAT

9    PEOPLE BEFORE ME HAD CHECKED AND FOUND THAT THERE WAS NO

10   INFRINGEMENT.

11   Q. IF YOU COULD, SIR, PLEASE TURN IN THE NOTEBOOK IN FRONT

12   OF YOU TO WHAT HAS BEEN PREVIOUSLY MARKED, AS I BELIEVE

13   ADMITTED, AS PLAINTIFF'S EXHIBIT 139.  THIS IS A MANUAL FOR

14   THE BR 100, IS IT NOT?

15   A. IT IS.

16   Q. WILL YOU PLEASE DESCRIBE HOW THE BR 100 UNIT WORKS?

17   A. FIRST OF ALL, YOU HAVE TO POUR THE BIO-CIRCLE L INTO THE

18   MACHINE.  THEN YOU HAVE TO PLUG THE MACHINE INTO THE WALL,

19   YOU TURN IT ON, AND THEN YOU BRING A PART, EITHER BY HAND OR

20   WITH A FORM LIFT OR WHATEVER TO THE SINK WITH THE BRUSH, THE

21   FLOW-THROUGH BRUSH, YOU CLEAN.  THEN THE HYDROCARBONS OR

22   WHATEVER YOU CLEAN WILL GO THROUGH THE TUB WHERE

23   BIOREMEDIATION WILL TAKE PLACE.  WAS THAT YOUR QUESTION?

24   Q. IN TERMS OF, IF WE LOOK AT THE TOP OF THE BR 100, THERE

25   IS A VALVE HERE AT THE TOP.

1    A. YES.

2    Q. WHAT DOES THAT DO?

3    A. PARDON ME?

4    Q. WHAT DOES THIS DO?

5    A. THE CUSTOMER -- FIRST OF ALL, THE CUSTOMER, IT OPENS --

6    THERE IS A BYPASS.  THAT CLOSES THE BYPASS.  THE LIQUID WILL

7    COME TO THE VALVE AND THEN THE CUSTOMER CAN CHOOSE TO EITHER

8    HAVE BOTH THE FAUCET, IF I MAY SAY, OR THE BRUSH TO RUN AT

9    THE SAME TIME, OR TO HAVE ONLY THE BRUSH OR THE FAUCET.

10   Q. AND THE BRUSH APPEARS TO BE FAIRLY HEAVY, FULL OF

11   BRISTLES?

12   A. THERE IS A FLOW-THROUGH BRUSH WITH LIQUID COMING THROUGH

13   THE MIDDLE, AND IT'S A PRETTY BIG BRUSH.  ACTUALLY WE ALSO

14   USUALLY OFFER A SET OF SMALLER BRUSHES THAT THE CUSTOMER CAN

15   USE.  BECAUSE TO GO IN, WHEN YOU WANT TO GO CLEAN INTRICATE

16   PARTS, THAT IS NOT THE BEST.

17   Q. AND ONCE YOU FINISH USING THE FLOW-THROUGH BRUSH, WILL

18   FLUID CONTINUE TO DRIP FROM IT?

19          MR. CAPP:  EXCUSE ME, YOUR HONOR, I WOULD LIKE TO

20   INTERPOSE AN OBJECTION RIGHT NOW, PARTICULARLY IN LIGHT OF

21   HOW FAR WE ARE BEHIND IN THE TRIAL.  THIS LINE OF

22   QUESTIONING IS TOTALLY IRRELEVANT.  IT IS NOT DIRECTED TO

23   WHETHER OR NOT THE CLAIMS OF THE PATENT READ ON THE ACCUSED

24   INFRINGING DEVICE.  IF THEY WANTED TO ADD SOME FUZZY DICE OR

25   SOME DINGLE BALLS TO IT OR SOME LIGHTS AND BELLS AND

1    WHISTLES, I MEAN, FINE.  BUT THAT DOESN'T AFFECT WHAT THE

2    CASE IS ABOUT.

3           THE COURT:  MR. SCHAETZEL?

4           MR. SCHAETZEL:  YOUR HONOR, HOW THE MACHINE

5    OPERATES AND HOW IT IS USED IS AT THE HEART OF THE METHOD

6    CLAIM INFRINGEMENT STEPS OF WHICH WE ARE ACCUSED, AND THIS

7    IS AN ACCUSED PRODUCT, AND ENSURING THAT THE RECORD IS

8    COMPLETE AND THE COURT IS AWARE OF HOW IT OPERATES IS, TO

9    US, QUITE IMPORTANT.  WE WILL CONTINUE TO MOVE THINGS ALONG

10   AS QUICKLY AS WE CAN.  IN FACT, WE THINK WE CAN FINISH WITH

11   MR. VANDEMEULEBROOCKE TODAY IN SHORT ORDER, BUT WE WOULD

12   LIKE TO GET THE RECORD COMPLETE ON THAT ISSUE.

13          THE COURT:  ALL RIGHT.  OVERRULED.  YOU MAY

14   CONTINUE.

15   BY MR. SCHAETZEL:

16   Q. DOES FLUID DRIP FROM THE BRUSH AFTER YOU ARE FINISHED

17   WITH IT, MR. VANDEMEULEBROOCKE?

18   A. A LITTLE BIT.  NOT TOO MUCH, THOUGH.

19   Q. THE BR 100 HAS AN AERATION SYSTEM; CORRECT?

20   A. YES.

21   Q. AND THE AERATION SYSTEM OPERATES BY DIRECTING FLUID

22   THROUGH A HOSE AT THE INTERIOR SO THAT FLUID WILL FALL FROM

23   THE HOSE INTO THE TANK; ISN'T THAT CORRECT?

24   A. YES.  THAT'S IT.

25   Q. HOW DO YOU DELIVER FLUID TO THE AERATION SYSTEM?

1    A. WITH THE SAME PUMP.  THE PUMP WILL PUSH THE LIQUID INTO

2    THE SYSTEM.  AND WHEN THE CUSTOMER IS NOT USING THE MACHINE,

3    WHEN THE VALVE IS CLOSED, THERE IS BYPASS, AND THE FLUID

4    WILL BE REDIRECTED TO THIS HOSE WE ARE TALKING ABOUT THAT

5    HAS HOLES IN IT, AND WILL JUST DRIP BACK INTO THE TANK.

6    Q. AND MY QUESTION IS, WHAT DOES THE OPERATOR HAVE TO DO IN

7    ORDER TO CAUSE THE FLUID TO GO FROM THE PUMP THROUGH THE

8    BYPASS?

9    A. JUST TO EITHER OPEN OR CLOSE THE VALVE.

10   Q. SO IF THE VALVE IS CLOSED, THEN THE FLUID WOULD BE

11   DIRECTED TO THE BYPASS; IS THAT CORRECT?

12   A. YES, SIR.

13   Q. DID THE BR 100 INCLUDE A HEATER?

14   A. YES.

15   Q. AND HOW DID THE HEATER -- WHAT DID THE HEATER LOOK LIKE?

16   A. IT WAS AN IMMERSED COIL LIKE IN THE SHAPE OF A SPRING AT

17   THE END, TWO LONG, IT IS A ROD, TWO LONG RODS AND A

18   SPRING-LIKE SHAPE IN BETWEEN.

19   Q. AND DID YOU SAY IT WAS AN IMMERSED HEATER?

20   A. IT WAS.  YES.

21   Q. HOW ARE THE MICROORGANISMS INTRODUCED TO THE BR 100?

22   A. JUST AS NOW, BY -- YOU JUST POUR THE BIO-CIRCLE L INTO

23   THE MACHINE, AND THE MICROBES ARE INCORPORATED IN THE LIQUID

24   ALREADY.

25   Q. WAS THERE ANY SORT OF A FILTER THAT HAD MICROORGANISMS ON

699

1    IT ON THE BR 100?

2    A. NO.

3    Q. APPROXIMATELY WHEN WAS THE BR 100 FIRST AVAILABLE IN THE

4    UNITED STATES?  BY WAY OF REFRESHING YOUR RECOLLECTION,

5    COULD IT HAVE BEEN AROUND NOVEMBER OF 1992?

6    A. I WAS ABOUT TO SAY 2002, THE FALL.

7    Q. SORRY, 1992 MUST BE THE WRONG DATE.

8    A. 2002.

9    Q. THANK YOU, I MISSPOKE.  THANK YOU.  TURN IN YOUR NOTEBOOK

10   TO WHAT IS DEFENDANT'S EXHIBIT 672.

11   A. OKAY.

12   Q. WHAT IS THIS DOCUMENT?

13   A. THAT IS THE OWNER'S MANUAL FOR THE BIO-CIRCLE BR 200.

14   Q. DO YOU RECALL WHEN THE BIO-CIRCLE 200 WAS FIRST MADE

15   AVAILABLE IN THE UNITED STATES?

16   A. 2004.

17   Q. AND DID THE BIO-CIRCLE 200 COME -- BIO-CIRCLE, THE BR 400

18   COME ASSEMBLED, IF I WAS A CUSTOMER AND I BOUGHT IT?

19   A. THE BR 200?

20   Q. THE BR 200.  YES.

21   A. YES, IT DID COME ASSEMBLED.

22   Q. WAS ANY PART OF IT REMOVEABLE?

23   A. THAT DEPENDS ON WHAT YOU CALL REMOVEABLE.  YOU COULD

24   DISMANTLE THE HOSE FOR THE FLOW-THROUGH BRUSH, AS AN

25   EXAMPLE.  BUT THEY CAME AS YOU SEE IT THERE, COMPLETE.

1    Q. WAS THE UNIT SOLD WITH BIO-CIRCLE FLUID IN THE UNIT?

2    A. NO.  USUALLY THESE MACHINES, THE BR 200, WE WOULD SHIP

3    THE BR 200 TO A DISTRIBUTOR WITH THE LIQUID OR SHIP THE

4    BR -- IF THE DISTRIBUTOR WOULD LIKE US TO -- WOULD HAVE

5    LIKED US TO SHIP IT TO AN END USER CUSTOMER, THEN WE WOULD

6    SHIP IT TO THE END USER BUT WITH THE BIO-CIRCLE L ON THE

7    SIDE, NOT ALREADY -- NOT WITH THE MACHINE FULL.

8    Q. IS THE BR 200 ABLE TO HANDLE, IF YOU WILL, DIFFERENT

9    TYPES OF PARTS THAN THE BR 100?

10   A. YEAH.  WE SAID 200 POUNDS, OR ACTUALLY WAS MORE 200 KILOS

11   AT THAT TIME.  MUCH STURDIER.  CUSTOMERS ACTUALLY WOULD TAKE

12   A FORKLIFT OR EVEN A HOIST AND JUST BRING A BIG PART TO THE

13   MACHINE SOMETIMES.

14   Q. IN TERMS OF ITS OPERATION, WHAT WERE THE DIFFERENCES

15   BETWEEN THE BR 100 AND THE BR 200?

16   A. THERE IS AN AIR PUMP SO YOU DON'T HAVE THIS BYPASS AND

17   THE HOSE AND THIS SYSTEM ANYMORE, AND THERE IS AN AIR

18   BUBBLER INSIDE, THE HEATER LOOKS DIFFERENT.  IT'S A REGULAR

19   STYLE OF HEATER THAT WE KNOW ADDRESS TWO LONG SHAPES.  IT'S

20   -- ALL OF THE CONTROLS ARE IN FRONT, VERY EASY TO READ,

21   WITH -- AS MR. CAPP SAID, THERE IS MORE BELLS AND WHISTLES.

22   Q. IS THE BR 200 STILL AVAILABLE IN THE UNITED STATES TODAY?

23   A. NO.

24   Q. TAKE A LOOK AT WHAT HAS BEEN PLACED IN YOUR BOOK AND

25   MARKED AS EXHIBIT 143, PLAINTIFF'S EXHIBIT 143.

1    A. OKAY.

2    Q. WHAT IS THIS DOCUMENT?

3    A. THAT'S AN E-MAIL THAT WAS SENT TO MY BOSS MR. PIERRE

4    SUMMERS.

5    Q. WHAT WAS THE CAUSE FOR YOU SENDING THIS E-MAIL TO YOUR

6    BOSS?

7    A. THERE WAS A COMPANY CALLED PRO GEAR IN WESTERN CANADA IN

8    CALGARY, IF I AM NOT MISTAKEN, THAT WAS TRYING TO EITHER

9    SELL OR REPLACE ONE OF OUR MACHINES WITH A PRO GEAR MACHINE.

10   AND WE DID A BIT OF RESEARCH ON IT, AND I WAS -- I SEND TO

11   PIERRE THE INFORMATION AVAILABLE AT THAT TIME, THAT I HAD

12   AVAILABLE.

13   Q. AND WAS THIS THE INFORMATION THAT WAS AVAILABLE TO YOU AT

14   THAT TIME?

15   A. YES.

16   Q. IN YOUR E-MAIL YOU MENTIONED THAT AS YOU HAVE A CHEMFREE

17   MACHINE WITH THE PRO-CLEAN, WE COULD BUILD A COMPETITIVE

18   MACHINE MUSEUM.  AND YOU HAVE ALREADY EXPLAINED TO THE COURT

19   HOW YOU DON'T ACTUALLYLY HAVE A MUSEUM, BUT A LAB.  MY

20   QUESTION IS MORE IN REFERENCE TO THE PRO-CLEAN MACHINE AND

21   THE CHEMFREE MACHINE.  DO YOU RECALL WHAT CHEMFREE MACHINE

22   YOU HAD AT THAT TIME?

23   A. I DON'T RECALL THE NUMBER, BUT IT LOOK LIKE THE BLACK

24   MACHINE THERE.  IT WAS A VERY SIMPLE MACHINE.  I KNOW THAT

25   CHEMFREE SELLS NOW APPARENTLY A LOT OF MACHINES, BUT AT THAT

1    TIME WE HAD A HARD TIME TO GET ONE.  WE WENT TO NAPA, THE

2    DISTRIBUTOR IN CANADA FOR CHEMFREE.  MOST OF THE NAPA

3    BRANCHES DID NOT HAVE ONE IN STOCK, SO WE FINALLY GOT THIS

4    MACHINE FROM A DISTRIBUTOR, WALTER DISTRIBUTOR, THAT WAS A

5    UAP MERCHANT UP NORTH QUEBEC SOMEWHERE.  AND WE WANTED TO

6    HAVE THE MORE SOPHISTICATED MACHINE, BUT THAT WAS THE ONLY

7    ONE THEY COULD GET.  IT WAS VERY SIMPLE MACHINE.

8    Q. WHAT WAS THE PURPOSE FOR ACQUIRING THE CHEMFREE MACHINE?

9    A. CHEMFREE, TO US, IS A COMPETITOR.  THEY SELL MACHINES.

10   WE SELL -- THEY SELL PARTS WASHERS.  WE SELL PARTS WASHERS.

11   AND WE WANTED TO LEARN MORE TO HELP OURSELVES AS FAR AS BY

12   LOOKING AT THE MACHINE, SEEING HOW WELL IT WOULD CLEAN, AND

13   THE DIFFERENT FEATURES, AND BENEFITS OF THE MACHINE, TO BE

14   ABLE TO WRITE A REPORT THAT WAS A TRAINING REPORT FOR OUR

15   SALES REPS IN CANADA.

16   Q. DO YOU RECALL IF THE CHEMFREE MACHINE WAS PURCHASED

17   BEFORE OR AFTER THE BR 200 UNIT WAS FIRST INTRODUCED?

18   A. WAS AFTER, I BELIEVE.

19   Q. AND WHAT DID YOU DO WITH THE PRO-CLEAN MACHINE MENTIONED

20   IN THIS E-MAIL?

21   A. WE NEVER HAD -- I DON'T REMEMBER.  I THINK WE LOOKED AT

22   IT, WE DIDN'T DO MUCH WITH IT.  WE JUST PUT IT ASIDE.

23   Q. OKAY.  AFTER THE BR 200 MACHINE, THE NEXT MACHINE WAS THE

24   IO 400; IS THAT CORRECT?

25   A. YES.

1    Q. WHAT WAS DONE TO CONSTRUCT THE IO 400 MACHINE?

2    A. WE TOOK -- WE'VE MADE ALL OF THE CONTROL -- THE CONTROLS

3    BECAME REMOVEABLE, SO WE'VE CREATED A REMOVABLE CONTROL UNIT

4    THAT USED TO HANG ON THE SIDE OF THE MACHINE.  THAT WAS THE

5    MAJOR DIFFERENCE.  THE REST WAS ALMOST THE SAME, THE SAME

6    MACHINE, DIFFERENT COLOR.  WE ADDED THE FILTER ON THE SIDE.

7    BUT OUTSIDE OF THAT, WE WENT AWAY WITH THE ELECTRONICS IN

8    FRONT OF THE MACHINE, PLACED IT IN A METAL BOX THAT HUNG ON

9    THE SIDE, AND ALL OF THE ELECTRICAL COMPONENTS WERE

10   CONNECTED IN THIS CONTROL UNIT.

11   Q. AND YOU MENTIONED THAT CB CHEMIE WAS WORKING ON ENHANCED

12   FLUID.  WAS THAT ENHANCED FLUID OFFERED WITH EITHER THE BR

13   200 OR THE IO 400?

14   A. IT CAME IN THE FIRST TIME ACTUALLY BECAUSE THE FIRST TIME

15   WAS A BETTER LIQUID THAT WOULD CLEAN MORE CONTAMINANTS.  AND

16   THIS LIQUID WOULD WORK AT 37 DEGREES C.  AND AFTER THAT THEY

17   IMPROVED IT AGAIN WITH AN EVEN BETTER HIGHER PERFORMANCE

18   LIQUID WORKING AT 41 DEGREE C.

19   Q. WHY THE CHANGE IN TEMPERATURE?

20   A. THE MORE TEMPERATURE, THE BETTER REMOVAL.

21   Q. THE BETTER WHAT?

22   A. REMOVAL OR CLEANING OF THE CONTAMINANTS.

23   Q. CLEANING FROM THE PART, OR THE BIOREMEDIATION, OR BOTH?

24   A. FROM THE PARTS.

25   Q. DID YOU COME TO LEARN WHAT CB CHEMIE BELIEVED TO BE

1    INNOVATIVE ABOUT ITS FLUID?

2    A. IN WHICH WAY, SIR?  I'M SORRY.

3    Q. IN TERMS OF -- WAS THERE SOMETHING THAT CB CHEMIE THOUGHT

4    WAS NOVEL ABOUT THEIR FLUID OR SUPER ABOUT THEIR FLUID?

5    A. THE FLUID IS THE HEART OF OUR SYSTEM.  IT'S A VERY VERY

6    LONG PROCESS.  I HAD THE CHANCE TO VISIT THE UNIVERSITY

7    WHERE CB CHEMIE OWNS A BIOREACTOR.  THAT IS LOCATED IN THE

8    CITY OF BIELEFELD IN GERMANY, THE UNIVERSITY OF BIELEFELD.

9    WE HAVE AN ASSOCIATION WITH THE COMPANY, THE UNIVERSITY.  WE

10   HAVE PROFESSORS WORKING FOR US TRYING ALWAYS TO IMPROVE THE

11   LIQUID.  IT'S A VERY VERY COMPLEX AND LONG PROCESS.

12            YOU HAVE NEW MICROBES SOMETIMES.  SOMETIMES YOU

13   HAVE THE SAME MICROBES.  BUT THEY WILL, IF I MAY SAY,

14   EXPLAIN IT SIMPLY, THEY WILL TEACH THE MICROBES TO BEHAVE

15   DIFFERENTLY.  IT IS A VERY PRECISE PROCESS AS WELL.  IT IS

16   VERY DIFFICULT TO HAVE -- THERE IS OTHER -- I THINK MR. CAPP

17   SHOWED ME EARLIER THIS WEEK, IT IS CALLED INTEGRA, THEY DO A

18   LIQUID SIMILAR TO OURS, SO THAT MEANS THAT THE MICROBES ARE

19   IN THE LIQUID.  BUT THAT IS NOT ALL.  IT'S -- YOU NEED, IF

20   YOU WANT A VERY VERY GOOD CLEANING PERFORMANCE, YOU NEED TO

21   HAVE -- WE TALK ABOUT SURFACTANTS TODAY.  I HEARD ABOUT

22   SURFACTANTS.  YOU NEED VERY POWERFUL SURFACTANTS, VERY

23   POWERFUL SURFACTANTS DON'T ALWAYS CO-HABIT NICELY WITH THE

24   MICROBES.  SOMETIMES, YOU KNOW, THEY DON'T GO TOGETHER WELL.

25   SO YOU HAVE TO HAVE THE MICROBES THAT WILL RESIST THE VERY

1    AGGRESSIVE SURFACTANTS, YOU NEED MICROBES THAT WILL SURVIVE

2    MORE THAN ONE YEAR ON THE SHELF WHEN THERE IS NO OXYGEN, THE

3    BUCKET IS CLOSED.  TO BE ABLE TO DO THIS, THAT MEANS AFTER

4    ONE YEAR THE CUSTOMER WILL JUST OPEN THE BUCKET, POUR THE

5    LIQUID INTO THE MACHINE, AND IT IS GOING TO WORK.  TO

6    PREVENT -- IN CANADA OR IN THE NORTH OF THE U.S., IT IS VERY

7    COLD.  AT THE BEGINNING WE COULD NOT -- THIS LIQUID,

8    BIO-CIRCLE L, COULD NOT FREEZE, AND THAT MEANT WE NEEDED TO

9    SHIP FROM MONTREAL TO VANCOUVER IN SEPTEMBER OR OCTOBER VANS

10   OF LIQUID BECAUSE THE LIQUID COULD NOT FREEZE.  NOW WITH THE

11   NEW MICROBES, BETTER TRAINED, IF I MAY SAY, THE LIQUID CAN

12   BE FROZEN UP TO I THINK IT'S 72 HOURS.  SO ABOUT THE TIME

13   THE VAN TAKES TO GET TO VANCOUVER FROM MONTREAL.  THERE IS A

14   LOT OF INNOVATION, AS I SAID TO MR. CAPP THIS WEEK, IT'S NOT

15   IN THE MACHINES.  THE INNOVATION IS IN THE LIQUID.  AND OUR

16   LIQUID IS THE VERY BEST ON THE MARKET.  IT CLEANS FASTER, IT

17   CLEANS BETTER, AND THE BIOREMEDIATION IS VERY VERY

18   EFFECTIVE.

19   Q. IF YOU WOULD, SIR, PLEASE TAKE A LOOK AT WHAT IS MARKED

20   AS EXHIBIT 674 IN YOUR BOOK.

21   A. YES, SIR.

22   Q. IS THIS A COPY OF THE MANUAL FOR THE IO 400?

23   A. YES.

24   Q. AFTER THE IO 400 CAME THE IO 200; CORRECT?

25   A. YES.

1    Q. OKAY.  WHAT WAS THE DEVELOPMENT PROCESS FOR THE IO 200?

2    A. FOR THE IO 200 WE WANTED A SMALLER FOOTPRINT MACHINE.

3    THE BR 100 WAS NICE FOR THAT.  IT'S THIS VERY SMALL

4    FOOTPRINT.  AS YOU CAN SEE, THE IO 400 IS MUCH LARGER AND

5    SOME CUSTOMERS, YOU KNOW, DON'T HAVE -- IN SOME SHOPS THEY

6    HAVE LIMITED SPACE, AND WE WANTED A SMALLER SIZE MACHINE.

7    THAT WAS THE IDEA.  AND WE WANTED ALSO TO PRODUCE IT IN

8    NORTH AMERICA, NOT IN GERMANY, TO SAVE ON THE TRANSPORTATION

9    COSTS.

10           AT THE SAME TIME, THERE WAS THIS LAWSUIT ONGOING,

11   AND WE'VE TRIED OUR VERY BEST TO, HOW COULD I SAY, WORK

12   DESIGN AROUND, IF I MAY SAY THIS.  I DON'T KNOW IF THIS IS

13   ACCEPTABLE OR NOT.  BUT TO TRY NOT TO DO THINGS -- TO DO

14   THINGS DIFFERENTLY VERY MUCH.

15   Q. IF YOU WOULD, SIR, IF YOU WILL TAKE A LOOK AT WHAT HAS

16   BEEN MARKED AS EXHIBIT 661 FOR IDENTIFICATION.  IS THIS A

17   COPY OF THE IO 200 MANUAL?

18   A. I AM NOT THERE YET -- YES.  IT IS.

19   Q. IS THIS A COPY OF THE MANUAL, SIR?

20   A. YES.

21   Q. WOULD YOU PLEASE LOOK AT WHAT IS AT EXHIBIT 662 FOR

22   IDENTIFICATION.  WHAT IS THIS DOCUMENT?

23   A. THIS IS THE ASSEMBLY INSTRUCTIONS SHEET OR MANUAL.

24           MR. SCHAETZEL:  I AM NOT CERTAIN IF THERE ARE

25   COPIES OF THE -- I THINK THERE ARE COPIES OF THE MANUAL IN

1    THE RECORD.  I DON'T KNOW ABOUT ITEM 662, SO I WOULD MOVE

2    ADMISSION OF DEFENDANT'S EXHIBIT 662.

3           MR. CAPP:  NO OBJECTION.

4           THE COURT: ADMITTED.

5    BY MR. SCHAETZEL:

6    Q. IF YOU WOULD, MR. VANDEMEULEBROOCKE, WOULD YOU PLEASE

7    LOOK AT THE SECOND OF THE FOUR PAGES IN EXHIBIT 662.

8    A. YES.

9    Q. DO YOU SEE THAT?

10   A. UH-HUH (AFFIRMATIVE).

11   Q. IN THE BOTTOM THERE ARE THREE PICTURES OF THE DRAIN.  DO

12   YOU SEE THOSE THREE PICTURES?

13   A. YES.

14          THE COURT: BEFORE WE GO INTO THOSE, LET'S TAKE A

15   SHORT RECESS.  WE WILL TAKE ABOUT TEN MINUTES, AND THEN WE

16   WILL GO ON UNTIL 5:30 OR PERHAPS A LITTLE LATER.  WE WILL

17   RESUME AT 4:40.

18          (BREAK FROM 4:33 UNTIL 4:40 P.M.)

19   BY MR. SCHAETZEL:

20   Q. MR. VANDEMEULEBROOCKE, CAN YOU EXPLAIN WHAT WE SEE IN

21   THIS PICTURE TO THE FAR LEFT?

22   A. YES.  FOR SURE.  YOU HAVE THE MAGNET, THE BOTTOM OF THE

23   DRAIN THAT CATCHES METALLIC SHAVINGS, THESE KIND OF THINGS,

24   YOU HAVE THE MESH BASKET, AND THEN --

25   Q. THAT IS IN THE SECOND PHOTOGRAPH; IS THAT CORRECT?

1  A. YES.  I'M SORRY.  YES.  AND THE THIRD PICTURE YOU'VE GOT

2  THE PICTURE OF THE STRAINER, METAL STRAINER.

3  Q. AND WHAT IS IN THE BOTTOM OF THIS ASSEMBLY THAT YOU LOOK

4  AT?

5  A. A FLAP TO PREVENT EVAPORATION.

6  Q. CAN YOU SEE THE FLAP FROM WHERE YOU ARE, SIR?

7  A. YES, SIR.

8  Q. CAN YOU DESCRIBE IT?

9  A. IT IS A VERY SIMPLE SYSTEM.  WHEN THE LIQUID COMES

10  THROUGH THE DRAIN, THE FLAP OPENS, AND WHEN THERE IS NO

11  PRESSURE CREATED BY THE LIQUID FALLING, THE FLAP CLOSES.

12  Q. OTHER THAN THE FLAP THAT YOU JUST DESCRIBED, ARE THERE

13  ANY OTHER DIFFERENCES BETWEEN THE IO 200 AND THE IO 400?

14  A. YES.  FOR SURE.  THE HEATER IS DIFFERENT.  WE HAVE AN

15  INLINE HEATER THAT IS LOCATED, NOT INSIDE THE TUB, BUT

16  TOTALLY OUTSIDE.  ACTUALLY IT IS PART OF THE REMOVEABLE

17  CONTROL UNIT, SO IT'S NOT PART OF THE "BASING" AS IN THE

18  OTHER MACHINES.

19  Q. IS THIS THE REMOVAL CONTROL UNIT ON THE SIDE?

20  A. YES, SIR.

21  Q. AND IS THE INLINE HEATER DISASSEMBLY HERE?

22  A. YES, I CAN SEE IT FROM HERE.

23  Q. WHAT OTHER DIFFERENCES ARE THERE?

24  A. IT IS A MUCH SIMPLER MACHINE.  THERE IS ONE SMALL

25  ELECTRONIC BOARD TO CONTROL THE HEATER, WHICH IS LOCATED ON

1    TOP OF THE HEATER.  THERE IS AN AIR BUBBLER AS WELL.  THERE

2    IS TWO AIR DIFFUSERS INSIDE, ONE AT EACH END.  THERE IS --

3    THAT'S ABOUT IT.  THE BIG DIFFERENCE IS, THERE IS NO -- WE

4    DON'T USE A SPONGE TO PREVENT EVAPORATION.  THE HEATER IS

5    OUTSIDE.  IT IS MORE MECHANICAL MACHINE, MUCH MORE RELIABLE

6    MACHINE.

7    Q. IS THERE ANY DIFFERENCE IN TEMPERATURE OF THE OPERATING

8    FLUID BETWEEN THE 400 AND THE 200?

9    A. THE TEMPERATURE OF THE FLUID?

10   Q. YES.

11   A. THEY BOTH WORK AT 41 DEGREE C.

12   Q. IS EITHER OF THEM AN ADJUSTABLE TEMPERATURE MACHINE?

13   A. NO.  SET AT THE FACTORY.

14   Q. HOW DOES THE PRESSURE SWITCH IN THE IO 200 WORK?

15   A. THE PRESSURE SWITCH IS LOCATED -- I CALL THAT THE HEATING

16   LINE, IF YOU WANT.  THE LINE THAT BRINGS LIQUID TO THE

17   HEATER, AND THE LINE THAT BRINGS THE LIQUID BACK TO THE TUB.

18   OKAY.  AND SO IF, FOR WHATEVER REASON, THERE IS NO PRESSURE,

19   THERE IS NOTHING OF PRESSURE ENTERING THE HEATER, THEN THE

20   SWITCH WILL CUT THE POWER TO THE HEATER.  SO IT COULD BE

21   SOMETHING THAT CLOGS THE LINE.  SOMETIMES WE SELL THESE

22   MACHINES TO VERY MANUAL CUSTOMERS, AND THEY TURN IT AROUND

23   AND THEY CHANGE STUFF AND SO ON AND SO ON.  IF BY ANY CHANCE

24   THEY WOULD THINK THEY CAN ADD MORE PRESSURE BY USING A

25   LARGER HOSE, BY EXAMPLE, IN THIS LINE TO THE HEATER, THEN

1    YOU DON'T HAVE ENOUGH PRESSURE, SO THE HEATER WON'T TURN ON,

2    AS AN EXAMPLE.  OR WHEN THE LIQUID IS VERY LOW, THEN

3    OBVIOUSLY THERE IS NOT ENOUGH PRESSURE TO THE HEATER, AND

4    THE HEATER WILL TURN OFF AS WELL.

5    Q. DO YOU MEAN WHEN THE LIQUID IS VERY LOW, THERE MAY NOT BE

6    ENOUGH PRESSURE TO THE PUMP FOR THE HEATER?

7    A. THE PUMP CANNOT CREATE ENOUGH PRESSURE, CANNOT SEND

8    ENOUGH LIQUID TO CREATE THE PRESSURE AND RELIEVE THE

9    PRESSURE SWITCH.

10   Q. IF YOU WOULD, PLEASE?

11   A. IF I MAY SAY, SIR, THE INLINE HEATER ALSO, SURE WE LIKE

12   THE INLINE HEATER BECAUSE IT IS, FOR US, IT IS OUTSIDE THE

13   MACHINE, BUT WE LIKE THE INLINE HEATER AS WELL BECAUSE THE

14   WAY ON THE RETURN PATH, IF YOU WANT, FROM THE HEATER BACK TO

15   THE BASIN, WE SHOOT FROM VERY VERY HIGH.  WHEN YOU HAVE A

16   COIL HEATER, YOU HAVE A BUBBLER, THAT IS GOOD, THERE IS

17   OXYGEN, AND THAT HELPS A LOT.

18        IN THE 200 WHAT WE DID, WE LOCATED THE RETURN VERY

19   HIGH SO THE HEATER RUNS, HEATS, IF YOU WANT, THERE IS

20   CIRCULATION, AND THE LIQUID DROPS BY ABOUT I WOULD SAY SIX

21   INCHES BACK INTO THE SOLUTION, SO THERE IS A BIG AGITATION

22   OF THE LIQUID.  WE BREAK THE OIL FILM, IF THERE IS ANY, ON

23   THE SURFACE, AND WE BRING EVEN MORE OXYGEN TO THE MIX LIKE

24   THIS.  SO THAT HELPS OUR MICROBES TO BE MUCH MORE ACTIVE.

25   Q. IF YOU WOULD, PLEASE, TURN IN YOUR NOTEBOOK TO WHAT HAS

1    BEEN MARKED AS PLAINTIFF'S EXHIBIT 116.

2    A. OKAY.

3    Q. WHAT IS THIS DOCUMENT?

4    A. AN INTERNAL DOCUMENT WHEN WE WERE DEVELOPING THE 200,

5    SHOWING THE MAIN DIFFERENCES IN TERMS OF SIZE, FEATURES,

6    BETWEEN THE 400 AND THE 200.

7            MR. SCHAETZEL:  MOVE ADMISSION OF THIS DOCUMENT,

8    YOUR HONOR.

9            MR. CAPP:  WHAT IS THE RELEVANCY?  CAN HE POINT TO

10   ONE THING ON THAT DOCUMENT THAT SUPPORTS HIS CASE FOR

11   NONINFRINGEMENT?

12           THE COURT: I AM GOING TO ADMIT THE DOCUMENT, AND I

13   WILL KEEP THAT IN MIND.  GO AHEAD, MR. SCHAETZEL.

14   BY MR. SCHAETZEL:

15   Q. WHEN DID THE IO 400 BECOME AVAILABLE IN THE UNITED

16   STATES?

17   A. 2005.

18   Q. AND WHEN DID THE IO 200 BECOME AVAILABLE IN THE UNITED

19   STATES?

20   A. FALL OF 2006.

21   Q. HOW DOES THE HEATER IN THE IO 400 HEAT THE FLUID IN THE

22   TANK?

23   A. IT IS A STANDARD COIL IN THE LIQUID SUBMERSED, AND THERE

24   IS A CURRENT.  IT IS A RESISTANCE, SO YOU APPLY A CURRENT.

25   BECAUSE IT'S A RESISTANCE, IT HEATS, AND JUST HEAT THE

1   LIQUID FROM WITHIN.

2   Q. AND HOW DOES THE INLINE HEATER HEAT FLUID?

3   A. THE PUMP WILL SEND -- THE HEATER PUMP WILL SEND A LIQUID

4   THROUGH THE HEATER LINE TO THE HEATER.  THE HEATER, THERE IS

5   A SMALL COIL IN THE TUBE OF THE HEATER, AND THE COIL, THIS

6   COIL IS MUCH -- IT HEATS A LOT MORE, YOU KNOW.  YOU LOOK AT

7   THE NUMBER OF INCHES THAT HEAT CREATED, THERE IS A LOT MORE

8   HEAT BECAUSE IT HAS TO HEAT QUICK AND A LOT, BECAUSE THERE

9   IS ONLY A LITTLE BIT OF LIQUID FOR A VERY SHORT PERIOD GOING

10  THROUGH, BUT FOR A LONG PERIOD OF TIME.  YOU KNOW, THERE IS

11  A CIRCLE.  BUT IT GOES FAST, SO IT HAS TO REALLY HEAT A

12  MAXIMUM WHEN THE LIQUID GOES THROUGH.

13  Q. AND YOU'VE DESCRIBED HOW THE HEATER IN THE IO 200, AS A

14  RESULT OF THE PRESSURE SWITCH OF THAT PUMP, CAN BE DISABLED.

15  CAN YOU EXPLAIN HOW THE HEATER IN THE IO 400 IS DISABLED?

16  A. BY THE FLOAT SWITCH.

17  Q. AND HOW DOES THE FLOAT SWITCH WORK?

18  A. IT'S A DOUGHNUT TYPE, SO THERE IS A ROD COMING DOWN WITH

19  A DOUGHNUT WITH A MAGNET INSIDE.  AND WHEN THIS DOUGHNUT, IF

20  I MAY SAY, GOES DOWN WITH THE LIQUID AT ONE POINT, IT WILL

21  STOP THE CURRENT TO THE HEATER.

22  Q. IS THERE A TIMER ON THE IO 200?

23  A. YES.  FOR THE PUMP.

24  Q. WHAT IS THE PURPOSE OF THAT TIMER?

25  A. TO CONTROL EVAPORATION.  BECAUSE THE CUSTOMERS, THEY WILL

1    CLEAN A PART, IT IS A BIG PART, THEY GO BACK WITH THE PART,

2    THEY FORGET TO TURN OFF THE PUMP.  SO AFTER 30 MINUTES THE

3    PUMP WILL STOP BY ITSELF.

4    Q. WERE YOU A PART OF THE TEAM THAT DESIGNED THE IO 400 AND

5    THE IO 200?

6    A. YES, SIR.

7    Q. IN DOING THAT DESIGN WORK, DID WALTER COPY FROM ANY OTHER

8    PARTS WASHER?

9    A. NO.

10   Q. DID YOU WORK WITH CB CHEMIE IN THE DESIGN WORK ON THE IO

11   200 AND THE IO 400?

12   A. YES.

13   Q. WHAT WAS CB CHEMIE'S ROLL?

14   A. AT THAT TIME WE TOOK THE LEAD, ESPECIALLY ON THE CONTROL.

15   THE ONLY THING WE DID ON THE IO 400 IS THE NEW CONTROL UNIT.

16   WE DIDN'T CHANGE THE MACHINE.  WE ADDED A FILTER ON THE

17   SIDE.  THAT IS ABOUT IT.  IT IS THE SAME MACHINE IN A

18   DIFFERENT COLOR AS THE BR 200.  IO 200 WAS BRAND NEW

19   MACHINES WITH A NEW CONTROL UNIT, NEW FUNCTIONS.  AND WE DID

20   THAT FOR MONTREAL WITH THE INPUT FROM OUR GERMAN FRIENDS.

21   Q. WHAT IS THE DIFFERENCE, MR. VANDEMEULEBROOCKE, BETWEEN

22   THE SINK OF THE IO 200 AND THE IO 400, OTHER THAN ONE IS

23   JUST BIGGER THAN THE OTHER?

24   A. THERE IS TWO WHAT WE CALL BRUSH HOLDERS ON THE SIDE.  NOT

25   ON THE SIDE, IN THE FAR END, IF YOU WANT.  IN THE BACK OF

1   THE MACHINE.  I HAVE TO SAY WE DESIGN THESE TO BE BRUSH

2   HOLDERS.  BUT THE CUSTOMERS, THE LARGE -- THEY CLEAN BIG --

3   BIGGER PARTS IN THESE MACHINES SOMETIMES.  AND ALSO THEY

4   WILL CLEAN -- WHAT OUR CUSTOMERS WILL DO, THEY WILL CLEAN --

5   THEY WILL PUT SMALL PARTS INTO THESE TINY HOLES, IF YOU

6   WANT, AND THEY WILL LET THE LIQUID GO THROUGH, FALL ON THESE

7   PARTS JUST TO CLEAN THEM.  IF THEY WANT TO CLEAN A LARGER

8   PART, IF THERE IS A FEW BOLTS WITH IT, THEY WILL DROP THE

9   BOLTS INTO THESE HOLES AND WILL USE THAT AS A RECEPTACLE, IF

10  YOU WANT.

11  Q. AND WILL SOME OF FLUID CONTINUE TO SPILL FROM THE BRUSH

12  AFTER I HAVE FINISHED CLEANING A PART?

13  A. THIS IS IF YOU TURN OFF THE PUMP, YES.  BUT I HAVE SEEN A

14  LOT OF CUSTOMERS, AS I SAID IN THE BEGINNING, THEY ARE VERY

15  BUSY AT CLEANING, AND THEY FORGET TO TURN OFF THE PUMP.  THE

16  PUMP WILL TURN OFF ITSELF AFTER 30 MINUTES, BUT THAT MEANS

17  THAT IF THEY HANG -- THEY SAVE THE BRUSH IN THE BRUSH

18  HOLDER, THE LIQUID WILL GO THROUGH FOR 30 MINUTES IN THIS

19  LITTLE HOLE.

20  Q. AND YOU MENTIONED THE TWO HOLES.  I DON'T KNOW IF YOU CAN

21  SEE THEM FROM THERE, BUT WOULD THIS BE ONE HERE?

22  A. YES.

23  Q. AND THE OTHER IS HERE?

24  A. YES.

25  Q. AND WHERE DOES THE FLUID, WHEN IT PASSES THROUGH THOSE

1   OPENINGS, WHERE DOES IT GO?

2   A. IN THE TUB.

3   Q. IS THERE ANYTHING BETWEEN THOSE OPENINGS AND THE TUB?

4   A. NO.

5          MR. SCHAETZEL:  YOUR HONOR, WE MOVE THE ADMISSION

6   OF EXHIBITS 672, 674, 661, AND 143.

7          MR. CAPP:  CAN I HAVE ONE LAST QUICK LOOK AT

8   THOSE, PLEASE?

9          THE COURT:  ALL RIGHT.

10         MR. CAPP:  662 IS IN ALREADY.  672, THERE IS NO

11  OBJECTION, IT IS REDUNDANT.  THAT IS A PLAINTIFF'S

12  EXHIBIT -- IT IS ALREADY IN.

13         MR. SCHAETZEL:  661?

14         MR. CAPP:  THERE IS NO OBJECTION, BUT IT IS

15  REDUNDANT TO THE OWNER'S MANUAL THAT WE HAVE ALREADY PUT IN.

16         MR. SCHAETZEL:  AND 143.  THAT IS PLAINTIFF'S 143,

17  THE E-MAIL.

18         MR. CAPP:  NO OBJECTION.

19         THE COURT:  ALL RIGHT.  THEY ARE ADMITTED.

20         ALL RIGHT, MR. CAPP.  YOU MAY CROSS-EXAMINE.

21                    CROSS-EXAMINATION

22  BY MR. CAPP:

23  Q. GOOD AFTERNOON, MR. VANDEMEULEBROOCKE.  I WILL TRY TO BE

24  BRIEF.  I KNOW WE ALL WANT TO GET TO DINNER.

25  MR. VANDEMEULEBROOCKE, I APOLOGIZE FOR NOT HAVING A PAPER

1   COPY.  DO YOU RECOGNIZE PLAINTIFF'S EXHIBIT 101 AS AN

2   EXHIBIT THAT HAS PREVIOUSLY BEEN ADMITTED IN THE CASE WHILE

3   YOU WERE HERE EARLIER?

4   A. YES.

5   Q. MR. VANDEMEULEBROOCKE, YOU ARE FAMILIAR WITH THE PARTS

6   WASHER THAT IS DEPICTED IN PLAINTIFF'S EXHIBIT 101, ARE YOU

7   NOT?

8   A. REALLY, THAT WAS BEFORE, WAY BEFORE MY TIME IN THAT JOB,

9   SIR.

10  Q. ISN'T IT TRUE THAT DANIOS WAS PROVIDED WITH AN EXAMPLE OF

11  THE MACHINE SHOWN IN PLAINTIFF'S EXHIBIT 101 AS PART OF ITS

12  DEVELOPMENT PROCESS FOR THE BR 200?

13  A. THAT IS NOT TRUE, SIR.  I BELIEVE THAT THERE WAS A

14  MACHINE PROVIDED TO DANIOS, BUT THERE WAS A MACHINE LIKE

15  THIS ONE OVER THERE LIKE THE BR 100.

16  Q. ALL RIGHT.  SO IF I UNDERSTAND YOUR TESTIMONY CORRECTLY,

17  THERE WAS A MACHINE PROVIDED TO DANIOS FOR DANIOS TO STUDY

18  AS PART OF THE BR 200; CORRECT?

19  A. I HAVE NEVER SEEN IT, BUT I BELIEVE THERE WAS.  YES.

20  Q. AND IT WAS A MACHINE THAT WAS MADE BY GRAY MILLS;

21  CORRECT?

22  A. IT WAS A BR 100 MADE BY GRAY MILLS.  YES.

23  Q. WOULD YOU PULL UP DOCKET 209, PLEASE, AND SCROLL THROUGH

24  TO THE BR 100, 835 CLAIM 5.  MR. VANDEMEULEBROOCKE, DO YOU

25  SEE ON THIS DOCKET ENTRY OF PAPER THAT YOUR ATTORNEYS HAVE

1   FILED THAT THERE ARE PLACES OVER ON THE RIGHT-HAND CORNER

2   WHERE YOUR COUNSEL HAS TYPED IN THE WORD "ACKNOWLEDGED"?

3   A. YES.

4   Q. WILL YOU DO THE SAME FOR CLAIM 8 NOW?  AND NOW YOU HAVE

5   SEEN THAT PARTICULAR EXAMPLE, THERE IS THE WORD "DENIED."

6   DO YOU SEE THAT?

7   A. YES, I DO.

8   Q. SCROLL DOWN TO WHERE THE 835 PATENT CLAIM 5 IS FOR THE BR

9   200.  AND AGAIN, MR. VANDEMEULEBROOCKE, DO YOU SEE IN THE

10  RIGHT-HAND COLUMN THERE ARE SOME CLAIM LIMITATIONS THAT ARE

11  ACKNOWLEDGED AND SOME THAT ARE DENIED?

12  A. YES.

13  Q. WE HAVE PREPARED A DEMONSTRATIVE SO WE COULD HAVE A

14  SIDE-BY-SIDE COMPARISON OF THE DEFENDANT'S INFRINGEMENT

15  CONTENTIONS AS BETWEEN THE BR 100 AND THE BR 200 ON THIS

16  CLAIM.  I WANT TO RUN DOWN THE INDIVIDUAL CLAIM LIMITATIONS

17  NOW AND COMPARE THE CLAIM LIMITATIONS AS BETWEEN THE BR 100

18  WHICH WAS MANUFACTURED BY GRAY MILLS; CORRECT?

19  A. YES.

20  Q. AND THE BR 200, WHICH WAS MANUFACTURED BY DANIOS AFTER

21  DANIOS HAD IN ITS POSSESSION THE BR 100 TO LOOK AT.  OKAY?

22  SO FIRST OF ALL, ARE BOTH THE BR 100 AND BR 200, ARE THEY

23  BOTH SYSTEMS FOR CLEANING HYDROCARBONS FROM A PART?

24  A. YES.

25          MR. SCHAETZEL:  OBJECTION, YOUR HONOR.  I DON'T

1    KNOW THAT THE WITNESS HAS BEEN QUALIFIED OR THAT THE

2    FOUNDATION HAS BEEN LAID FOR THIS WITNESS TO START TO READ

3    CLAIM LIMITATIONS, TO READ CLAIM LIMITATIONS ON TO ACCUSED

4    PRODUCT.  MOREOVER, I THINK WE HAVE DONE SOME OF THIS

5    ALREADY, AND CERTAINLY FREE TO HAVE MR. CAPP DO IT AGAIN,

6    BUT IT DOES FEEL LIKE IT IS DUPLICATIVE OF TESTIMONY THAT

7    THIS WITNESS GAVE BEFORE.  WE DID TRY TO KEEP THINGS ON

8    OTHER ISSUES WHEN WE DID OUR DIRECT.

9              THE COURT:  WHAT ABOUT THAT, MR. CAPP?

10             MR. CAPP:  I THINK THERE ARE TWO POINTS; NUMBER

11   ONE, WITH RESPECT TO HIS QUALIFICATIONS HE JUST TESTIFIED

12   THAT HE IS THE INTERNATIONAL COMPANY'S HEAD OF RESEARCH AND

13   DEVELOPMENT.  WARNER SCHUDLE USED TO HOLD THAT POSITION, AND

14   WHEN WARNER SCHUDLE HAD IT, IT WAS WARNER SCHUDLE'S JOB TO

15   DO PATENT CLEARANCE.

16             THE COURT:  I AM MORE CONCERNED WITH THE

17   REDUNDANCY, BECAUSE IF WE HAVE ALREADY PLOWED THIS GROUND, I

18   DON'T WANT TO PLOW IT AGAIN.

19             MR. CAPP:  THE POINT HERE IS, ON DIRECT,

20   MR. VANDEMEULEBROOCKE TESTIFIED TO HOW THERE WAS NOT COPYING

21   BETWEEN THE BR 200 AND THE BR 100, AND I OBJECTED TO A LOT

22   OF THAT BECAUSE IT WAS ON FEATURES BETWEEN THE TWO SYSTEMS

23   THAT WERE BELLS AND WHISTLES AND EXTRAS.  I HAVE NOT YET HAD

24   AN OPPORTUNITY TO REVIEW WITH THIS WITNESS THE SIMILARITIES

25   BETWEEN THE TWO AS TO THE PATENT SUBJECT MATTER, AND THAT IS

1    WHAT I WANT TO DO WITH THIS DEMONSTRATIVE.

2              THE COURT:  ALL RIGHT.

3              MR. SCHAETZEL:  YOUR HONOR, IF I MAY RESPOND TO

4    THAT, THE EXERCISE OF READING PATENT CLAIMS ONTO ACCUSED

5    PRODUCTS INCLUDES THE NOTION THAT THE PERSON MAKING THAT

6    EFFORT OR UNDERTAKING IT HAS READ THE FILE HISTORY OF EACH

7    AND EVERY PATENT CLAIM THAT IS BEING ASSERTED, AND COME TO A

8    CONCLUSION AS TO ITS SCOPE, AS TO HOW THE WORDS AND SO ON

9    AND SO FORTH ARE GOING TO BE INTERPRETED.  THERE HAS BEEN NO

10   FOUNDATION LAID THAT THIS WITNESS HAS DONE THAT, THAT THIS

11   WITNESS FEELS CAPABLE OF BEING ABLE TO DO THAT.  AND WHAT

12   THE WITNESS ADDRESSED WAS SIMPLY JUST ACTS OF WHETHER OR NOT

13   HE THOUGHT HE HAD COPIED OR HIS TEAM HAD COPIED.  SO I DON'T

14   KNOW THAT THOSE TWO MATCH UP.  IN OTHER WORDS, I DON'T THINK

15   THAT THOSE -- THOSE ARE NOT AN EQUIVALENT EXERCISE.

16             THE COURT:  WHAT ABOUT THAT, MR. CAPP?

17             MR. CAPP:  LET ME -- GIVE ME A CHANCE TO PHRASE

18   QUESTIONS IN LAYMEN'S TERMS WITH RESPECT TO COPYING AND SEE

19   IF I CAN AVOID SOME OF THE TECHNICAL OBJECTION.  IF I DRAW

20   ANOTHER OBJECTION, SO BE IT, BUT I WILL TRY TO --

21   MR. VANDEMEULEBROOCKE WAS ABLE TO DISTINGUISH A NUMBER OF

22   FEATURES BETWEEN THE BR 100 AND THE BR 200 ON DIRECT.  HE

23   SHOULD BE ABLE TO COMPARE FEATURES AS TO CHANGES MADE ON THE

24   BASIN, CHANGES MADE ON THE TANK.  HE SEEMS TO HAVE

25   DEMONSTRATED THAT TYPE OF ABILITY ALREADY.

1          MR. SCHAETZEL:  I WOULD AGREE, YOUR HONOR, HE CAN

2     TELL DIFFERENCES BETWEEN TWO COMMERCIAL PRODUCTS, ONE OF

3     WHICH HE WAS A PART OF -- OR THE LAST TWO AT LEAST HE WAS

4     PART OF THE TEAM THAT ACTUALLY MADE CHANGES FROM ONE

5     COMMERCIAL UNIT TO THE NEXT COMMERCIAL UNIT, AND THAT IS

6     EXACTLY WHAT HE TESTIFIED TO.  THIS IS A VERY DIFFERENT

7     EXERCISE.  EVEN IF WE START TO PHRASE THE QUESTIONS IN SUCH

8     A WAY THAT WE SAY, MR. VANDEMEULEBROOCKE DO YOU THINK THAT

9     YOUR FLUID IS BIODEGRADABLE, IS NONTOXIC, YOU KNOW, WHAT WE

10    ARE DOING REALLY IS ASKING HIM TO READ THE CLAIM LANGUAGE ON

11    TO THE ACCUSED PRODUCT.  THAT IS A VERY DIFFERENT EXERCISE.

12          THE COURT: I UNDERSTAND THAT, AND I UNDERSTAND

13    YOUR QUALIFICATION ON THAT, BUT I AM GOING TO ALLOW MR. CAPP

14    TO ASK THE WITNESS TO COMPARE THE DIFFERENT MACHINES AND SEE

15    WHAT THE WITNESS HAS TO SAY.  NOW GO AHEAD, MR. CAPP.

16          MR. CAPP:  THANK YOU, YOUR HONOR.

17    BY MR. CAPP:

18    Q. DID THE BR 100 HAVE A FEATURE THAT IS CONSIDERED TO BE A

19    BASIN OR A SINK?

20    A. YES.

21    Q. DID THE BR 200, AFTER IT WAS DESIGNED, HAVE AN ANALOGOUS

22    FEATURE THAT YOU CONSIDERED TO BE A BASIN OR A SINK?

23    A. YES, SIR.

24    Q. DID BOTH THE BR 100 AND BR 200 USE THE SAME BIO-CIRCLE L

25    CLEANING FLUID?

1    A. THERE WERE TWO DIFFERENT BIO-CIRCLE L IF YOU WANT.  WHEN

2    THE BR 200 WAS INTRODUCED AT THE SAME TIME, AN IMPROVED

3    BIO-CIRCLE L WAS INTRODUCED.

4    Q. WAS THERE ANY EFFORT TO CHANGE THE BIODEGRADEABLE IN THE

5    100 AND THE NONBIODEGRADEABLE FLUID IN THE 200?

6    A. I AM NOT SURE I UNDERSTAND YOUR QUESTION.  I AM SORRY.

7    WAS THERE AN EFFORT TO IMPROVE IT?

8    Q. WAS THE FLUID FOR THE BR 100 BIODEGRADEABLE?

9    A. YEAH, IT WAS MADE TO BIOREMEDIATE HYDROCARBONS.  YES.

10   Q. WAS THE FLUID FROM THE BR 200 STILL BIODEGRADEABLE?

11   A. WAS MADE TO DO THE SAME THING.

12   Q. DID THE BR 100 HAVE A TANK UNDERNEATH THE BASIN THAT

13   SERVED AS A RESERVOIR TO CONTAIN CLEANING FLUID?

14   A. YES.

15   Q. DID THE BR 200 HAVE AN ANALOGOUS FEATURE, THE TANK TO

16   HOLD CLEANING FLUID?

17   A. YES, SIR.

18   Q. DID THE BR 100 HAVE CONDUITS SO THAT YOU COULD PUMP FLUID

19   FROM THE RESERVOIR UP TO THE FAUCET FOR CLEANING PARTS?

20   A. YES.

21   Q. DID THE BR 200 HAVE AN ANALOGOUS FEATURE WHERE IT ALSO

22   HAD CONDUIT TO BRING FLUID UP TO CLEAN PARTS?

23   A. YES.

24   Q. DID THE BR 100 HAVE A PUMP FOR THE PURPOSE OF PUSHING

25   FLUID THROUGH THAT CONDUIT UP TO THE FAUCET?

1    A. YES.

2    Q. AND DID THE BR 200 ALSO HAVE A PUMP?

3    A. YES.

4    Q. IN FACT, DIDN'T YOU USE EXACTLY THE SAME MAKE AND MODEL

5    PUMP ON THE BR 200 AS ON THE BR 100?

6    A. YES.

7    Q. I MEAN, IT'S THE SAME MAKE AND MODEL AND MANUFACTURE, IT

8    IS THE SAME GIANT PUMP; RIGHT?

9    A. YES.

10   Q. THE SAME SIZE, SAME DRAWING OF CURRENT, THE SAME FLOW

11   RATE, EVERYTHING, IT IS AN IDENTICAL PUMP; RIGHT?

12   A. AS FAR AS I KNOW, YES.

13   Q. WAS THAT A COINCIDENCE, OR DID THAT COME FROM, HEY, THIS

14   WORKED GREAT ON THE BR 100, LET'S USE IT ON THE BR 200 TOO?

15   A. WE WERE -- WALTER CANADA WAS BUYING THE PUMPS DIRECT FROM

16   LITTLE GIANT, AND WE JUST KEPT ON BUYING THE SAME PUMPS.

17   Q. DID THE BR 100 HAVE A CIRCULAR HOLE IN THE MIDDLE OF THE

18   SINK SO FLUID COULD DRAIN BACK TO THE TANK?

19   A. DO YOU MEAN A DRAIN?

20   Q. YEAH.  A DRAIN.

21   A. LIKE IN MY SINK IN THE BATHTUB AT HOME, YES, A DRAIN.

22   Q. DID THE BR 200 HAVE AN ANALOGOUS.

23   A. USUALLY THE SINKS, IF YOU DON'T HAVE A DRAIN, IT'S NOT A

24   SINK.  YES.

25   Q. DID THE BR 100, ONCE IT WAS UP AND OPERATIONAL, DOES IT

1    HAVE MICROORGANISMS IN IT?

2    A. THERE WAS MICROORGANISMS IN THE LIQUID.  YES.

3    Q. AND WAS THERE AN ANALOGOUS FEATURE IN THE BR 200, STILL

4    MICROORGANISMS IN THE FLUID IN THE BR 200?

5    A. YES.

6    Q. WHEN FLUID WAS PUMPED AROUND FROM THE TANK TO THE BASIN,

7    AND FLOWED BACK TO THE TANK, DID MICROORGANISMS FLOW ALONG

8    WITH THE FLUID IN THE BR 100?

9    A. YES, SIR.

10   Q. DID THEY ALSO FLOW IN A SIMILAR FASHION AROUND THE BR

11   200?

12   A. YES, SIR.  MAY I ASK YOU WHERE WE ARE GOING WITH THAT?

13            THE COURT:  IT'S NOT YOUR PLACE.  IF THERE IS AN

14   OBJECTION, YOUR ATTORNEY WILL MAKE IT AND I WILL RULE ON IT.

15            THE WITNESS:  OKAY.

16   BY MR. CAPP:

17   Q. WAS THE FLUID THAT WAS USED IN THE BR 200 NONTOXIC TO THE

18   MICROORGANISMS?

19   A. YES.

20   Q. THE SAME FOR THE BR 200?

21   A. YES.

22   Q. DID THE MICROORGANISMS BIODEGRADE HYDROCARBONS WHILE IN

23   THE TANK ON THE BR 100?

24   A. YES.

25   Q. AND WHEN YOU WENT OVER AND DESIGNED THE BR 200, WAS THE

1    BR 200 ALSO DESIGNED SO THAT THE MICROORGANISMS WOULD

2    BIODEGRADE HYDROCARBONS WHILE CONTAINED IN THE TANK?

3    A. YES.

4    Q. NOW, IN THE BR 100, THERE WAS A DEVICE THAT WE CALLED THE

5    THREE-PART FILTER SYSTEM.  YOU REMEMBER TALKING TO ME ABOUT

6    THAT THE OTHER DAY?

7    A. YES.

8    Q. WAS THERE NOT ALSO AN ANALOGOUS FEATURE TO THAT PUT INTO

9    THE BR 200?

10   A. NO.  WHEN THE BR 200 WAS DEVELOPED, THERE WAS TWO PARTS,

11   IT WAS A STRAINER AND A SOME KIND OF A SOMETHING WE'VE NAMED

12   THE COFFEE FILTER TYPE.

13   Q. AND THEN AFTER AWHILE YOU DECIDED THAT HAD TOO MUCH

14   EVAPORATION, SO YOU WENT BACK TO THE THREE-PART FILTER

15   SYSTEM FROM THE BR 100; RIGHT?

16   A. WE ADDED A SPONGE FOR IT TO PREVENT THE EVAPORATION.

17   Q. WASN'T THERE A SPONGE IN THE BR 100?

18   A. YES, SIR.

19   Q. SO WHAT DID YOU DO DIFFERENT FROM THE BR 100 TO THE BR

20   200?  YOU MADE THE SPONGE A LITTLE THICKER?

21   A. ACTUALLY A LITTLE LEANER.

22   Q. DID YOU MAKE IT THICKER OR THINNER?

23   A. THINNER.

24   Q. MR. VANDEMEULEBROOCKE, MR. SCHUDLE HAD THE SAME POSITION

25   THAT YOU HOLD NOW.  HE WAS YOUR PREDECESSOR; CORRECT?

1   A. YES.

2   Q. DID YOU ASSUME ESSENTIALLY THE SAME RESPONSIBILITIES THAT

3   HE HAD BEFORE YOU?

4   A. YES.

5   Q. DID THAT RESPONSIBILITY INCLUDE GOING ON THE INTERNET AND

6   DOING PRIOR ART SEARCHES AS PART OF YOUR PATENT DUE

7   DILIGENCE PROGRAM WITHIN THE COMPANY?

8   A. YES.  THAT'S THE BEGINNING OF THE PROCESS USUALLY, YES.

9   Q. BEFORE THE BR 200 WAS INTRODUCED IN THE UNITED STATES,

10  DID YOU GO ON THE INTERNET AND PERFORM A SIMILAR PRIOR ART

11  SEARCH?

12  A. NO.  AT THAT TIME I TOOK FOR GRANTED THAT MR. SCHUDLE HAD

13  ALREADY DONE THAT, BECAUSE HE WAS THERE WHEN THIS PRODUCT

14  WAS STARTED TO BE DEVELOPED, NOT ME.

15  Q. DID HE LEAVE BEHIND A MEMO OR SOME NOTES OR SOMETHING

16  THAT YOU RELIED ON SO THAT YOU DIDN'T FEEL LIKE YOU HAD THE

17  NEED TO DOUBLE-CHECK AGAIN BEFORE YOU LAUNCHED ANOTHER NEW

18  PRODUCT?

19  A. IT WAS DISCUSSIONS WE HAD AT THAT TIME THAT I HAD WITH

20  MR. SCHUDLE AND MR. BERENS FROM GERMANY, SIR.

21  Q. THERE SHOULD BE A FOLDER IN FRONT OF YOU THAT HAS

22  PLAINTIFF'S EXHIBIT 180 ON IT.  WOULD YOU AVAIL YOURSELF OF

23  THAT, PLEASE?  DO YOU RECOGNIZE THIS E-MAIL,

24  MR. VANDEMEULEBROOCKE?

25  A. YES.

1   Q. DO YOU SEE THAT YOU ARE A CARBON COPY RECIPIENT OF THIS
2   E-MAIL?
3   A. YES.
4   Q. DO YOU RECALL RECEIVING IT?
5   A. YES.
6   Q. DOES IT APPEAR TO BE A TRUE AND ACCURATE COPY OF THE
7   E-MAIL THAT YOU WOULD HAVE RECEIVED SOMETIME ON OR ABOUT
8   THURSDAY, NOVEMBER 4 OF 2004?
9   A. YES.
10  Q. I TENDER INTO EVIDENCE.
11          MR. SCHAETZEL:  NO OBJECTION.
12          THE COURT:  ADMITTED.
13          THE COURT:  WHAT IS THE EXHIBIT NUMBER ON THAT?
14          MR. CAPP:  IT IS PLAINTIFF'S EXHIBIT 180, YOUR
15  HONOR.
16  BY MR. CAPP:
17  Q. MR. VANDEMEULEBROOCKE.  LET'S TAKE IT ONE SENTENCE AT THE
18  TIME.  THE LINE BELOW WHETHER WHERE IT SAYS "HELLO CATRIN.
19  PLEASE FIND BELOW A COMPLETE REPORT ON THE GRAY MILLS
20  TEMPEST 20 PRESSURE CLEANING MACHINE WHICH WE HAVE BOUGHT
21  FROM GRAY MILLS TO HELP US START THE PROJECT IN THE RIGHT
22  DIRECTION."  DO YOU SEE THAT?
23  A. YES.
24  Q. WAS THE GRAY MILLS TEMPEST 20 PRESSURE CLEANING MACHINE
25  PATENTED AT THE TIME?

1    A. I DON'T KNOW, SIR.

2    Q. "LOOKING AT AND USING THIS MACHINE GAVE ME A MUCH BETTER

3    IDEA OF THE PROS AND CONS OF SUCH A PRESSURE CLEANING

4    SYSTEM.  THE MAJOR PLUS POINT IS THE EXCELLENT CLEANING

5    PERFORMANCE; HOWEVER, THIS MACHINE IS ABSOLUTELY NOT WHAT WE

6    WANT."  DO YOU SEE THAT?

7    A. YES, SIR.

8    Q. THE NEXT SENTENCE READS, AND I QUOTE, "OUR CHALLENGE WILL

9    BE TO BACKWARD ENGINEER THIS PRODUCT TO ADAPT IT TO THE

10   BIO-CIRCLE BASE, WHILE MAKING SURE THE MACHINE REMAINS

11   SIMPLE, EASY TO USE, MAINTENANCE FRIENDLY, AND ABOVE ALL,

12   COST EFFECTIVE."  DO YOU SEE THAT?

13   A. YES, SIR.

14   Q. DID J. WALTER COMPANY LIMITED HAVE -- MAKE IT A HABIT TO

15   BUY GRAY MILLS PARTS WASHER MACHINES, SEND THEM TO DANIOS

16   WITH INSTRUCTIONS TO BACKWARD ENGINEER THOSE PRODUCTS?

17   A. NEVER, SIR.

18   Q. SO WHEN YOU ARE SAYING NEVER, YOU ARE SAYING THAT

19   INCLUDES THIS PARTICULAR INSTANCE?

20   A. THIS WAS AN E-MAIL SENT BY ONE OF MY PRODUCT MANAGERS.

21   HE HAS USED TERMS THAT WE DON'T USUALLY USE FOR WHATEVER

22   REASON.  THIS GRAY MILLS MACHINE WAS A SOLVENT -- IT WAS NOT

23   A BIOREMEDIATION MACHINE AT ALL.  IT WAS A BIG MACHINE MADE

24   OF STAINLESS.  AT THAT TIME THERE WAS AN IDEA TO MAYBE USE

25   THE BASE OF THE BR 200 TO HAVE SOME KIND OF A PRESSURE

1    WASHER.  WE DID BUY THIS MACHINE, WE SHIPPED IT TO DANIOS

2    FOR THEM TO LOOK AT IT, WHICH IS NOT TO DO -- I KNOW WHAT IS

3    WRITTEN HERE.  I CAN READ.  BUT IT'S NOT -- WE BUY OFTEN

4    COMPETITIVE PRODUCTS, COULD BE COMPETITIVE DRILL BITS,

5    COMPETITIVE GRINDING WHEELS, COMPETITIVE SAWS, AND SO ON AND

6    SO ON, AND WE TEST THE PRODUCTS FOR WHAT THEY DO.  BEFORE WE

7    DEVELOP SOMETHING, WE WANT TO SEE THE FEATURES AND THE

8    BENEFITS OF THE OTHER PRODUCTS ON THE MARKET.  AND IT WAS

9    THE SAME, WE HAD THE SAME INTENTION THEN ON THIS.

10   Q. AS PART OF THE PROCESS WHEN YOU BUY A COMPETITOR'S

11   PRODUCT, DO YOU LOOK OVER IT TO SEE IF THERE IS A PATENT

12   MARKING ON IT?

13   A. USUALLY WE DO.  YES.

14   Q. WHEN YOU BOUGHT THE CHEMFREE SMART WASHING MACHINE, DID

15   YOU LOOK TO SEE WHETHER IT HAD PATENT MARKINGS ON IT?

16   A. I DON'T RECALL.  MAYBE MR. LAVALLEE DID.  I DON'T RECALL

17   PERSONALLY, SIR.

18   Q. YOU TESTIFIED ON DIRECT THAT AT SOME POINT IN TIME THE

19   BIO-CIRCLE L CLEANING FLUID, THE FORMULATION, WAS MODIFIED

20   SO THAT IT WOULD OPERATE AT 41 DEGREES CELSIUS AS OPPOSED TO

21   37 DEGREES CELSIUS?  DO YOU REMEMBER THAT?

22   A. YES.

23   Q. SO IN ORDER TO OPTIMIZE YOUR CLEANING FLUID, YOU FOUND IT

24   BENEFICIAL TO ENGAGE IN TRIAL AND ERROR TESTING; IS THAT

25   CORRECT?

1    A. SORRY?

2    Q. A METHOD OF TRIAL AND ERROR IN ORDER TO OPTIMIZE THE

3    PERFORMANCE OF YOUR SYSTEM?

4    A. YES.

5    Q. SO WHEN YOU INITIALLY WENT INTO THIS PROGRAM, YOU DID NOT

6    FIND IT INTUITIVELY OBVIOUS TO HIT THE RIGHT OPERATING

7    TEMPERATURE FOR YOUR CLEANING MACHINE ON THE FIRST TIME OUT

8    OF THE BOX; RIGHT?

9    A. WHEN THE FIRST MACHINES WERE DEVELOPED, THEY WERE

10   DEVELOPED -- THE LIQUID IS ALWAYS DEVELOPED BY CB CHEMIE,

11   AND THEY WORK WITH WHAT THEY HAVE.  THAT MEANS THE MICROBES

12   CAN SUSTAIN THIS TEMPERATURE, AND THIS IS HOW THEY DO IT.

13   AND BY IMPROVING THE MICROBES, THEN THEY COULD ADJUST

14   TEMPERATURE FOR A HIGHER TEMPERATURE AS WELL.  BUT WE DID

15   NOT DO THAT.  IT IS CB CHEMIE THAT DOES THAT.

16   Q. AND CB CHEMIE ARE EXPERTS IN CHEMICAL FORMULATION; RIGHT?

17   A. YES, SIR.

18   Q. AND THEY ENGAGED IN TRIAL AND ERROR EXPERIMENTATION IN

19   ORDER TO OPTIMIZE THE PERFORMANCE OF YOUR PARTS WASHING

20   SYSTEM, DIDN'T THEY?

21   A. WITH THE UNIVERSITY OF BIELEFELT IN GERMANY.  YES.

22   Q. SO IT WAS NOT INTUITIVELY OBVIOUS FOR THE EXPERT, CB

23   CHEMIE, TO IMMEDIATELY KNOW HOW TO OPTIMIZE THE TEMPERATURE

24   FOR THE BIOREMEDIATING PARK SYSTEM IN ORDER TO OPTIMIZE ITS

25   PERFORMANCE?

1   A. THEY OPTIMIZE THE LIQUID ALL THE TIME.  WHEN WE STARTED

2   TO SELL THE LIQUID AT 37 DEGREES C, THAT WAS THE BEST LIQUID

3   AT THAT TIME FOR A NUMBER OF APPLICATIONS.  WHEN WE WENT TO

4   THE 41 DEGREE, WE ADDED TO THESE APPLICATIONS.  WE COULD

5   CLEAN MORE CONTAMINANTS, BUT THAT WASN'T ALWAYS THE BEST

6   LIQUID EACH TIME.

7   Q. WHEN YOU WERE ON DIRECT EXAMINATION, MR. SCHAETZEL SHOWED

8   YOU AN E-MAIL THAT REFERRED TO A PRO-CLEAN MACHINE.  DO YOU

9   RECALL THAT?

10  A. YES, SIR.

11  Q. THERE IS A MACHINE OVER IN THE BACK OF THE COURTROOM THAT

12  HAS THE WORD CLEAN-PRO ON THE FRONT.  IS THAT A SIMILAR

13  MACHINE, OR A DIFFERENT MACHINE FROM THE ONE THAT YOU

14  REFERRED TO?

15  A. THAT IS THE PRO-CLEAN MACHINE.  SOMETHING LIKE THAT.

16  YES.

17  Q. SO YOU HAD ONE LIKE THAT.  DO YOU RECALL WHETHER IT HAD

18  PATENT MARKINGS ON IT WHEN YOU SAW IT?

19  A. NO, SIR.  THIS MACHINE WAS WITH A CUSTOMER, IF I RECALL,

20  IN CALGARY, WAS SHIPPED TO US.  WE TOOK A LOOK AT IT, BUT

21  WE -- I DON'T RECALL IF WE NOTICED THERE WAS A PATENT AT

22  THAT TIME ON IT.  IT WAS NOT A BIG PRIORITY FOR US AT THIS

23  MOMENT.

24          THE COURT:  WHAT DOES THE ISSUE OF PATENT MARKINGS

25  HAVE TO DO WITH THE ISSUES WE ARE TRYING IN THIS PART OF THE

1    CASE?

2           MR. CAPP:  BECAUSE THAT CLEAN-PRO MACHINE OVER

3    THERE, YOUR HONOR, HAS THE PATENT NUMBER ON IT FROM

4    MR. OVERLAND'S PATENT RIGHT HERE.

5           THE COURT:  SO WHAT?  WHAT ISSUE IN THIS

6    LITIGATION, IN THE LANGUAGE OF RULE 4 OF THE FEDERAL RULES

7    RULES OF EVIDENCE, DOES THAT FACT MAKE MORE LIKELY OR LESS

8    LIKELY, IS MY QUESTION TO YOU, MR. CAPP.

9           MR. CAPP:  IT GOES --

10          THE COURT: I WANT A LEGAL ISSUE.

11          MR. CAPP:  RIGHT.  IT GOES TO -- THE RELEVANCE OF

12   IT GOES TO THE ISSUE OF THE TESTIMONY FROM THE DEFENDANT'S

13   WITNESSES THAT THEY ARE DILIGENT IN PATENT PROTECTION BEFORE

14   THEY LAUNCH PRODUCTS.

15          THE COURT:  IS THAT A CRIME, NOT BEING DILIGENT IN

16   PATENT PROTECTION, WHETHER THEY VIOLATED A PATENT OR NOT?

17          MR. CAPP:  IT CERTAINLY GOES TO CREDIBILITY, IF

18   NOTHING ELSE, YOUR HONOR.

19          THE COURT:  MOVE ON TO SOMETHING THAT IS MORE

20   RELEVANT.

21   BY MR. CAPP:

22   Q. MR. VANDEMEULEBROOCKE, WERE YOU UNDER THE IMPRESSION THAT

23   J. WALTER COMPANY LIMITED COULD AVOID INFRINGEMENT BY ADDING

24   BELLS AND WHISTLES TO ITS MACHINE THAT WERE NOT PRESENT ON

25   THE CHEMFREE SMART WASHER MACHINE?

1          MR. SCHAETZEL:  OBJECTION, YOUR HONOR, I THINK WE

2    ARE ASKING NOW IF THE WITNESS UNDERSTANDS PATENT LAW RATHER

3    THAN --

4          MR. CAPP:  I WILL MOVE ON, YOUR HONOR.  I HAVE ONE

5    EXHIBIT TO HANDLE, AND THEN WE ARE DONE FOR THE DAY.

6    BY MR. CAPP:

7    Q. WOULD YOU AVAIL YOURSELF OF PLAINTIFF'S EXHIBIT 175,

8    PLEASE?

9    A. OKAY.

10   Q. LET'S GO TO PAGE 5.  MR. VANDEMEULEBROOCKE, WOULD YOU

11   LOOK AT PAGE 6 OF EXHIBIT 175?  DO YOU RECOGNIZE THIS AS AN

12   E-MAIL FROM CHRISTIAN SIREGAR TO YOU DATED MAY 31, 2006?

13   A. YES.

14   Q. THERE IS A REFERENCE IN THAT E-MAIL REGARDING WHETHER OR

15   NOT YOU SHOULD GO AHEAD AND ADVERTISE THAT YOU PRACTICED THE

16   OVERLAND 147 PATENT WITH RESPECT TO THE ACTUAL MICRON PASS

17   THROUGH RATINGS OF YOUR FILTERS, AND THEN THERE IS A

18   REFERENCE TO LEGAL LIABILITY ISSUES.  DO YOU RECALL THIS

19   E-MAIL?

20   A. I WOULD HAVE TO BECAUSE THIS IS AN ANSWER OF AN ANSWER OF

21   AN ANSWER.  WE NEED TO START FROM THE END AND GO UP TO

22   REALLY RECALL WHAT THIS WAS ALL ABOUT.  (PAUSE).  I DO

23   REMEMBER THESE E-MAILS.  I DON'T WANT TO DENY THAT, BUT THE

24   NITTY GRITTY OF IT, I NEED TO READ IT.

25   Q. TAKE A MINUTE AND GO BACK AND FOLLOW THE THREAD FORWARD

```
1    AND SEE IF IT'S NOT CORRECT THAT YOU ARE DISCUSSING BACK AND
2    FORTH WHETHER OR NOT IT WOULD BE APPROPRIATE TO ADVERTISE
3    THAT YOU PRACTICED THE OVERLAND 147 PATENT?
4    A. DO YOU WANT ME TO READ FROM THE BEGINNING?  (PAUSE).
5    THERE ARE MANY MANY COPIES OF THE SAME THING.
6              MR. CAPP:  YOUR HONOR, I THINK THAT MEANS THOSE
7    WERE THE COURTESY COPIES FOR THE COURT.  MAY I PASS ONE UP?
8              THE COURT:  ALL RIGHT.  THANKS.
9              THE WITNESS:  SO ON PAGE 6, SIR --
10   BY MR. CAPP:
11   Q. YES.
12   A. THERE WAS A --
13             MR. SCHAETZEL:  OBJECTION, YOUR HONOR.  IS THERE A
14   QUESTION PENDING?
15             THE COURT:  STATE THE QUESTION AGAIN.
16   BY MR. CAPP:
17   Q. I AM NOT SURE I REMEMBER WHAT IT WAS, OTHER THAN TO ASK
18   HIM TO REVIEW THE DOCUMENT.  THIS IS AN E-MAIL CONVERSATION
19   GOING ON BETWEEN YOU AND CHRISTIAN SIREGAR.  AND WHAT IS HER
20   POSITION?
21   A. ABOUT THIS E-MAIL?
22   Q. NO.  WHAT IS HER EMPLOYMENT TITLE?
23   A. INTERNATIONAL VICE-PRESIDENT FOR PRODUCT DEVELOPMENT.
24   Q. AND IN YOUR OWN WORDS, WHAT IS THE SUBJECT MATTER OF THIS
25   E-MAIL CONVERSATION THAT YOU HAD GOING BACK AND FORTH WITH
```

1    CHRISTIAN SIREGAR?

2              MR. SCHAETZEL:  OBJECTION, YOUR HONOR.  IT APPEARS

3    FROM THE DOCUMENT ITSELF THAT THERE IS A QUESTION HERE MORE

4    OF FALSE ADVERTISING THAN OF PATENT INFRINGEMENT.  THIS HAS

5    NOTHING TO DO WITH THE ISSUES IN THE CASE.

6              MR. CAPP:  THAT IS NOT CORRECT, YOUR HONOR.

7              THE COURT:  LET'S HEAR WHAT THE WITNESS HAS TO SAY

8    ABOUT IT.  ASK YOUR QUESTION.

9              THE WITNESS:  THERE WAS ONLY MR. OVERLAND, WHEN HE

10   GOT HIS FIRST PATENT, WAS USING A DIFFERENT LIQUID, A LIQUID

11   MADE BY THE COMPANY INTEGRA OUT OF HOUSTON, TEXAS.  AND HE

12   HAD MADE -- HE HAD PERFORMED SOME TESTS WITH THE U.S. AIR

13   FORCE, TOYOTA, AND OTHER LABS.  AND WE -- HE WANTED US TO

14   USE THESE TESTS AS WELL.  AND THERE WAS A DEBATE ABOUT THAT

15   IS NOT OUR LIQUID, WE CANNOT UTILIZE THE SAME TESTS.

16   Q. WAS THERE ALSO AN ISSUE THAT YOU ARE DISCUSSING WITH

17   CHRISTIAN SIREGAR OVER WHETHER OR NOT YOU COULD ADVERTISE

18   THAT YOU PRACTICED THE OVERLAND 147 PATENT BECAUSE OF THE

19   DIFFERENCES IN THE MICRON RATINGS OF THE PRODUCTS OF YOUR

20   FILTERS VERSUS THE MICRON RATINGS OF THE FILTERS CLAIMED IN

21   THE OVERLAND 147 PATENT?

22   A. WE NEVER WANTED TO USE THE TYPE OF FILTERS USED BY

23   CHEMFREE, AS AN EXAMPLE, THESE LARGE MATERIAL FILTERS.  AND

24   IN THE FIRST, THIS IS WHAT MR. OVERLAND WAS, I BELIEVE, IF I

25   CAN RECALL, HE WANTED US TO DO, AND WE SAID NO.  AND THIS IS

1    WHY THE NUMBER OF MICRONS YOU SEE THERE, AND THAT'S ABOUT

2    WHAT I CAN RECALL.  I DON'T KNOW WHAT THESE -- I DON'T

3    REMEMBER WHAT HE MEANT BY LEGAL LIABILITY, ACTUALLY, I

4    DON'T.

5              MR. CAPP:  I TENDER THE EXHIBIT, YOUR HONOR.

6              MR. SCHAETZEL:  WE OBJECT, YOUR HONOR.

7              THE COURT:  WHAT IS THE OBJECTION?

8              MR. SCHAETZEL:  THE OBJECTION IS RELEVANCE.  I

9    THINK THE LAST QUESTION WAS WHETHER OR NOT THERE WAS A

10   DISPUTE OVER IF YOU COULD ADVERTISE SOME FEATURE AS A RESULT

11   OF WHETHER IT FIT WITHIN THE OVERLAND PATENT IN SOME

12   FASHION.  AND ADVERTISING DECISION HAS NOTHING TO TO WITH

13   THE ISSUES IN THIS CASE.

14             MR. CAPP:  YOUR HONOR, THE QUESTION HAS BEEN ASKED

15   AND ANSWERED, SO I DON'T THINK IT IS APPROPRIATE TO OBJECT

16   TO THE QUESTION.  WE ARE TALKING NOW ABOUT --

17             THE COURT:  I THINK HE IS OBJECTING TO THE

18   DOCUMENT.

19             MR. CAPP:  RIGHT.  OKAY.  AND THE DOCUMENT IS

20   RELEVANT FOR THIS PURPOSE:  ONE OF OUR ASSERTIONS OF

21   SECONDARY CONSIDERATIONS OF NONOBVIOUSNESS GOES TO COPYING

22   AND ANOTHER GOES TO WHETHER OR NOT THERE HAS BEEN AN ATTEMPT

23   MADE TO PATENT THE SAME SUBJECT MATTER.  AND THAT ANALYSIS

24   IS DONE IN CONSIDERABLE DETAIL IN DR. DURKEE'S REBUTTAL

25   EXPERT REPORT, THE ONE HE SUBMITTED MARCH 31 OF 2008, AND

1    THIS TESTIMONY REGARDING WHETHER OR NOT THEY WERE GOING TO

2    PRACTICE THE MICRON FILTER ASPECTS OF THE OVERLAND 147

3    PATENT I BELIEVE ARE RELEVANT TO THAT ANALYSIS, THAT IS IN

4    DR. DURKEE'S EXPERT REPORT.

5                 THE COURT:  THE DOCUMENT IS ADMITTED.

6                 MR. CAPP:  NO FURTHER QUESTIONS, YOUR HONOR.

7                 THE COURT:  REDIRECT?

8                 MR. SCHAETZEL:  YES, YOUR HONOR.

9                 THE COURT:  MR. CAPP, WHICH OF YOUR EXPERT REPORTS

10   DID YOU SAY HE WENT INTO THE OVERLAND?

11                MR. CAPP:  YOUR HONOR, DR. DURKEE'S SECONDARY

12   CONSIDERATION OF NONOBVIOUSNESS IS AT THE END OF HIS SECOND

13   EXPERT REPORT.

14                THE COURT:  WHICH ONE IS THAT?

15                MR. CAPP:  MARCH 31, 2008 IS THE DATE.  I CAN GET

16   YOU THE DOCKET NUMBER IN JUST A SECOND.  IT'S OF RECORD IN

17   THE CASE AT DOCKET 337, YOUR HONOR.

18                THE COURT:  ALL RIGHT.

19                MR. CAPP:  YOUR HONOR, IF IT IS ANY HELP, IT IS AT

20   PAGE 176 OF THAT REPORT.

21                THE COURT:  READY, MR. SCHAETZEL?

22                MR. SCHAETZEL:  YES, YOUR HONOR.

23                        REDIRECT EXAMINATION

24   BY MR. SCHAETZEL:

25   Q. WITH REFERENCE TO PLAINTIFF'S EXHIBIT 175, THE EXHIBITS

1  THAT YOU JUST HAD IN FRONT OF YOU, THE E-MAIL, YOU TESTIFIED

2  THAT YOU DIDN'T REMEMBER CERTAIN THINGS ABOUT THIS.  DO YOU

3  REMEMBER WHETHER YOU WERE CONCERNED ABOUT THE COMPANY

4  ACCURATELY REPRESENTING TESTS IN THE PUBLIC OR ADVERTISING

5  ACCURATE TESTS TO THE PUBLIC?

6  A. YES.

7  Q. WHAT DO YOU REMEMBER ABOUT BEING CONCERNED?

8  A. I WAS BEING PUSHED BY MR. OVERLAND TO USE THESE DIFFERENT

9  TESTS THAT WERE DONE, CONDUCTED BY HIM IN DEVELOPING HIS OWN

10  PRODUCT, WHICH IS LIKE THE PRO-GEAR IN THE BACK OVER THERE.

11  AND I DIDN'T WANT TO GO THIS WAY AT ALL.  AND MY E-MAILS

12  HERE ARE TO SAY, HOLD ON, JUST NOT OUR THING.  LET'S NOT DO

13  THAT.  LET'S NOT PUBLISH SOMETHING WHICH WE DON'T DO.

14  Q. AND IF YOU WOULD LOOK AT WHAT IS PAGE J. WALTER 14656.

15  A. WHERE IS THAT?  I AM SORRY.

16  Q. IT IS PAGE 6.

17  A. OKAY.

18  Q. NEAR THE MIDDLE, THERE IS AN E-MAIL FROM YOU TO CHRISTIAN

19  THAT SAYS, "CHRISTIAN, I STILL DON'T AGREE WITH THIS.  BASED

20  ON OUR DILUTION IS AS GOOD AS HIS, AND WE SHOULD REFUSE TO

21  LET BERT GUIDING US WHEN WE DO NOT AGREE."

22  A. I SEE THAT.  THAT WORD IS "SOLUTION."

23  Q. ARE YOU SAYING IN THIS E-MAIL, DON'T LET BERT BE THE ONE

24  TRYING TO PUSH US INTO DOING SOMETHING WHEN WE DON'T AGREE?

25  A. YES.

1   Q. AND WAS THAT ULTIMATELY THE POSITION THAT THE COMPANY

2   TOOK IN THIS MATTER THAT THEY DID NOT LET MR. OVERLAND

3   DICTATE TO THEM?

4   A. EXACTLY.

5   Q. THERE HAS BEEN SOME CONVERSATION ABOUT MR. OVERLAND'S

6   PATENT.  WAS MR. OVERLAND EMPLOYED BY WALTER AT ANY TIME?

7   A. WHEN HE DID HIS FIRST PATENT, HE WAS NOT.  THEN WE BOUGHT

8   THIS PATENT, AND THE RIGHTS AS WELL, AND WE HIRED HIM AS A

9   CONSULTANT.

10  Q. OKAY.  THERE WERE SOME QUESTIONS THAT YOU WERE ASKED

11  REGARDING THE DIFFERENT TEMPERATURES AT WHICH THE FLUID FROM

12  CB CHEMIE WAS OPERATED, 37 DEGREES AND 41 DEGREES.  WHAT WAS

13  THE REASON FOR THE CHANGE FROM 37 TO 41?

14  A. TO INCREASE THE PERFORMANCE OF THE PRODUCT.  TO CLEAN, TO

15  BE ABLE TO CLEAN MORE TYPE OF CONTAMINANTS, AND TO BE --

16  THAT'S IT.

17  Q. AND WAS THERE A DIFFERENCE IN THE MAKEUP OF THE FORMULA

18  BETWEEN THE 37 DEGREE FORMULA AND THE 41 DEGREE FORMULA?

19  FOR EXAMPLE, WERE THERE DIFFERENT COMPONENTS, WERE THERE

20  DIFFERENT MICROORGANISMS?  DO YOU KNOW?

21  A. YES, SIR.

22  Q. WHAT WAS THE DIFFERENCE?

23  A. IT TOOK ABOUT A YEAR AND A HALF TO ALMOST TWO YEARS TO

24  DEVELOP THIS NEW SOLUTION.  SO IT WAS DONE, AS I SAID

25  BEFORE, IN GERMANY, BIENEFELD, WITH A BIOREACTOR AT THE

1   UNIVERSITY AND THE PROFESSORS OVER THERE.  AND THEY -- HOW

2   COULD I EXPLAIN THAT?  THEY CHANGE ONE OF THE MICROBES, ONE

3   TYPE, THEY WENT FROM ONE TYPE TO THE OTHER TYPE, AND TO ALSO

4   ADAPT THESE MICROBES TO RESIST A HIGHER TEMPERATURE, AND

5   ALSO STRONGER SURFACTANTS.

6   Q. AND WHAT TESTS WERE DONE, TO YOUR KNOWLEDGE, TO SEE, YOU

7   KNOW, WHAT THE TEMPERATURE WAS THAT THESE NEW MICROBES OR

8   THE NEW PRODUCT WOULD FUNCTION BETTER AT, WHAT TESTS WERE

9   DONE?

10  A. THE TESTS WERE DONE IN -- THERE WERE SEVERAL TESTS WERE

11  DONE IN GERMANY AT THE UNIVERSITY, CLEANING TESTS, THE

12  CLEANING TESTS WERE DONE AT CB CHEMIE IN GERMANY, AND ALSO

13  IN MONTREAL AS WELL, TO MAKE SURE MORE OF THE CLEANING

14  PERFORMANCE, THE TIME, AND SO ON AND SO ON.  BUT ON THE

15  MICRON SITE, IT WAS DONE AT THE UNIVERSITY IN GERMANY.

16  Q. AND IN DOING YOUR TESTS IN MONTREAL, DID YOU USE ANY SORT

17  OF CHEMFREE EQUIPMENT OR ANYTHING LIKE THAT DOING THOSE

18  TESTS?

19  A. NO.  WE USED OUR OWN PRODUCTS.

20  Q. DID YOU COMPARE YOUR FLUID TO ANY OF THE CHEMFREE FLUID,

21  FOR EXAMPLE, IN DOING THOSE TESTS?

22  A. THE ONLY TIME WE HAVE COMPARE A CHEMFREE MACHINE TO OURS

23  WAS A MARK-SOMETHING TRAINING THAT WAS TO PREPARE TRAINING

24  PROGRAM FOR THE SALES FORCE.  I DON'T RECALL IF THIS WAS

25  DONE WHEN WE HAD THE 37 DEGREE LIQUID OR THE 41.

1    Q. BUT WHEN YOU DID YOUR TESTS TO DEVELOP THE 41 DEGREE

2    LIQUID, YOU DIDN'T USE ANY OF THE CHEMFREE EQUIPMENT?

3    A. NO, SIR.

4    Q. YOU DIDN'T COMPARE -- YOU DIDN'T, FOR EXAMPLE, USE ANY

5    CHEMFREE FLUID OR ANYTHING LIKE THAT?

6    A. NO.

7              MR. SCHAETZEL:  NO FURTHER QUESTIONS, YOUR HONOR.

8              THE COURT:  TELL ME AGAIN, I'VE BEEN WATCHING THIS

9    PICTURE OF MR. OVERLAND HERE, THE FATHER OF BIOREMEDIATION

10   PARTS WASHERS, FOR FOUR DAYS NOW.  I THINK I WOULD LIKE YOU

11   TO SUMMARIZE FOR ME HIS RELATIONSHIP WITH J. WALTER, AND THE

12   PURPOSE OF THAT, CREATING THAT RELATIONSHIP, TO THE EXTENT

13   YOU KNOW THAT.

14             THE WITNESS:  YES, SIR.  MR. OVERLAND HAS BEEN

15   WORKING IN THIS BIOREMEDIATION FIELD FOR A LONG TIME ON HIS

16   OWN, BUILT HIS OWN MACHINE AND SO ON.  HE WAS APPROACHED BY

17   MR. PIERRE SUMMERS AT ONE TIME.  AFTER HE GOT HIS FIRST

18   PATENT, HE WAS APPROACHED BY MR. SUMMERS.

19             THE COURT: AND THAT IS THE 11997 PATENT?

20             THE WITNESS:  YES.  I BELIEVE SO, SIR.  AND AT

21   THAT TIME, MR. SUMMERS GOT IN CONTACT WITH HIM MORE IN 2004,

22   THIS NEIGHBORHOOD, AND GOT TO KNOW HIM.  SO AT THAT TIME J.

23   WALTER BOUGHT MR. OVERLAND'S FIRST PATENT, AND WE HIRED HIM

24   TO WORK FOR US AS A CONSULTANT FOR THREE YEARS.

25             THE COURT:  WHAT THREE YEARS WERE THOSE?

1          THE WITNESS:  THAT WOULD HAVE BEEN LAST YEAR --
2    WAS LAST YEAR IN 2000 -- NO, ACTUALLY, SORRY SIR, THE LAST
3    YEAR, THE THREE WAS IN 2007, AND WE ADDED A YEAR TO THIS,
4    WHICH WAS LAST YEAR, 2008.
5          THE COURT:  NOW, WAS THE PURPOSE OF BUYING HIS
6    PATENT TO BUILD A PARTS WASHER THAT WOULD HAVE INFRINGED IF
7    YOU HADN'T BOUGHT IT, OR WAS THE SAME PARTS WASHER THAT WAS
8    DESCRIBED IN HIS PATENT?
9          THE WITNESS:  THE FIRST PATENT WAS THE FIRST --
10   WAS THE PATENT FOR HIS FIRST PARTS WASHER, THAT WE NEVER
11   MADE IT.  IT WAS THE FIRST ONE.
12         THE COURT:  NOW, WHERE ALONG IN THE PROGRESSION OF
13   THE PARTS WASHERS THAT J. WALTER HAS MADE DID THE
14   RELATIONSHIP WITH OVERLAND BEGIN?
15         THE WITNESS:  HE WAS USING AN INLINE HEATER ON HIS
16   FIRST PATENT, SO WE TOOK THAT AS WELL.  THE CONICAL BOTTOM,
17   IT IS EASIER TO COLLECT THE SLUDGE THAT IS FORMING TO THE
18   CLEANING WHEN THE BOTTOM OF THE MACHINE IS ON AN ANGLE.  WE
19   TOOK THAT FROM HIM TO -- THAT WAS MOSTLY WHAT HE BROUGHT TO
20   US, THE INLINE HEATER AND THE HELP WITH THE BIOREMEDIATION.
21         THE COURT: NOW, ON WHICH OF THE J. WALTER PARTS
22   WASHERS WERE THOSE INNOVATIONS MADE?
23         THE WITNESS:  THAT WOULD HAVE BEEN ON THE IO 200,
24   SIR.  THE SMALL ONE THAT YOU SEE TO YOUR RIGHT.
25         THE COURT:  OKAY.  MR. SCHAETZEL, DID MY QUESTIONS

1    SUGGEST ANY FURTHER NEED FOR YOU TO ASK THE WITNESS

2    ANYTHING?

3              MR. SCHAETZEL:  NO, YOUR HONOR.

4              THE COURT:  MR. CAPP?

5              MR. CAPP:  NO, YOUR HONOR.

6              THE COURT:  ALL RIGHT.  SORRY TO KEEP YOU SO LATE.

7    THANKS FOR BEING HERE.  WE WILL RECESS FOR THE DAY AND WE

8    WILL RESUME IN THE MORNING AT 9:30.  MR. SCHAETZEL, HOW MUCH

9    LONGER WILL YOUR PRESENTATION TAKE?

10             MR. SCHAETZEL:  I EXPECT US TO BE FINISHED BY NOON

11   TOMORROW.

12             THE COURT: THEN ARE YOU GOING TO HAVE ANY FURTHER

13   EVIDENTIARY PRESENTATION, MR. CAPP?

14             MR. CAPP:  IT DEPENDS ON WHAT YOUR HONOR DOES WITH

15   MY RULE 52 C MOTION TO THE EXTENT WE CAN ELIMINATE SOME

16   ISSUES.  IF INVENTORSHIP GOES, I AM PRETTY SURE WE CAN

17   FINISH UP AND GET TO CLOSING ARGUMENT TOMORROW.  IF THE

18   COURT DOES NOT DISMISS THE INVENTORSHIP CASE, THEN THE

19   AMOUNT OF TIME THAT I WOULD NEED TO PUT ON MY WITNESSES ON

20   INVENTORSHIP MAY TAKE THE BALANCE OF THE AFTERNOON.

21             THE COURT:  OKAY.  ALL RIGHT.  WE WILL SEE WHERE

22   WE ARE TOMORROW THEN.

23                  (HEARING ADJOURNS AT 5:53 P.M.)

24                        * * * * *

25

1              REPORTER'S CERTIFICATION

2

3        I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT

4    FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

5

6                        _____

7                        LORI
                         OFFICIAL COURT REPORTER
                         UNITED STATES DISTRICT COURT
8                        NORTHERN DISTRICT OF GEORGIA

9

10                            DATE:  AUGUST 12, 2009

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25